# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**SUCCESSFACTORS, INC., a Delaware corporation,**

V.

**SOFTSCAPE, INC., a Delaware corporation, and DOES 1 - 10, inclusive,**

E-filing SUMMONS IN A CIVIL CASE

CASE NUMBER:



TO: (Name and address of defendant)

Softscape, Inc.
One Softscape Center
526 Boston Post Road
Wayland, MA  01778

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Laurence F. Pulgram (CSB No. 115163) | Patrick E. Premo (CSB No. 184915) |
| Fenwick & West LLP | Fenwick & West LLP |
| 555 California Street, 12th Floor | 801 California Street |
| San Francisco, CA  94104 | Mountain View, CA  94041 |

an answer to the complaint which is herewith served upon you, within **twenty** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE __March 11, 2008__

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| 0.00 | 0.00 | 0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.