ORIGINAL

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB No. 233482)
asieber@fewick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 1376     EDL

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF SUCCESSFACTORS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

PLAINTIFF'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there are no other interested parties to report.

4  Dated: March 11, 2008

FENWICK & WEST LLP

By: *[signature]*
Laurence F. Pulgram
Attorneys for Plaintiff SUCCESSFACTORS, INC.

*1281696*

PLAINTIFF'S CERTIFICATION OF INTERESTED    - 2 -
ENTITIES OR PERSONS