ORIGINAL

1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB No. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200
12
   Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

E-filing

FILED
08 MAR 11 PH 1:37
[illegible stamp] U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14              UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA

EDL

16
17 SUCCESSFACTORS, INC., a Delaware       Case No. CV 08 1376 
   corporation,
18                                        **PLAINTIFF SUCCESSFACTORS, INC.'S
                  Plaintiff,              RULE 7.1 DISCLOSURE STATEMENT**
19
   v.
20
   SOFTSCAPE, INC., a Delaware
21 corporation; and DOES 1-10, inclusive,

22                Defendants.

23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff SuccessFactors, Inc.
2  ("SuccessFactors") states the following: SuccessFactors is a corporation organized under the
3  laws of the United States of America and there is no publicly held corporation that owns 10% or
4  more of its stock.

6  Dated: March 11, 2008                                        FENWICK & WEST LLP

8                                                          By: _____
9                                                               Laurence F. Pulgram
                                                                Attorneys for Plaintiff SUCCESSFACTORS, INC.

                                                                                              *1281694*

PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT            - 2 -