ORIGINAL

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   LAURENCE F. PULGRAM (CSB No. 115163)
    lpulgram@fenwick.com
2   ALBERT L. SIEBER (CSB No. 233482)
    asieber@fenwick.com
3   LIWEN A. MAH (CSB No. 239033)
    lmah@fenwick.com
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA 94104
    Telephone: (415) 875-2300
6   Facsimile: (415) 281-1350

7   PATRICK E. PREMO (CSB NO. 184915)
    ppremo@fenwick.com
8   DENNIS M. FAIGAL (CSB NO. 252829)
    dfaigal@fenwick.com
9   FENWICK & WEST LLP
    Silicon Valley Center
10  801 California Street
    Mountain View, CA 94041
11  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200

12
    Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18  SUCCESSFACTORS, INC., a Delaware          Case No. CV 08 1376 EDL
    corporation,
19
                 Plaintiff,
20                                            **DECLINATION TO PROCEED BEFORE A**
    v.                                        **MAGISTRATE JUDGE AND REQUEST**
21                                            **FOR REASSIGNMENT TO A UNITED**
    SOFTSCAPE, INC., a Delaware               **STATES DISTRICT JUDGE FOR TRIAL**
22  corporation; and DOES 1-10, inclusive,    **AND DISPOSITION**

23               Defendants.

24

25      The undersigned party hereby declines to consent to the assignment of this case to a

26  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

27  this case to a United States District Judge.

28  //

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE AND REQUEST FOR                          CASE NO. CV 08 1376 EDL
REASSIGNMENT

1    Dated: March 11, 2008

2

3

4

5

6

7    23910/00405/LIT/1281436.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP

By: _____
            Liwen A. Mah

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE AND REQUEST FOR      2        CASE NO.  CV 08 1376 EDL
REASSIGNMENT  REQUEST FOR