ORIGINAL

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA 94041
11 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200

12
   Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  SUCCESSFACTORS, INC., | Case No. CV 08 1376 EDL |
| 19             Plaintiff, | **MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PLAINTIFF'S** |
| 20  v. | **EXHIBITS TO THE DECLARATION OF ROB BERNSHTEYN IN SUPPORT OF** |
| 21  SOFTSCAPE, INC., | **PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER;** |
| 22             Defendant. | **DECLARATION OF DENNIS FAIGAL IN SUPPORT THEREOF** |

26       Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff SucessFactors, Inc. ("SuccessFactors")

27 hereby moves the Court for an Order permitting SuccessFactors to file under seal in this Court

28 specific documents attached as exhibits to the Declaration of Rob Bernshteyn in support of

1 Plaintiff SuccessFactors' Application for Temporary Restraining Order ("Declaration of Rob
2 Bernshteyn").
3   The specific documents at issue are as follows:
4   1.   An email message dated March 4, 2008, and PowerPoint presentation entitled
5        "The Naked Truth" ("the Presentation"). A true and correct copy of the email and
6        Presentation are attached as **Exhibit 1** to the Declaration of Rob Bernshteyn.
7   2.   An email message dated March 5, 2008, from a prospective customer of
8        SuccessFactors. A true and correct copy of the email is attached as **Exhibit 2** to
9        the Declaration of Rob Bernshteyn.
10  3.   An email message dated March 5, 2008, from Deutsche Bank AG in Germany.
11       A true and correct copy of the email is attached as **Exhibit 6** to the Declaration of
12       Rob Bernshteyn.
13  The Presentation included in the document identified as item (1) is a PowerPoint
14 presentation created by the defendants that disparages SuccessFactors and its products in order to
15 dissuade readers from doing business with SuccessFactors. The Presentation includes numerous
16 quotations and descriptions of customer requirements from some of SuccessFactors' customers.
17 It also includes screenshots from SuccessFactors' proprietary and competitively sensitive sales
18 demonstration software. The public accessibility of such information would cause irreparable,
19 competitive, and commercial harm to SuccessFactors. However, the Presentation is relevant to
20 the Court's determination of SuccessFactors' Motion for a Temporary Restraining Order. As
21 such, SuccessFactors respectfully requests that the Court allow it to file the Presentation in its
22 entirety under seal per Civil Local Rule 79-5.
23  The email message included in the document identified as item (1) is an email message to
24 which the Presentation was attached. The defendants sent the email to a customer of
25 SuccessFactors and it shows the customer's contact information. The public accessibility of such
26 information would cause irreparable, competitive, and commercial harm to SuccussFactors.
27 However, the email message is relevant to the Court's determination of SuccessFactors' Motion
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL    - 2 -    CASE NO. # CV 08 1376 EDL

1  for a Temporary Restraining Order. As such, SuccessFactors respectfully requests that the Court
2  allow it to file the Presentation in its entirety under seal per Civil Local Rule 79-5.
3        The documents identified as items (2) and (3) are email messages sent by the defendants
4  to which the Presentation was attached. These emails include contact information for two of
5  SuccessFactors' customers as well as statements from these customers regarding their purchasing
6  decisions. The public accessibility of such information would cause irreparable, competitive, and
7  commercial harm to SuccussFactors. However, the email messages are relevant to the Court's
8  determination of SuccessFactors' Motion for a Temporary Restraining Order. As such,
9  SuccessFactors respectfully requests that the Court allow it to file these emails under seal per
10 Civil Local Rule 79-5.

Respectfully submitted,

Dated: March 11, 2008

FENWICK & WEST LLP

By: *Dennis Faigal*
Dennis Faigal
Attorneys for Plaintiff SUCCESSFACTORS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW