ORIGINAL

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA 94041
11 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
12
   Attorneys for Plaintiff SUCCESSFACTORS, INC.
13
14           UNITED STATES DISTRICT COURT
15           NORTHERN DISTRICT OF CALIFORNIA
16                SAN FRANCISCO DIVISION
17
18 SUCCESSFACTORS, INC.,                    Case No. 08-CV-1376 EDL
19         Plaintiff,                        **DECLARATION OF DENNIS FAIGAL IN
                                             SUPPORT OF MOTION FOR
20    v.                                     ADMINISTRATIVE RELIEF TO FILE
                                             UNDER SEAL PLAINTIFF'S EXHIBITS TO
21 SOFTSCAPE, INC.,                          THE DECLARATION OF ROB
                                             BERNSHTEYN IN SUPPORT OF
22         Defendant.                        PLAINTIFF'S APPLICATION FOR
                                             TEMPORARY RESTRAINING ORDER;**
23
24
25
26
27
28

MOTION FOR ADMINISTRATIVE RELIEF TO FILE
UNDER SEAL                                                      24024/00403/LIT/1281776.1

### DECLARATION OF DENNIS FAIGAL

I, Dennis Faigal, declare as follows:

1. I am an associate with the law firm of Fenwick & West LLP, counsel of record for Plaintiff SuccessFactors, Inc. ("SuccessFactors"). I make this declaration based on my personal knowledge, except where otherwise indicated, and if I am called as a witness, I would and could testify competently to the matters contained herein.

2. The document attached as **Exhibit 1** to the Declaration of Rob Bernshteyn in support of Plaintiff SuccessFactors' Application for Temporary Restraining Order ("Declaration of Rob Bernshteyn") contains proprietary confidential information and non-public confidential customer information. Thus, SuccessFactors requests that it be allowed to file the exhibit under seal.

3. The documents attached as **Exhibits 2** and **6** to the Declaration of Rob Bernshteyn contain non-public confidential customer information. Thus, SuccessFactors requests that it be allowed to file these exhibits under seal.

4. SuccessFactors will lodge with the Clerk a sealed copy of the above document.

5. Pursuant to Civil L.R. 79-5, SuccessFactors intends to file publicly or withdraw from the record any exhibits that it requested to be filed under seal if SuccessFactors' request is denied by this Court.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 11th day of March, 2008 at Mountain View, California.

By: _____
Dennis Faigal

*1281610*

MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL     - 4 -