COPY

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA 94041
11 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOFTSCAPE, INC., <br><br> Defendant. | Case No. CV 08 1376 EDL <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PLAINTIFF'S EXHIBITS TO THE DECLARATION OF ROB BERNSHTEYN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff SuccessFactors, Inc.'s ("SuccessFactors") Motion for Administrative Relief to File Under Seal Plaintiff's Exhibits 1, 2, and 6 to the Declaration of Rob Bernshteyn in Support of Plaintiff's Application for Temporary Restraining Order is hereby **GRANTED**.

DATED: _____          _____
                                Honorable
                                United States Magistrate Judge

*1281754*

---

MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL                     CASE NO. # CV 08 1376 EDL