COPY

RECEIVED
08 MAR 11 PM 4:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
3  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
4  FENWICK & WEST LLP
   555 California Street
5  San Francisco, CA  94104
   Telephone:    (415) 875-2300
6  Facsimile:     (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   *ppremo@fenwick.com*
8  DENNIS FAIGAL (CSB NO. 252829)
   *dfaigal@fenwick.com*
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:    (650) 988-8500
   Facsimile:     (650) 938-5200

E-filing

12

Attorneys for Plaintiff
13 SUCCESSFACTORS, INC.

14

15             UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

18

19 SUCCESSFACTORS, INC., a Delaware        Case No.   CV 08 1376 EDL
   corporation,
20                                          **[PROPOSED] ORDER GRANTING
                   Plaintiff,               PLAINTIFF'S APPLICATION FOR
21                                          EXPEDITED DISCOVERY**
   v.
22
   SOFTSCAPE, INC., a Delaware
23 corporation; and DOES 1-10, inclusive,
                   Defendants.
24

25        On March 11, 2008 at _____ A.M. in Courtroom __ before the Honorable _____,

26 the Court heard Plaintiff SuccessFactors, Inc.'s ("SuccessFactors") *Ex Parte* Application for an

27 Order Allowing Expedited Discovery. _____appeared on

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   behalf of Plaintiff SuccessFactors, and _____ was present on behalf of Defendant

2   Softscape, Inc.

3   **Order with Respect to Expedited Discovery**

4         Having reviewed and considered all papers on file and argument of counsel, and the matter

5   having been submitted, the Court finds that Plaintiff has presented good cause for expedited

6   discovery to develop the record before Plaintiff's motion for a preliminary injunction is heard, and

7   Plaintiff's motion for expedited discovery is granted as follows:

8         1.       Softscape, Inc. shall provide written, verified responses and responsive, non-

9   privileged documents to SuccessFactors' First Set of Document Requests on or before March 17,

10   2008.

11         2.       Softscape, Inc. shall also appear, through one or more representatives, for an oral

12   deposition pursuant to Federal Rule of Civil Procedure 30 (b)(6) on March 19, 2008 as noticed by

13   SuccessFactors.

14         3.       SuccessFactors has leave to issue and serve a subpoena immediately on each of third

15   parties Verizon Internet Services, Inc. and Comcast Cable Communications, Inc. for return no later

16   than March 17, 2008.

17   //

18   **Order with Respect to Preservation of Evidence**

19         The Court finds:

20         1.       Plaintiff is entitled to a fair opportunity to prove its case without spoliation or loss of

21   evidence.

22         2.       Plaintiff may suffer great or irreparable injury to its ability to obtain all relevant

23   evidence if the same is destroyed or lost before a hearing on a noticed motion for an injunction can

24   be held.

25         GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED AS FOLLOWS:

26         Defendant Softscape and its agents, servants, and employees, and all persons acting under,

27   in concert with, or for them shall, during the pendency of this action:

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1.    Preserve all evidence, data, records, and things in their possession or control, including all electronic records, records of internet transactions or communications, and records of officers, directors, consultants or employees whether maintained on facilities provided by Softscape or otherwise utilized by such persons, related to:

    a.    The genesis, creation, review, or revision of the Presentation.

    b.    Facts in the Presentation that were received from SuccessFactors' actual or potential customers, or the compilation of such facts.

    c.    The basis for any assertions in the Presentation.

    d.    The identity of any actual, potential, or intended recipients of the Presentation or of any communications about the Presentation.

    e.    Communications of Softscape with any person not employed by Softscape (other than its attorneys) concerning the Presentation or any fact or assertion therein.

    f.    Communications among employees of Softscape concerning the Presentation or any fact or assertion therein.

    g.    Communications between Softscape and Sears, Regions Bank, Intelsat, David Sinkfield, ICMA Retirement, Harris-Williams, or any current or former SuccessFactors employee or consultant.

    h.    The user name "John Anonymous," associated e mail address "hcmknowledge2008a@gmail.com," and all communications from, with or concerning same.

    i.    Access from any Softscape computer to SuccessFactors' website, online customer community, or online demonstration environments, including but not limited to access via the user name "ACE275," and any information obtained from such access.

    j.    Dennis Martinek's relationship with Softscape or SuccessFactors.

    k.    Any data storage media for any computer that was involved in the creation, modification, collection of information for, sharing, or e-mailing of the Presentation.

    l.    Identity, access, and use of any computer associated with IP addresses 68.236.68.19 or 82.108.171.66 or 24.34.56.79 or 98.216.168.122.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1        m.      Relationship of Javier Cruz, Ely Valls, or New Millenium Shoe Corp. with

2   Softscape or SuccessFactors and any communications among any of them.

3        n.      Softscape's procurement of images of, copying of, or use of SuccessFactors'

4   trademarks or Powerpoint template.

6   **IT IS SO ORDERED.**

8   Dated: March \_\_\_, 2008

                                        _____

9                                       The Honorable _____

10                                      United States District Court Judge

11                                                                      *1281638*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW