ORIGINAL

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   LAURENCE F. PULGRAM (CSB No. 115163)
    lpulgram@fenwick.com
2   ALBERT L. SIEBER (CSB No. 233482)
    asieber@fewick.com
3   LIWEN A. MAH (CSB No. 239033)
    lmah@fenwick.com
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA  94104
    Telephone: (415) 875-2300
6   Facsimile:  (415) 281-1350

7   PATRICK E. PREMO (CSB NO. 184915)
    ppremo@fenwick.com
8   DENNIS M. FAIGAL (CSB NO. 252829)
    dfaigal@fenwick.com
9   FENWICK & WEST LLP
    Silicon Valley Center
10  801 California Street
    Mountain View, CA  94041
11  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200

12
13  Attorneys for Plaintiff SUCCESSFACTORS, INC.

14          UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16          SAN FRANCISCO DIVISION

17

18  SUCCESSFACTORS, INC., a Delaware
    corporation,
19
                    Plaintiff,
20
    v.
21
    SOFTSCAPE, INC., a Delaware
22  corporation; and DOES 1-10, inclusive,

23                  Defendants.

24

25

26

27  / / /

28

Case No. CV 08-1376 EDL

**DECLARATION OF ROBERT BERNSHTEYN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Date:
Time:
Dept:
Judge:

Date of Filing:   March 11, 2008
Trial Date:       No date set

E-filing

FILED

MAR 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

I, Robert Bernshteyn, hereby declare:

1.      I am Vice President, Global Product Marketing and Management, and have been employed at SuccessFactors, Inc. ("SuccessFactors") since June 2004. I make this declaration of my own personal knowledge, except to any extent otherwise specified. If called as a witness, I could and would testify competently to the facts set forth herein.

2.      SuccessFactors is a publicly-traded company headquartered in San Mateo, California that provides businesses of various sizes, industries, and geographies with performance and talent management software that enables businesses to manage effectively their workforce and maximize employee productivity. SuccessFactors' system provides many benefits compared to traditional human resources systems. Unlike traditional paper-based processes, custom-built systems, third-party systems, or point applications designed to address specific needs, SuccessFactors' software solution is available on-demand and is accessible to customers via the internet. SuccessFactors uses, and has used, its trademark, SUCCESSFACTORS, its distinctive SuccessFactors logo, and other SUCCESSFACTORS-based marks to promote, advertise, and otherwise market its products and services (the "SUCCESSFACTORS Marks"). As a consequence of SuccessFactors' extensive sales, marketing, and advertising in interstate commerce, the SUCCESSFACTORS Marks have become well known among consumers as an identifier of SuccessFactors' products and services. The SUCCESSFACTORS Marks have come to be identified with SuccessFactors as the source of such services. As a result, SuccessFactors believes that these marks have become valuable assets of SuccessFactors and principal symbols of its extensive goodwill.

3.      On March 5, 2008, I learned that a confidential email attaching a 43-page PowerPoint Presentation had been sent out over the internet under a fictitious name, "John Anonymous," using an anonymous email account, hcmknowledge2008a@gmail.com. The Presentation utilized on an old PowerPoint template that I created for SuccessFactors in August 2004 that was in use until approximately late 2005. Attached as <u>Exhibit 1</u> is a true and correct copy of an email that was sent to one of SuccessFactors' customers attaching the Presentation. The exhibit is confidential and is being submitted under seal.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1      4.      I along with many other members of SuccessFactors' management team have been

2  forced to divert significant time, energy and resources from our normal business activities to

3  address the uncertainty and confusion caused by the Presentation.  I estimate that I have spent at

4  least 40 hours of my time attempting to contain the fallout.  Other members of my staff as well as

5  sales personnel have spent collectively hundreds of hours in response.

6      5.      We immediately launched an investigation to determine the author of the

7  Presentation.  We attempted to review the metadata associated with the Presentation, but since it

8  had been saved as a PDF file on the date that it was sent, all metadata was stripped.

9      6.      Based on review of log records, our investigative team determined that someone

10  from Softscape, Inc.'s offices in Wayland, Massachusetts, and London, England, had gained

11  access to our ACE sales demo environment.  SuccessFactors issues passwords and numbers for

12  each of its numbered ACE demo accounts.  We do not permit access by our competitors because

13  we consider the information within the sales demos to be confidential, proprietary and

14  competitively sensitive.

15      7.      I along with other employees have spent considerable hours reviewing the content of

16  the emails and presentations that SuccessFactors' customers and prospects have reported were sent

17  to them by John Anonymous.  We can confirm that at least 25 customers and prospective customers

18  received copies, including Lehman, RJR, GameStop, Noble Corp., B&H Photo, News Corp.,

19  Arrow Electronics, Harris Williams, Winn-Dixie, Investment Technology Group, Inc., SRA

20  International, US Xpress Enterprises, Panduit, First Data, Conway Freight, City of Arlington, CA

21  Dept of Corrections, Levi, Scholastic, FNFG Independent Consultant, Callaway Golf, Australia

22  Post, Spotless, National Australia Bank, Barclay's and Deutsche Bank AG.

23      8.      The email and Presentation taken separately and collectively attack the corporate

24  integrity of SuccessFactors.  The cover email says:  "If you are thinking of purchasing from

25  SuccessFactors, please read the following document; it provides information about

26  SuccessFactors which they do not want you to know."  The title of the Presentation claims to

27  provide "The Naked Truth," implying that SuccessFactors is not being candid with its customers.

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

9.     A major attack for a large portion of the Presentation is the utterly false claim that "many of SuccessFactor's [sic] customers are dissatisfied, have left them and are not listed on their website." On slides 4-7 and 13-22, the author appears to have simply reviewed the customers page from SuccessFactors' corporate website at two points in time and presumed that any customers that were not listed when the page was last updated on or about February 28, 2008 were no longer customers. He or she then makes the further leap that these former customers left due to dissatisfaction. This is itself a seriously flawed presumption without any basis in fact. In fact, many customers are not listed for reasons completely unrelated to any customer dissatisfaction.

10.     A group of customers—including, for example, Merrill Lynch, among others— purchased products like our "Employee Appraiser" CD-based software (which has been superseded by SuccessFactors' hosted solutions), while others, including, for example, Apple Computer, purchased our "Manager's Edition" product (which is a hosted-solution intended for an individual user). SuccessFactors has elected to not list Employee Appraiser and Manager's Edition customers on its website anymore. Their "disappearance" from the site is no indication of loss of the customer.

11.     Other customers may no longer be listed for any of the following reasons:

a.     Merger/acquisition (*e.g.*, Reebok, Peregrine Systems, Portal Software, Hibernia National Bank, Dovebid, Inc., Nalco, ACMI Corp, Portal Software, Inc., KMC Telecom Holdings, Inc., Symbol Technologies, Inc., Riggs National Corporation, Varian Inc., Meta Group, BMG Columbia House, Inc., Macromedia, Inc., Internet Security Systems, BrassRing);

b.     Customer asked to be removed from SuccessFactors' website for reasons unrelated to product performance, for example, some companies have a corporate policy that precludes any reference or endorsement of vendors; or

c.     Financial difficulties.

12.     I am aware of examples where a customer had to terminate but remains a very favorable reference. Bank of America, for example, is listed as a "dissatisfied" customer on slide 22 of the Presentation, but Bank of America left because of a Human Resources Outsourcing

1    contract that was in place when it acquired Fleet Boston. They did not want to leave our service

2    and acted as a reference when SuccessFactors made its sale to Wachovia. Similarly, Reebok—

3    listed as "dissatisfied" customer on slide 17—is another highly referenceable customer that left us

4    only after being acquired.

5         13.    The Presentation also lists MasterCard as "dissatisfied," yet it too is a highly

6    referencable customer.

7         14.    On the second slide, the Presentation claims to be "a compilation of the facts from

8    Successfactors [sic] customers." However, the document contains a series of objectively false

9    statements that fall under two general categories: (1) statements about our customers and customer

10   satisfaction, and (2) statements about our products and their capabilities. In the following

11   paragraphs, I give examples of both. The list is meant to be illustrative and is not exhaustive.

12        15.    The Presentation contains the following false or misleading statements about our

13   customers:

14            a.    On slide 2, the author of the Presentation falsely claims that this is

15   "a compilation of the facts from Successfactors customers," when, as explained above, the

16   Presentation presents neither facts nor is it from true customer records;

17            b.    Slide 2 further states that "lack of corporate integrity" is "why many of us

18   have left them"—again suggesting this the Presentation is authored by a customer, when, in fact, it

19   appears to have been authored by a competitor;

20            c.    On slide 3, the author falsely claims that "63% of Their 2005 Customers

21   Left Them by 2008," when, in fact, SuccessFactors enjoys annual retention rates of 90% or

22   higher, and even using the methodology set forth in the Presentation, SuccessFactors' true

23   customer attrition was far less than half the figures claimed during the period identified;

24            d.    On slide 3, the author falsely asserts that "1 out of 2 customers leave

25   Successfactors [sic] within 2-3 years;" in reality, SuccessFactors enjoys annual retention rates of

26   90% or higher and SuccessFactors' true customer attrition was far less than half the figure

27   claimed;

28   / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    e.    On slide 4 and slides 13-22, the Presentation states that "[m]any of

2  SuccessFactor's [sic] Customers are Dissatisfied, have left them and are Not Listed on their

3  Website Anymore," when, as noted above, many of the unlisted customers did not leave as a

4  result of dissatisfaction and still speak highly of SuccessFactors;

5    f.    On slide 8, the author claims that "after 6 months Sears pulled the plug on

6  the entire project," when, in fact, Sears remains a valued and important customer.

7    16.    In addition to these examples of false or misleading claims about our customers,

8  the Presentation also contains a series of false and misleading statements about our products and

9  services.  For example:

10    a.    On slide 11, the Presentation asserts that "Successfactors [sic] can't handle

11  situations where an employee changes their positions and manager during the year," when, in

12  fact, SuccessFactors has a functionality specifically designed for this situation called the

13  "manager change engine;"

14    b.    On slide 23, in asserting that SuccessFactors' consulting costs are too high,

15  the author claims that SuccessFactors has "440 consultants" spread across its customer base

16  when, in fact, it has fewer than half this number;

17    c.    On slide 24, the author asserts that customer data is not secure because it is

18  "mixed with others," when, in fact, all customer data is stored in separate and secure database

19  table schemas with high security in an approach has been validated by top banks and security

20  specialists;

21    e.    On slide 28, the Presentation claims SuccessFactors adds new features

22  "without asking you if you want it," but, in fact, approximately 95% of enhancements are

23  delivered on an "opt-in" basis;

24    f.    On slide 31, asserting that SuccessFactors' "Ultra" functionality is a

25  "scam" when in fact that functionality not only offers advantages and best-in-class technology,

26  but has been widely acclaimed by third party industry observers; and

27  / / /

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1          g.      On slide 41, the Presentation suggests that users are required to scroll

2 through long forms, when in fact SuccessFactors includes a feature that allows the user to tab

3 through the pages rather than scroll.

4       17.     As a result, I and other employees of the company have had to redirect our efforts to

5 combat the falsehoods, misstatements and disparaging assertions included in the Presentation.  We

6 have incurred significant costs in having to reassure our customers, prospects and the market that

7 this Presentation is nothing more than a smear campaign to disrupt our customer relations and sales

8 efforts.

9       18.     Attached as <u>Exhibit 2</u> is a true and correct copy of a confidential email dated

10 March 5, 2008 from a prospective customer electing not to license our software after receiving a

11 copy of the Presentation.  The exhibit is confidential and is being submitted under seal.

12      19.     On March 6, 2008, I along with our CFO, Bruce Felt, and other members of our

13 staff, spent several hours speaking with customers, prospects and analysts in an effort to rebut the

14 misinformation and uncertainty caused by the Presentation.  We were unable to convince at least

15 one analyst from writing a note entitled "'John Anonymous' Circulates a Criticism of

16 SuccessFactors" that was published on Friday, March 7, 2008.  The analyst reduced

17 SuccessFactors' price target from $15 to $12.  Attached as <u>Exhibit 3</u> is a true and correct copy of

18 the report from JMP Securities dated March 7, 2008.

19      20.     Attached as <u>Exhibit 4</u> is a true and correct copy of a second report from JMP

20 Securities dated March 10, 2008, in which the analyst confirmed false information with a

21 SuccessFactors customer identified in the Presentation, but retained the lowered price target.

22      21.     Attached as <u>Exhibit 5</u> is a true and correct copy of statements being made in the

23 marketplace and posted on electronic bulletin boards, such as Yahoo!.

24      22.     Attached as <u>Exhibit 6</u> is a true and correct copy of a confidential email

25 communication from a large potential prospect calling the Presentation "disturbing" and asking

26 Plaintiff to respond to the issues raised therein. The exhibit is confidential and is being submitted

27 under seal.

28 / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1       I declare under penalty of perjury under the laws of the United States of America and the

2   State of California that the foregoing is true and correct, and that this declaration was executed

3   this 11th day of March, 2008, in San Mateo, California

Robert Bernshteyn

*1281609*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**EXHIBIT 1**

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:    (650) 988-8500
   Facsimile:     (650) 938-5200
12
   Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17

18 SUCCESSFACTORS, INC., a Delaware          Case No. CV 08-1376 EDL
   corporation,
19                                            MANUAL FILING NOTICE
                Plaintiff,
20                                            Date:
   v.                                         Time:
21                                            Dept:
   SOFTSCAPE, INC., a Delaware                Judge:
22 corporation; and DOES 1-10, inclusive,
                                              Date of Filing:   March 11, 2008
23              Defendants.                   Trial Date:       No date set

24

25 Regarding:  CONFIDENTIAL EXHIBITS 1, 2, AND 6 TO THE DECLARATION OF ROBERT

26             BERNSHTEYN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR

27             A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    This filing is in paper or physical form only, and is being maintained in the case file in the

2  Clerk's office.

3    If you are a participant on this case, this filing will be served in hard-copy shortly.

4    For information on retrieving this filing directly from the court, please see the court's main

5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6    This filing was not efiled for the following reason(s):

7    _____    Voluminous Document (PDF file size larger than efiling system allowances)

8    _____    Unable to Scan Documents

9    _____    Physical Object (description): _____

10    _____    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

11    __X__    Item Under Seal

12    _____    Conformance with the Judicial Conference Privacy Policy (General Order 53).

13    _____    Other (description):_____

14

15  Dated: March 11, 2008                    FENWICK & WEST LLP

16

17                                        By: _____

18                                        Patrick E. Premo
                                          Attorneys for Plaintiff SUCCESSFACTORS, INC.
19

20                                                                    *1281731*

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**EXHIBIT 2**

LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fewick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 08-1376 EDL<br><br>**MANUAL FILING NOTICE**<br><br>Date:<br>Time:<br>Dept:<br>Judge:<br><br>Date of Filing: March 11, 2008<br>Trial Date:    No date set |

**Regarding:** **CONFIDENTIAL EXHIBITS 1, 2, AND 6 TO THE DECLARATION OF ROBERT BERNSHTEYN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

1      This filing is in paper or physical form only, and is being maintained in the case file in the

2   Clerk's office.

3      If you are a participant on this case, this filing will be served in hard-copy shortly.

4      For information on retrieving this filing directly from the court, please see the court's main

5   web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6      This filing was not efiled for the following reason(s):

7   _____   Voluminous Document (PDF file size larger than efiling system allowances)

8   _____   Unable to Scan Documents

9   _____   Physical Object (description): _____

10  _____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

11  __X__    Item Under Seal

12  _____   Conformance with the Judicial Conference Privacy Policy (General Order 53).

13  _____   Other (description):_____

14

15  Dated:  March 11, 2008                    FENWICK & WEST LLP

16

17                                    By: _____

18                                    Patrick E. Premo
                                    Attorneys for Plaintiff SUCCESSFACTORS, INC.
19

20                                                          *1281731*

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**EXHIBIT 3**



**On Demand Software – Update**                                              March 7, 2008

# SuccessFactors, Inc. [1,3]

## "John Anonymous" Circulates a Criticism of SuccessFactors

Patrick Walravens
pwalravens@jmpsecurities.com
415-835-8943

**MARKET OUTPERFORM**                                              **SFSF $7.91**

| | | FY: Dec | | 2007A | 2008E | 2009E |
|---|---|---|---|---|---|---|
| Price | $7.91 | Revenue (M) | 1Q | $12.4 | $21.2 | $33.2 |
| Target Price | $12.00 | | 2Q | $15.0 | $23.4 | $35.7 |
| 52-Wk Range | $7.91 - $14.99 | | 3Q | $16.7 | $26.6 | $41.2 |
| Shares Out. (M) | 49.7 | | 4Q | $19.2 | $31.1 | $46.0 |
| Market Cap. (M) | $393.1 | | FY | $63.4 | $102.4 | $156.2 |
| Average Daily Vol. (000) | 57 | | | | | |
| Float (M) | 10.7 | | | 2007A | 2008E | 2009E |
| Secular Growth Rate | – | EPS | 1Q | ($0.34) | ($0.41) | ($0.40) |
| | | | 2Q | ($0.40) | ($0.44) | ($0.40) |
| LT Debt (M) | $0.0 | | 3Q | ($0.48) | ($0.41) | ($0.37) |
| LT Debt/Total Cap. | 0.0% | | 4Q | ($0.49) | ($0.39) | ($0.40) |
| Net Cash/Share | $1.77 | | FY | ($1.73) | ($1.64) | ($1.56) |
| | | | P/E | NM | NM | NM |
| | | Previous FY | | – | NC | NC |
| | | | CY | ($1.73) | ($1.64) | ($1.56) |
| | | | P/E | NM | NM | NM |

*NC indicates no change to previous estimate. NE indicates no previous estimate.*

*Source: Company reports and JMP Securities*

## INVESTMENT HIGHLIGHTS

- **We maintain our Market Outperform rating on SuccessFactors, but reduce our price target from $15 to $12 in light of the compression in the on demand comparables.** SuccessFactors is the leading vendor of on demand performance and talent management solutions. On Tuesday evening an unknown person using an anonymous gmail account circulated a 43-page presentation titled "SuccessFactors – Failures and Problems." The presentation is highly critical of SuccessFactors and includes descriptions of problems allegedly experienced by several customers including Sears, Regions Bank, IntelSat, ICMA Retirement, and Harris Williams. SuccessFactors is aggressively disputing the claims made in the presentation. A SuccessFactors spokesperson commented to us that "The document is false and defamatory, and we are pursuing legal action." While some of the critical claims certainly seem to be exaggerated or unfounded, the descriptions of specific customer problems are harder to dismiss without independent analysis. As a result, we reserve final judgment until we have had a chance to conduct some independent due diligence. We look for non-GAAP EPS of ($1.64) in 2008 versus the consensus of ($1.66). We look for non-GAAP EPS of ($1.56) in 2009 versus the consensus of ($1.53). SuccessFactors trades at a 2009 EV/Revenue of 2.0x versus the peer group median of 2.5x. Our new $12 price target implies a 2009 EV/revenue multiple of 3.4, about a 10% premium to the peer group median of 3.1x, which we believe is justified given SuccessFactors' industry-leading growth rate.

---

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO THE JMP FACTS AND DISCLOSURES SECTION**

**J|M|P**

## INVESTMENT RISKS

A number of risks could prevent SuccessFactors from achieving our price target. First, SuccessFactors has incurred significant losses including $21 million in 2005, $32 million in 2006, and $49 million in the first nine months of 2007. Much of the losses were due to investments in sales and marketing to grow the business. Sales marketing expenses were 127% of revenue in 2005, 99% in 2006, and 112% in the first nine months of 2007. The business model also affects the profitability because costs are generally incurred up front, while the revenue is generally recognized ratably over the life of the contract. Second, over the past few years, SuccessFactors has operated in a period of decreasing US unemployment rates and a strong domestic economy. If unemployment begins to rise and the US economy enters a recession, there is a risk that some of the urgency around SuccessFactors' solutions may fade and the company may see lengthening sales cycles, which would be likely to negatively impact operating results. Third, SuccessFactors sells into a highly fragmented and price competitive HR market with relatively low barriers to entry.

## COMPANY DESCRIPTION

SuccessFactors is a provider of on-demand performance and talent management software solutions that enable organizations to optimize the performance of their people. The company has over 1,400 customers across over 60 industries, with more than two million end users in over 150 countries using the application suite in 18 languages. The customer base has organizations with as few as three and as many as 85,000 end users.

J | M | P

## FIGURE 1: SuccessFactors Revenue Drivers

|  | 2006 | Q1 | Q2 | Q3 | Q4 | 2007 | Q1 | Q2 | Q3 | Q4 | 2008E | Q1 | Q2 | Q3 | Q4 | 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 32,570 | 12,391 | 15,004 | 16,744 | 19,211 | 63,350 | 21,230 | 23,477 | 26,600 | 31,076 | 102,382 | 33,222 | 36,739 | 41,220 | 46,020 | 166,201 |
| % y/y | 160% | 97% | 127% | 101% | 70% | 95% | 71% | 56% | 59% | 62% | 62% | 56% | 56% | 55% | 48% | 63% |
| **Billings** | 59,712 | 16,843 | 21,780 | 27,638 | 45,735 | 112,006 | 20,564 | 35,532 | 43,838 | 66,000 | 174,034 | 44,100 | 53,205 | 65,286 | 95,875 | 258,535 |
| % y/y | 118% | 118% | 100% | 65% | 70% | 85% | 70% | 63% | 59% | 44% | 55% | 54% | 50% | 49% | 45% | 49% |
| **Change in deferred revenue** | 27,142 | 4,452 | 6,786 | 10,894 | 26,524 | 48,656 | 7,334 | 12,056 | 17,338 | 34,925 | 71,652 | 10,878 | 17,558 | 24,045 | 49,855 | 102,334 |
| **Total Customers** | 850 | 1,003 | 1,167 | 1,400 | 1,750 | 1,750 | 1,930 | 2,115 | 2,375 | 2,750 | 2,750 | 2,940 | 3,135 | 3,435 | 3,835 | 3,835 |
| Net New Customers | 509 | 153 | 164 | 233 | 350 | 900 | 180 | 185 | 260 | 375 | 1,000 | 190 | 195 | 300 | 400 | 1,085 |
| Revenue / Customer | 38.3 | 12.4 | 12.9 | 12.0 | 11.0 | 48.1 | 11.0 | 11.1 | 11.2 | 11.3 | 44.6 | 11.3 | 11.4 | 12.0 | 12.0 | 40.7 |
| Billing / Customer | 70.2 | 16.8 | 18.7 | 19.7 | 26.1 | 81.3 | 14.8 | 16.8 | 18.5 | 24.0 | 63.3 | 15.0 | 17.0 | 19.0 | 25.0 | 67.4 |

*Source: Company reports and JMP Securities*

## FIGURE 2: SuccessFactors Income Statement

Non-GAAP

|  | 2006 | Q1 | Q2 | Q3 | Q4 | 2007 | Q1 | Q2 | Q3 | Q4 | 2008E | Q1 | Q2 | Q3 | Q4 | 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 32,570 | 12,391 | 15,420 | 16,744 | 19,211 | 63,350 | 21,230 | 23,477 | 26,600 | 31,076 | 102,382 | 33,222 | 36,739 | 41,220 | 46,020 | 166,201 |
| yy growth | 150% | 97% | 127% | 101% | 70% | 95% | 71% | 65% | 59% | 62% | 62% | 56% | 56% | 55% | 48% | 63% |
| Cost of revenue | 14,307 | 4,988 | 5,618 | 6,339 | 8,939 | 25,894 | 9,200 | 9,500 | 9,700 | 10,000 | 38,405 | 10,700 | 11,300 | 11,500 | 12,000 | 46,500 |
| **Gross profit** | 18,263 | 7,393 | 9,366 | 10,405 | 10,272 | 37,466 | 12,030 | 13,977 | 16,900 | 21,075 | 63,982 | 22,522 | 24,439 | 29,720 | 34,020 | 110,701 |
| Gross margin | 56% | 60% | 63% | 62% | 53% | 59% | 67% | 60% | 64% | 65% | 62% | 68% | 66% | 72% | 74% | 71% |
| **Operating Expenses:** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Sales & marketing | 31,996 | 13,408 | 15,420 | 19,200 | 20,857 | 68,694 | 23,200 | 27,000 | 29,000 | 32,000 | 111,200 | 34,000 | 36,000 | 40,000 | 46,000 | 156,000 |
| % of revenue | 98% | 108% | 103% | 115% | 108% | 108% | 109% | 115% | 109% | 103% | 109% | 102% | 101% | 97% | 100% | 100% |
| Research & development | 10,545 | 3,511 | 3,580 | 4,017 | 5,104 | 18,212 | 5,500 | 5,600 | 5,700 | 5,800 | 22,600 | 6,100 | 6,200 | 6,300 | 6,400 | 25,000 |
| % of revenue | 32% | 28% | 24% | 24% | 27% | 29% | 26% | 24% | 21% | 19% | 22% | 18% | 17% | 15% | 14% | 15% |
| General & administrative | 7,188 | 2,514 | 4,493 | 5,388 | 5,527 | 17,902 | 5,400 | 5,400 | 5,500 | 5,600 | 21,700 | 5,600 | 5,700 | 5,800 | 5,900 | 23,000 |
| % of revenue | 22% | 20% | 30% | 32% | 29% | 28% | 25% | 23% | 20% | 18% | 21% | 17% | 16% | 14% | 13% | 14% |
| Total operating expenses | 49,699 | 19,433 | 23,493 | 28,594 | 31,288 | 102,808 | 34,100 | 38,000 | 40,100 | 43,300 | 155,500 | 45,700 | 47,900 | 52,100 | 58,300 | 204,000 |
| % of revenue | 153% | 157% | 152% | 171% | 163% | 162% | 161% | 162% | 151% | 139% | 152% | 138% | 130% | 126% | 127% | 123% |
| **Operating income (loss)** | (31,436) | (12,040) | (14,107) | (18,189) | (21,016) | (65,352) | (22,070) | (24,024) | (23,200) | (22,225) | (91,619) | (23,178) | (23,461) | (22,380) | (24,280) | (93,299) |
| Operating margin | -97% | -97% | -94% | -109% | -109% | -103% | -104% | -102% | -87% | -72% | -89% | -70% | -65% | -54% | -53% | -56% |
| Gain on extinguishment of debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest income |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Interest expense and other |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Interest and other income (expense) | 372 | (56) | (231) | (169) | (367) | (823) | 1,000 | 1,100 | 1,100 | 1,100 | 4,300 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| **Pre-tax income (loss)** | (31,064) | (12,096) | (14,338) | (18,358) | (21,383) | (66,175) | (21,070) | (22,924) | (22,100) | (21,125) | (87,219) | (22,178) | (22,461) | (21,380) | (23,280) | (89,299) |
| Income taxes | (42) | (20) | (31) | (61) | (305) | (426) | - | - | - | - | - | - | - | - | - | - |
| Income tax rate |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Net income (loss)** | (31,106) | (12,124) | (14,369) | (18,419) | (21,688) | (66,600) | (21,070) | (22,924) | (22,100) | (21,125) | (87,219) | (22,178) | (22,461) | (21,380) | (23,280) | (89,299) |
| Fully Diluted Shares Outstanding | 32,957 | 35,415 | 35,816 | 38,659 | 43,855 | 38,463 | 51,800 | 52,260 | 53,510 | 54,780 | 53,070 | 65,520 | 56,580 | 57,770 | 58,540 | 57,110 |
| Income tax rate | 18% | 35% | 3% | 0% | 7% | 4% | 3% | 0% |  |  |  |  |  |  |  |  |
| **Non-GAAP EPS** | $(0.94) | $(0.34) | $(0.40) | $(0.48) | $(0.49) | $(1.71) | $(0.41) | $(0.44) | $(0.41) | $(0.39) | $(1.64) | $(0.40) | $(0.40) | $(0.37) | $(0.40) | $(1.56) |

*Source: Company reports and JMP Securities*

J | M | P

## FIGURE 3: SuccessFactors Balance Sheet

| | FY05 | | | | FY06 | | | | FY07 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **Assets** | | | | | | | | | | | | |
| **Current assets:** | | | | | | | | | | | | |
| Cash and cash equivalent | 15,281 | 13,006 | 10,047 | 7,702 | 4,202 | 22,574 | 17,675 | 28,172 | 16,370 | 8,712 | 15,558 | 82,274 |
| Marketable securities | — | — | — | — | — | — | — | 7,942 | 2,080 | 825 | 716 | 8,513 |
| Accounts Receivable | 2,456 | 3,195 | 4,565 | 9,432 | 4,889 | 9,357 | 12,833 | 22,864 | 20,410 | 23,690 | 23,408 | 42,072 |
| Deferred commissions short term | 421 | 278 | 453 | 484 | 634 | 990 | 1,377 | 2,532 | 2,600 | 3,079 | 3,318 | 4,199 |
| Prepaid expense and other current assets | 485 | 581 | 739 | 1,355 | 2,411 | 2,771 | 3,388 | 1,036 | 1,453 | 1,940 | 1,100 | 2,347 |
| **Total Current Assets** | 18,643 | 17,059 | 15,803 | 18,973 | 12,036 | 35,871 | 35,273 | 62,546 | 41,913 | 37,946 | 44,100 | 139,405 |
| Restricted cash | 134 | 144 | 152 | 295 | 303 | 550 | 872 | 934 | 982 | 1,080 | 1,271 | 964 |
| Property and equipment, net | 648 | 1,083 | 1,280 | 1,442 | 1,910 | 2,140 | 2,281 | 3,082 | 4,208 | 4,784 | 5,585 | 6,532 |
| Deferred commissions | 182 | 314 | 424 | 1,039 | — | — | — | 3,115 | 3,280 | 3,504 | 4,554 | 7,343 |
| Other assets | 110 | 6 | 2 | 3 | 3 | 3 | 939 | 1,087 | 668 | 1,009 | 1,516 | 300 |
| **Total Assets** | 19,717 | 18,605 | 17,641 | 21,752 | 14,252 | 39,300 | 39,365 | 60,744 | 51,451 | 48,329 | 57,036 | 154,544 |
| **Liabilities, convertible preferred stock, and stockholders' deficit** | | | | | | | | | | | | |
| **Current:** | | | | | | | | | | | | |
| Accounts payable | 734 | 874 | 1,329 | 803 | 1,727 | 2,000 | 1,994 | 1,808 | 2,708 | 4,042 | 6,080 | 3,595 |
| Accrued expenses and other current liabilities | 2,680 | 3,893 | 4,938 | 1,606 | 5,578 | 6,945 | 6,710 | 2,400 | 2,790 | 4,839 | 6,277 | 7,016 |
| Accrued employee compensation | — | — | — | 6,802 | — | — | — | 11,568 | 8,249 | 9,098 | 11,700 | 18,205 |
| Deferred revenue | 8,898 | 7,830 | 9,382 | 14,143 | 28,634 | 30,945 | 36,784 | 42,023 | 47,146 | 52,053 | 60,635 | 84,624 |
| Current portion of capital obligations | 98 | 128 | 130 | 107 | 63 | 61 | 36 | 38 | 25 | 33 | 34 | 34 |
| **Total current liabilities** | 10,410 | 12,725 | 15,779 | 23,283 | 34,020 | 39,951 | 47,224 | 57,633 | 60,918 | 70,065 | 83,766 | 113,534 |
| Capital lease obligation, net of current portion | 81 | 193 | 159 | 126 | 118 | 106 | 98 | 90 | 82 | 73 | 65 | 56 |
| Long-term debt | 5,399 | 6,128 | 7,343 | 11,069 | — | — | — | 9,211 | 9,948 | 10,191 | 19,880 | 16,386 |
| Deferred revenue, non-current | — | — | — | — | — | — | — | 10,331 | 9,880 | 11,539 | 13,851 | — |
| Convertible preferred stock warrant liability | — | — | — | — | — | — | 1,216 | 1,496 | 1,444 | 2,781 | 3,336 | 4,625 |
| Other long-term liabilities | — | — | — | — | — | 1,242 | — | 289 | 309 | 287 | 873 | — |
| **Total liabilities** | 15,809 | 18,853 | 23,122 | 34,458 | 34,138 | 41,299 | 48,540 | 79,550 | 82,359 | 84,898 | 121,781 | 134,601 |
| **Commitments and contingencies** | | | | | | | | | | | | |
| Convertible preferred stock | 20,387 | 20,383 | 20,383 | 20,383 | 20,383 | 45,296 | 45,289 | 45,289 | 45,289 | 45,289 | 45,309 | 45,289 |
| **Stockholders deficit** | | | | | | | | | | | | |
| Common stock | 4 | 4 | 4 | 4 | 5 | 5 | 6 | 6 | 6 | 7 | 7 | 51 |
| Additional paid in capital | 511 | 573 | 637 | 728 | 1,046 | 1,252 | 1,473 | 1,788 | 2,271 | 2,970 | 4,925 | 161,150 |
| Notes receivable from stock holder | (8) | (8) | (8) | (8) | (78) | — | (13) | (0) | (7) | 7 | — | — |
| ATA | — | — | — | — | — | 3 | 2 | 2 | 11 | 16 | 36 | 55 |
| Accumulated deficit | (17,067) | (21,393) | (26,656) | (33,813) | (41,242) | (46,533) | (55,952) | (65,859) | (76,476) | (84,841) | (116,022) | (141,313) |
| **Total stockholders deficit** | (16,560) | (20,824) | (26,023) | (33,089) | (40,289) | (47,282) | (54,464) | (64,095) | (76,197) | (91,856) | (110,054) | 19,943 |
| **Total liabilities, convertible preferred stock ad stockholders' deficit** | 19,836 | 18,412 | 17,482 | 21,752 | 14,252 | 39,313 | 39,345 | 60,744 | 51,451 | 48,329 | 57,036 | 154,544 |
| **Key Metrics:** | | | | | | | | | | | | |
| Cash | 15,415 | 13,149 | 10,199 | 7,997 | 4,505 | 23,133 | 18,647 | 27,108 | 18,432 | 10,823 | 17,544 | 91,751 |
| Total Debt | 15,415 | 13,140 | 10,199 | 25,212 | 23,133 | 30,946 | 36,784 | 9,711 | 9,946 | 10,191 | 19,880 | — |
| Net Cash | 12,297 | 13,858 | 16,725 | 7,997 | 4,505 | 17,365 | 52,354 | 17,365 | 8,948 | 432 | (2,340) | 101,010 |
| Deferred revenue | 1,456 | 1,661 | 2,767 | 8,497 | 1,422 | 4,311 | 5,839 | 15,570 | 4,482 | 4,788 | 10,894 | 26,524 |
| % q/q | 14% | 20% | 61% | | 6% | 16% | 19% | 42% | 0% | | 17% | 36% |
| Change in Deferred Revenue | | | | | | | | | | | | |
| Net Cash / share | | | | | | | | | | | | $ 1.77 |

*Source: Company reports and JMP Securities*

J|M|P

## FIGURE 4: SuccessFactors Statement of Cash Flows

| | 2004 | 2005 | 2006 | 2007 Q1 | 2007 Q2 | 2007 Q3 | 2007 Q4 | 2007 | 2008 Q1 | 2008 Q2 | 2008 Q3 | 2008 Q4 | 2008 | 2009 Q1 | 2009 Q2 | 2009 Q3 | 2009 Q4 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | | | | | | | | | | | | | |
| Net income | (5,293) | (20,820) | (32,246) | (12,519) | (18,393) | (20,181) | (25,291) | (76,454) | (22,670) | (24,824) | (24,100) | (23,325) | (95,119) | (24,478) | (24,981) | (23,980) | (26,280) | (99,699) |
| Adjustments to net income: | | | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 198 | 432 | 848 | 333 | 500 | 544 | 796 | 2,173 | 300 | 300 | 300 | 300 | 1,200 | 300 | 300 | 300 | 300 | 1,200 |
| Loss on retirement of equipment | | 8 | | | | | 156 | 156 | | | | | | | | | | |
| Amortization of deferred commissions | 657 | 1,019 | 2,042 | 734 | 860 | 1,016 | 1,453 | 4,083 | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 | 4,000 | 4,000 | 4,000 | 4,000 | 16,000 |
| Stock-based compensation | 75 | 211 | 817 | 450 | 661 | 1,171 | 1,016 | 4,418 | 2,000 | 2,000 | 2,000 | 2,500 | 8,500 | 2,000 | 2,000 | 2,000 | 3,000 | 10,400 |
| Amortization of debt issuance costs | | | 177 | 98 | 99 | 103 | 1,916 | 1,916 | | | | | | | | | | |
| Adjustment to fair value of warrants | | | (54) | (63) | 1,317 | 49 | 1,200 | 2,510 | | | | | | | | | | |
| Amortization of intangibles | 740 | 262 | | | | | | | | | | | | | | | | |
| Issuance of preferred stock warrants | | | 13 | | | | | | | | | | | | | | | |
| Gain on Extinguishment of debt | | | | | | | | | | | | | | | | | | |
| **Changes in Assets and Liabilities** | | | | | | | | | | | | | | | | | | |
| Account receivable | (3,723) | (3,272) | (13,372) | 2,394 | (3,280) | 282 | (18,694) | (19,298) | 2,500 | (2,500) | (2,500) | (12,000) | (14,500) | 2,500 | (4,000) | (3,000) | (15,000) | (19,500) |
| Deferred commissions | (983) | (2,821) | (6,295) | (977) | (1,553) | (2,309) | (5,123) | (9,963) | (2,000) | (2,000) | (2,000) | (8,000) | (14,000) | (3,000) | (3,000) | (3,000) | (8,000) | (17,000) |
| Prepaid and other current assets | (6) | (227) | (654) | (415) | (187) | 531 | (1,238) | (1,309) | | | | | | | | | | |
| Other assets | (1) | 1 | (1,261) | (8) | (86) | (568) | 368 | (294) | | | | | | | | | | |
| Accounts payable | 113 | 408 | 805 | 1,100 | 1,534 | 1,038 | (1,681) | 1,791 | | | | | | | | | | |
| Accrued expenses | 634 | 482 | 675 | 380 | 1,837 | 1,388 | 550 | 4,155 | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Accrued compensation | 1,216 | 3,813 | 4,564 | (3,317) | 849 | 2,092 | 8,475 | 8,099 | 7,334 | 12,055 | 17,338 | 34,925 | 71,652 | 10,878 | 17,658 | 24,045 | 49,655 | 102,334 |
| Deferred revenue | 3,917 | 14,371 | 27,142 | 4,452 | 6,766 | 10,864 | 26,524 | 48,654 | | | | | | | | | | |
| Other long-term liabilities | | 1,248 | 235 | 383 | 835 | (183) | 1,270 | | | | | | | | | | | |
| Net cash provided by operating activities | (7,449) | (5,945) | (13,811) | (7,203) | (6,016) | (2,092) | (12,358) | (29,468) | (9,336) | (11,448) | (6,443) | (2,100) | (28,257) | (5,000) | (5,185) | 3,465 | 10,375 | 3,735 |
| **Investing activities** | | | | | | | | | | | | | | | | | | |
| Restricted cash | (121) | (168) | (836) | (45) | (104) | (185) | 307 | (20) | | | | | | | | | | |
| Capital expenditures | (271) | (1,197) | (2,102) | (1,519) | (1,016) | (1,345) | (1,598) | (5,475) | (2,000) | (2,000) | (2,000) | (2,000) | (8,000) | (2,500) | (2,500) | (2,500) | (2,500) | (10,000) |
| Purchase of available-for-sale securities | | | | (2,205) | (500) | | (8,513) | (11,218) | | | | | | | | | | |
| Sale of available-for-sale securities | | | | 125 | 1,765 | 110 | 715 | 2,705 | | | | | | | | | | |
| Net cash used by investing activities | (392) | (1,365) | (2,741) | (3,647) | 135 | (1,420) | (9,088) | (14,016) | (2,000) | (2,000) | (2,000) | (2,000) | (8,000) | (2,500) | (2,500) | (2,500) | (2,500) | (10,000) |
| **Financing activities:** | | | | | | | | | | | | | | | | | | |
| Proceeds from convertible preferred stock, net | 4,938 | 8,442 | 24,905 | 65 | 122 | 188 | 4,852 | 5227 | | | | | | | | | | |
| Proceeds from exercises of stock options | 26 | 51 | 144 | | | 20 | | 20 | | | | | | | | | | |
| Proceeds from stock warrants | | | 70 | | | 10,000 | | 10000 | | | | | | | | | | |
| Proceeds from debt | | | 10,000 | | | | 104,002 | 104002 | | | | | | | | | | |
| Proceeds from IPO, net of offering | | | | | | (7) | 135 | 28 | | | | | | | | | | |
| Principle payments on capital lease obligations | (3) | (133) | (107) | (19) | (1) | | (21,409) | -21272 | | | | | | | | | | |
| Repayment of loan obligation | | | | | | 10,337 | 88,037 | 98,641 | | | | | | | | | | |
| Net cash (used in) provided by financing | 4,961 | 8,360 | 35,013 | 46 | 121 | 20,337 | 88,037 | 98,641 | | | | | | 7,500 | 7,000 | 965 | 7,675 | |
| Effect of exchange rate on cash and cash equivalents | | | | 2 | 4 | 21 | 20 | 47 | | | | | | | | | | |
| Net Increase in cash | 2,084 | 1,050 | 18,470 | (10,602) | (5,659) | 8,646 | 66,716 | 55,102 | (11,336) | (13,448) | (7,463) | (4,100) | (36,237) | (7,500) | (7,685) | 965 | 7,675 | (6,285) |
| Cash at beginning of period | 4,568 | 6,652 | 7,702 | 26,172 | 15,370 | 8,712 | 15,556 | 26,172 | 82,274 | 71,038 | 57,570 | 50,106 | 48,008 | 9,741 | 2,241 | (5,364) | (4,399) | 3,476 |
| Cash at end of period | 6,652 | 7,702 | 26,172 | 15,370 | 8,712 | 15,556 | 82,274 | 82,274 | 71,038 | 57,570 | 50,106 | 48,008 | 48,008 | 2,241 | (5,364) | (4,399) | 3,476 | (2,789) |
| | | | | | | | | | | | | | | | | | | |
| Free Cash Flow | (7,716) | (7,142) | (16,613) | (8,722) | (7,834) | (3,437) | (13,960) | (33,943) | (11,336) | (13,448) | (7,443) | (4,100) | (36,237) | (7,500) | (7,685) | 965 | 7,675 | (6,265) |
| Free Cash Flow Per Share | (2.30) | (4.30) | (8.55) | (0.25) | (0.22) | (0.09) | (0.32) | (0.86) | (0.22) | (0.20) | (0.14) | (0.07) | (0.68) | (0.14) | (0.13) | 0.02 | 0.13 | (0.12) |

Source: Company reports and JMP Securities



# JMP FACTS AND DISCLOSURES

**Analyst Certification:**
The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances or events that may subsequently come to my/our attention. Signed, Patrick Walravens

**Publicly Traded Companies Mentioned in This Report:**
PNC Financial Services Group Inc., PNC, $58.15, Not Rated; Regions Financial Corp., RF, $19.97, Not Rated; Sears Holding Corporation, SHLD, $93.49, Not Rated; SuccessFactors, Inc. (1,3), SFSF, $7.91, Market Outperform;

**JMP Securities Disclosure Definitions:**
(1) JMP Securities currently makes a market in this security. (2) JMP Securities has received compensation for banking or other services rendered to this company in the past 12 months. (3) JMP Securities was manager or co-manager of a public offering for this company in the past 12 months. (4) JMP Securities participated as an underwriting or selling group member of a public offering by this company in the past 12 months. (5) JMP Securities and/or its affiliates have obtained a position of at least 1% in the equity securities of this company during the ordinary course of its/their business/investments. (6) An officer of JMP Securities is a director or officer of this company. (7) The analyst covering this company (as defined in NASD Rule 2711) or a member of the analyst's household has a financial interest in this company. (8) The analyst covering this company or a member of the analyst's household serves as an officer, director, or advisory board member of this company.

**JMP Securities Investment Opinion Definitions:**
Strong Buy (SB): JMP Securities expects the stock price to appreciate 20% or more on an absolute basis over the next 6 months.
Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in-line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.
Sell (S): JMP Securities views the stock as a source of funds

**JMP Securities Research Ratings and Investment Banking Services:** (as of March 4, 2008)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Rating | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| Strong Buy | Buy | 0 | 31 | 13% | | | | |
| Market Outperform | Buy | 1 | 107 | 47% | Buy | 138 | 60% | 1 |
| Market Perform | Hold | 0 | 83 | 36% | Hold | 83 | 36% | 0 |
| Market Underperform | Sell | 0 | 9 | 4% | Sell | 9 | 4% | 0 |
| Sell | Sell | 0 | 0 | 0% | | | | |
| TOTAL: | | | 230 | 100% | | 230 | 100% | 1 |

**Stock Price Chart of Rating and Target Price Changes:**
Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. If the latest date is different than the report date, then the price is as of the previous day's close. The action reflected in this note is not annotated in the stock price chart. Source: FactSet and JMP Securities.



**JMP Disclaimer:**
JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading and investment banking departments, as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. This data has been prepared by JMP Securities LLC for information purposes only and is based on information available to the public from sources, which we believe to be reliable, but we do not guarantee its accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. This data is neither intended nor should be considered as an offer to sell, or solicitation or basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, JMP Asset Management LLC and their respective partners, directors, officers and associates, may have a long or short position in, may act as a market maker for, or purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed or seek to perform investment banking, advisory, or other services for, and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. © Copyright 2008. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of the NASD, ARCA, NASDAQ, and SIPC.

## JMP SECURITIES LLC



`J | M | P`

600 Montgomery Street, Suite 1100, San Francisco, CA 94111-2713, www.jmpsecurities.com

**James F. Wilson, CFA**
**Director of Equity Research**
**(415) 835-8975**

**Business Services**
_Business & Professional Services_
Kevane A. Wong                    (415) 835-8976

_Financial Processing & Outsourcing_
David M. Scharf                   (415) 835-8942

**Consumer**
_Lifestyle Retailing & Products_
Kristine Koerber                  (415) 835-8962
   Jennifer Bennett               (415) 835-8932

**Financial Services**
_Residential & Commercial Real Estate Finance_
Steven C. DeLaney                 (404) 848-7773

_Consumer & Specialty Finance_
John Hecht                        (415) 835-3912
   Jeannette Daroosh              (415) 835-8996

_Residential Mortgage Finance_
John Hecht                        (415) 835-3912
   Jeannette Daroosh              (415) 835-8996

**Healthcare**
_Biotechnology_
Charles C. Duncan, PhD            (212) 906-3510
   Felicia Miller, PhD            (212) 906-3505
   Ashley Mlinac                  (415) 835-8965

Liisa Bayko                       (312) 674-4564

_Healthcare Services_
Constantine Davides, CFA          (617) 235-8502

_Medical Devices_
Mimi Pham                         (212) 906-3520

Anthony Ostrea, CFA               (212) 906-3545

**Real Estate**
_Hotels & Resorts_
William C. Marks                  (415) 835-8944
   Won Kim                        (415) 835-3963

_Housing & Housing Supply Chain_
James F. Wilson, CFA              (415) 835-8975
   Cynthia A. Rubin, CFA          (415) 835-3939

_Real Estate & Property Services_
William C. Marks                  (415) 835-8944
   Susan Gutierrez                (415) 835-3909

_Real Estate Technology_
James F. Wilson, CFA              (415) 835-8975
   Cynthia A. Rubin, CFA          (415) 835-3939

**Technology**
_Clean Technology_
Jason Simon, CFA                  (415) 835-8934
   Bryce Dille, CFA               (415) 835-8916

_Communications Equipment_
Samuel Wilson                     (415) 835-8967

_Consumer Technology Products & Services_
Ingrid Ebeling                    (415) 835-8904

_Enterprise/Application Software_
Patrick Walravens                 (415) 835-8943

_Industrial Technology_
Jason Simon, CFA                  (415) 835-8934
   Bryce Dille, CFA               (415) 835-8916

_Internet_
Sameet Sinha                      (415) 835-8979
   Randy Katz                     (415) 835-8914

_IT Services_
Devang Kothari                    (312) 674-4987

_Semiconductors_
Krishna Shankar                   (415) 835-8971
   Peter J. Bussi                 (415) 835-3975

---

**For Additional Information**

Mark Lehmann
Director of Equities
(415) 835-3908

Erin Seidemann
Vice President, Publishing
(415) 835-3970

**EXHIBIT 4**



Patrick Walravens
pwalravens@jmpsecurities.com
415-835-8943

*On Demand Software – Update*                                        March 10, 2008

# SuccessFactors, Inc. [1,3]

Johnny Anonymous Loses Round One

## MARKET OUTPERFORM                                        SFSF $8.11

| | | FY: Dec | | 2007A | 2008E | 2009E |
|---|---|---|---|---|---|---|
| Price | $8.11 | Revenue (M) | 1Q | $12.4 | $21.2 | $33.2 |
| Target Price | $12.00 | | 2Q | $15.0 | $23.4 | $35.7 |
| 52-Wk Range | $7.49 - $15.27 | | 3Q | $16.7 | $26.6 | $41.2 |
| Shares Out. (M) | 49.7 | | 4Q | $19.2 | $31.1 | $46.0 |
| Market Cap. (M) | 403.1 | | FY | $63.4 | $102.4 | $156.2 |
| Average Daily Vol. (000) | – | | | | | |
| Float (M) | – | | | 2007A | 2008E | 2009E |
| Secular Growth Rate | – | EPS | 1Q | ($0.34) | ($0.41) | ($0.40) |
| | | | 2Q | ($0.40) | ($0.44) | ($0.40) |
| LT Debt (M) | $0.0 | | 3Q | ($0.48) | ($0.41) | ($0.37) |
| LT Debt/Total Cap. | 0.0% | | 4Q | ($0.49) | ($0.39) | ($0.40) |
| Net Cash/Share | $1.77 | | FY | ($1.73) | ($1.64) | ($1.56) |
| | | | P/E | NM | NM | NM |
| | | | Previous FY | – | NC | NC |
| | | | CY | ($1.73) | ($1.64) | ($1.56) |
| | | | P/E | – | – | – |

*NC indicates no change to previous estimate.  NE indicates no previous estimate.*
*Source: Company reports and JMP Securities*

## INVESTMENT HIGHLIGHTS

- **We maintain our Market Outperform rating and $12 price target on SuccessFactors.** Last week, an anonymous person circulated a presentation that was highly critical of SuccessFactors. The part of the presentation that concerned us the most was five case studies regarding alleged problems with customer implementations. On Friday, we had the opportunity to speak to one of those five customers. Suffice it to say, the claims appear to be unfounded. We have placed calls to the other companies but had not heard back as of the time of this note. We look for non-GAAP EPS of ($1.64) in 2008, versus the consensus of ($1.66). We look for non-GAAP EPS of ($1.56) in 2009 versus the consensus of ($1.53). SuccessFactors trades at a 2009 EV/revenue of 2.0x versus the peer group median of 2.5x. Our new $12 price target implies a 2009 EV/revenue multiple of 3.4x, about a 10% premium to the peer group median of 3.1x, which we believe is justified given SuccessFactors' industry-leading growth rate.

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO THE JMP FACTS AND DISCLOSURES SECTION**



## INVESTMENT RISKS

A number of risks could prevent SuccessFactors from achieving our price target. First, SuccessFactors has incurred significant losses including $21 million in 2005, $32 million in 2006, and $49 million in the first nine months of 2007. Much of the losses were due to investments in sales and marketing to grow the business. Sales marketing expenses were 127% of revenue in 2005, 99% in 2006, and 112% in the first nine months of 2007. The business model also affects the profitability because costs are generally incurred up front, while the revenue is generally recognized ratably over the life of the contract. Second, over the past few years, SuccessFactors has operated in a period of decreasing US unemployment rates and a strong domestic economy. If unemployment begins to rise and the US economy enters a recession, there is a risk that some of the urgency around SuccessFactors' solutions may fade and the company may see lengthening sales cycles, which would be likely to negatively impact operating results. Third, SuccessFactors sells into a highly fragmented and price competitive HR market with relatively low barriers to entry.

## COMPANY DESCRIPTION

SuccessFactors is a provider of on-demand performance and talent management software solutions that enable organizations to optimize the performance of their people. The company has over 1,400 customers across over 60 industries, with more than two million end users in over 150 countries using the application suite in 18 languages. The customer base has organizations with as few as three and as many as 85,000 end users.

## FIGURE 1: SuccessFactors Revenue Drivers

| | 2006 | 2007 Q1 | Q2 | Q3 | Q4 | 2007 | 2008E Q1 | Q2 | Q3 | Q4 | 2008E | 2009E Q1 | Q2 | Q3 | Q4 | 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 32,570 | 12,391 | 15,004 | 16,744 | 19,211 | 63,350 | 21,230 | 23,477 | 26,600 | 31,076 | 102,382 | 33,222 | 36,739 | 41,220 | 46,020 | 156,201 |
| % y/y | 150% | 97% | 127% | 101% | 70% | 95% | 71% | 56% | 59% | 62% | 62% | 56% | 52% | 55% | 48% | 53% |
| Billings | 59,712 | 16,843 | 21,790 | 27,638 | 45,735 | 112,006 | 28,564 | 35,532 | 43,938 | 66,000 | 174,034 | 44,100 | 53,295 | 65,265 | 95,875 | 258,535 |
| % y/y | 118% | 118% | 100% | 95% | 70% | 88% | 70% | 63% | 59% | 44% | 55% | 54% | 50% | 49% | 45% | 49% |
| | | | | | | | | | | | | | | | | |
| Change in deferred revenue | 27,142 | 4,452 | 6,786 | 10,894 | 26,524 | 48,656 | 7,334 | 12,056 | 17,338 | 34,925 | 71,652 | 10,878 | 17,556 | 24,045 | 49,855 | 102,334 |
| | | | | | | | | | | | | | | | | |
| Total Customers | 850 | 1,003 | 1,167 | 1,400 | 1,750 | 1,750 | 1,930 | 2,115 | 2,375 | 2,750 | 2,750 | 2,940 | 3,135 | 3,435 | 3,835 | 3,835 |
| Net New Customers | 509 | 153 | 164 | 233 | 350 | 900 | 180 | 185 | 260 | 375 | 1,000 | 190 | 195 | 300 | 400 | 1,085 |
| Revenue / Customer | 38.3 | 12.4 | 12.9 | 12.0 | 11.0 | 48.1 | 11.0 | 11.1 | 11.2 | 11.3 | 44.6 | 11.3 | 11.4 | 12.0 | 12.0 | 40.7 |
| Billing / Customer | 70.2 | 16.8 | 18.7 | 19.7 | 26.1 | 81.3 | 14.8 | 16.8 | 18.5 | 24.0 | 63.3 | 15.0 | 17.0 | 19.0 | 25.0 | 67.4 |

Source: Company reports and JMP Securities

## FIGURE 2: SuccessFactors Income Statement
Non-GAAP

| | 2006 | 2007 Q1 | Q2 | Q3 | Q4 | 2007 | 2008E Q1 | Q2 | Q3 | Q4 | 2008E | 2009E Q1 | Q2 | Q3 | Q4 | 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 32,570 | 12,391 | 15,004 | 16,744 | 19,211 | 63,350 | 21,230 | 23,477 | 26,600 | 31,076 | 102,382 | 33,222 | 36,739 | 41,220 | 46,020 | 156,201 |
| y/y growth | 150% | 97% | 127% | 101% | 70% | 95% | 71% | 56% | 59% | 62% | 62% | 56% | 52% | 55% | 48% | 53% |
| Cost of revenue | 14,307 | 4,998 | 5,618 | 6,339 | 8,939 | 25,894 | 9,200 | 9,500 | 9,700 | 10,000 | 38,400 | 10,700 | 11,300 | 11,500 | 12,000 | 45,500 |
| Gross profit | 18,263 | 7,393 | 9,386 | 10,405 | 10,272 | 37,456 | 12,030 | 13,977 | 16,900 | 21,075 | 63,982 | 22,522 | 24,439 | 29,720 | 34,020 | 110,701 |
| Gross margin | 56% | 60% | 63% | 62% | 53% | 59% | 57% | 60% | 64% | 68% | 62% | 68% | 67% | 72% | 74% | 71% |
| Operating Expenses: | | | | | | | | | | | | | | | | |
| Sales & marketing | 31,966 | 13,408 | 15,420 | 19,209 | 20,657 | 68,694 | 23,200 | 27,000 | 29,000 | 32,000 | 111,200 | 34,000 | 36,000 | 40,000 | 46,000 | 156,000 |
| % of revenue | 98% | 108% | 103% | 115% | 108% | 108% | 109% | 115% | 109% | 103% | 109% | 102% | 101% | 97% | 100% | 100% |
| Research & development | 10,545 | 3,511 | 3,560 | 4,017 | 5,104 | 16,212 | 5,600 | 5,600 | 5,700 | 5,800 | 22,600 | 6,100 | 6,200 | 6,300 | 6,400 | 25,000 |
| % of revenue | 32% | 28% | 24% | 24% | 27% | 26% | 26% | 24% | 21% | 19% | 22% | 18% | 17% | 15% | 14% | 16% |
| General & administrative | 7,188 | 2,514 | 4,493 | 5,368 | 5,527 | 17,902 | 5,400 | 5,400 | 5,400 | 5,500 | 21,700 | 5,600 | 5,700 | 5,800 | 5,900 | 23,000 |
| % of revenue | 22% | 20% | 30% | 32% | 29% | 28% | 25% | 23% | 20% | 18% | 21% | 17% | 16% | 14% | 13% | 15% |
| Total operating expenses | 49,699 | 19,433 | 23,493 | 28,594 | 31,288 | 102,808 | 34,100 | 38,000 | 40,100 | 43,300 | 155,500 | 45,700 | 47,900 | 52,100 | 58,300 | 204,000 |
| Operating income (loss) | (31,436) | (12,040) | (14,107) | (18,189) | (21,016) | (65,352) | (22,070) | (24,024) | (23,200) | (22,225) | (91,519) | (23,178) | (23,461) | (22,380) | (24,280) | (93,299) |
| Operating margin | -97% | -97% | -94% | -109% | -109% | -103% | -104% | -102% | -87% | -72% | -89% | -70% | -65% | -54% | -53% | -60% |
| Gain on extinguishment of debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest income | | | | | | | | | | | | | | | | |
| Interest expense and other | | | | | | | | | | | | | | | | |
| Interest and other income (expense) | 372 | (56) | (231) | (169) | (367) | (823) | 1,000 | 1,100 | 1,100 | 1,100 | 4,300 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| Pre-tax income (loss) | (31,064) | (12,096) | (14,338) | (18,358) | (21,383) | (66,175) | (21,070) | (22,924) | (22,100) | (21,125) | (87,219) | (22,178) | (22,461) | (21,380) | (23,280) | (89,299) |
| Income taxes | (42) | (28) | (31) | (61) | (305) | (425) | - | - | - | - | - | - | - | - | - | - |
| Income tax rate | | | | | | 18% | 18% | 36% | 3% | 5% | 36% | 1% | 7% | 4% | 3% | 8% |
| Net income (loss) | (31,106) | (12,124) | (14,369) | (18,419) | (21,688) | (66,600) | (21,070) | (22,924) | (22,100) | (21,125) | (87,219) | (22,178) | (22,461) | (21,380) | (23,280) | (89,299) |
| Fully Diluted Shares Outstanding | 32,957 | 35,415 | 35,816 | 38,669 | 43,855 | 38,463 | 51,800 | 52,260 | 53,510 | 54,760 | 53,070 | 55,520 | 56,580 | 57,770 | 58,540 | 57,110 |
| Non-GAAP EPS | $ (0.94) | $ (0.34) | $ (0.40) | $ (0.48) | $ (0.49) | $ (1.73) | $ (0.41) | $ (0.44) | $ (0.41) | $ (0.39) | $ (1.64) | $ (0.40) | $ (0.40) | $ (0.37) | $ (0.40) | $ (1.56) |

Source: Company reports and JMP Securities

3

JMP

# FIGURE 3: SuccessFactors Balance Sheet

| | FY05 | | | | FY06 | | | | FY07 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **Assets** | | | | | | | | | | | | |
| **Current assets:** | | | | | | | | | | | | |
| Cash and cash equivalent | 15,281 | 13,005 | 10,047 | 7,702 | 4,202 | 22,574 | 17,675 | 26,172 | 15,370 | 8,712 | 15,558 | 82,274 |
| Marketable securities | – | – | – | – | – | – | – | – | 2,080 | 825 | 715 | 8,513 |
| Accounts Receivable | 2,456 | 3,195 | 4,565 | 9,432 | 4,889 | 9,357 | 12,833 | 22,804 | 20,410 | 23,690 | 23,408 | 42,072 |
| Deferred commissions short term | 421 | 278 | 453 | 484 | 534 | 969 | 1,377 | 2,532 | 2,600 | 3,079 | 3,318 | 4,199 |
| Prepaid expense and other current assets | 485 | 581 | 738 | 1,355 | 2,411 | 2,771 | 3,388 | 1,038 | 1,453 | 1,640 | 1,109 | 2,347 |
| **Total Current Assets** | 18,643 | 17,059 | 15,803 | 18,973 | 12,036 | 35,671 | 35,273 | 52,546 | 41,913 | 37,946 | 44,108 | 139,405 |
| Restricted cash | 134 | 144 | 152 | 285 | 303 | 559 | 872 | 934 | 982 | 1,086 | 1,271 | 964 |
| Property and equipment, net | 648 | 1,083 | 1,260 | 1,642 | 1,910 | 2,140 | 2,281 | 3,082 | 4,288 | 4,784 | 5,585 | 6,532 |
| Deferred commissions | 182 | 314 | 424 | 285 | – | – | 939 | 3,115 | 3,200 | 3,504 | 4,554 | 7,343 |
| Other assets | 110 | 5 | – | 1,039 | – | – | 939 | 1,067 | 998 | 1,009 | 1,518 | 300 |
| | | | | 3 | 3 | – | – | 3 | – | – | – | 3 |
| **Total Assets** | 19,717 | 18,605 | 17,641 | 21,752 | 14,252 | 39,313 | 39,345 | 60,744 | 51,451 | 48,329 | 57,036 | 154,544 |
| **Liabilities, convertible preferred stock, and stockholders' deficit** | | | | | | | | | | | | |
| **Current:** | | | | | | | | | | | | |
| Accounts payable | 734 | 874 | 1,329 | 803 | 1,727 | 2,000 | 1,694 | 1,608 | 2,708 | 4,042 | 5,080 | 3,595 |
| Accrued expenses and other current liabilities | 2,680 | 3,893 | 4,938 | 1,608 | 5,576 | 6,945 | 8,710 | 2,400 | 2,790 | 4,839 | 6,227 | 7,016 |
| Accrued employee compensation | 6,898 | 7,830 | 9,382 | 6,602 | – | – | – | 11,566 | 8,249 | 9,098 | 11,790 | 18,265 |
| Deferred revenue | 5,399 | 6,128 | 7,343 | 14,143 | 26,634 | 30,946 | 38,784 | 42,023 | 47,146 | 52,053 | 60,635 | 84,624 |
| Current portion of capital obligations | 98 | 130 | 107 | 107 | 83 | 61 | 36 | 36 | 25 | 33 | 34 | 34 |
| **Total current liabilities** | 15,809 | 18,853 | 23,122 | 23,263 | 34,020 | 41,193 | 48,442 | 57,633 | 60,918 | 70,065 | 83,766 | 113,534 |
| Capital lease obligations, net of current portion | 81 | 193 | 159 | 126 | 118 | 106 | 98 | 90 | 82 | 73 | 65 | 56 |
| Long-term debt | – | – | – | – | – | – | – | 9,711 | 9,946 | 10,191 | 19,890 | – |
| Deferred revenue, non-current | – | – | – | 11,069 | – | – | – | 10,331 | 9,660 | 11,539 | 13,851 | 16,386 |
| Convertible preferred stock warrant liability | – | – | – | – | – | – | – | 1,498 | 1,444 | 2,761 | 3,336 | – |
| Other long-term liabilities | – | – | – | – | – | – | – | 288 | 309 | 267 | 873 | 4,625 |
| **Total liabilities** | 15,890 | 19,046 | 25,281 | 34,458 | 34,138 | 41,299 | 48,540 | 79,550 | 82,359 | 94,896 | 121,781 | 134,601 |
| Commitments and contingencies | | | | | | | | | | | | |
| Convertible preferred stock | 20,387 | 20,383 | 20,383 | 20,383 | 20,383 | 45,296 | 45,289 | 45,289 | 45,289 | 45,289 | 45,309 | 45,309 |
| **Stockholders deficit** | | | | | | | | | | | | |
| Common stock | 4 | 4 | 4 | 4 | 5 | 5 | 6 | 6 | 6 | 7 | 7 | 51 |
| Additional paid in capital | 511 | 573 | 637 | 728 | 1,046 | 1,252 | 1,473 | 1,758 | 2,271 | 2,970 | 4,925 | 161,150 |
| Notes receivable from stock holder | (8) | (8) | (8) | (8) | (78) | (9) | (13) | (9) | (7) | (7) | (7) | (7) |
| ATA | – | – | – | – | – | 3 | 2 | 9 | 11 | 15 | 36 | 55 |
| Accumulated deficit | (17,067) | (21,393) | (28,656) | (33,813) | (41,242) | (48,533) | (55,952) | (65,859) | (78,478) | (94,841) | (115,022) | (141,313) |
| **Total stockholders deficit** | (16,560) | (20,824) | (28,023) | (33,089) | (40,269) | (47,282) | (54,484) | (64,095) | (76,197) | (91,856) | (110,054) | 19,943 |
| **Total liabilities, convertible preferred stock and stockholders' deficit** | 19,717 | 18,605 | 17,641 | 21,752 | 14,252 | 39,313 | 39,345 | 60,744 | 51,451 | 48,329 | 57,036 | 154,544 |
| **Key Metrics:** | | | | | | | | | | | | |
| Cash | 15,415 | 13,149 | 10,199 | 7,987 | 4,505 | 23,133 | 18,547 | 27,106 | 18,432 | 10,623 | 17,544 | 91,751 |
| Total Debt | – | – | – | – | – | – | – | 9,711 | 9,946 | 10,191 | 19,890 | – |
| Net Cash | 15,415 | 13,149 | 10,199 | 7,987 | 4,505 | 23,133 | 18,547 | 17,395 | 8,486 | 432 | (2,346) | 91,751 |
| Deferred revenue | 5,399 | 6,128 | 7,343 | 25,212 | 26,634 | 30,945 | 38,784 | 52,354 | 56,806 | 63,592 | 74,486 | 101,010 |
| % q/q | | | | 51% | 6% | 16% | 19% | 42% | 9% | 12% | 17% | 36% |
| Change in Deferred Revenue | 1,661 | | | 8,487 | 1,422 | 4,311 | 5,839 | 15,570 | 4,452 | 6,786 | 10,894 | 26,524 |
| Net Cash / share | | | | | | | | | | | | $  1.77 |

Source: Company reports and JMP Securities

J|M|P

# FIGURE 4: SuccessFactors Statement of Cash Flows

| | 2004 | 2005 | 2006 | 2007 Q1 | Q2 | Q3 | Q4 | 2007 | 2008 Q1 | Q2 | Q3 | Q4 | 2008 | 2009 Q1 | Q2 | Q3 | Q4 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | | | | | | | | | | | | | |
| Net income | (5,293) | (20,620) | (32,046) | (12,819) | (16,383) | (20,161) | (26,291) | (75,454) | (22,870) | (24,824) | (24,100) | (23,325) | (95,119) | (24,478) | (24,991) | (23,980) | (26,280) | (99,699) |
| Depreciation and amortization | 188 | 432 | 868 | 333 | 500 | 544 | 796 | 2,173 | 300 | 300 | 300 | 300 | 1,200 | 300 | 300 | 300 | 300 | 1,200 |
| Loss on retirement of equipment | | 8 | | | | | 156 | 156 | | | | | | | | | | |
| Amortization of deferred commissions | 557 | 1,010 | 2,042 | 734 | 860 | 1,018 | 1,453 | 4,083 | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 | 4,000 | 4,000 | 4,000 | 4,000 | 16,000 |
| Stock-based compensation | 75 | 211 | 817 | 450 | 578 | 1,613 | 1,777 | 4,418 | 2,000 | 2,000 | 2,000 | 2,500 | 8,500 | 2,300 | 2,500 | 2,500 | 3,000 | 10,400 |
| Amortization of debt issuance costs | | | 177 | 98 | 99 | 103 | 1,016 | 1,916 | | | | | | | | | | |
| Adjustment to fair value of warrants | | | (54) | (53) | 1,317 | 46 | 1,200 | 2,510 | | | | | | | | | | |
| Amortization of intangibles | 740 | 282 | | | | | | | | | | | | | | | | |
| Gain on Extinguishment of debt | | | 13 | | | | | | | | | | | | | | | |
| **Changes in Assets and Liabilities** | | | | | | | | | | | | | | | | | | |
| Account receivable | (3,723) | (3,272) | (13,372) | 2,394 | (3,280) | 282 | (18,664) | (19,268) | 2,500 | (2,500) | (2,500) | (12,000) | (14,500) | 2,500 | (4,000) | (3,000) | (15,000) | (19,500) |
| Deferred commissions | (883) | (2,821) | (5,296) | (977) | (1,553) | (2,305) | (5,123) | (9,958) | (2,000) | (2,000) | (2,000) | (8,000) | (14,000) | (3,000) | (3,000) | (3,000) | (8,000) | (17,000) |
| Prepaid and other current assets | (5) | (227) | (554) | (415) | (187) | 531 | (1,236) | (1,308) | | | | | | | | | | |
| Other assets | (1) | 1 | (1,241) | (8) | (86) | (586) | 388 | (296) | | | | | | | | | | |
| Accounts payable | 113 | 498 | 805 | 1,100 | 1,334 | 1,038 | (1,681) | 1,791 | | | | | | | | | | |
| Accrued expenses | 634 | 482 | 875 | 390 | 1,837 | 1,388 | 560 | 4,165 | | | | | | | | | | |
| Accrued compensation | 1,216 | 3,913 | 4,664 | (3,317) | 949 | 2,092 | 6,475 | 6,099 | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Deferred revenue | 3,917 | 14,371 | 27,142 | 4,452 | 6,798 | 10,894 | 26,524 | 48,656 | 7,334 | 12,056 | 17,338 | 34,925 | 71,652 | 10,878 | 17,556 | 24,045 | 49,855 | 102,334 |
| Other long-term liabilities | | | 1,248 | 235 | 393 | 835 | (193) | 1,270 | | | | | | | | | | |
| Net cash provided by operating activities | (2,485) | (5,945) | (13,811) | (7,203) | (6,918) | (2,092) | (12,255) | (28,468) | (9,236) | (11,468) | (5,483) | (2,100) | (28,287) | (5,000) | (5,105) | 3,465 | 10,375 | 3,735 |
| **Investing activities** | | | | | | | | | | | | | | | | | | |
| Restricted cash | (121) | (168) | (639) | (48) | (104) | (185) | 307 | (30) | | | | | | | | | | |
| Capital expenditures | (271) | (1,197) | (2,102) | (1,519) | (1,016) | (1,345) | (1,595) | (5,475) | (2,000) | (2,000) | (2,000) | (2,000) | (8,000) | (2,500) | (2,500) | (2,500) | (2,500) | (10,000) |
| Purchase of available-for-sale securities | | | | (2,205) | (500) | | (8,513) | (11,218) | | | | | | | | | | |
| Sale of available-for-sale securities | | | | 125 | 135 | 110 | 715 | 2,705 | | | | | | | | | | |
| Net cash used by investing activities | (392) | (1,365) | (2,741) | (3,647) | 135 | (1,420) | (9,086) | (14,018) | (2,000) | (2,000) | (2,000) | (2,000) | (8,000) | (2,500) | (2,500) | (2,500) | (2,500) | (10,000) |
| **Financing activities** | | | | | | | | | | | | | | | | | | |
| Proceeds from convertible preferred stock, net | 4,938 | 8,442 | 24,906 | 65 | 122 | 188 | 4,852 | 5227 | | | | | | | | | | |
| Proceeds from exercises of stock options | 20 | 51 | 144 | | | 20 | 20 | 20 | | | | | | | | | | |
| Proceeds from debt | | | 10,000 | | | 10,000 | | 10000 | | | | | | | | | | |
| Proceeds from IPO, net of offering | | | | | | | 104,602 | 104602 | | | | | | | | | | |
| Principle payments on capital lease obligations | (3) | (133) | (107) | (19) | (1) | (7) | (9) | (36) | | | | | | | | | | |
| Repayment of loan obligation | | | | | | 136 | (21,408) | -21272 | | | | | | | | | | |
| Net cash (used in) provided by financing | 4,961 | 8,360 | 35,013 | 46 | 121 | 10,337 | 88,037 | 98,541 | | | | | | | | | | |
| Effect of exchange rate on cash and cash equivalents | | | 9 | 2 | 4 | 21 | 20 | 47 | | | | | | | | | | |
| Net increase in cash and cash equivalents | 2,084 | 1,050 | 18,470 | (10,802) | (6,658) | 6,846 | 66,716 | 56,102 | (11,236) | (13,468) | (7,463) | (4,100) | (36,267) | (7,500) | (7,605) | 965 | 7,875 | (6,265) |
| Cash at beginning of period | 4,568 | 6,652 | 7,702 | 26,172 | 15,370 | 8,712 | 8,712 | 26,172 | 82,274 | 71,038 | 57,570 | 50,108 | 57,570 | 9,741 | 2,241 | (5,364) | (4,399) | 3,476 |
| Cash at end of period | 6,652 | 7,702 | 26,172 | 15,370 | 8,712 | 15,558 | 66,716 | 82,274 | 71,038 | 57,570 | 50,108 | 46,008 | 46,008 | 2,241 | (5,364) | (4,399) | 3,476 | (2,789) |
| Free Cash Flow | (2,756) | (7,142) | (15,913) | (8,722) | (7,934) | (3,437) | (13,850) | (33,943) | (11,236) | (13,468) | (7,463) | (4,100) | (36,287) | (7,500) | (7,605) | 965 | 7,875 | (6,265) |
| Free Cash Flow Per Share | (2.80) | (4.90) | (6.65) | (0.25) | (0.22) | (0.09) | (0.32) | (0.88) | (0.22) | (0.26) | (0.14) | (0.07) | (0.68) | (0.14) | (0.13) | 0.02 | 0.13 | (0.12) |

*Source: Company reports and JMP Securities*

5



## JMP FACTS AND DISCLOSURES

**Analyst Certification:**
The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances or events that may subsequently come to my/our attention. Signed, Patrick Walravens

**Publicly Traded Companies Mentioned in This Report:**
SuccessFactors, Inc. (1,3), SFSF, $8.11, Market Outperform.

**JMP Securities Disclosure Definitions:**
(1) JMP Securities currently makes a market in this security. (2) JMP Securities has received compensation for banking or other services rendered to this company in the past 12 months. (3) JMP Securities was manager or co-manager of a public offering for this company in the past 12 months. (4) JMP Securities participated as an underwriting or selling group member of a public offering by this company in the past 12 months. (5) JMP Securities and/or its affiliates have obtained a position of at least 1% in the equity securities of this company during the ordinary course of its/their business/investments. (6) An officer of JMP Securities is a director or officer of this company. (7) The analyst covering this company (as defined in NASD Rule 2711) or a member of the analyst's household has a financial interest in this company. (8) The analyst covering this company or a member of the analyst's household serves as an officer, director, or advisory board member of this company.

**JMP Securities Investment Opinion Definitions:**
Strong Buy (SB): JMP Securities expects the stock price to appreciate 20% or more on an absolute basis over the next 6 months.
Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in-line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.
Sell (S): JMP Securities views the stock as a source of funds

**JMP Securities Research Ratings and Investment Banking Services:** (as of March 4, 2008)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Rating | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| Strong Buy | Buy | 0 | 31 | 13% | | | | |
| Market Outperform | Buy | 1 | 107 | 47% | Buy | 138 | 60% | 1 |
| Market Perform | Hold | 0 | 83 | 36% | Hold | 83 | 36% | 0 |
| Market Underperform | Sell | 0 | 9 | 4% | Sell | 9 | 4% | 0 |
| Sell | Sell | 0 | 0 | 0% | | | | |
| TOTAL: | | | 230 | 100% | | 230 | 100% | 1 |

**Stock Price Chart of Rating and Target Price Changes:**
Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. If the latest date is different than the report date, then the price is as of the previous day's close. The action reflected in this note is not annotated in the stock price chart. Source: FactSet and JMP Securities.



**JMP Disclaimer:**
JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading and investment banking departments, as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. This data has been prepared by JMP Securities LLC for information purposes only and is based on information available to the public from sources, which we believe to be reliable, but we do not guarantee its accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. This data is neither intended nor should be considered as an offer to sell, or solicitation or basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, JMP Asset Management LLC and their respective partners, directors, officers and associates, may have a long or short position in, may act as a market maker for, or purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed or seek to perform investment banking, advisory, or other services for, and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. © Copyright 2008. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of the NASD, ARCA, NASDAQ, and SIPC.

## JMP SECURITIES LLC



600 Montgomery Street, Suite 1100, San Francisco, CA 94111-2713, www.jmpsecurities.com

**James F. Wilson, CFA**
**Director of Equity Research**
**(415) 835-8975**

**Business Services**
Business & Professional Services
Kevane A. Wong (415) 835-8976

Financial Processing & Outsourcing
David M. Scharf (415) 835-8942

**Consumer**
Lifestyle Retailing & Products
Kristine Koerber (415) 835-8962
 Jennifer Bennett (415) 835-8932

**Financial Services**
Residential & Commercial Real Estate Finance
Steven C. DeLaney (404) 848-7773

Consumer & Specialty Finance
John Hecht (415) 835-3912
 Jeannette Daroosh (415) 835-8996

Residential Mortgage Finance
John Hecht (415) 835-3912
 Jeannette Daroosh (415) 835-8996

**Healthcare**
Biotechnology
Charles C. Duncan, PhD (212) 906-3510
 Felicia Miller, PhD (212) 906-3505
 Ashley Mlinac (415) 835-8965

Liisa Bayko (312) 674-4564

Healthcare Services
Constantine Davides, CFA (617) 235-8502

Medical Devices
Mimi Pham (212) 906-3520

Anthony Ostrea, CFA (212) 906-3545

**Real Estate**
Hotels & Resorts
William C. Marks (415) 835-8944
 Won Kim (415) 835-3963

Housing & Housing Supply Chain
James F. Wilson, CFA (415) 835-8975
 Cynthia A. Rubin, CFA (415) 835-3939

Real Estate & Property Services
William C. Marks (415) 835-8944
 Susan Gutierrez (415) 835-3909

Real Estate Technology
James F. Wilson, CFA (415) 835-8975
 Cynthia A. Rubin, CFA (415) 835-3939

**Technology**
Clean Technology
Jason Simon, CFA (415) 835-8934
 Bryce Dille, CFA (415) 835-8916

Communications Equipment
Samuel Wilson (415) 835-8967

Consumer Technology Products & Services
Ingrid Ebeling (415) 835-8904

Enterprise/Application Software
Patrick Walravens (415) 835-8943

Industrial Technology
Jason Simon, CFA (415) 835-8934
 Bryce Dille, CFA (415) 835-8916

Internet
Sameet Sinha (415) 835-8979
 Randy Katz (415) 835-8914

IT Services
Devang Kothari (312) 674-4987

Semiconductors
Krishna Shankar (415) 835-8971
 Peter J. Bussi (415) 835-3975

**For Additional Information**

Mark Lehmann
Director of Equities
(415) 835-3908

Erin Seidemann
Vice President, Publishing
(415) 835-3970

**EXHIBIT 5**

Yahoo! My Yahoo! Mail    Make YI your home page    Search: [                    ]  **Web Search**

**YAHOO!** MESSAGE BOARDS    Welcome, beanlima    Message Boards Home - Help
[Sign Out, My Account]



  

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

## SuccessFactors, Inc. (SFSF) - Quote Info                    Message Boards Settings

Search : [                    ] in [ SuccessFactors, Inc. (SFSF ]  Search    ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks S > SuccessFactors, Inc. (SFSF)

**View all Topics | View all Messages**    < Newer Topic | Older Topic >    **Get Message Board for:** [

**Re: Disgruntled Insiders**                              7-Mar-08 08:50 pm

ADVERTISEMENT

**Determine the movement of Sirius Satellite Radio Inc**



**Volume (millions)**

The PSAR indicates that SIRI is in a bearish tre

Learn More    Scottrade SmartTe

Hi! I'm an HR person. I'm not an investor. I'm a first time visitor to this blogging site. My company signed up with SFSF during 4th qtr 2007. (Very small customer) For obvious reasons - I'd prefer not to mention the company name. I represent only myself on this blog. I'm curious about your comments. Is this something we should know about? Is the Ppt presentation re: financials? Is this an ethical issue w/in SFSF? Training or product problem? Is this info available to view? Should I ask my sales rep if he/she knows anything? We really had a difficult time deciding which vendor to choose. Please let me know.

hrbiz40



View Messages

Ignore User

Report Abuse

**Rating :**                    **Rate it:**
★★★★★ (No ratings)        ☆☆☆☆☆

[ ▮▮▮ ]        < Previous Message | Next Message >

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List    Page 1 of about 1    First | < Prev | Next > | Last

## SuccessFactors, Inc. (S



SFSF 7-Mar 3:51pm (C)

8.2
8.0
7.8
7.6
  10am    12pm    2pm

On Mar 7: **8.11** ↑0.20 (2

## Messages in Topic    Minimum rating: [2 stars + unrated ▾]  What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Disgruntled Insiders<br>Has anyone received a powerpoint presentation this morn ... | joefly78 | Rate it | 5-Mar-08 07:38 am |
| Re: Disgruntled Insiders<br>where did you see this ppt? is it posted on a pub ... | filipsimmon... | Rate it | 5-Mar-08 05:31 pm |
| Re: Disgruntled Insiders | hrbiz40 | Not rated | 7-Mar-08 08:50 pm |

Enter Symbol(s): [          ]  (
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes -

Quote data delayed 15 minutes for
minutes for NYSE and Amex. For delay
exchanges see exchange ta

**View:** Simple | Summary | Expanded  Page 1 of about 1  First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

**SPONSORED LINKS**

Free Credit Report with All 3 Sc

**EXHIBIT 6**

1   LAURENCE F. PULGRAM (CSB NO. 115163)
    lpulgram@fenwick.com
2   ALBERT L. SIEBER (CSB NO. 233482)
    asieber@fewick.com
3   LIWEN A. MAH (CSB NO. 239033)
    lmah@fenwick.com
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA  94104
    Telephone: (415) 875-2300
6   Facsimile:  (415) 281-1350

7   PATRICK E. PREMO (CSB NO. 184915)
    ppremo@fenwick.com
8   DENNIS M. FAIGAL (CSB NO. 252829)
    dfaigal@fenwick.com
9   FENWICK & WEST LLP
    Silicon Valley Center
10   801 California Street
    Mountain View, CA  94041
11   Telephone:   (650) 988-8500
    Facsimile:   (650) 938-5200

12

  Attorneys for Plaintiff SuccessFactors, Inc.

13

14             UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16             SAN FRANCISCO DIVISION

17

18   SUCCESSFACTORS, INC., a Delaware     Case No. CV 08-1376 EDL
  corporation,
19                        **Manual Filing Notice**
          Plaintiff,
20                        Date:
  v.                       Time:
21                        Dept:
  SOFTSCAPE, INC., a Delaware        Judge:
22   corporation; and DOES 1-10, inclusive,
                       Date of Filing:   March 11, 2008
23           Defendants.        Trial Date:    No date set

24

25   **Regarding:  Confidential Exhibits 1, 2, and 6 to the Declaration of Robert**

26            **Bernshteyn in Support of Plaintiff's *Ex Parte* Application For**

27           **A Temporary Restraining Order and Order to Show Cause**

28

Fenwick & West LLP
Attorneys At Law
Mountain View

1    This filing is in paper or physical form only, and is being maintained in the case file in the

2    Clerk's office.

3    If you are a participant on this case, this filing will be served in hard-copy shortly.

4    For information on retrieving this filing directly from the court, please see the court's main

5    web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6    This filing was not efiled for the following reason(s):

7    _____    Voluminous Document (PDF file size larger than efiling system allowances)

8    _____    Unable to Scan Documents

9    _____    Physical Object (description): _____

10    _____    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

11    __X__    Item Under Seal

12    _____    Conformance with the Judicial Conference Privacy Policy (General Order 53).

13    _____    Other (description):_____

14

15    Dated: March 11, 2008                    FENWICK & WEST LLP

16

17                                         By: _____

18                                         Patrick E. Premo

19                                         Attorneys for Plaintiff SUCCESSFACTORS, INC.

20                                                            *1281731*

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW