ORIGINAL

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB No. 233482)
asieber@fewick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

*FILED*

MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 08 1376 EDL<br><br>**DECLARATION OF JAMES MATHESON IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Dept:<br>Judge:<br><br>Date of Filing:   March 11, 2008<br>Trial Date:     No date set |



I, James Matheson, declare as follows:

1.     I am Director of Web Operations and have been employed at SuccessFactors, Inc. ("SuccessFactors") since August 2005. I make this declaration of my own personal knowledge, except to any extent otherwise specified. If called as a witness, I could and would testify competently to the facts set forth herein.

2.     As director of web operations, I oversee a team that is responsible for all of SuccessFactor's corporate websites. In addition to ensuring the smooth functioning of these sites, my job responsibilities include analyzing log files and creating reports for marketing, which analyze the internet traffic on our sites.

3.     On the morning of March 5, 2008, I learned that a 43-page PowerPoint presentation entitled "The Naked Truth" had been sent over the internet from a source calling himself or herself "John Anonymous" and using the email address hcmknowledge2008a@gmail.com.

4.     I spent approximately 28 hours over the past six days closely analyzing the content of the Presentation and reviewing company log files in an effort to determine the author of this piece. I have worked closely with other members of our IT, security, marketing, alliance, sales, legal and executive teams in this effort. We have had to set aside our normal business activities to assist the company in determining who is behind the email blast. If I were to conduct similar analysis, I estimate my hourly rate would be approximately $250 per hour.

5.     After reviewing the Presentation, two points became apparent to me. First, the author of the Presentation had obtained a copy of an old SuccessFactors PowerPoint template. We no longer use this template. Second, information contained on approximately 18 of the 43 slides could be traced verbatim to the following three sources:

       (a)    SuccessFactors' webinar at
             http://www.successfactors.com/media/webinars/introduction-to-ultra/, which was launched on January 18, 2008;

       (b)    our customers' page at http://www.successfactors.com/customers/list/, which was last updated on or about February 28, 2008; and

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1          (c)      a password-protected "ACE" sales demo (or demonstration) environment

2                   for demonstrating the SuccessFactors solution to customers and prospects.

3      6.      The content extracted for the Presentation includes screenshots from

4  SuccessFactors' sales and marketing materials.  Specifically, slides 5 and 6 include information

5  lifted from our customers page on the website.  The upper left-hand box on slide 7 bearing the title

6  "SuccessFactors The Global Leader" was also taken from our website before we changed it on or

7  about February 28, 2008.  I know this because the box lists "1,400+ Customers."  We updated this

8  figure on or about February 28, 2008.  Our web page now says "1,750 Customers."  Slides 26-27,

9  31-36, and 40-42 are taken from the password-protected ACE demo environment.  Slides 30 and

10 37-39 include screen shots from one of our webinars.

11     7.      In reviewing the content of the Presentation, the author appears to have been

12 comparing names of customers listed on SuccessFactors' website before and after February 28,

13 2008.  I obtained copies of log files from our corporate website and the ACE sales demo

14 environment from February 11, 2008 to March 4, 2008.

15     8.      I reviewed the logs and created the following list of IP addresses that accessed all

16 three sources – webinar, customer page, and ACE demo – between February 11 and March 4, 2008.

17 All appear to be IP sites associated with SuccessFactors' offices or employees except one, which is

18 highlighted below.

19         •      71.188.252.226 (Bothell, Washington, appears to be SuccessFactors

20                employee working out of a home office)

21         •      **68.236.68.19 (Softscape, Inc., Wayland, Massachusetts)**

22         •      87.54.29.118 (SuccessFactors' Copenhagen office)

23         •      38.104.6.174 (SuccessFactors' Boston office)

24         •      12.178.105.131 (SuccessFactors' San Mateo office)

25         •      12.170.31.242 (SuccessFactors' San Francisco office)

26     9.      Softscape is a direct competitor of SuccessFactors with its headquarters in Wayland,

27 Massachusetts.  I verified in a couple different ways that **IP 68.236.68.19** is an IP address

28 associated with Softscape.  First, I used an internet tool at

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  http://www.maxmind.com/app/lookup_city, which identifies the city, state and Internet Service

2  Provider ("ISP") for this unique IP address. Attached as Exhibit 1 is a true and correct copy of a

3  print-out reflecting the results using this tool. It identifies Verizon Internet Services as the ISP and

4  that **IP 68.236.68.19** is hosted in Wayland, Massachusetts. I then confirmed that Softscape's

5  website (http://www.softscape.com) uses the exact same IP block: 68.236.68.108. I traced

6  Softscape's IP block by searching the "softscape.com" domain name in Network Solutions'

7  WHOIS database (http://www.networksolutions.com/whois/index.jsp). Attached as Exhibit 2 is a

8  true and correct copy of the WHOIS results, with its IP address highlighted for the Court's

9  convenience. The .108 in the last three digits reflects a different computer from the .19 address, but

10 both are from the same block of IP addresses. I was able to further confirm Softscape as the host of

11 **IP 68.236.68.108** by reversing the address using Reverse DNS (http://remote.12dt.com/). Attached

12 as Exhibit 3 is a true and correct copy of the search results identifying 'softscape.com' as the top

13 level domain for Softscape's website.

14      10.      ACE demo accounts are uniquely assigned to SuccessFactors' sales representatives.

15 They are password protected and numbered. SuccessFactors does not permit access by

16 unauthorized persons, certainly not direct competitors. After reviewing ACE demo logs, I was able

17 to determine that IP 68.236.68.19 had been logging into the ACE275 demo account.

18 I along with two other SuccessFactors employees, John Adger and Doug Ito, reviewed "goals"

19 and other items that had been customized in the ACE 275 demo account. We found two "goals"

20 – "Communications" goal and another written in Spanish entitled "Mejorar Gastos

21 Administrativos" written in Spanish – that are not standard to the basic ACE configuration. This

22 means that someone added or customized the goal in preparation for or during a demo.

23      11.      I compared what I found in ACE275 to slides in the Presentation. In slide 41, both

24 goals are listed. There is the "Communications" goal listed near the bottom left-hand corner of the

25 screen shot followed by the "Mejorar" goal in Spanish. I confirmed that the exact same customized

26 goals were found in ACE275. This tied the content from the PowerPoint to the compromised

27 ACE275 Demo account that was accessed by the Softscape IP address. Attached as Exhibit 4 is a

28 true and correct copy of slide 41 with the "Communications" and "Mejorar" goals highlighted for

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    the Court's convenience.  Attached as Exhibit 5 is a true and correct copy of the same page printed

2    from the ACE275 account records, again, with the "Communications" and Spanish goals are

3    highlighted for the Court's convenience.

4          12.    Based on reviewing the ACE Sales Demo logs, I determined that **IP 68.236.68.19**

5    accessed the ACE275 demo account on February 19 and 21, 2008.  On February 19, 2008 it was

6    accessed at 8 am EST, 9 am EST, 2 pm EST and 3 pm EST.  On February 21, 2008, it was accessed

7    by this IP address throughout most of the day starting at 8 am EST.  ACE275 is a Sales Demo

8    account issued to one of our sales representatives, Jorge Corrales.  He is based out of Miami,

9    Florida.  His sales territories cover Latin America and Caribbean, but not Massachusetts.  I

10   confirmed with Mr. Corrales that he did not provide unauthorized access to his ACE275 sales demo

11   account and was not involved with the creation or dissemination of the Presentation.

12         13.    I verified that the other five IP addresses that I had previously identified

13   (71.188.252.226, 87.54.29.118, 38.104.6.174, 12.178.105.131, and 12.170.31.242), although they

14   had visited the ACE environment, did not access the ACE 275 *account* between February 11 and

15   March 4, 2008; only **IP 68.236.68.19** had.

16         14.    I reviewed log files for ACE275 and identified all IP addresses that had accessed

17   this sales demo account from February 12, 2008 to the present.  I discovered that **IP 82.108.171.66**

18   accessed ACE275 on February 19, 2008 at 1 pm EST and 2 pm EST.  Based on my Internet search,

19   it appears that **IP 82.108.171.66** is associated with Softscape's London office.  Attached as Exhibit

20   6 is a true and correct copy of a search results from http://www.maxmind.com/app/lookup_city,

21   which identifies "Soft Scape" as the organization in London associated with the unique IP address

22   in London.  I confirmed that Softscape has its EMEA headquarters at Greenland Court, 6

23   Greenland Place, London, United Kingdom.

24         15.    I also confirmed from the log records that two other IP addresses assigned to

25   Comcast DSL users in Massachusetts accessed ACE275 on multiple occasions over the past month.

26   **IP 24.34.56.79** accessed ACE275 on February 18, 2008 at 7 pm EST and February 20, 2008 at 2

27   am EST.  Attached as Exhibit 7 is a true and correct copy of search results from

28   http://www.maxmind.com/app/lookup_city, which identifies Maynard, Massachusetts, as the city

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  and state for this unique IP address. **IP 98.216.168.122** accessed ACE275 on February 18, 20, 21

2  and 22, 2008. On February 18, 2008, it was access at 7 pm EST. On February 20, 2008, it was

3  accessed at 7 pm EST, 8 pm EST and 11 pm EST. On February 21, 2008, it was accessed at 10 pm

4  EST. On February 22, 2008, it was accessed at 3 am EST. My search results tied that IP address to

5  Watertown, Massachusetts. Attached as <u>Exhibit 8</u> is a true and correct copy of a search results

6  from <u>http://www.maxmind.com/app/lookup_city</u>.

7      16.    I confirmed after further review of the log records that **IP 24.34.56.79** and

8  **IP 98.216.168.122** were accessing ACE275 after business hours and usually late at night.

9      17.    I next searched through SuccessFactors Customer Relationship Management (CRM)

10  database to determine if there was any information associated with these IP addresses. If someone

11  wants to attend a recorded SuccessFactors webinar, they typically need to fill out a form on our

12  website. These forms, which include user IP addresses, are entered into our CRM database.

13      18.    I identified nine "hits" in our CRM database using **IP 68.236.68.19** dating back to

14  January 2006. Although the IP address remained the same, the name and other information

15  provided was inconsistent. Many of the names appeared to be phony names, but the following

16  appeared to identify actual people: Harvey Schein and Dennis Martinek. I searched the internet for

17  these names and found a bio for Harvey Schein at a company called AccountAbility Outsourcing.

18  Mr. Schein lists Softscape as a customer. Attached as <u>Exhibit 9</u> is a true and correct printout from

19  <u>http://www.accountab.com/index-1_1.html</u>, which includes Mr. Schein's bio. Dennis Martinek

20  identifies himself in his Linkedin profile (a social and professional networking site on the internet)

21  as Regional Sales Manager at Softscape. Attached as <u>Exhibit 10</u> is a true and correct copy of the

22  Linkedin profile.

23      I declare under penalty of perjury under the laws of the United States of America and the

24  State of California that the foregoing is true and correct, and that this declaration was executed

25  this 11th day of March, 2008, in San Mateo, California.

26

27  _____

28  James Matheson

1281608

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**EXHIBIT 1**

 MaxMind®

 Support   My Account   FAQ   My Order

Home          GeoIP          minFraud          Contact          Company

**GeoIP Databases**
Country
Region
City
Metro Code
Organization
ISP
Netspeed
Domain Names
Proxy Detection
Web Services
GeoLite Redistribution
**MaxMind**
Support Center

## GeoIP City/ISP/Organization Demo

**MaxMind GeoIP City/ISP/Organization Edition Results**

| Hostname | Country Code | Country Name | Region | Region Name | City | Postal Code | Latitude | Longitude | ISP | Organization | Metro Code | Area Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68.236.68.19 | US | United States | MA | Massachusetts | Wayland | 01778 | 42.3613 | -71.3629 | Verizon Internet Services | Verizon Internet Services | 506 | 508 |

These results were generated with the Perl API and the commercial GeoIP City, GeoIP ISP, and GeoIP Organization databases.

To find countries and cities, enter IP addresses/hostnames, separated by spaces: (To get a demo for your IP address, click here)

[ Lookup IP Addresses ]

There is a limit of 25 demo lookups per day. Request a test account for more lookups.

MaxMind, GeoIP and related marks are registered trademarks of MaxMind, Inc.
Copyright © 2008 MaxMind, Inc. All Rights Reserved. Terms of use.

**EXHIBIT 2**

# NetworkSolutions.

## WHOIS Search Results



### Your WHOIS Search Results



**softscape.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

Private Registration - Keep personal information for this domain private.

SSL Certificates - Get peace of mind with a secure certificate.

Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!




Get the power of a dedicated server at a fraction of the cost.    LEARN MORE →

**Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr**

**Learn the do's and don'ts of search engine optimization.** Download our *Guide to Getting Found Online* now.

## Learn the Secrets of Search Engine Optimization

### Attend our SEO Seminar

Learn More →

Search Engines

TOP SECRET

Visit AboutUs.org for more information about SOFTSCAPE.COM AboutUs: SOFTSCAPE.COM

Make this info private

**Registrant:**
Softscape, Inc.
4 Minot Avenue
Acton, MA 01720
US

**Domain Name: SOFTSCAPE.COM**

### Promote your business to millions of viewers for only $1 a month!

Learn how you can get an Enhanced Business Listing here for your domain name.

**Learn More**

**Administrative Contact , Technical Contact :**
IT, Softscape
webdomains@softscape.com
526 Boston Post Road
Wayland, MA 01778
US
Phone: 508-358-1072

**Record expires on 24-Mar-2013**

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that

**Record created on** 23-Mar-1996
**Database last updated on** 24-Jan-2008

**Domain servers in listed order:**                          Manage DNS

DNSB.SOFTSCAPE.COM                                          68.236.68.32
DNSA.SOFTSCAPE.COM                                          68.236.68.31

Show underlying registry data for this record



| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 68.236.68.108 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-PENNSYLVANIA-PHILADELPHIA |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | 2 listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Softscape - Human Capital Management |
| **Secure:** | Yes |
| **E-commerce:** | No |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 07-Apr-2006 |



**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
⦿ **Domain Name**
◯ **NIC Handle**

**EXHIBIT 3**

# Reverse DNS Lookup

Ads by Google

**Domain Lookup**
Domain Lookup & more
Compare domain name
services here
DomainNameWholesale.net

**Reverse IP LookUp**
Reverse IP By Enter IP
Address Get Name Phone
Address Email & More
People-Search.com

**Check For Blacklist Tips**
Are Your Emails Being
Filtered Out? Find Out
w/Email Advisor. Call
Now.
www.Lyris.com

**Remediate configuration**
policy violations with
automated reporting.
Download now.
SolarWinds.com

**Domain Name Search**
Domain Name Search
pages Save on Domain
Name Search
ShopExplorer.org

## Results

### 68.236.68.108 resolves to "www.softscape.com"
### Top Level Domain: "softscape.com"

To get registration information from the Internet "Whois" database for
softscape.com: [ Click ]

<u>Frequently Asked Questions</u>
<u>Return to Main Page</u>

*This is a free service provided as-is without any warranty or guarantee whatsoever. Feel
free to use this service but please limit lookups to less than 75 per 24 hour period. Thanks
for your understanding.--- Frank*

*There are costs, however, to providing this service.
Feel free to make a PayPal donation to help support it.*



rlherde.com
Pinewood
Derby Awards
Ads by Google
Tracing
Online Nslookup
Free IP Tracer
DNS IP Lookup
Nslookup Domain

**EXHIBIT 4**

Scrolling makes for long pages



- Long scrolling forms with A LOT of Data
- Confusing Layout



EXHIBIT 5

# SuccessFactors ✕

Home | Goals | Performance | Compensation | Succession | Recruiting | Company Info | Employee Files | Reports

Welcome, Carla Grant   Options   Logout

Development Plan | Career Worksheet

## 2008 Development Goals for Carla Grant

Use this worksheet to add or update the development objectives. To quickly add a new development objective, click the Add development objective button, or browse the Hierarchy section to find an existing development objective to add to your plan.

Find user: [ ] Go | Advanced search

Create a New Development Objective

**Employee Hierarchy**

Alexander Thompson (athompson)

Delete Selected

**Carla Grant**

Marcus Q. Hoff

Sid Mormony   Wilma Sown   Jennifer Lo   Richard Maxx   Vik Stokes

**Carla Grant**

Thomas Clark



**Development Goals**

☑ Alerts ☑ Measure of Success ☑ Competencies ☑ Start Date ☑ Due Date ☑ Status ☑ Learning Activities

Displaying 1-6 of 6 Objectives

Update

| Development Goals | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Goal** | **Measure of Success** | **Competencies** | **Start Date** | **Due Date** | **Status** | **Action** | |
| Develop your Communication | Improved reception at your next large orals presentation | Communication | 06/04/2008 | 12/31/2008 | On Track | | |

| Learning Activities | | | | | |
|---|---|---|---|---|---|
| **Name** | | **Status** | **Type** | **Due Date** | **Results** **Action** |
| OPAL Coach: Formal Presentation | | Planned | Online Training | 11/15/2008 | |
| Presenting ideas effectively to individuals or groups when given time to prepare; delivering presentations suited to the characteristics and needs of the audience. | | | | | |
| Communication Skills for the Workplace | | | | | |

Poor communication is often blamed for discord, errors, and misunderstandings in the workplace. In fact, and more correctly, poor communication of intent causes these problems. They occur when people are unwilling to say exactly what they mean, or what they want. They also occur when there is a reluctance or an inability to get clarification of another person's intent. These situations can be avoided by using certain communication techniques to establish both other people's intent, and your own. This course covers the three prime strategies that will enable you to do this. By speaking assertively, you can make your intentions clear, and in this course you will have the opportunity to practice several assertive communication techniques. Similarly, the course will demonstrate how to give constructive criticism on the behavior of others, and how to receive criticism on your own behavior positively. Finally, the course covers the skill of questioning. You will learn how to use questi

☐ ✦ **Customer Focus**

| Name | Status | Type | Due Date | Results | Action |
|---|---|---|---|---|---|
| | | Customer Focus | 01/01/2008 | 12/31/2008 | |

**Learning Activities**

| Name | | | | | |
|---|---|---|---|---|---|
| Understand customer use cases | | Status | On-TrackTip - Coaching | | |

Know your customers and how they use your products and services. Understanding how the customer uses the company's products and services will aid the group in seeing things from their perspective and meeting their needs more effectively.

Add Learning Activity

☐ ✦ **Communication**

| | Communication | 01/01/2008 | 12/31/2008 | Not Started |
|---|---|---|---|---|

**Learning Activities**

Add Learning Activity

| Name | Status | Type | Due Date | Results | Action |
|---|---|---|---|---|---|

Format for the 15-second reader. Format the text so that readers can capture the main idea in a quick glance. If they like the main idea, they can read the rest.

☐ ✦ **Mejorar Gastos Administrativos**

| | Competencies | Budgets/Cost Control | 01/01/2007 | 06/30/2008 | Not Started |
|---|---|---|---|---|---|

**Learning Activities**

Add Learning Activity

**Coaching Goals**

| Goal | Measure of Success | Competencies | Start Date | Due Date | Status | Action |
|---|---|---|---|---|---|---|
| Develop Sid Mormony's Teamwork Skills | Improved teamwork and agility of Sid's team | Teamwork | 01/01/2008 | 12/31/2008 | Not Started | |

**Learning Activities**

**Name:**

Encourage Sid Mormony to express his views in group settings. Ask Sid Mormony specific On-Track Tip - Coaching questions during group discussions to try to draw out his opinions. Encourage him to elaborate on his remarks.

| | Status | Type | Due Date | Results | Action |
|---|---|---|---|---|---|

03/28/2008

Add Learning Activity

## Learning Activities

| Name | | Status | Type | Due Date | Results | Action |
|---|---|---|---|---|---|---|
| | | | | | | |

**360-Degree Feedback: Experiencing 360-Degree Feedback**

In "360-Degree Feedback: Experiencing 360-Degree Feedback," you will learn how organizations use 360-degree feedback, the benefits of using it, and the different methods for collecting it. You will also learn the criteria for selecting raters, the types of rating biases, and the guidelines for rating an employee's performance.

**Advanced Interpersonal Communication: Communicating with Co-Workers**

In Advanced Interpersonal Communication: Communicating with Co-Workers, you will learn suggestions for communicating with individuals who hold various roles in an organization, such as peers, supervisors, subordinates, and customers/vendors. You will also learn guidelines for promoting ideas and handling human resource issues, such as negotiating raises and dismissing subordinates.

**Advancing Your Service Expertise**

It's obviously a treat to have a sumptuous meal at a five-star restaurant, or be doted on at a five star resort. But five star service extends beyond our personal entertainment. A certain degree of pampering is key to achieving customer loyalty, and this course shows us how to make "five star attitude" an integral part of our service commitment.

**Communication Skills for the Workplace**

Poor communication is often blamed for discord, errors, and misunderstandings in the workplace. In fact, and more correctly, poor communication of intent causes these problems. They occur when people are unwilling to say exactly what they mean, or what they want. They also occur when there is a reluctance or an inability to get clarification of another person's intent. These situations can be avoided by using certain communication techniques to establish intent, both other people's intent, and your own. This course covers the three prime strategies that will enable you to do this. By speaking assertively, you can make your intentions clear, and in this course you will have the opportunity to practice several assertive communication techniques. Similarly, the course will demonstrate how to give constructive criticism on the behavior of others, and how to receive criticism on your own behavior positively. Finally, the course covers the skill of questioning. You will learn how to use questi

**Communication Techniques**

Customer
Focus, Results
Focus,
Teamwork,
Sense of
Urgency,
Listening Skills,
Communication,
Budgets/Cost
Control, People
Development,
Integrity/Ethics,
Leadership

01/01/2007  12/31/2008  Not Started

This program covers key communication techniques that will help in improving the results of a sale.

**Conducting Meetings: The Meeting Process**

In "Conducting Meetings: The Meeting Process," you will learn how to plan a meeting, effectively participate in a meeting, and successfully close a meeting. In the simulations, you will be meeting with the management team responsible for the implementation of the new payroll system. Your goal is to identify any problems Icon International may have installing the system and make sure it is installed by the deadline.

**Conquering Conflict through Communication**

How many times have you said nothing because it was "good for the team" or got angry before thinking over the situation? These examples illustrate how important communication is in the workplace. Communication is more than what you say. It's what you don't say, how you listen to others, and how you listen to what you say.

**Coping with Stress**

"You don't get ulcers from what you eat, but from what's eating you," said Albert Cliffe. There's no way to avoid having stress in one's life, but there are techniques for combating it. Are you your own worst enemy when it comes to stress? This course, the fourth in the series "Achieving Balance in Your Professional and Personal Life," will help you discover ways to manage self-induced stress.

**Decision Making & Problem Solving: Decision Making Fundamentals**

In "Decision Making & Problem Solving: Decision Making Essentials Graphics Enhanced Version" will help you develop the skills needed to establish and compare options, develop challenging, yet attainable, objectives, and make successful decisions. You will be provided with opportunities to utilize a variety of decision making techniques, establish group consensus, and make decisions in different situations.

**E-mail Etiquette: Using E-mail to Communicate Successfully**

In "E-mail Etiquette: Using E-mail to Communicate Successfully," you will learn the essentials of communicating via e-mail. You will learn how to take advantage of headers and text boxes when creating e-mail messages and about the benefits of considering your recipient You will also learn how to manage e-mail volume and what netiquette guidelines you should follow.

**E-mail Etiquette: Writing Effective E-mail Messages**

In "E-mail Etiquette: Writing Effective E-mail Messages," you will learn how to write effective e-mail messages. You will learn the differences between writing online and traditional paper-based writing, as well as how to achieve your e-mail message objectives, and how to construct effective sentences and paragraphs.

**Effective Presentations: Planning a Presentation**

In "Effective Presentations: Planning a Presentation," you will learn how to determine realistic presentation objectives, how to analyze your audience, and how to effectively use supporting materials. In addition, you will learn how to clearly organize your presentation and successfully incorporate visual aids.

**Emotional Intelligence at Work**

What makes someone a top performer in the world of work? If you think high IQ, advanced degrees, analytical skills, and technical expertise are the answer, it's time to think again.

**Excellence in Service: Fundamentals for Managers**

"Excellence in Service: Fundamentals for Managers" will help you develop the skills needed to effectively relate to customers, fulfill their basic needs, and exceed their expectations. You will be provided with opportunities to differentiate between internal and external customers, take ownership for customers' needs, and make sure your customers are completely satisfied.

**Foundations of Grammar**

When do you use "your" or "you're"? "Me" or "myself"? Is "good" an adverb or an adjective? Understanding how to use various types of words is a building block of good writing. To be a good writer, you must have a thorough understanding of the basic parts of speech that identify and classify types of words.

**Interpersonal Communication: Effective Communication**

"Interpersonal Communication: Effective Communication" will help you manage the roles of communication, understand why effective communication is important, and know how to follow the steps of the communication process. This interactive multimedia training program provides you with opportunities to make personal improvements to your communication effectiveness.

**Leading through Change**

Take a minute to think of people whom you consider to be exemplary leaders--people who led their organizations to greatness. What are the events or actions that led you to believe these leaders were exemplary? Was it the development of a new product, the revival of a failing business, or perhaps the start-up of an entrepreneurial venture?

**Listening Skills: Listening Challenges**

This course's aim is to help the learner overcome listening problems and enable him or her to communicate more effectively. It identifies barriers to listening and provides useful guidelines for improving the learner's listening skills. This course concentrates on how to interpret, use, and improve body language as a form of communication. Finally, it identifies common listening styles so the learner can encourage others to listen.

**MS Excel 2000 Fundamentals**

This course provides participants with the fundamental skills to use Microsoft Excel 2000 on a daily basis in their workplace. At the completion of this course, students will learn how to create and save a new workbook; add and manipulate worksheets; enter and manipulate data in single and multiple cells; use formulas and functions; format workbooks, worksheets and cells; and change fonts and data formats.

**MS Excel 2000 Proficient User**

This course provides participants with the skills to use Microsoft Excel 2000 on a daily basis in their workplace. At the completion of this course, students will learn how to format and print data in a worksheet; make worksheet calculations by using the advanced formulas and functions provided by Excel; manipulate data in a worksheet; create and edit workbooks for integrating with Web technology; and add and modify charts, graphics and 3D shapes to a worksheet.

**MS Internet Explorer 5.0 Fundamentals**

This course provides participants with the skills to use Microsoft Internet Explorer 5.0. At the completion of this course, students will learn how to search for Web pages; customize the display of Web pages; organize Web pages in the Favorites folder; save and print Web pages; identify the advanced features of IE 5.0; and use the basic features of Outlook Express.

**MS PowerPoint 2000 Proficient User**

This course provides participants with the skills to use Microsoft PowerPoint 2000 to create powerful presentations. At the completion of this course, students will learn how to open an existing presentation; identify the functions of the interface components; create a presentation; modify slides in a presentation; enhance a presentation; prepare for delivering a presentation.

**MS Project 2000 Fundamentals**

As the first in a two-part series, this course will provide learners with a foundation for using Project 2000. Learners will be given a thorough overview of the features of Project. Learners also will be taught how to create, communicate and track a Project plan.

**MS Win 2000 New Features**

This course will introduce the structure and features of Microsoft Windows 2000.

**MS Word 2000 Fundamentals**

This course provides participants with the fundamental skills to use Microsoft Word 2000 on a daily basis in their workplace. At the completion of this course, students will learn how to create and insert text in a Word document; format text in a document; send and save files in Word; and manage and organize documents.

**MS Word 2000 Proficient User**

This course provides participants with the intermediate skills to use Microsoft Word 2000 on a daily basis in their workplace. At the completion of this course, students will learn to format and proof a document; enhance a document with drawing objects, charts, Clip Art, graphics and presentation enhancements; create a mail merge; and create envelopes and labels by merging an address list.

**Manage Better by Listening**

This course describes the value of active listening techniques and how they can be used to improve the participant's managerial performance.

**Management Skills for the Diverse Work Force**

Just how do managers handle diversity issues? Are there specific skills required? What methods and policies have been successful in handling diversity issues? These are just some of the questions that come to mind when organizations notice that their workplace is becoming more and more diverse.

OPAL Coach: Achieving Your Leadership Potential

Say you own a bicycle and a have a membership at the community swimming pool. Does simply having these make you a triathlete? Not quite. The same can be said about leadership. Sure, you have the team, the projects, the deadlines, and the goals, but they don't make you a world-class leader. Achieving exceptional leadership requires so much more--including the time, effort, and motivation to constantly learn and grow.

OPAL Coach: Adaptability

Maintaining effectiveness when experiencing major changes in work tasks or the work environment; adjusting effectively to work within new work structures, processes, requirements, or cultures.

OPAL Coach: Adapting Your Leadership Approach

You've just met with a direct report to delegate an important assignment. But the meeting didn't go well. The person asked a lot of detailed questions that you couldn't answer, tried to push back responsibility, and left the meeting looking anything but empowered. Why did things not go as planned?

OPAL Coach: Adapting to Change

New technologies, changing customer requirements, reorganization, global competition—the winds of change keep blowing stronger in the workplace. Sometimes, it can feel like those winds are blowing you off course. But it doesn't have to be that way. You can harness the winds of change and use them to take you to a new destination while you gain valuable new skills, knowledge, and experience.

OPAL Coach: Aligning Performance for Success

Focusing and guiding others in accomplishing work objectives.

OPAL Coach: Applied Learning

Assimilating and applying new job-related information in a timely manner.

OPAL Coach: Boosting Business Results

At first glance, it might be difficult to recognize the true potential in something. But once you do, you can leverage its full value. This is true for you as a leader. Your organization's most valuable resource is its people. Your job is to tap the potential of these "human resources" to boost business results.

OPAL Coach: Building Customer Loyalty

Effectively meeting customer needs; building productive customer relationships; taking responsibility for customer satisfaction and loyalty.

OPAL Coach: Building Partnerships

Identifying opportunities and taking action to build strategic relationships between one's area and other areas, teams, departments, units, or organizations to help achieve business goals.

OPAL Coach: Building Partnerships That Work

Getting your job done is important to the success of the team, unit, or organization. But you can't do that without the cooperation and collaboration of your partners: people you interact with every day. Your job success and satisfaction depend to a great extent on how much effort you put into building, nurturing, and maintaining your partnerships with coworkers, supervisors, customers, and suppliers. Partnerships and productivity go hand in hand.

OPAL Coach: Building Strategic Working Relationships

Developing and using collaborative relationships to facilitate the accomplishment of work goals.

OPAL Coach: Building Trust

Interacting with others in a way that gives them confidence in one's intentions and those of the organization.

OPAL Coach: Building Trust in Your Work Environment

Although you can see how others' behavior affects trust in the organization, you might not recognize how your own behavior influences trust. Trust is built gradually, one interaction at a time. However, it can take only a single action to break it.

OPAL Coach: Building a Motivational Environment

If you think the best way to motivate people to perform at higher levels is by dangling a "carrot" in front of them, guess again. It's not what you promise people--or worse, threaten them with; it's what you do for people and with people that inspires them to show up at work every day with energy and a can-do attitude.

OPAL Coach: Building a Successful Team

Using appropriate methods and a flexible interpersonal style to help build a cohesive team; facilitating the completion of team goals.

OPAL Coach: Choosing The Right Candidate

You and the other interviewers have screened resumes, interviewed candidates, and checked references. Now that the time has come to make a hiring decision, you might feel uncertain of whether you'll make the right choice. By evaluating your data systematically and by enlisting the help of others, you can choose the right candidate.

OPAL Coach: Choosing a Conflict Resolution Tactic

When conflict goes unresolved, it can hurt productivity, quality, service, morale, or working relationships. When a conflict involves you or those who report to you, you must assess the situation and decide when and how to get involved.

OPAL Coach: Coaching

Providing timely guidance and feedback to help others strengthen specific knowledge/skill areas needed to accomplish a task or solve a problem.

OPAL Coach: Collaboration

Working effectively and cooperatively with others; establishing and maintaining good working relationships.

OPAL Coach: Communication

Clearly conveying information and ideas through a variety of media to individuals or groups in a manner that engages the audience and helps them understand and retain the message.

OPAL Coach: Conducting a Virtual Meeting

All meeting leaders face the challenges of controlling a meeting, keeping people on track, and making sure the purpose of the meeting is achieved. Along with those practical responsibilities go the duties of building relationships, instilling trust and confidence as the meeting leader, and keeping the group working as a team. Those can be daunting challenges for the leader of any meeting?and especially so for the leader of a virtual meeting.

OPAL Coach: Continuous Improvement

Originating action to improve existing conditions and processes; using appropriate methods to identify opportunities, implement solutions, and measure impact.

OPAL Coach: Continuous Learning

Actively identifying new areas for learning; regularly creating and taking advantage of learning opportunities; using newly gained knowledge and skill on the job and learning through their application.

OPAL Coach: Contributing to Meeting Success

Let's face it: Meetings are a way of life in most organizations. In fact, you're probably spending more time than ever in meetings. They let people share progress, discuss and solve problems, or make decisions. Although meetings are a fact of workplace life, too often we're stuck in meetings that run late, waste time, or accomplish little. Why sit in a useless meeting while your "real" work goes undone?

OPAL Coach: Contributing to Team Success

Actively participating as a member of a team to move the team toward the completion of goals.

OPAL Coach: Customer Focus

Making customers and their needs a primary focus of one's actions; developing and sustaining productive customer relationships.

OPAL Coach: Decision Making

Identifying and understanding issues, problems, and opportunities; comparing data from different sources to draw conclusions; using effective approaches for choosing a course of action or developing appropriate solutions; taking action that is consistent with available facts, constraints, and probable consequences.

OPAL Coach: Delegating Effectively

Many responsibilities can be delegated. But are those delegations effective? Do they produce the results you want? Effective delegators carefully match people with responsibility and authority in ways that make the most of their knowledge, skills, and motivations. And the delegators provide information and support to help them be successful.

OPAL Coach: Delegating Responsibility

Allocating decision-making authority and/or task responsibility to appropriate others to maximize the organization's and individuals' effectiveness.

OPAL Coach: Developing Others

Planning and supporting the development of individuals' skills and abilities so that they can fulfill current or future job/role responsibilities more effectively.

OPAL Coach: Discussing Performance Expectations

Because it's so critical that individual performance goals support the overall strategy, many organizations have performance management systems that outline a formal process for setting expectations. What could be easier than sitting down with an individual and working through the process, right? Well, effective leaders know that setting expectations discussions also require the "human touch."

OPAL Coach: Discussing Performance Progress

Do you sometimes wonder why you have to spend valuable time having performance progress reviews with people? After all, if the person is meeting or exceeding expectations, you both already know it. And if the person isn't meeting expectations, chances are that all you'll face in a discussion are defensiveness and excuses. Right? Wrong! You can turn a progress review discussion from a waste of time to a beneficial experience for everyone by using the right approach.

OPAL Coach: Ergonomics

Millions of people suffer from repetitive strain injuries. Too often, we avoid the warning signs of physical and environmental stresses on the body caused by poor posture, awkward body movements, improper lighting, and other factors. It's important to listen to the signals your body sends you. Sometimes small modifications to work procedures, postures, habits, and workstation design can make a big difference in the way you feel at the end of a day.

OPAL Coach: Follow-Up

Monitoring the results of delegations, assignments, or projects, considering the skills, knowledge, and experience of the assigned individual and the characteristics of the assignment or project.

OPAL Coach: Formal Presentation

Presenting ideas effectively to individuals or groups when given time to prepare; delivering presentations suited to the characteristics and needs of the audience.

OPAL Coach: Fundamentals of Feedback

Feedback answers the question, "How am I doing?" It tells you whether you're moving toward achieving your goals. People need feedback, and often they want it. After all, it feels good to hear you're doing a job well. That kind of positive feedback encourages you to repeat positive, productive actions. And when you're making mistakes, feedback tells you what you can improve so you won't make those mistakes again.

OPAL Coach: Gaining Commitment

Using appropriate interpersonal styles and techniques to gain acceptance of ideas or plans; modifying one's own behavior to accommodate tasks, situations, and individuals involved.

OPAL Coach: Going Beyond Customer Expectations

Providing good customer service is a matter of fulfilling customers' needs. Do it quickly and efficiently and your customers will go away pleased, and you will have done your job. But you can always do more. You can take that extra step that carries you past what customers expect into the realm of the surprising and rewarding. Going beyond customer expectations results when you take responsibility for more than just meeting a customer's need but also for taking the initiative to turn a pleased customer into a loyal one as well.

OPAL Coach: Guiding Discussions To Get Results

With today's hectic, performance-oriented pace, the time you spend in interactions must be productive. Whether you're interacting with an individual or a group, formally or informally, in person or over the phone, every discussion you have must produce results and accomplish its purposes efficiently. The five interaction Guidelines provide a flexible, interactive process that will help you do just that.

OPAL Coach: Handling Common Coaching Challenges

What do working on challenging assignments, learning new skills, improving performance, repeating successful performance, or finding new solutions to old problems have in common? All these situations could benefit from the advice and counsel of a good coach. In the short term a coach can help someone accomplish a task or solve a problem. In the long term a coach can help people develop to their fullest potential.

OPAL Coach: Handling Customer Dissatisfaction

You answer the phone only to hear an angry customer shout, "Where's my order? You said it would be here two days ago!" What do you say? Or, you've just spent 10 minutes explaining the service options you can provide to remedy a problem when the customer asks for something that is in violation of your company's policy. What do you do?

OPAL Coach: Handling Unacceptable Performance

When team members miss deadlines, don't produce enough, produce poor quality products or services, or exceed costs, the organization, other team members, internal partners, and customers are hurt. And your job becomes more difficult and more stressful.

OPAL Coach: Handling Unacceptable Work Habits

Even when people perform adequately on the job—in terms of quality, quantity, timeliness, or cost—their conduct at work might be unacceptable. A poor work habit ultimately can hurt their performance. It also can affect the success and morale of team members, internal partners, or customers. This kind of situation can make your job more difficult and more stressful.

OPAL Coach: Helping Others Manage Performance

You're about to review performance with someone you lead, and you're not sure what to do. In your last review neither of you brought performance data/each of you thought the other was responsible for tracking. Not surprisingly, the discussion was unfocused and seemed to take forever. This time you both agreed to track progress, but you're not sure what else should happen.

OPAL Coach: Impact

Creating a good first impression; commanding attention and respect; showing an air of confidence.

OPAL Coach: Imposing Formal Consequences

If a person repeatedly falls below expectations in an aspect of the job or if someone commits a serious offense, you probably face imposing formal consequences. This means having a discussion that could be emotional for the other person and uncomfortable for you. In addition, your organization might have some specific policies and procedures that you need to follow.

OPAL Coach: Improving Your Processes

Day in and day out, you perform your job in the tried-and-true way. Everything seems to be working OK. Of course, there is that recurring glitch, and someone's always complaining about one thing or another. But, all jobs have their annoying problems, don't they? Wouldn't it be great if you could eliminate the glitches and replace complaints with praise? Well you can do just that by examining your work processes and making changes to improve them.

OPAL Coach: Influencing Others to Make Things Happen

In today's flatter, evolving organizations, leaders need to get things done through people who don't report to them and, in some cases, even outrank them. Welcome to the new age of influence, where, to be effective, leaders must know the techniques that will help them earn people's commitment to make things happen.

OPAL Coach: Influencing Without Position Power

You have a good idea for solving a problem, improving a process, completing an assignment, or meeting customer needs. But you can't do anything with the idea because you don't have the resources or authority. What you need is the help or approval of other people. To get that help or approval, you need to be able to sell your idea. In other words, you have to convince people that your idea is worth supporting.

OPAL Coach: Information Monitoring

Setting up ongoing procedures to collect and review information needed to manage an organization or ongoing activities within it.

OPAL Coach: Initiating Action

Taking prompt action to accomplish objectives; taking action to achieve goals beyond what is required; being proactive.

OPAL Coach: Innovation

Generating innovative solutions in work situations; trying different and novel ways to deal with work problems and opportunities.

OPAL Coach: Keeping Discussions Moving

With increasing pressures on the job, you need to hold discussions that get results quickly and efficiently. You don't want your discussions to get bogged down, stray off the subject, or achieve questionable or confusing results. If a discussion does veer off course, you need the skills to steer it back in the right direction.

OPAL Coach: Keeping Organizational Talent

Retaining the people in your group is more than a matter of maintaining harmony and productivity in the workplace. It also relates directly to the organization's bottom line: Turnover is costly--hiring and training new people consumes money, time, and resources and results in lost sales and productivity. If you think most people leave a job simply for more money, you are wrong. Most people switch jobs because of their relationship with their leader, the one person with the greatest impact on whether people stay or leave your organization.

OPAL Coach: Leading Through Vision and Values

Are you terminally busy, with too many top priorities to juggle? Are you expected to get something done by a certain date or time, but you're not even sure how to get started? In today's fast-paced business world, almost everyone faces these kinds of pressures. Successful people are able to sort through them and adapt while maintaining high levels of performance. They succeed in part by using the tips and tools provided in this situation. You can use them too to avoid productivity pitfalls and improve your performance and on-time record.

OPAL Coach: Keeping on Track and on Time

Keeping the organization's vision and values at the forefront of associate decision making and action.

OPAL Coach: Legal Considerations in Hiring

Fair and equal employment opportunities for all. It's not just a catch phrase--it's the law. Federal and state laws require consistent selection processes that are related to the job. As good as your hunches about a particular job candidate might seem, they're worthless if other capable, qualified candidates are excluded from the selection process.

OPAL Coach: Letting Go and Delegating More

Who's the best person to do your work? It might not always be you. Of course, you probably are the best person when the work needs your unique skills or when you're expected to do it because of your role within the organization. But what about everything else on your plate? You'll find that if you delegate work, you'll be able to take on new, more challenging responsibilities that can increase your growth, productivity, job satisfaction, and value to the organization. And what you delegate can create the same benefits for the people who do it.

OPAL Coach: Making Better Decisions

We've all made a bad decision at one time or another. Maybe it was just a routine decision, one that had little impact, so the outcome did little harm. But what if it was a major decision with ramifications throughout your group, area, or organization? Instead of relying solely on intuition, a hunch, or a gut feeling, you can use a five-step process to make better decisions.

OPAL Coach: Making Change Happen

Which would you prefer: the kind of change that hits broadside, upsetting routines and causing confusion, or the kind that you and your associates would implement? Probably the second one, but the fact is, both kinds happen all the time. How you introduce change and encourage people to implement it goes a long way toward your team's success in a forever-changing workplace.

OPAL Coach: Making Rapid Decisions

Making decisions in today's fast-flowing business environment is a lot like navigating whitewater in a kayak. Not only is the path choppy, fraught with unseen hazards and poor sight lines, but also there is little time to ponder an opportunity when it presents itself. Decisions must be made quickly, or those opportunities are gone--swept away in the relentless undertow that is business today. You don't have the luxury of waiting for all the information to come in or of trying to make the "perfect" decision.

**OPAL Coach: Managing Conflict**

Dealing effectively with others in an antagonistic situation; using appropriate interpersonal styles and methods to reduce tension or conflict between two or more people.

**OPAL Coach: Managing Stress**

You thrive in a fast-paced work environment and always rise to the occasion when the pressure's on. However, lately your work pace feels so overwhelming that you've had trouble just showing up for work. Or, maybe you're a more low-key worker who's used to a steady flow of projects with concrete beginnings and predictable ends. Your work process has changed and, although you still have the same number of projects, it feels like more work and you're afraid of falling behind.

**OPAL Coach: Managing Work**

Effectively managing one's time and resources to ensure that work is completed efficiently.

**OPAL Coach: Mediating a Conflict**

When people who disagree won't work together to resolve a conflict, the problem will continue to grow until it harms everyone's performance. Your job is to bring the people together, help them talk constructively about their differences, and help them work toward a solution. When you do that, you mediate the conflict.

**OPAL Coach: Meeting Leadership**

Ensuring that a meeting serves its business objectives while using appropriate interpersonal styles and methods and considering the needs and potential contributions of others.

**OPAL Coach: Meeting Participation**

Using appropriate interpersonal styles and methods to help reach a meeting's goals while considering the needs and potential contributions of others.

**OPAL Coach: Negotiation**

Effectively exploring alternatives and positions to reach outcomes that gain the support and acceptance of all parties.

**OPAL Coach: Overcoming Barriers to Productivity**

There's one motto almost everyone can relate to: "Make it fast and make it good." In today's competitive marketplace, people are pressed to achieve higher quality, faster results, and lower costs. But balancing these requirements is difficult. Focus too much on quality, and time and costs can swell. Focus too much on speed, and quality might drop. Focus on the wrong things, and these demands can push you to the point where your productivity starts to slip.

**OPAL Coach: Overcoming Resistance to Change**

Change can be disorienting. People have to give up old ways of thinking and working while adapting to something new and unfamiliar. During change people can feel unsure, confused, or even afraid. So, it's only natural that some people will react to change by resisting it--especially when they can't control the change. Overcoming that resistance involves helping people adapt to the change by encouraging their understanding, ownership, and trust.

**OPAL Coach: Planning and Organizing**

Establishing courses of action for self and others to ensure that work is completed efficiently.

**OPAL Coach: Preparing To Lead Effective Meetings**

People meet because they have some practical need: To pass on information, solve problems, develop ideas, update one another, build commitment, or make decisions. An effective meeting ends with the participants believing that their personal needs were met; in other words, that their time was well spent and their participation was useful. To ensure that your meetings are effective, you must address both these practical and personal needs.

**OPAL Coach: Preparing to Lead a Virtual Meeting**

Do you often have to bring people together to share information, brainstorm ideas, make decisions, or solve problems? No problem, right? Just call a meeting. But what if those people are across the country--or across the world--and you need to gather them in a hurry? When time, budget, and circumstances don't allow people to travel to one location, bring them together with technology via a virtual meeting.

**OPAL Coach: Providing Everyday Service Excellence**

Customers need something--a product (a computer or copier, for example) or a service (for instance, someone to create a Web page or recommend a health provider). As the customer's chief contact person, you're responsible not only for providing the product or service, but for managing the relationship to make sure your customer is satisfied and loyal.

**OPAL Coach: Pulling Your Team Out of a Slump**

Every team has its ups and downs. Your own team has probably celebrated its successes and learned from its slips. But slumps in performance, that's another story. They can be difficult to pinpoint. They take their time in making an impact on productivity, quality, or timeliness. They slowly and quietly eat away at team morale and performance. But tough as they are to identify and fix, slumps demand your attention, and the sooner the better.

**OPAL Coach: Quality Orientation**

Accomplishing tasks by considering all areas involved, no matter how small; showing concern for all aspects of the job; accurately checking processes and tasks; being watchful over a period of time.

**OPAL Coach: Reaching Agreement**

A group needs to agree on the best way to complete a task, provide a service, or improve a process. But agreement seems a long way off because each person has a different idea on how to go about doing that. The challenge is to give all ideas a fair hearing, but get everyone to commit to just one idea, even if it's not everyone's first choice. The payoff is a well-informed decision that benefits from everyone's knowledge, skills, and experience.

**OPAL Coach: Recognizing and Rewarding Good Performance**

Have you ever wondered why nobody seems to notice your hard work? Or why no one acknowledges a team's routine good performance? For that matter, do you congratulate your coworkers for a job well done or point out someone's achievement? Recognizing and rewarding good performance should be more than just an afterthought; it should be a daily part of your and your group's job.

**OPAL Coach: Rescuing Difficult Meetings**

Arguments, interruptions, wandering discussions. You've been there when these and other problems have derailed a meeting. And you know how you felt; frustrated, annoyed, resentful. After all, your time's too valuable to be wasted in a meeting that's going off track. But you don't have to let the disruption win. Using the right techniques, you can make sure your time is well spent in every meeting.

**OPAL Coach: Resolving a Conflict You're Involved In**

Disagreements can be good. By wrestling with differing ideas, great solutions can result. But disagreements also can lead to conflict, especially when you and the other person stop talking to each other. You can feel the effects of conflict on yourself and those around you--tension, stress, lower morale. If conflict continues, it can hurt productivity, quality, and service.

**OPAL Coach: Reviewing Job or Performance Goals**

It's time to review your performance with your leader, and you're a little apprehensive. Both of you agreed on your performance goals awhile ago, but you're not sure what else you could discuss or what your role is in the discussion. You tracked your progress throughout the year, but is the data you gathered even the right kind? And will the evaluation be fair?

**OPAL Coach: Safety Awareness**

Identifying and correcting conditions that affect employee safety; upholding safety standards.

**OPAL Coach: Sales Ability/Persuasiveness**

Using appropriate interpersonal styles and communication methods to gain acceptance of a product, service, or idea from prospects and clients.

**OPAL Coach: Screening Resumes and Checking References**

No matter how you post a job opening--through an internal posting or a splashy display ad in the local newspaper--chances are that you have too many applicants and too little time to interview them all. A stack of resumes can be a daunting sight, but by screening resumes and checking references, you can find the best person for the job.

**OPAL Coach: Seeking A New Job/Position**

Are you ready for a change in your job? Maybe your company is reorganizing and you have your eye on a newly created position. Or you just found out your job is being eliminated. Perhaps you've simply decided that you can't keep doing the same job much longer. Whatever your situation is, you're probably feeling confused and anxious. A change is inevitable, but you're not sure how to know if a particular position will be right for you. Then, again, maybe you know exactly what you want to do but just aren't sure what to do to land the job.

**OPAL Coach: Setting Job or Performance Goals**

Which is better: A poorly worded job or performance goal or no goal? The answer is neither. Goals have proven value, so "no goal" is not an option. But the same applies to a "fuzzy" goal. By following a few simple tips, you can create job or performance goals that are well defined, understandable, and readily accepted.

**OPAL Coach: Setting Team Goals**

A team is only a team when every member works toward the same goals, such as productivity, quality, service, and timeliness. Achieving these goals is the responsibility of every team member. But too often personal goals take precedence over team goals. Also, often a lack of clear team goals means people are reactive instead of proactive. When that happens, the entire team suffers. Successful teams, on the other hand, have a strategy that coordinates team efforts.

**OPAL Coach: Strengthening Relationships**

Your relationships on the job rise or fall because of a number of factors. But probably no factor plays a more important role than effective people skills. And the most effective of them all is communication that addresses people's needs to feel valued. When you do this, you help to bring out the best in your coworkers, peers, associates, and others you interact with every day. You might not know it, but you're using the Key Principles of effective interpersonal skills.

**OPAL Coach: Strengthening Your Partnerships**

Do you feel locked inside invisible walls that separate you from the people who help you do your job? Confined, hindered, limited, boxed in--these words probably come to mind when you think about your situation. It doesn't have to be that way. Beyond the barriers created by narrowly defined roles and responsibilities are people-people with whom you can form dynamic, productive partnerships. Getting them to join you in building that partnership is one battle you can win.

**OPAL Coach: Strengthening Your Work Group**

In today's economy every organization is under pressure. Whether the objective is to expand market share, globalize, or add new products and services, organizations must strengthen performance and get results. And the only way an organization can do this is to leverage its most important asset--its people. Do your people have what it takes to get the results you want?

**OPAL Coach: Stress Tolerance**

Maintaining stable performance under pressure or opposition (such as time pressure or job ambiguity); handling stress in a manner that is acceptable to others and to the organization.

**OPAL Coach: Supporting Development Efforts**

In today's competitive business environment, each person is responsible for taking his or her own development seriously. The manager's job is to support people as they develop their leadership skills. In doing so, the manager acts as a catalyst, energizing and guiding people toward a common goal and making things happen. For many managers, this is a role that doesn't come easily or instinctively.

**OPAL Coach: Tenacity**

Staying with a position or plan of action until the desired objective is obtained or is no longer reasonably attainable.

**OPAL Coach: Tips For Interviewers**

Hiring a job candidate shouldn't be a guessing game. How well you interview can mean the difference between hiring the right person from the start or having to dive repeatedly into the candidate pool. Yours is an important responsibility. Your choice helps ensure organizational success and employee satisfaction.

**OPAL Coach: Valuing Differences**

Do you value the unique qualities that you and your coworkers bring to the workplace? Did you know that the expression of people's differences enhances an organization's growth, while a routine approach just hinders it? Without a doubt valuing differences is one of the keys to business success. It allows organizations to meet their goals through the varied skills, knowledge, and experience their people contribute. You can support your organization's success by encouraging diverse styles, abilities, and motivations.

**OPAL Coach: What to Do When People Don't Improve as Planned**

You thought the discussion on the performance or work habit problem went well, but there's been little or no improvement. The consequences of not acting could be wide ranging, affecting the team, organization, and customers as well as the person involved. You don't have a choice. You need to address the situation again to find out why performance hasn't improved and to turn unacceptable performance into acceptable performance.

**OPAL Coach: Work Standards**

Setting high standards of performance for self and others; assuming responsibility and accountability for successfully completing assignments or tasks; self-imposing standards of excellence rather than having standards imposed.

**OSHA Standards and Compliance**

How many times do you listen to the news only to hear of another death or serious injury in the workplace? The statistics are staggering! According to the Occupational Safety and Health Administration Vital Facts for 1997, 17 Americans die every day while on the job. Fortunately, the Occupational Safety and Health Administration continues to try to reduce these numbers.

**Organizational Skills: Time Management**

"Organizational Skills: Time Management" will help you develop the skills needed to manage your time effectively and help employees improve their performance. You will be provided with opportunities to develop your time management skills, coach employees with time management problems, and develop a time management plan.

**Project Management: The Fundamentals**

In "Project Management: The Fundamentals," you will learn about the attributes that characterize a project, the five steps of the project management process, and the variables involved in the project management process. You will meet with several project management experts to learn about the project environment, the project manager, and the project team.

**Quality Communication**

This course teaches you the guidelines for successful communication in the workplace, and emphasises the importance of following company guidelines during a crisis.

**The Basics of Listening**

Do you sometimes feel like you are not getting the whole message when someone talks to you? If you have problems receiving information that is verbally communicated, this is the course for you. This course will familiarize you with the communication and listening processes, and how listening functions within communication. You will discover the factors and variables that influence communication and listening and learn strategies to overcome weak listening skills. You will then apply these skills to business-based examples. Knowing the basic communication and listening processes will make you aware of where communication can be adversely affected.

**The Secrets of Female Leaders**

This course reveals the secrets of many women who have become successful business leaders. It teaches women how to become players in the business world and make their careers work for them. Learners will also discover some of the ways great female leaders handle themselves and gain even more professional power.

**Time Management: Planning Your Day**

In "Time Management: Planning Your Day," you will learn how to manage your time on a day-to-day basis in a way that will increase your productivity. The program covers how to develop a daily plan, how to manage technology, and how to say "no" to doing too much. The program focuses on planning, scheduling, and concentration skills.

Add Learning Activity

The online services provided by SuccessFactors Employee Performance Management Solutions are for the exclusive use of SuccessFactors V10 clients. Performance & Talent Management: System Release 10 build (b0803.rc10) - 225dc1s6app07cluster01-405 - 2008-03-10T15:36:21.203-0400.

Copyright © 2008 SuccessFactors, Inc. All rights reserved.
Unauthorized access is prohibited. Usage will be monitored.

**EXHIBIT 6**

 MaxMind®

 Support   My Account   FAQ   My Order

Home          GeoIP          minFraud          Contact          Company

**GeoIP Databases**

Country
Region
City
Metro Code
Organization
ISP
Netspeed
Domain Names
Proxy Detection
Web Services
GeoLite Redistribution
**MaxMind**
Support Center

## GeoIP City/ISP/Organization Demo

### MaxMind GeoIP City/ISP/Organization Edition Results

| Hostname | Country Code | Country Name | Region | Region Name | City | Postal Code | Latitude | Longitude | ISP | Organization | Metro Code | Area Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82.108.171.66 GB | | United Kingdom | H9 | | London | London | | 51.5000 | -0.1167 | Easynet | Soft Scape | | |

These results were generated with the Perl API and the commercial GeoIP City, GeoIP ISP, and GeoIP Organization databases.

To find countries and cities, enter IP addresses/hostnames, separated by spaces: (To get a demo for your IP address, click here)

[ Lookup IP Addresses ]

There is a limit of 25 demo lookups per day. Request a test account for more lookups.

MaxMind, GeoIP and related marks are registered trademarks of MaxMind, Inc.
Copyright © 2008 MaxMind, Inc. All Rights Reserved. Terms of use.

**EXHIBIT 7**

 MaxMind®

 Support   My Account   FAQ   My Order

| Home | GeoIP | minFraud | Contact | Company |

**GeoIP Databases**
Country
Region
City
Metro Code
Organization
ISP
Netspeed
Domain Names
Proxy Detection
Web Services
GeoLite Redistribution
**MaxMind**
Support Center

## GeoIP City/ISP/Organization Demo

### MaxMind GeoIP City/ISP/Organization Edition Results

| Hostname | Country Code | Country Name | Region | Region Name | City | Postal Code | Latitude | Longitude | ISP | Organization | Metro Code | Area Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24.34.56.79 | US | United States | MA | Massachusetts | Maynard | 01754 | 42.4263 | -71.4542 | Comcast Cable | Comcast Cable | 506 | 978 |

These results were generated with the Perl API and the commercial GeoIP City, GeoIP ISP, and GeoIP Organization databases.

To find countries and cities, enter IP addresses/hostnames, separated by spaces: (To get a demo for your IP address, click here)

[ Lookup IP Addresses ]

There is a limit of 25 demo lookups per day. Request a test account for more lookups.

MaxMind, GeoIP and related marks are registered trademarks of MaxMind, Inc.
Copyright © 2008 MaxMind, Inc. All Rights Reserved. Terms of use.

**EXHIBIT 8**

 **MaxMind**°

   
Support    My Account    FAQ    My Order

Home          GeoIP              minFraud           Contact              Company

**GeoIP Databases**
Country          **GeoIP City/ISP/Organization Demo**
Region
City             **MaxMind GeoIP City/ISP/Organization Edition Results**
Metro Code
Organization
ISP

| Hostname | Country Code | Country Name | Region | Region Name | City | Postal Code | Latitude | Longitude | ISP | Organization | Metro Code | Area Code |
|----------|--------------|--------------|--------|-------------|------|-------------|----------|-----------|-----|--------------|------------|-----------|
| 98.216.168.122 | US | United States | MA | Massachusetts | Watertown | 02472 | 42.3722 | -71.1787 | Comcast Cable | Comcast Cable | 506 | 617 |

Netspeed
Domain Names     These results were generated with the Perl API and the commercial GeoIP City, GeoIP ISP, and GeoIP Organization databases.
Proxy Detection
Web Services      To find countries and cities, enter IP addresses/hostnames, separated by spaces: (To get a demo for your IP address, click here)
GeoLite Redistribution

**MaxMind**
Support Center

[ Lookup IP Addresses ]

There is a limit of 25 demo lookups per day. Request a test account for more lookups.

MaxMind, GeoIP and related marks are registered trademarks of MaxMind, Inc.
Copyright © 2008 MaxMind, Inc. All Rights Reserved. Terms of use.

**EXHIBIT 9**







HOME   ABOUT US   SERVICES   CLIENTS   VC FIRMS   RESOURCES   NEWS   CAREERS   CONTACT US   SITE MAP

**Biotechnology**
**High Technology**
**Internet**
**Life sciences**
**Manufacturing**
**Medical Device**
**Pharmaceutical**
**Professional services**
**Retail**
**Software**
**Telecommunications**

**MEMBERS LOGIN**

user

pass

**register**
forgot password            ENTER



**President and CEO**

Ann is the Founder, President and CEO of AccountAbility Outsourcing. She is responsible for the overall management and strategic direction of the company. Ann has led the company to remarkable success in establishing the firm as New England's leading provider of outsourced financial management services to technology companies.

Ann has over 20 years of financial experience in a broad range of industry segments including life sciences, software, and healthcare. Her experience includes venture-backed as well as publicly traded companies. Prior to founding AccountAbility Outsourcing, Ann provided accounting and finance services to start-up companies for five years where she was the interim CFO of InfraReDx, Inc. and Modular Genetics, Inc. Previously, Ann was the CFO and Director of Finance at one of the Acordia companies and one of the subsidiaries of Cleveland Clinic for five years. Starting her career in public accounting, she spent 10 years in the audit divisions of Ernst & Young and Deloitte. She holds a B.A. in Accounting from the University of West Florida and is a Certified Public Accountant. She is a member of the American Institute of Certified Public Accountants and a CEO Forum member of The Commonwealth Institute.



**Donna A. Lopolito, CPA**

**Life Science Practice Leader**
**Professional Development Leader**

Donna is responsible for professional development of AccountAbility's finance and accounting professionals. In this role, she develops internal continuing professional education programs that keep our staff current on all financial reporting issues (such as FASB and SEC pronouncements), and that develop other business skills (contract negotiation, management, risk management) that address our clients needs.

Donna provides CFO services to our biotech clients and technical GAAP expertise to our entire client base. Donna brings more than 20 years of progressive finance and accounting experience to AccountAbility's clients. A Certified Public Accountant, she was a Partner with PricewaterhouseCoopers, and has been a Chief Financial Officer for ten years, primarily in the life sciences arena. She serves both private and public companies, with experience in venture capital and other private financings, initial public offerings, SEC compliance, and public/investor relations. Donna's clients include Afferent, Au Bon Pain, Cambria, Gloucester Pharmaceuticals, InfraReDx, Modular Genetics, Phylogix, Spherics, and ZoomInfo. She hails from Organogenesis and Biolink.

Donna is an active member and Past-President of the Massachusetts Society of CPAs, an active member and former Council Member of the American Institute of CPAs, and Chairman of the Finance Committee for the Town of Easton. Additionally, she is a member of the Board of Directors and Audit Committee for Independent Bank Corp (Rockland Trust). Donna graduated with highest honors from Bentley College earning a Bachelors degree in Accountancy.



### Mary D. Trueblood, CPA, MBA

**Life Science Practice Leader**
**Human Resources Leader**

In her role as Human Resources Director, Mary is responsible for AccountAbility's recruiting and retention programs. Mary also provides CFO and controllership services to our biotech clients. Her clients include Gloucester Pharmaceuticals, Magen BioSciences, Renegade Therapeutics, Sirtris Pharmaceuticals, and Tokai Pharmaceuticals. Mary brings over 20 years of progressive financial experience in a number of industries including biotechnology, software technology and communications. She has a demonstrated ability in the development, implementation and management of finance, accounting and administrative functions in early stage companies. Mary started her finance career at Deloitte. More recently, she was the controller at Alnylam Pharmaceuticals (NASDAQ:ALNY) where she assisted with the initial public offering. Prior to that, she held controller positions at ActiveCyte, Vista Associates, The Applied Technologies Group, and The LAN Company. She has a B.S. from The University at Albany and an M.S./MBA from Northeastern University. Mary is a member of the Massachusetts Society of Certified Public Accountants and the American Institute of Certified Public Accountants. She is a licensed CPA in Massachusetts.



### Harvey Schein

**Client Service Leader**

Harvey is leading the firm's proprietary client service delivery products and methods. Harvey also provides CFO and COO services to our technology clients. His clients include Ambient Devices, Boston MicroSystems, Fortelligent, Molecular Insight Pharmaceuticals, and Softscape. He brings more than 25 years of financial and operational management experience in the technology industry to AccountAbility's clients. He has successfully managed finance, IPOs, M&A, and operations for investor-funded and publicly traded companies. In his capacity of client service CFO/COO, Harvey contributes his proven success in shaping all aspects of a company's financial and strategic initiatives. His planning, fiscal, and operational skills complement our clients' endeavors to develop infrastructure that supports future growth. Harvey hails from ChipWrights, BroadcastAmerica.com, Lexicon, Solid State Technology, and PricewaterhouseCoopers. As CFO of Lexicon, he managed the company's finance and business operations and led the company's initial public offering and successful merger into Harman International Industries. Given CEO responsibility for Lexicon after the merger, he set and achieved aggressive financial and operating goals doubling sales and profits in 2-1/2 years with particular focus on the high-end consumer electronics sector. Mr. Schein is a graduate of Boston University with a Bachelor of Science degree in Business Administration.



### Andrea L. Tocco, MBA

**General Manager, Tampa Bay Region**

Andrea is the General Manager of the Tampa Bay Region. She is responsible for the overall development and management of the Tampa Bay Region division of AccountAbility Outsourcing. She also provides accounting management services, specializing in

start-ups, small businesses of a variety of industries and QuickBooks. Andrea brings more than 10 years of experience to AccountAbility. Andrea has a B.S. in Accountancy and an MBA from Bentley College in Boston, Massachusetts with a concentration in Entrepreneurial Studies. She is a member of the American Institute of Certified Public Accountants, Women of Wesley Chapel (WOW) and Women-N-Charge in the Tampa Bay area.

## Corporate Staff



### Maria Maynard, PHR

**Human Resources Manager**



### Karen Morrison

**Operations Manager**

AccountAbility Outsourcing, Inc. © 2007

**EXHIBIT 10**

**Linked in.**

Home
Profile
Contacts
Inbox (2)
Groups

Add Connections

Forward this profile

Go back to Home Page

## Dennis Martinek

Regional Sales Manager at Softscape
Greater Boston Area

Send InMail

Add Dennis to your network

Profile    Q&A

| | |
|---|---|
| Current | • **Regional Sales Manager at Softscape** |
| Past | • Business Development Director/Regional Sales Manager at Deploy Solutions |
| | • Manager of Account Development at PC Connection |
| | • New England Territory Manager at Information Builders, Inc |
| Education | • Eastern Nazarene College |
| | • Marian High School |
| | • Eastern Nazarene College |
| Recommended | **12 people have recommended Dennis**<br>1 manager, 1 report, 10 co-workers |
| Connections | **500+ connections** |
| Industry | Computer Software |
| Websites | • My Website |
| | • My Company |
| Public Profile | http://www.linkedin.com/pub/0/737/5aa |

### Summary

I have twenty years of experience in sales, both inside and outside, that gives me a unique perspective on the sales process.

Specialties:
Negotiation, government sales experience, outside and inside sales, prospecting, closing enterprise wide software deals.

Knowledge of complex software technology, ability to translate into layman's terms so that prospects can easily understand benefits to them of leveraging technology in their environment.

Expanded profile views are available only to Business account holders. **Upgrade your account.**

### Contact Settings

I use LinkedIn on a daily basis, and I'm more than happy to help others with their network, if they're willing to help me with mine as well.

If you send an invitation to me, and explain clearly and concisely what you're trying to accomplish, I can give a faster reply.

Thank you!

Interested in:
- career opportunities
- consulting offers
- new ventures
- job inquiries

- expertise requests
- business deals
- reference requests
- getting back in touch