GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
FRANCINE T. RADFORD, State Bar No. 168269
KEITH E. JOHNSON, State Bar No. 202321
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:   (415) 398-4321

Attorneys for Defendant
Softscape, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | No. CV 08 1376 CW<br><br>**DECLARATION OF SUSAN MOHR IN SUPPORT OF SOFTSCAPE, INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Date of Filing: March 11, 2008 |

Decl. of Susan Mohr ISO Opp. to
Plaintiff's Ex Parte App. for TRO

Case No. CV 08 1376 CW

2600/001/X97735.v1

I, Susan Mohr, declare as follows:

1. I am General Counsel for Softscape, Inc., the defendant in this matter. As such, I make this declaration of my own personal knowledge, unless otherwise stated, and if called as a witness, I could and would testify competently to these facts.

2. Softscape, Inc., ("Softscape") headquartered in Wayland, Massachusetts, has successfully developed and marketed human resource management software for more than a decade. Its customers include Fortune 500/Global 500, mid-market, and government organizations around the world.

3. I have reviewed the Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and the supporting Memorandum of Points and Authorities, filed with this Court on March 11, 2008, by SuccessFactors, Inc. (SuccessFactors, Inc. v. Softscape, Inc.) ("the Application").

4. The claims for relief made in the Application arise out of the anonymous circulation on the internet of a PowerPoint Presentation ("the Presentation") critical of plaintiff and its products, which plaintiffs alleges was disseminated via email on March 4, 2008. While the Presentation contained within the email was created in-house by Softscape, it was intended for internal use only by sales and contained what I believed to be accurate information. Softscape did not authorize release or publication of the Presentation, and to the best of my knowledge Softscape did not participate in its alleged circulation to SuccessFactor's customers on the internet or otherwise, directly or indirectly. Although I am continuing to investigate, Softscape is presently unaware how the disclosure of the Presentation occurred. Further, I am not aware of any information that there was any dissemination of this material other than by the single anonymous March 4, 2008, email.

5. To the best of my knowledge, Softscape has never and is not now using the Presentation in external sales meetings or marketing efforts, and has no intention to release on the internet, or otherwise publish externally, the Presentation, which it considers to be confidential business information of Softscape. To this end, when this matter was brought to our attention, our CEO sent an e-mail to all sales staff reaffirming the confidentiality of this document and that

Decl. of Susan Mohr ISO Opp. to
Plaintiff's Ex Parte App. for TRO     1.     Case No. CV 08 1376 CW

1 | it was not to be released outside of the company.

2 | I declare under the penalty of perjury under the laws of the State of California.

3 | Dated: March 12, 2008

  /s/Susan Mohr_____
  SUSAN MOHR

Filer's Attestation: I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

2600/001/X97747.v1

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-

DECLARATION OF SUSAN MOHR IN SUPPORT
Case No.CV 08 1376 CW

1  it was not to be released outside of the company.
2       I declare under the penalty of perjury under the laws of the State of California.
3  Dated: March 12, 2008

_____
SUSAN MOHR

2600/001/X97747.v1

DECLARATION OF SUSAN MOHR IN SUPPORT