1  GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
   ROBERT A. GOODIN, State Bar No. 061302
2  FRANCINE T. RADFORD, State Bar No. 168269
   KEITH E. JOHNSON, State Bar No. 202321
3  505 Sansome Street, Suite 900
   San Francisco, California  94111
4  Telephone:    (415) 392-7900
   Facsimile:    (415) 398-4321

Attorneys for Defendant
Softscape, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | No. CV 08 1376 CW<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Date of Filing:  March 11, 2008 |

SUBSTITUTION OF ATTORNEY                                                  Case No. CV 08 1376 CW

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Softscape, Inc., defendant in the above-referenced action, hereby substitutes

3  Taylor & Company Law Offices, LLP, as its attorneys of record in place of Goodin, MacBride,

4  Squeri, Day & Lamprey, LLP.

5      The address of the new attorneys of record is One Ferry Building, Suite 355

6  San Francisco, California 94111, telephone: (415) 788-8200, facsimile: (415) 788-8208.

9  Dated: March 14, 2008            /s/Susan Mohr
10                                                               Susan Mohr, General Counsel
                                                              SOFTSCAPE, INC.

12 The undersigned counsel of record consents to the above substitution.

15 Dated: March 14, 2008            /s/Robert A. Goodin
16                                                              Robert A. Goodin
17                                                             GOODIN, MACBRIDE, SQUERI,
                                                            DAY & LAMPREY, LLP

19 The undersigned new counsel of record accepts the above substitution.

22 Dated: March 14, 2008            /s/Jessica L. Grant
23                                                              Jessica L. Grant
                                                            TAYLOR & COMPANY
                                                            LAW OFFICES, LLP

25 Filer's Attestation: I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

28 2600/001/X97802.v1

SUBSTITUTION OF ATTORNEY       1.       Case No. CV 08 1376 CW

*Left margin:* GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP  ATTORNEYS AT LAW  SAN FRANCISCO

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Softscape, Inc., defendant in the above-referenced action, hereby substitutes

3  Taylor & Company Law Offices, LLP, as its attorneys of record in place of Goodin, MacBride,

4  Squeri, Day & Lamprey, LLP.

5      The address of the new attorneys of record is One Ferry Building, Suite 355

6  San Francisco, California 94111, telephone: (415) 788-8200, facsimile: (415) 788-8208.

9  Dated: March 14, 2008

                                                       Susan Mohr, General Counsel
                                                       SOFTSCAPE, INC.

12  The undersigned counsel of record consents to the above substitution.

15  Dated: March 14, 2008

                                                       Robert A. Goodin
                                                       GOODIN, MACBRIDE, SQUERI,
                                                       DAY & LAMPREY, LLP

19  The undersigned new counsel of record accepts the above substitution.

22  Dated: March 14, 2008

                                                       Jessica L. Grant
                                                       TAYLOR & COMPANY
                                                       LAW OFFICES, LLP

2600/001/X97802.v1