LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fewick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOFTSCAPE, INC., <br><br> Defendant. | Case No. CV 08 1376 ~~EDL~~ CW <br><br> **[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PLAINTIFF'S EXHIBITS TO THE DECLARATION OF ROB BERNSHTEYN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff SuccessFactors, Inc.'s ("SuccessFactors") Motion for Administrative Relief to File Under Seal Plaintiff's Exhibits 1, 2, and 6 to the Declaration of Rob Bernshteyn in Support of Plaintiff's Application for Temporary Restraining Order is hereby **GRANTED**.

DATED: 3/14/08

_____
Honorable
United States Magistrate Judge

*1281754*

MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL

CASE NO. # CV 08 1376 EDL