LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB No. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.  CV 08 1376 CW<br><br>**NOTICE OF APPEARANCE OF C. WILLIAM CRAYCROFT**<br><br>Date of Filing:   March 11, 2008<br>Trial Date:       No date set |

/ / /

/ / /

/ / /

/ / /

C. William Craycroft hereby enters his appearance on behalf of Plaintiff SuccessFactors, Inc. For purposes of receipt of Notices of Electronic Filing, Plaintiff's Co-counsel's email address is as follows:

> C. William Craycroft (CSB No. 41211)
> b.craycroft@craycroftlaw.com
> Law Offices of C. William Craycroft
> 1741 Technology Drive, Suite 200
> San Jose, CA  94110-1355
> Telephone:  (408) 961-4584
> Facsimile:  (408) 279-5845

Dated:  March 17, 2008                                /s/ C. William Craycroft
                                                                     C. William Craycroft
                                                         Attorneys for Plaintiff SUCCESSFACTORS, INC.

*1282133*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW