1  C. WILLIAM CRAYCROFT (CSB No. 41211)
   b.craycroft@craycroftlaw.com
2  LAW OFFICES OF C. WILLIAM CRAYCROFT
   1741 Technology Drive, Suite 200
3  San Jose, CA  95110
   Telephone:  (408) 961-4584
4  Facsimile:   (408) 279-5845

5  Attorneys for Plaintiff SUCCESSFACTORS, INC.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation, | Case No.  CV 08 1376 CW |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ORDER PERMITTING ISSUANCE OF TWO SUBPOENAS ON SHORTENED TIME** |
| v. | Date of Filing:   March 11, 2008 |
| SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive, | Trial Date:       No date set |
| Defendants. | |

19       Pursuant to Federal Rules of Civil Procedure 26(d), 30(a), and 34, and Civil Local Rules
20  6 and 37, Plaintiff SuccessFactors, Inc. ("SuccessFactors") hereby moves the Court for an order
21  of relief from the presumptive statutory stay of formal discovery prior to the initial Rule 26(f)
22  conference to allow SuccessFactors to immediately serve two additional subpoenas.  The
23  subpoenas are crucial to determine the identity of the "anonymous" sender of the Presentation at
24  issue in this action from the Gmail account from which it was transmitted.  Plaintiff respectfully
25  requests such discovery to be completed before the preliminary injunction hearing currently set
26  for March 27, 2008.  Defendant Softscape, Inc. does not oppose Plaintiff's motion.
27       As the Court is aware, the Presentation was transmitted from a Gmail account in the name
28  of "John Anonymous" <hcmknowledge2008a@gmail.com> on March 4, 2008.  *See* Declaration of

1  Rob Bernshteyn in Support of Application for Temporary Restraining Order ("Bernshteyn Decl.")
2  (Dkt. No. 17), Ex. A.  Google, the host of Gmail, will have certain registration information
3  provided by the holder of the John Anonymous account.  Although this registration information is
4  likely fictitious, Google should also have collected one or more IP addresses from which the holder
5  of the account communicated.  With those IP addresses, the internet service provider ("ISP") for
6  such addresses can be identified, and through a subpoena to such ISP(s), the user of each address
7  may also be identified.

8  The Court previously approved of Plaintiff's issuance of two subpoenas to the ISPs for
9  IP addresses that communicated with Plaintiff's servers and with the ACE275 sales demo account
10 from which Softscape obtained content that was reproduced in the Presentation.  These subpoenas
11 did not address the Gmail account, which was the subject of proposed discovery in this action
12 directed to Defendant Softscape.  Because the Court did not yet generally approve Plaintiff's
13 requests for expedited discovery from Defendant, additional information about use of the Gmail
14 account will not be forthcoming from those previously approved subpoenas.

15 Plaintiff respectfully submits that it would be helpful for the Court to have information
16 about control of the Gmail account prior to the March 27, 2008 hearing on the preliminary
17 injunction.  Further, Google or the ISPs may not retain IP address logs indefinitely, making
18 prompt service of a subpoena appropriate.  Accordingly, Plaintiff requests that the Court approve
19 of issuance of subpoenas to Google and to the ISPs identified for the IP addresses through which
20 the "John Anonymous" communicated with Google, in the form attached as Exhibits A and B.

21 In light of the fact that Defendant Softscape, Inc. asserts that it did not authorize distribution
22 of the Presentation that it created, Plaintiff has requested that Defendant stipulate to the issuance of
23 these subpoenas.  Defendant confirmed that it does not oppose SuccessFactors' request for the two
24 additional subpoenas.  *See* Declaration of C. William Craycroft in Support of Plaintiff's Motion for
25 an Order Permitting Issuance of Two Subpoenas on Shortened Time at ¶ 6.  Plaintiff has set forth a
26 schedule that would permit the information to be received by the parties and this Court in time for
27 the upcoming preliminary injunction hearing.
28 ///

1 | Plaintiff therefore requests that the Court enter its order approving issuance of the two
2 | subpoenas in the forms attached as Exhibits A and B.

4 | Dated:  March 17, 2008          LAW OFFICES OF C. WILLIAM CRAYCROFT

By:      **/s/ C. William Craycroft**
C. William Craycroft
Attorneys for Plaintiff SUCCESSFACTORS, INC.

*1282120*

C. WILLIAM CRAYCROFT (CSB No. 41211)
b.craycroft@craycroftlaw.com
LAW OFFICES OF C. WILLIAM CRAYCROFT
1741 Technology Drive, Suite 200
San Jose, CA  95110
Telephone:  (408) 961-4584
Facsimile:   (408) 279-5845

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  CV 08 1376 CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER PERMITTING ISSUANCE OF TWO SUBPOENAS ON SHORTENED TIME**<br><br>Date of Filing:   March 11, 2008<br>Trial Date:        No date set |

On March __, 2008 before the Honorable Claudia Wilken, the Court heard Plaintiff SuccessFactors, Inc.'s ("SuccessFactors") Motion for an Order Permitting Issuance of Two Subpoenas on Shortened Time, with notice to and no opposition by Defendant Softscape.

Having reviewed and considered all papers on file, and the matter having been submitted without opposition, the Court finds that Plaintiff has presented good cause for the issuance of the proposed subpoenas upon Google, Inc. and the Internet Service Provider ("ISP") used by the anonymous sender of the PowerPoint Presentation at issue in this action.  The motion is granted as follows:

1.     Google, Inc. shall provide a written response and responsive documents to SuccessFactors' proposed subpoena by noon on March 20, 2008.

1       2.    The ISP identified in Google's log records in connection with

2 hcmknowledge2008a@gmail.com shall provide a written response and responsive documents to

3 SuccessFactors' proposed subpoena by 9:00 am on March 25, 2008.

5 Dated: _____    By: _____

6                                               The Honorable Claudia Wilken
                                              United States District Judge

*1282144*

[PROPOSED] ORDER RE MOTION FOR ISSUANCE OF TWO SUBPOENAS      - 2 -      CASE NO. CV 08 1376 CW