JESSICA L. GRANT (SBN 178138)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendant SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No.: C-08-1376 (CW)<br><br>**DECLARATION OF SUSAN MOHR IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S RESPONSE TO ORDER TO SHOW CAUSE AND IN OPPOSITION TO MOTION OF PLAINTIFF SUCCESSFACTORS, INC. FOR EXPEDITED DISCOVERY**<br><br>Date:　March 27, 2008<br>Time:　2:00 p.m.<br>Judge:　Hon. Claudia Wilken<br>Place:　Courtroom 2 |

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF SUSAN MOHR IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S RESPONSE TO ORDER TO SHOW CAUSE AND IN OPPOSITION TO MOTION OF PLAINTIFF SUCCESSFACTORS, INC. FOR EXPEDITED DISCOVERY: CASE NO. C-08-1376 (CW)

I, Susan Mohr, declare as follows:

1. I am General Counsel for Softscape, Inc. ("Softscape"), the defendant in this mater. As such, I make this declaration of my own personal knowledge, unless otherwise stated, and if called as a witness, I could and would testify competently to the facts stated herein.

2. I previously submitted a sworn declaration entitled "Declaration of Susan Mohr in Support of Softscape, Inc.'s Opposition to Plaintiff's Ex Parte Application for Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction," filed with this Court on March 12, 2008. I reaffirm all statements I made in that declaration. Attached hereto as <u>Exhibit A</u> is a true and correct copy of my March 12, 2008 declaration.

3. Softscape and plaintiff SuccessFactors, Inc. ("SuccessFactors") are competitors in the market to provide human resource software.

4. I am aware of the alleged dissemination of a PowerPoint presentation (the "Presentation") critical of SuccessFactors that forms the basis of this lawsuit. To my knowledge, there have been no further public distributions of this or any other similar Presentation by any person connected with Softscape.

5. To the best of my knowledge, Softscape has never used, is not now using, and will not use the Presentation in any external sales meeting or marketing effort. Softscape did not authorize, allow, permit, condone, or otherwise ratify the actions of the person who distributed the Presentation. Softscape did not distribute the Presentation.

6. When Softscape learned of the distribution of the Presentation, the CEO of Softscape, Dave Watkins, sent an e-mail to all sales staff reaffirming the confidentiality of the document and that it was not to be released outside of the company. Attached as <u>Exhibit B</u> is a true and correct copy of Mr. Watkins' March 12, 2008 email.

7. Softscape does not currently know how or by whom the Presentation was released. However, if it was disseminated by an employee, it was certainly done outside such employee's scope of employment and in direct contravention of the Softscape employment and confidentiality policies by which all employees agree to be bound. For example, Softscape's Code of Conduct

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF SUSAN MOHR IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S RESPONSE TO ORDER TO SHOW CAUSE AND IN OPPOSITION TO MOTION OF PLAINTIFF SUCCESSFACTORS, INC. FOR EXPEDITED DISCOVERY: CASE NO. C-08-1376 (CW)

provides that "No employee shall disclose the Company's confidential information to an unauthorized third party or use the Company's confidential information for his or her own personal benefit."

8. Softscape consistently enforces the terms of its employment and confidentiality policies, and violators are subject to discipline up to, and including, termination. Softscape has even sued employees and former employees for breaches of its employment agreements.

9. Softscape remains unaware of how the Presentation came to be disseminated, but it continues to investigate the facts and circumstances surrounding its distribution. If an employee of Softscape is found to be responsible, in whole or in part, Softscape will take appropriate action as described above and as provided for in the employee's employment agreements.

10. I have reviewed SuccessFactors' request for expedited discovery wherein it is argued that Softscape may delete or modify electronic data in its possession. This will not occur. Softscape is fully SAS 70 Type II compliant. Moreover, Softscape backs up all relevant non-financial company information three times a week. Softscape takes its obligations of preserving all potentially relevant material seriously and has commercially reasonable document retention policies already in place. In addition, Softscape has taken extra steps to ensure preservation of any relevant electronic data that it retains in its normal course of business.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed this _17_ day of March 2008 in Wayland, Massachusetts.

_____
Susan Mohr

TAYLOR & CO.
LAW OFFICES, LLP

2.
Declaration of Susan Mohr: CASE NO. C-08-1376 (CW)

# EXHIBIT A

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
FRANCINE T. RADFORD, State Bar No. 168269
KEITH E. JOHNSON, State Bar No. 202321
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

Attorneys for Defendant
Softscape, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | No. CV 08 1376 CW<br><br>**DECLARATION OF SUSAN MOHR IN SUPPORT OF SOFTSCAPE, INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Date of Filing: March 11, 2008 |

I, Susan Mohr, declare as follows:

1. I am General Counsel for Softscape, Inc., the defendant in this matter. As such, I make this declaration of my own personal knowledge, unless otherwise stated, and if called as a witness, I could and would testify competently to these facts.

2. Softscape, Inc., ("Softscape") headquartered in Wayland, Massachusetts, has successfully developed and marketed human resource management software for more than a decade. Its customers include Fortune 500/Global 500, mid-market, and government organizations around the world.

3. I have reviewed the Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and the supporting Memorandum of Points and Authorities, filed with this Court on March 11, 2008, by SuccessFactors, Inc. (SuccessFactors, Inc. v. Softscape, Inc.) ("the Application").

4. The claims for relief made in the Application arise out of the anonymous circulation on the internet of a PowerPoint Presentation ("the Presentation") critical of plaintiff and its products, which plaintiffs alleges was disseminated via email on March 4, 2008. While the Presentation contained within the email was created in-house by Softscape, it was intended for internal use only by sales and contained what I believed to be accurate information. Softscape did not authorize release or publication of the Presentation, and to the best of my knowledge Softscape did not participate in its alleged circulation to SuccessFactor's customers on the internet or otherwise, directly or indirectly. Although I am continuing to investigate, Softscape is presently unaware how the disclosure of the Presentation occurred. Further, I am not aware of any information that there was any dissemination of this material other than by the single anonymous March 4, 2008, email.

5. To the best of my knowledge, Softscape has never and is not now using the Presentation in external sales meetings or marketing efforts, and has no intention to release on the internet, or otherwise publish externally, the Presentation, which it considers to be confidential business information of Softscape. To this end, when this matter was brought to our attention, our CEO sent an e-mail to all sales staff reaffirming the confidentiality of this document and that

Decl. of Susan Mohr ISO Opp. to
Plaintiff's Ex Parte App. for TRO         1.         Case No. CV 08 1376 CW

2600/001/X97735.v1

1  it was not to be released outside of the company.

2      I declare under the penalty of perjury under the laws of the State of California.

3  Dated: March 12, 2008

          /s/Susan Mohr
          SUSAN MOHR

Filer's Attestation: I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

2600/001/X97747.v1

DECLARATION OF SUSAN MOHR IN SUPPORT

-2-

Case No. CV 08 1376 CW

1 | it was not to be released outside of the company.

2 | I declare under the penalty of perjury under the laws of the State of California.

3 | Dated: March 12, 2008

*[signature]*

SUSAN MOHR

7 | 2600/001/X97747.v1

DECLARATION OF SUSAN MOHR IN SUPPORT

# EXHIBIT B

**From:** Dave Watkins
**Sent:** Wednesday, March 12, 2008 5:45 PM
**To:** *Sales Group
**Cc:** Susan Mohr
**Subject:** CONFIDENTIAL

Team:

Our Internal Naked Truth Document somehow made it to the outside world. It is a Softscape confidential document that should be used only for internal use by sales. Information contained in the document should be used judiciously in competitive situation as required.

If anyone knows how this was distributed please let me or Susan know. All discussions will be kept confidential.

The Naked truth is based on publicly available information.

---

**Dave Watkins**
Founder, CEO
Softscape, Incorporated
Softscape ConferenceManager
One Softscape Place
526 Boston Post Road
Wayland, MA 01778
( + 1 508 358 1072 x1300 (Office)
( + 1 617 835 8835 (Cell)
7 + 1 508 358 3072
( 07824646245 (UK Local Cell)
*   dave@softscape.com
7  www.softscape.com
Atlanta | Bangkok | Boston | Chicago | Connecticut | Dallas | Hong Kong | Johannesburg | London | New York | San Francisco | Sydney | Washington DC |
**Softscape Recognized by Forrester as one of the only vendors that can claim to have the "four pillars" of Strategic HCM - Performance, Learning, Rewards and Recruitment and "Softscape has done a good job in assembling a full strategic HCM suite"**
**For more, please see the press release at** http://www.softscape.com/us/pr2007/pr_07_04-16_forrester-tm.htm