JESSICA L. GRANT (SBN 178138)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendant SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendant. | Case No.: C-08-1376 (CW)<br><br>**DEFENDANT SOFTSCAPE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[CIVIL LOCAL RULE 3-16] |

1 |     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
2 | than the named parties, there is no such interest to report.

4 | Dated: March 19, 2008              TAYLOR & COMPANY LAW OFFICES, LLP

By: _____/S/_____
Jonathan A. Patchen
Attorneys for Defendant SOFTSCAPE, INC.