JESSICA L. GRANT (SBN 178138)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendant SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: C-08-1376 (CW)<br><br>**DEFENDANT SOFTSCAPE, INC.'S DISCLOSURE STATEMENT**<br><br>[FRCP RULE 7.1] |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Softscape, Inc.
2  states that it has no parent corporation nor are there any publicly held corporations that own 10%
3  or more of Softscape's stock.

5  Dated: March 19, 2008                    TAYLOR & COMPANY LAW OFFICES, LLP

7                                            By:  _____/S/_____
8                                                 Jonathan A. Patchen
                                              Attorneys for Defendant SOFTSCAPE, INC.

TAYLOR & CO.
LAW OFFICES, LLP

1.

DEFENDANT SOFTSCAPE, INC.'S DISCLOSURE STATEMENT: CASE NO. C-08-1376 (CW)