1  C. WILLIAM CRAYCROFT (CSB No. 41211)
   b.craycroft@craycroftlaw.com
2  LAW OFFICES OF C. WILLIAM CRAYCROFT
   1741 Technology Drive, Suite 200
3  San Jose, CA  95110
   Telephone:  (408) 961-4584
4  Facsimile:   (408) 279-5845

5  Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| SUCCESSFACTORS, INC., a Delaware corporation, | Case No.  CV 08 1376 CW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN ORDER PERMITTING ISSUANCE OF TWO SUBPOENAS ON SHORTENED TIME** |
| v. | |
| SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive, | Date of Filing:  March 11, 2008<br>Trial Date:       No date set |
| Defendants. | |

On March __, 2008 before the Honorable Claudia Wilken, the The Court heard considered Plaintiff SuccessFactors, Inc.'s ("SuccessFactors") Motion for an Order Permitting Issuance of Two Subpoenas on Shortened Time, with notice to and no opposition by Defendant Softscape.

Having reviewed and considered all papers on file, and the matter having been submitted without opposition, the Court finds that Plaintiff has presented good cause for the issuance of the proposed subpoenas upon Google, Inc. and the Internet Service Provider ("ISP") used by the anonymous sender of the PowerPoint Presentation at issue in this action.  The motion is granted as follows:

    1.    Google, Inc. shall provide a written response and responsive documents to SuccessFactors' proposed subpoena by noon on March 20 21, 2008.

1    2.    The ISP identified in Google's log records in connection with hcmknowledge2008a@gmail.com shall provide a written response and responsive documents to SuccessFactors' proposed subpoena by 9:00 am on March ~~25~~ 26, 2008, if it is served on March 21.

Dated: March 19, 2008        By: *[signature]*

The Honorable Claudia Wilken
United States District Judge