1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Telephone: (415) 875-2300
6  Facsimile: (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA 94041
11 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
12
   Attorneys for Plaintiff
13 SUCCESSFACTORS, INC.

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                          OAKLAND DIVISION
17

18 SUCCESSFACTORS, INC., a Delaware          Case No. CV 08 1376 CW
   corporation,
19                                            **DECLARATION OF ROB BERNSHTEYN IN
                    Plaintiff,                SUPPORT OF PRELIMINARY INJUNCTION
20                                            AND EXPEDITED DISCOVERY**
   v.
21                                            Date:        March 27, 2008
   SOFTSCAPE, INC., a Delaware                Time:        2:00 p.m.
22 corporation; and DOES 1-10, inclusive,    Courtroom:   2
                                              Judge:       Hon. Claudia Wilken
23                  Defendants.
                                              Date of Filing: March 11, 2008
24                                            Trial Date:    No date set

25 / / /

26 / / /

27 / / /

28 / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    I, Robert Bernshteyn, hereby declare:

2    1.    I am Vice President, Global Product Marketing and Management, and have been

3    employed at SuccessFactors, Inc. ("SuccessFactors") since June 2004. I make this declaration of

4    my own personal knowledge, except to any extent otherwise specified. If called as a witness, I

5    could and would testify competently to the facts set forth herein.

6    2.    As I stated in my prior declaration submitted in support of SuccessFactors'

7    Application for a Temporary Restraining Order filed on March 11, 2008 (Dkt. No. 17),

8    SuccessFactors was the target of an "anonymous" email campaign attaching a 43-page

9    PowerPoint Presentation attacking the company's corporate integrity, reputation, products, and

10    customer relations. Softscape's General Counsel has confirmed that Softscape prepared the

11    Presentation at issue. *See* Declaration of S. Mohr in Opposition to TRO, 03.12.08 (Dkt. No. 35-

12    2).

13    3.    SuccessFactors was informed directly by its customers and prospects that the

14    Softscape Presentation was sent to their senior executives, including the heads of Human

15    Resources, and other key decision makers at our customer sites and targets. At larger prospects,

16    such as R.J. Reynolds Tobacco Company, our contacts confirmed it was sent to the Senior Vice

17    President of Global HR, the Vice President of Information Systems, Director of Organizational

18    Development, Director of Information Systems, senior procurement manager and others. In

19    smaller accounts, the email was clearly targeted to the key decision maker. By way of example,

20    our contacts confirmed that the Director of HR Systems and Services at GameStop as well as the

21    HR Director at Scholastic both received a copy of the Softscape Presentation from "John

22    Anonymous."

23    4.    We are continuing to invest time and resources in our investigation to learn the full

24    extent of the "John Anonymous" email distribution of the Softscape Presentation and source of

25    the unauthorized access into our password-protected sales demo account. We cannot know for

26    sure the full list of recipients until we obtain records showing the email distribution.

27    5.    We have been informed directly by customers that some received the Presentation

28    not from "John Anonymous," but rather were forwarded the document from other sources.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Attached as <u>Exhibit 1</u> is a true and correct copy of a confidential email dated March 11, 2008 that

2    was received from one of our more recently installed customers. After reviewing the

3    Presentation, our customer writes: "The information alarms me to say the least (not all of it) and

4    certainly if even 10% of it is true it will be bad for me, you, and the company." He requests a

5    meeting to discuss.

6         6.    Since I submitted the declaration on March 11, we have identified additional

7    customers and prospects that received the Presentation prepared by Softscape. These companies

8    include: Aimco, Big Brothers Big Sisters of America, Intelsat, Parexel International Corporation,

9    Regions Bank, in addition to the twenty-five companies previously identified. Almost two thirds

10   of these companies are prospects rather than customers.

11        7.    The distribution of the Softscape Presentation is particularly harmful with respect

12   to the prospects because we are competing for business with other software vendors for many of

13   them, including Australia Post, Big Brothers Big Sisters of America, California Department of

14   Corrections, Callaway Golf, Conway Freight, GameStop, Levi, Parexel International, Scholastic,

15   Spotless, and U.S. Xpress Enterprises.

16        8.    SuccessFactors' sales team has spent a considerable amount of time contacting

17   customers and prospective customers to address questions, uncertainty and concerns generated

18   about the SuccessFactors brand, its corporate image and its commitment to its customers. We

19   have learned through this effort that Softscape was also being considered on at least half of the

20   prospective accounts that we have identified to date, including Aimco, Australia Post, Big

21   Brothers Big Sisters of America, Callaway Golf, Conway Freight, GameStop, Parexel

22   International, Scholastic, Spotless, and U.S. Xpress Enterprises.

23        9.    Attached as <u>Exhibit 2</u> is a true and correct copy of a Softscape press release dated

24   March 12, 2008 filed the day after the suit was initiated. The press release states that the "The

25   facts in this case will speak for themselves. This is a frivolous public relations tactic without

26   merit or foundation…"

27        10.   Attached as <u>Exhibit 3</u> is a true and correct copy of another Softscape press release

28   dated March 14, 2008. It says "The SuccessFactors lawsuit remains a frivolous abuse of the legal

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  system." Softscape admits preparing the Presentation, but states "the document was based on

2  substantiated facts."

3      11.    The March 14, 2008 press release adds:  "The SuccessFactors lawsuit was an act

4  of desperation by a hostile industry predator."

5      12.    Through our customer outreach efforts in response to the public dissemination of

6  the Softscape Presentation, we have received emails showing that Softscape is communicating

7  directly with SuccessFactors' customers and prospects by sending letters or emails targeted to

8  them.  Attached as <u>Exhibit 4</u> is a true and correct copy of an email from Dave Watkins, CEO of

9  Softscape, that was forwarded by one of our prospective customers to SuccessFactors.  It begins

10  by apologizing "for any distractions that the lawsuit filed by my competitor, Successfactors may

11  have caused you."  He then directs the recipient to Softscape's March 14, 2008 press release,

12  which is linked to the communication.  The press release incorrectly suggests that the

13  Presentation is based on "substantiated facts."

14      13.    Attached as <u>Exhibit 5</u> is a true and correct copy of an email forwarded by one of

15  our prospective customers.  It is an email dated March 14, 2008 from Rick Vatcher, Customer

16  CARE, PMO, at Softscape.  It says:  "I wanted to inform you that Successfactors, a competitor of

17  Softscape, has falsely accused and filed suit against us regarding an anonymous email sent to

18  their prospective customers."  It then states:  "It is unfortunate that this competitor is taking such

19  as aggressive predator [sic] tactic."

20      14.    The press releases and direct communications from Softscape have had the effect

21  of reminding customers and prospects of the existence of the Softscape Presentation.  One contact

22  at Visa, which is a prospect of ours, did not receive the Presentation directly from "John

23  Anonymous," but instead received only Mr. Watkins' communication about the Presentation.

24  The contact indicated that while Visa has not disqualified SuccessFactors as a potential vendor,

25  they now have concerns about our customer satisfaction and service.

26      15.    Softscape's press releases and direct communications to customers and prospects

27  have also, in some instances, generated interest in the Presentation.  Attached as <u>Exhibit 6</u> is a

28  / / /

1   true and correct copy of messages posted on the Yahoo! Bulletin Boards, requesting a copy of the

2   Softscape Presentation.

3        I declare under penalty of perjury under the laws of the United States of America and the

4   State of California that the foregoing is true and correct, and that this declaration was executed

5   this 20th day of March, 2008, in San Mateo, California.

               Robert Bernshteyn

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**CONFIDENTIAL EXHIBIT 1 TO DECLARATION OF ROB BERNSHTEYN**

1   LAURENCE F. PULGRAM (CSB NO. 115163)
    lpulgram@fenwick.com
2   ALBERT L. SIEBER (CSB NO. 233482)
    asieber@fewick.com
3   LIWEN A. MAH (CSB NO. 239033)
    lmah@fenwick.com
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA  94104
    Telephone: (415) 875-2300
6   Facsimile:  (415) 281-1350

7   PATRICK E. PREMO (CSB NO. 184915)
    ppremo@fenwick.com
8   DENNIS M. FAIGAL (CSB NO. 252829)
    dfaigal@fenwick.com
9   FENWICK & WEST LLP
    Silicon Valley Center
10  801 California Street
    Mountain View, CA  94041
11  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
12
    Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                   OAKLAND DIVISION

17

18  SUCCESSFACTORS, INC., a Delaware          Case No. CV 08-1376 CW
    corporation,
19                                            **MANUAL FILING NOTICE**
                  Plaintiff,
20                                            Date:           March 27, 2008
    v.                                        Time:           2:00 p.m.
21                                            Courtroom:      2
    SOFTSCAPE, INC., a Delaware               Judge:          Hon. Claudia Wilken
22  corporation; and DOES 1-10, inclusive,
                                              Date of Filing: March 11, 2008
23                Defendants.                 Trial Date:     No date set

24

25  **RE:   CONFIDENTIAL EXHIBIT 1 TO THE DECLARATION OF ROB BERNSHTEYN IN**
26         **SUPPORT OF PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1        This filing is in paper or physical form only, and is being maintained in the case file in the

2    Clerk's office.

3        If you are a participant on this case, this filing will be served in hard-copy shortly.

4        For information on retrieving this filing directly from the court, please see the court's main

5    web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6        This filing was not efiled for the following reason(s):

7      _____  Voluminous Document (PDF file size larger than efiling system allowances)

8      _____  Unable to Scan Documents

9      _____  Physical Object (description): _____

10     _____  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

11     __X__  Item Under Seal

12     _____  Conformance with the Judicial Conference Privacy Policy (General Order 53).

13     _____  Other (description):_____

14

15   Dated: March 21, 2008             FENWICK & WEST LLP

16

17                                   By: _____

18                                     Patrick Premo

19                                     Attorneys for Plaintiff SUCCESSFACTORS, INC.

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

EXHIBIT 2 TO DECLARATION OF ROB BERNSHTEYN



contact us ■ request a demo ■ customer login ■ worldw

SOLUTIONS | PRODUCTS | SERVICES | COMP



The People Management Experts

**Company**
About Us
Why Softscape
Leadership Team
Customers
Partners
News
Industry Recognition
Careers
Contact
Worldwide Offices

## Softscape Responds to SuccessFactors Claim

**FOR IMMEDIATE RELEASE**

**Wayland, MA – March 12, 2008 -** Softscape, the global leader in integrated people management software, today released this statement in response to the lawsuit filed by SuccessFactors (Nasdaq:SFSF) that was announced earlier today:

"The facts in this case will speak for themselves. This is a frivolous public relations tactic without merit or foundation, and we will defend all of the claims vigorously. The SEC maintains that publicly traded companies have the fiduciary obligation to their shareholders and the marketplace to disclose absolute facts. As a profitable and recognized category leader in the human capital management industry, our focus is not competitors. Our focus is on continuous product innovation and maintaining the highest customer satisfaction and retention rates."

***About Softscape*** (www.softscape.com)
Softscape is the global leader in integrated people management software that enables organizations to more effectively drive their business performance. Recognized by industry analysts as the most comprehensive strategic human capital management solution, Softscape provides complete employee lifecycle management, including a core system of record, in a single, integrated platform for improved business intelligence. The company offers customers of all sizes and in all industries the most flexibility and choice with multiple purchase, configuration, and deployment options. For more than a decade, Softscape has helped millions of workers across 156 countries be more successful at their jobs while contributing to bottom-line results. Softscape's customers represent Fortune 500/Global 500, mid-market, and government organizations, including Barclays, AstraZeneca, Seagate, GKN, Edcon, LandAmerica, and the U.S. Department of Homeland Security. Softscape is based in Massachusetts with offices in London, Sydney, New York City, Chicago, San Francisco, Hartford, Washington, D.C., Bangkok, Hong Kong, and Johannesburg.

The Softscape logo and marks related to Softscape products are either trademarks or registered trademarks of Softscape, Inc. Other brand and product names contained herein may be trademarks or registered trademarks of their respective holders.

**DEMO REQUEST** | **INFO**

Whitepaper:
**Aligning Goals, Strate**
**Performance**
Leveraging Web-Based
HCM Systems

**DOWNLOAD NOW**

**Related Information**
■ Latest News
■ Press Release Archive
■ Industry Recognition
■ Online Press Kit

**Media Contact:**

Susan Mohr
+1 508 358-1072 or
smohr@softscape.com

© Softscape, Inc.  (800) 881-2546

| info@softscape.com | Feedback | Legal Notice |

**EXHIBIT 3 TO DECLARATION OF ROB BERNSHTEYN**



contact us  ▪  request a demo  ▪  customer login  ▪  worldv

## Softscape

SOLUTIONS    PRODUCTS    SERVICES    COMP/



The People Management Experts

**Company**
About Us
Why Softscape
Leadership Team
Customers
Partners
News
Industry Recognition
Careers
Contact
Worldwide Offices

### Softscape Successful Against Rival SuccessFactors' Frivolous Lawsuit

FOR IMMEDIATE RELEASE

**Wayland, MA – March 14, 2008 -** Softscape, the global leader in integrated people management software, today released this statement in response to the lawsuit filed by SuccessFactors (NASDAQ:SFSF) that was announced March 12, 2008:

"The SuccessFactors lawsuit remains a frivolous abuse of the legal system, and we will defend ourselves to the fullest extent. The announcement released by SuccessFactors on March 13, 2008 deliberately misstated Softscape's general counsel's testimony, and ignored key facts contained in the complete statement. (http://www.softscape.com/pdf/doc/TRO_Declaration080312.pdf)

"Softscape does not condone the dissemination of the document in question. Although the document was based on substantiated facts, it was intended for internal use only and was not designed or intended for external distribution. We are conducting our own thorough investigation to determine how an internal document ended up in outside hands. "Yesterday, Softscape was successful in having the court narrowly limit the restraining order. (http://www.softscape.com/pdf/doc/TRO_Decision080313.pdf)

"It is common in a highly competitive market for vendors to review each others' presentations, webinars, and demonstrations and have competitive sales tools. The SuccessFactors lawsuit is an act of desperation by a hostile industry predator."

**About Softscape** (www.softscape.com)

Softscape is the global leader in integrated people management software that enables organizations to more effectively drive their business performance. Recognized by industry analysts as the most comprehensive strategic human capital management solution, Softscape provides complete employee lifecycle management, including a core system of record, in a single, integrated platform for improved business intelligence. The company offers customers of all sizes and in all industries the most flexibility and choice with multiple purchase, configuration, and deployment options. For more than a decade, Softscape has helped millions of workers across 156 countries be more successful at their jobs while contributing to bottom-line results. Softscape's customers represent Fortune 500/Global 500, mid-market, and government organizations, including

DEMO REQUEST    INFO

Whitepaper:
**Performance Driven L**
Automating Employee
Development Based on
Performance Objectives

DOWNLOAD NOW

**Related Information**
▪ Latest News
▪ Press Release Archive
▪ Industry Recognition
▪ Online Press Kit

**Media Contact:**

Susan Mohr
› +1 508 358-1072 or
smohr@softscape.com

Barclays, AstraZeneca, Seagate, GKN, Edcon, LandAmerica, and the U.S. Department of Homeland Security. Softscape is based in Massachusetts with offices in London, Sydney, New York City, Chicago, San Francisco, Hartford, Washington, D.C., Bangkok, Hong Kong, and Johannesburg.

The Softscape logo and marks related to Softscape products are either trademarks or registered trademarks of Softscape, Inc. Other brand and product names contained herein may be trademarks or registered trademarks of their respective holders.

© Softscape, Inc.  (800) 881-2546

| info@softscape.com | Feedback | Legal Notice |

**EXHIBIT 4 TO DECLARATION OF ROB BERNSHTEYN**

**From:** Dave Watkins [mailto:dwatkins@softscape.com]
**Sent:** Friday, March 14, 2008 5:54 PM
**To:** Parr, Cathy
**Cc:** Micki Pahl
**Subject:** Greetings from Softscape

Ms. Cathy Parr
Assistant to HR Manger
Department of Corrections California


Dear Cathy:

I want to personally apologize for any distractions that the lawsuit filed by my competitor, Successfactors may have caused you. We are taking this matter very seriously and are investigating all facts. I want to assure you that this matter does not affect your initiative or our long term relationship.  We issued this press release today.

If you receive any email communications from Successfactors, or anyone else about this matter, I would appreciate it if you let us know. Our focus is ensuring your ongoing success and providing you with the highest level of service.

As always, if there is anything I can do to assist you, please let me know.

Very truly yours,


_____

**Dave Watkins**
Founder, CEO
Softscape, Incorporated


One Softscape Place
526 Boston Post Road
Wayland, MA 01778
☎  + 1 508 358 1072 x1300 (Office)
☎  + 1 617 835 8835 (Cell)
🖷  + 1 508 358 3072
☎   07824646245 (UK Local Cell)
✉  dave@softscape.com
🖳  www.softscape.com
Atlanta | Bangkok | Boston | Chicago | Connecticut | Dallas | Hong Kong | Johannesburg |
London | New York | San Francisco | Sydney | Washington DC |
**Softscape Exceeds 3.4 Million Users, Dominates Strategic Human Capital Management Market for Global Enterprises, Increased Demand From Large Multi-National Enterprises and Ongoing Profitable Operations Close Out Stellar Year**
**For more, please see the press release at http://www.softscape.com/us/pr2008/pr_08_0310_dominates.htm**

**EXHIBIT 5 TO DECLARATION OF ROB BERNSHTEYN**

-----Original Message-----
From: ██████████████████████████████
Sent: Friday, March 14, 2008 3:49 PM
To: Lori McNally
Subject: Fw: Softscape Customer CARE Communication

██████████████████████

    ----- Original Message -----

    From: ████████████
    Sent: 03/14/2008 03:44 PM
    To: ████████████████████████████████
    Cc: ████████████████
    Subject: Fw: Softscape Customer CARE Communication

██████████████████████████████████████

██████

Dear Customer,

I wanted to inform you that Successfactors, a competitor of Softscape, has falsely accused and filed suit against us regarding an anonymous email sent to their prospective customers. We are taking this matter very seriously and are investigating all facts. I want to assure you that this matter does not affect your initiative or our long term relationship.

It is unfortunate that this competitor is taking such an aggressive predator tactic. If you receive any email communications from Successfactors, or anyone else about this matter, I'd appreciate it if you let us know. Our focus is ensuring your ongoing success and providing you with the highest level of service.

As always, if there is anything I can do to assist you, please let me know.

Many thanks.

Rick Vatcher
Customer CARE, PMO
Office: 508-401-1492 x1492 (direct)
Cell: 339-221-2391
http://www.softscape.com
rvatcher@softscape.com

The information contained in this e-mail and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited. All messages sent to and from this e-mail address may be monitored as permitted by applicable law and regulations to ensure compliance with our internal policies and to protect our business. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, lost or destroyed, or contain viruses. You are deemed to have accepted these risks if you communicate with us by e-mail.

**EXHIBIT 6 TO DECLARATION OF ROB BERNSHTEYN**

Yahoo! Message Boards - SuccessFactors, Inc. (SFSF) - Disgruntled Insiders    Page 1 of 2

Case 4:08-cv-01376-CW    Document 39-7    Filed 03/21/2008    Page 2 of 3

Yahoo!  My Yahoo!  Mail    Make Y! your home page    **Search:**     Web Search

 **YAHOO!®** MESSAGE BOARDS    Welcome, **martiguidoux**
[Sign Out, My Account]    Message Boards Home - Help

  

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

**SuccessFactors, Inc. (SFSF)** - Quote Info    Message Boards Settings

Search :    in SuccessFactors, Inc. (SFSF) b[  ]  Search    ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks S > SuccessFactors, Inc. (SFSF)

**View all Topics** | **View all Messages** | < Newer Topic | Older Topic >    Get Message Board for:

ADVERTISEMENT

**Re: Disgruntled Insiders**    7-Mar-08 08:50 pm

Hi! I'm an HR person. I'm not an investor. I'm a first time
visitor to this blogging site. My company signed up with SFSF
during 4th qtr 2007. (Very small customer) For obvious
reasons - I'd prefer not to mention the company name. I
represent only myself on this blog. I'm curious about your
comments. Is this something we should know about? Is the
Ppt presentation re: financials? Is this an ethical issue w/in
SFSF? Training or product problem? Is this info available to
view? Should I ask my sales rep if he/she knows anything?
We really had a difficult time deciding which vendor to
choose. Please let me know.

hrbiz40



View
Messages

Ignore User

Report
Abuse

**Rating :**    ★★★★★ (No ratings)    **Rate it:** ☆☆☆☆☆

Reply    < Previous Message | Next Message >


Scottrade Member FINRA/SIPC SWITCH NOW

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List    Page 1 of about 1    First | < Prev | Next > | Last

**Messages in Topic**    Minimum rating: **2 stars + unrated** [  ] What's this?

**SuccessFactors, Inc. (SFSF)**

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Disgruntled Insiders<br>  Has anyone received a<br>  powerpoint presentation<br>  this morn ... | joefly78<br>😊 Online Now | Rate it | 5-Mar-08 07:38 am |
| Re: Disgruntled Insiders<br>  where did you see this<br>  ppt? is it posted on a<br>  pub ... | filipsimmon... | Rate it | 5-Mar-08 05:31 pm |
| Re: Disgruntled Insiders | hrbiz40 | Not rated | 7-Mar-08 08:50 pm |
| Re: Disgruntled Insiders<br>  So this ppt is obviously<br>  real since they were ... | darkpenguin... | Rate it | 12-Mar-08 03:19 pm |
| Re: Disgruntled Insiders | sommesound | Rate it | 20-Mar-08 01:02 pm |


SFSF 20-Mar 3:43pm (C)Yahoo!
On Mar 20: **8.85**  ↓ 0.03 (0.34%)

Enter Symbol(s):    [          ] Get Quote
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20
minutes for NYSE and Amex. For delay times on othe
exchanges see exchange table.

**SPONSORED LINKS**

Fed Cuts Interest Rates Again - Mortgage Rate

This was a plant.The
company has just won an
injun ...

**View:** Simple | Summary | Expanded   Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Hit 26 Month Lows. Calculate Your New
Mortgage Payment.
www.LowerMyBills.com

New Car Weekend Sales - Find out Today's
Advertised New Car MSRP & Instant Invoice
Price Info.
CarBargainsWeekly.com

Online College Programs - US Residents - Get
matched with up to 5 colleges with 1 form.
Serious inquiries only.
www.NexTag.com/online-degrees

Copyright 2008 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy.