1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
12
   Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17

18 | SUCCESSFACTORS, INC., a Delaware | Case No. CV 08 1376 CW
   | corporation,
19 |                                  | **DECLARATION OF ANJI WEBB IN
   |          Plaintiff,              | SUPPORT OF PRELIMINARY INJUNCTION
20 |                                  | AND EXPEDITED DISCOVERY**
   | v.
21 |                                  | Date:       March 27, 2008
   | SOFTSCAPE, INC., a Delaware      | Time:       2:00 p.m.
22 | corporation; and DOES 1-10, inclusive, | Courtroom:  2
   |                                  | Judge:      Hon. Claudia Wilken
23 |          Defendants.
   |                                  | Date of Filing: March 11, 2008
24 |                                  | Trial Date:     No date set

25  ///

26  ///

27  ///

28  ///

I, Anji Webb, hereby declare:

1. I am Director, HR Systems and Services at GameStop, Inc. GameStop is one of the largest video game retailers in the world. Under the names GameStop, EB Games and Electronics Boutique, it has over 4,400 retail stores located throughout the United States and in fifteen countries. Gamestop is headquartered in Grapevine, Texas. I have been employed with the company since August 2007. I make this declaration of my own personal knowledge, except to any extent otherwise specified. If called as a witness, I could and would testify competently to the facts set forth herein.

2. On or about March 4, 2008, I received a copy of a 43-page PowerPoint Presentation entitled "The Naked Truth." Attached as <u>Exhibit 1</u> is a true and correct copy of the cover email that I received from "John Anonymous" [mailto:hcmknowledge2008a@gmail.com]. The email shows it was sent on Tuesday, March 04, 2008 at 8:52 pm. I believe this is local time. It was sent to my GameStop email address. In the cover email, it states that "If you are thinking about purchasing SuccessFactors, please read the following document; it provides information about SuccessFactors which they do not want you to know."

3. GameStop was in the process of evaluating both SuccessFactors and Softscape as potential software vendors for their on-demand human capital management (HCM) software at the time I received this Presentation. In fact, SuccessFactors and Softscape were the only two vendors in contention. GameStop is not a current customer of either company.

4. I reviewed the Presentation on the morning of March 5, 2008. It immediately raised questions in my mind; questions that I did not have before I read this Presentation. For example, I was concerned about statements in the Presentation about two/thirds of SuccessFactors' customers leaving over a three-year period. If customers were leaving in droves, this would a very big concern for a large company like ours and would definitely influence GameStop's purchasing decision.

5. There were also statements about "long scrolling forms," which seemed inconsistent with the product demos that SuccessFactors' representatives had performed. These statements made me believe that the product was not as easy to use as was being advertised by

1  SuccessFactors. I forwarded the Presentation to my SuccessFactors sales rep, Wendy Jakszta,
2  soon after reviewing for her to address doubts and questions raised by it.

3        6.      The Presentation uses SuccessFactors' logo and name throughout, but does not
4  mention any other company and includes no reference to Softscape, its products or services. I
5  had no idea that Softscape authored this Presentation.

6        7.      My company has been in discussions with SuccessFactors' sales representatives
7  for approximately four months. I was having similar parallel sales discussions with Softscape
8  since October 2007. I participated in a web online meeting with them where Softscape sales
9  representatives demonstrated the product in November 2007.

10        8.      As Director, HR Systems and Services, I am the person responsible for evaluating
11  and recommending software vendors for our HR operations. The SuccessFactors and Softscape
12  sales representatives know this. I received the Presentation at a time that GameStop was entering
13  into the final phase of choosing between SucessFactors and Softscape for their HCM software.
14  We were about 45-60 days away from making our final decision.

15        9.      I questioned whether any of the statements contained in the Presentation were true.
16  It left me feeling uncertain about the quality and reliability of SuccessFactors' software solutions,
17  and made me doubt statements being made by SuccessFactors' sales representatives.

18        10.      Softscape representatives have not specifically mentioned the Presentation to me
19  directly, but I did receive a personalized email from Dave Watkins, CEO of Softscape. Attached
20  as <u>Exhibit 2</u> is a true and correct copy of an email dated March 15, 2008 from Softscape's CEO.
21  It said that he wanted to "personally apologize for any distractions that the lawsuit filed by my
22  competitor, Successfactors may have caused you." He then asked me to contact Softscape if I
23  received any email or other communications from SuccessFactors about this matter. Mr. Watkins
24  included a link to SuccessFactors' March 14, 2008 press release, which made statements about
25  the Presentation. He did not ask that I destroy or return the Presentation, which I now understand
26  was prepared by Softscape.

11. Since the receipt of the Presentation, I have exchanged several emails and calls with SuccessFactors' sales representative, Ms. Jakszta. The point of the communications with her was to discuss the content of the Presentation and issues raised therein.

12. My company has still not decided whether it will select SuccessFactors or another vendor to provide its HCM software. I am planning to have a meeting with SuccessFactors' sales representatives to discuss any remaining concerns raised by the Presentation before making my final recommendation.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 21st day of March, 2008, in Grapevine, Texas.

_____
Anji Webb

*1282281*

**EXHIBIT 1 TO DECLARATION OF ANJI WEBB**

## Anji Webb

| | |
|---|---|
| **From:** | John Anonymous [hcmknowledge2008a@gmail.com] |
| **Sent:** | Tuesday, March 04, 2008 8:52 PM |
| **To:** | hcmknowledge2008a@gmail.com |
| **Subject:** | SuccessFactors Failures and Problems |
| **Attachments:** | SuccessFactors_Failures_and_Problems.pdf |



SuccessFactors_Failures_and_Pr...

If you are thinking about purchasing from SuccessFactors, please read the following document; it provides information about Successfactors which they do not want you to know.

1

**EXHIBIT 2 TO DECLARATION OF ANJI WEBB**

## Anji Webb

**From:** Dave Watkins [dwatkins@softscape.com]
**Sent:** Saturday, March 15, 2008 8:11 AM
**To:** Anji Webb
**Cc:** John Harb
**Subject:** Greetings from Softscape

Anji Webb:
Director of HR Systems and Services
GameStop Corp.

Dear Anji:

I want to personally apologize for any distractions that the lawsuit filed by my competitor, Successfactors may have caused you. We are taking this matter very seriously and are investigating all facts. I want to assure you that this matter does not affect your initiative or our long term relationship. We issued this press release today.

If you receive any email communications from Successfactors, or anyone else about this matter, I would appreciate it if you let us know. Our focus is ensuring your ongoing success and providing you with the highest level of service.

As always, if there is anything I can do to assist you, please let me know.

Very truly yours,

---

**Dave Watkins**
Founder, CEO
Softscape, Incorporated



One Softscape Place
526 Boston Post Road
Wayland, MA 01778
☎  + 1 508 358 1072 x1300 (Office)
☎  + 1 617 835 8835 (Cell)
📠  + 1 508 358 3072
☎  07824646245 (UK Local Cell)
✉  dave@softscape.com
🌐  www.softscape.com
Atlanta | Bangkok | Boston | Chicago | Connecticut | Dallas | Hong Kong | Johannesburg | London | New York | San Francisco | Sydney | Washington DC |
**Softscape Exceeds 3.4 Million Users, Dominates Strategic Human Capital Management Market for Global Enterprises, Increased Demand From Large Multi-National Enterprises and Ongoing Profitable Operations Close Out Stellar Year**
For more, please see the press release at http://www.softscape.com/us/pr2008/pr_08_0310_dominates.htm

3/21/2008