LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fewick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:   (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08 1376 CW<br><br>**DECLARATION OF JAMES MATHESON IN SUPPORT OF PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**<br><br>Date:            March 27, 2008<br>Time:           2:00 p.m.<br>Courtroom:   2<br>Judge:          Hon. Claudia Wilken<br><br>Date of Filing: March 11, 2008<br>Trial Date:      No date set |

/ / /

/ / /

/ / /

/ / /

I, James Matheson, declare as follows:

1. I am Director of Web Operations and have been employed at SuccessFactors, Inc. ("SuccessFactors") since August 2005. I make this declaration of my own personal knowledge, except to any extent otherwise specified. If called as a witness, I could and would testify competently to the facts set forth herein.

2. As I stated in my prior declaration submitted in support of SuccessFactors' Application for a Temporary Restraining Order filed on March 11, 2008 (Dkt. No. 18), I analyzed the PowerPoint Presentation entitled "The Naked Truth" and confirmed that portions of the slides contained content from a password-protected sales demo account (ACE275) assigned to SuccessFactors' Regional Sales Manager Latin America and Caribbean, Jorge Corrales.

3. I understand that Mr. Corrales participated in two demonstrations held on February 19, and 21, 2008, for a customer prospect identified as "New Millenium [sic] Shoe" at www.newmilleniumshoe.com. The sales demonstrations were held using Citrix, which allows the sales representative to demonstrate SuccessFactors' software products via the internet to prospective customers in remote locations.

4. I reviewed the meeting history and screenshots showing attendees of the two meetings from Mr. Corrales' Citrix account, which are attached as Exhibit 2 to Mr. Corrales' supporting declaration.

5. The records show the first demo was performed on February 19, 2008 at approximately 11 am EST for the prospective customer, Ely Valls, of New Millenium Shoe. I understand that a second demonstration was performed by Mr. Corrales along with SuccessFactors Senior Solutions Consultant, Jose Lopez, for Ms. Valls and her consultant, Javier Cruz.

6. On March 20, 2008, I received from an account manager at Citrix the IP addresses associated with the persons that logged into the Citrix demos. Attached as Exhibit 1 is a true and correct copy of the email that I received from Citrix.

7. The records show the IP address associated with ely@newmilleniumshoe.com for the February 19, 2008 is **IP 98.216.168.122**, which appears to be an IP address attached to an individual Comcast cable user in Watertown, Massachusetts. This is the same IP address I

1  identified in my prior declaration as having accessed the ACE275 account on four separate dates.
2  *See* prior J. Matheson Declaration. 03.11.08, at ¶ 15 & Ex. 8.

3      8.    It also shows that the IP address associated with ely@newmilleniumshoe.com for
4  the February 21, 2008 meeting is **IP 68.236.68.19**. I verified in my last declaration that this is the
5  IP address associated with Softscape's headquarters in Wayland, Massachusetts. *See* prior
6  J. Matheson Declaration dated 03.11.08, ¶¶ 9-10 & Exs. 1-3.

7      9.    I reviewed the site at www.newmilleniumshoe.com. It is a static website, which
8  does not permit the user to access any other pages. I determined that the newmilleniumshoe.com
9  IP address is: 205.178.152.35. The website is registered via Network Solutions and is a secure or
10  anonymous type registration. All the contact information is actually tied to Network Solutions and
11  the true identity is maintained by them. The registration information for the
12  newmilleniumshoe.com website is therefore not publicly known. According to my search, the
13  IP location for this address is in Canada. Attached as Exhibit 2 is a true and correct printout of the
14  results of the internet search that I conducted on this IP address.

15      10.    I searched LinkedIn, a professional networking site, on the name, Javier Cruz, in an
16  effort to identify the consultant that participated in the February 21 sales demo. I received several
17  "hits," including someone who identifies himself as an "agent at ss" in the Montreal, Canada area.
18  In our industry, "ss" is used as shorthand for Softscape. Attached as Exhibit 3 is a true and correct
19  copy of the Linkedin profile.

20      11.    I went back and re-reviewed the ACE demo logs to verify when certain IP addresses
21  accessed ACE275. The information below is consistent with my prior March 11 declaration.
22  The chronology for the two IP addresses that participated in the February 19 and 21 demos is as
23  follows:

24      •    **IP 98.216.168.122** (Comcast Cable subscriber, Watertown, Mass) had its first
25      successful login of ACE275 on February 18, 2008, and again on February 19,
26      20, 21 and 22, 2008.

27  ///
28  ///

1        •    **IP 68.236.68.19** (Softscape, Inc., Wayland, Mass) has its first successful login on February 19 and again on February 21, 2008.

12. Since ACE demo accounts are password-protected, uniquely assigned to SuccessFactors sales representatives, and contain confidential, proprietary information, there is no reason for Softscape or any other competitor to have logged-in to this environment.

13. Since my last declaration submitted on March 11, 2008, I spent an additional 15 hours further investigating to determine how Softscape could have gained access to the sales demo account and determine if any other confidential sales demo accounts had been compromised. It represents time spent from March 11 through today. It is extremely important for us to determine the source of the break-in so that we can re-secure the environment and prevent future unauthorized entries.

14. As director of web operations, I oversee a team that is responsible for all of SuccessFactors' corporate websites. I have a deep understanding and extensive experience reviewing and analyzing log files. I am ideally positioned within the company to analyze the log records and determine how, when and, if possible, who accessed SuccessFactors' websites and demo accounts on various dates. If I were to offer similar services analyzing these records, I estimate my hourly rate would be approximately $250 per hour.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 21st day of March, 2008, in San Mateo, California.

_____
James Matheson

*1282296*

**EXHIBIT 1 TO DECLARATION OF JAMES MATHESON**

REDACTED

REDACTED

REDACTED

REDACTED

```
-----Original Message-----
From: Dawn Meyer [mailto:Dawn.Meyer@citrix.com]
Sent: Wednesday, March 19, 2008 7:45 PM
To: Jim Matheson
Subject: Webinar Attendee IP Address

Hi Jim -
Sorry it took a while...hopefully it's still useful for you.

Let me know if this gets what you need.

Dawn


EMAIL                                       EXTERNALIP
INTERNALIPS
JOINTIME                    NAME


ely@newmilleniumshoe.com
<mailto:ely@newmilleniumshoe.com>           98.216.168.122
192.168.1.51,0.0.0.0,0.0.0.0
2008-02-19 08:01:00        ely

ely@newmilleniumshoe.com
<mailto:ely@newmilleniumshoe.com>           68.236.68.19
192.168.1.81,0.0.0.0,192.168.229.1             2008-02-21
14:04:48        ely
```

Dawn Meyer | Account Manager, Key Clients
Office: 805.690.7946

---

From: Jim Matheson [mailto:jmatheson@successfactors.com]
Sent: Monday, March 10, 2008 9:59 PM
To: Dawn Meyer
Subject: Citrix Event Attendee Request

Hi Dawn,

I have a specific Citrix past event that I am looking at and I was hoping to get the IP address of the user that attended. I know with the regular reporting it only shows their email address. Is that something your team could provide to me?

Thanks,
Jim


Jim Matheson
Director, Web Ops & Search Marketing
SuccessFactors Inc.
650-645-2367
jmatheson@successfactors.com

**EXHIBIT 2 TO DECLARATION OF JAMES MATHESON**

**NetworkSolutions**

Call us 1-800-333-7680     Shopping Cart
Login    Help

# WHOIS Search Results

Available **newmilleniumshoe** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

[Order Selected Domain(s)]



Get the power of a dedicated server at a fraction of the cost. **NEW! VPS HOSTING** — LEARN MORE

## Your WHOIS Search Results



**newmilleniumshoe.com**
Services from Network Solutions:

**Certified Offer Service** - Let us help you get this domain name!
**Backorder** - Try to get this name when it becomes available.
**SSL Certificates** - Get peace of mind with a secure certificate.
**Enhanced Business Listing** - Promote your business to millions of viewers for only $1 a month!

**Choose Your Domain Name Provider Wisely** and **Transfer Domains for $9.99/yr**

Learn the do's and don'ts of search engine optimization. **Download** our *Guide to Getting Found Online* now.

Visit AboutUs.org for more information about NEWMILLENIUMSHOE.COM AboutUs: NEWMILLENIUMSHOE.COM

**Registrant:**
New Millenium Shoe
ATTN: NEWMILLENIUMSHOE.COM
c/o Network Solutions

P.O. Box 447
Herndon, VA 20172-0447

**Domain Name:** NEWMILLENIUMSHOE.COM

**Promote your business to millions of viewers for only $1 a month!**

Learn how you can get an Enhanced Business Listing here for your domain name.

[Learn More]

**Administrative Contact :**
New Millenium Shoe
xu6uv2rj54w@networksolutionsprivateregistration.com
ATTN: NEWMILLENIUMSHOE.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Technical Contact :**
New Millenium Shoe
xu6uv2rj54w@networksolutionsprivateregistration.com
ATTN: NEWMILLENIUMSHOE.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Record expires on** 10-Dec-2009
**Record created on** 10-Dec-2004
**Database last updated on** 03-Dec-2007

**Domain servers in listed order:**         Manage DNS

NS91.WORLDNIC.COM                            205.178.190.46
NS92.WORLDNIC.COM                            205.178.144.46

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.





Show underlying registry data for this record

**Current Registrar:** NETWORK SOLUTIONS, LLC.
**IP Address:** 205.178.152.35 (ARIN & RIPE IP search)
**IP Location:** CA(CANADA)-ONTARIO-TORONTO
**Record Type:** Domain Name
**Server Type:** Apache 2
**Lock Status:** clientTransferProhibited
**Web Site Status:** Active
**DMOZ** no listings
**Y! Directory:** see listings
**Web Site Title:** Home Page
**Secure:** No
**E-commerce:** No
**Traffic Ranking:** Not available
**Data as of:** 25-Feb-2008



**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
- ⦿ Domain Name
- ○ NIC Handle
- ○ IP Address





**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee





**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99** one time set-up fee



    



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.

EXHIBIT 3 TO DECLARATION OF JAMES MATHESON



Advanced Sea

- Home
- Profile
- Contacts
- Inbox
- Groups

**Add Connections**

**Patrick Premo**
NO PHOTO

Litigation Partner at Fenwick and West

What are you working on?

Your profile is **40%** complete

Forward this profile

## Javier Cruz

agent at ss
Montreal, Canada Area

| | |
|---|---|
| **Current** | • agent at ss |
| **Connections** | • 1 connection |
| **Industry** | Facilities Services |
| **Public Profile** | http://www.linkedin.com/pub/2/754/90 |

Expanded profile views are available only to Business account holders. **Upgrade your account.**

## Contact Settings

**Interested In:**
- consulting offers
- new ventures
- job inquiries
- expertise requests
- business deals
- reference requests
- getting back in touch



Advanced Sea

Home
Profile
Contacts
Inbox
Groups

**Add Connections**

NO PHOTO  **Patrick Premo**

Litigation Partner at Fenwick and West

What are you working on?

Your profile is **40%** complete

Forward this profile

## Javier Cruz

Owner, QW Consulting, S.C.
Mexico City Area, Mexico

| | |
|---|---|
| **Current** | • Owner at **QW Consulting, S.C.** |
| **Connections** | 1 connection |
| **Industry** | Professional Training & Coaching |
| **Public Profile** | http://www.linkedin.com/pub/7/3b1/382 |

Expanded profile views are available only to Business account holders. **Upgrade your account.**

## Contact Settings

**Interested In:**

- consulting offers
- job inquiries
- expertise requests
- business deals
- reference requests
- getting back in touch



Advanced Sea

Home
Profile
Contacts
Inbox
Groups

**Add Connections**

**Patrick**
NO PHOTO　**Premo**

Litigation Partner at Fenwick and West

What are you working on?

Your profile is **40%** complete

Forward this profile

# Javier Cruz

International Sales LatAm
Miami/Fort Lauderdale Area

**Connections**  1 connection

**Industry** Management Consulting

**Public Profile** http://www.linkedin.com/pub/0/671/578

## Summary

**Specialties:**

International sales, Latin America

Expanded profile views are available only to Business account holders. **Upgrade your account.**

## Contact Settings

**Interested In:**

- career opportunities
- consulting offers
- new ventures
- job inquiries

- expertise requests
- business deals
- reference requests
- getting back in touch