LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fewick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08 1376 CW<br><br>**DECLARATION OF JORGE ANDRES CORRALES IN SUPPORT OF PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**<br><br>Date:           March 27, 2008<br>Time:          2:00 p.m.<br>Courtroom:  2<br>Judge:         Hon. Claudia Wilken<br><br>Date of Filing: March 11, 2008<br>Trial Date:     No date set |

/ / /

/ / /

/ / /

I, Jorge Andres Corrales, declare as follows:

1. I am Regional Sales Manager, Latin America and Caribbean for SuccessFactors, Inc. I have been employed with the company since October 2, 2006. I make this declaration of my own personal knowledge, except to any extent otherwise specified. If called as a witness, I could and would testify competently to the facts set forth herein.

2. On February 19, and 21, 2008, I conducted via Citrix web-based demonstrations for what was reported to be a prospective customer, Ms. Ely Valls, who claimed to be the owner of a 50-person company called, New Millenium Shoe in San Juan, Puerto Rico. Attached as Exhibit 1 is a true and correct copy of the printout from her company's website at www.newmilleniumshoe.com.

3. I am informed and believe that on or about January 30, 2008, SuccessFactors received a voicemail message from someone claiming to be Ms. Valls calling our 1-800 number. Tony Randolph, who is one of our lead generators at SuccessFactors, returned the call and scheduled a demonstration. Once he realized she was not in his sales territory, I understand he reassigned to Carla Muccino, our lead generator for the Caribbean and Latin America.

4. Ms. Muccino set up the first meeting for me on February 19, 2008. She said Ms. Valls informed her that New Millenium Shoe was evaluating several software vendors and wanted to make a decision within two days. She needed a demo and presentation set up as soon as possible.

5. I have reviewed the Citrix records and confirmed that the meeting times with New Millenium Shoe were February 19, and 21, 2008. Attached as Exhibit 2 is a true and correct copy of printout showing (a) the Meeting History for my Citrix account; (b) the screenshot of attendees at the February 19, 2008 meeting; and (c) the screenshot of the attendees at the February 21, 2008 meeting. It shows the first meeting started at approximately 11 am and ended at 12 pm EST. The second meeting started at approximately 5 pm EST.

6. I delivered the February 19 presentation and demo to New Millenium Shoe in Spanish. I used ACE275, which is the sales demo account assigned to me. ACE275 is usually in

///

1   Spanish. I reserve this demo instance for my Spanish-speaking prospects. I am assigned a second
2   demo account that I usually use for English-speaking accounts.

3   7.   At the end of the meeting, Ms. Valls said she loved the product and wanted a
4   proposal that very same day because she was making a decision within two days. When I asked
5   what other vendors she was evaluating, she said she preferred not to mention them.

6   8.   Later that day, I sent her an email with my SuccessFactors' proposal. Attached as
7   Exhibit 3 is a true and correct copy of my email and confidential proposal. Most of the proposal
8   is written in Spanish. There is a flow chart on page 15 of the proposal, which is identical to the
9   flow chart that is featured on slide 24 of the Softscape Presentation. There is a second flow chart
10  on page 16 of the proposal to New Millenium Shoe, which is identical to slide 25 of the Softscape
11  Presentation.

12  9.   I have reviewed IP records information provided by Citrix, which shows that the
13  IP address associated with ely@newmilleniumshoe.com for the February 19, 2008 meeting is
14  **IP 98.216.168.122.** I now understand this IP address is associated with a Comcast Cable account
15  in Massachusetts, not Puerto Rico.

16  10.  After our first meeting, Ms. Valls asked me for a trial instance with administrator
17  access. I told her this was not possible. I said we could give her a demo and show her at a high
18  level how our administration tools work. She accepted the invitation. I set up a second meeting for
19  February 21, 2008. I asked Jose Lopez, Senior Solutions consultant, to support me on this demo
20  since she was going to invite one of her consultants, Javier Cruz, to participate. Mr. Lopez
21  performed the demo from his home office in Rocklin, California. As with the first meeting, I was
22  in Miramar, Florida. I was told Mr. Cruz was in New York City and Ms. Valls was in Puerto Rico.

23  11.  Ms. Valls asked that the demo be in English because Mr. Cruz did not speak
24  Spanish. I switched ACE275 from Spanish to English for this second demo.

25  12.  Mr. Cruz seemed to have a deep understanding of our software products and asked
26  a lot of questions from an administrator's standpoint. Once the presentation ended, I asked again
27  about our competitors. Mr. Cruz said they were evaluating different vendors, including Taleo and
28  Halogen, among others. He did not mention Softscape.

1  about our competitors. Mr. Cruz said they were evaluating different vendors, including Taleo and
2  Halogen, among others. He did not mention Softscape.
3       13.    For the second demo, my Citrix records only show Mr. Lopez, Ms. Muccino,
4  myself and Ms. Valls logging in. Since I know Mr. Cruz participated in the February 21 demo,
5  he must have logged in with Ms. Valls. I have reviewed the IP records delivered by Citrix, which
6  show that the IP address associated with ely@newmilleniumshoe.com for the February 21, 2008
7  demo is **IP 68.236.68.19**. I now understand this is Softscape's IP address for its headquarters in
8  Massachusetts.
9       14.    I, at no time, gave permission or provided my password to Ms. Valls or Mr. Cruz
10 to access ACE275. I do not know how they or anyone at Softscape could have accessed my demo
11 account.
12      15.    Attached as Exhibit 4 is a true and correct copy of a website notification report for
13 Ely Valls at www.newmilleniumshoe.com. It shows she visited our website 13 times with her
14 last visit on March 5, 2008. It also lists a Puerto Rico phone number, which I understand is not in
15 service.
16      16.    I followed up by email with Ms. Valls (ely@newmilleniumshoe.com) on March 4
17 and 6, 2008, but never heard from her or Mr. Cruz after the February 21 demo.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 21st day of March, 2008, in Cali, Colombia.

_____
Jorge Andres Corrales

*1282539*

**EXHIBIT 1 TO DECLARATION OF JORGE ANDRES CORRALES**



# Top Quality All Leather Shoes in Hard to Find Sizes - All Widths All Sizes All Heel Heights

# Please Call Rafael at 787-767-1766 to order..





26   27   28   29   30

31   32   33   34   35

**EXHIBIT 2 TO DECLARATION OF JORGE ANDRES CORRALES**



# GoToMeeting CORPORATE

Now with GoToWebin

- Log Out
- My Account
- My Meetings
  - Meeting History
  - Support
- My Webinars

## Meeting History

Displayed below is a history of your meetings during the past year.

**Meeting History**

**Show History For:**
Past 6 months ▼ [Show History]

| Subject | Date/Time | Duration | Attendees |
|---|---|---|---|
| Plan SCBT-SF | Feb 27, 2008 12:54 PM | 90 min | 6 |
| Evertec Marketing Plan | Feb 27, 2008 10:53 AM | 4 min | 1 |
| SuccessFactors - Presentacion Tecnica | Feb 27, 2008 7:58 AM | 158 min | 2 |
| SuccessFactors Demo | Feb 26, 2008 1:54 PM | 70 min | 4 |
| Evertec Marketing Plan | Feb 22, 2008 11:01 AM | 46 min | 2 |
| Demo SuccessFactors | Feb 21, 2008 4:58 PM | 88 min | 4 |
| Meet Now | Feb 19, 2008 10:53 AM | 62 min | 3 |
| Presentacion SuccessFactors | Feb 15, 2008 10:23 AM | 76 min | 2 |
| University of West Indies - PM-TGM-360-Comp Enterprise. | Feb 15, 2008 8:16 AM | 95 min | 3 |
| Hablemos de los Planes | Feb 14, 2008 2:56 PM | 161 min | 2 |

◀◀   Page: [1] [2] [3] [4] [5] [6] [7]   ▶▶



3/21/2008



## Attendees of Meet Now

- Log Out
- My Account
- My Meetings
  - Meeting History
  - Support
- My Webinars

Displayed below are all the attendees for your selected meeting.

**Meeting Attendees**

| Name | Email | Join/Leave Times |
|---|---|---|
| Jorge Andres Corrales | jcorrales@successfactors.com | 10:54 AM - 11:55 AM |
| ely | ely@newmilleniumshoe.com | 10:59 AM - 11:55 AM |
| carla | cmuccino@successfactors.com | 11:00 AM - 11:48 AM |

◂◂ Return to Meeting History for the past 6 Months

Support | Send a Friend a Free Trial | Terms of Service | Privacy Policy | Site Map
©1997-2008 Citrix Online, LLC. All rights reserved.





## Attendees of Demo SuccessFactors

- Log Out
- My Account
- My Meetings
  - Meeting History
  - Support
- My Webinars

Displayed below are all the attendees for your selected meeting.

**Meeting Attendees**

| Name | Email | Join/Leave Times |
|---|---|---|
| Jorge Andres Corrales | jcorrales@successfactors.com | 4:58 PM - 6:26 PM |
| Carla Muccino | cmuccino@successfactors.com | 4:58 PM - 6:26 PM |
| Jose Lopez | jlopez@successfactors.com | 5:00 PM - 6:26 PM |
| ely | ely@newmilleniumshoe.com | 5:00 PM - 6:26 PM |

◀◀  Return to Meeting History for the past 6 Months

Support | Send a Friend a Free Trial | Terms of Service | Privacy Policy | Site Map
©1997-2008 Citrix Online, LLC. All rights reserved.



3/21/2008



# My Account

Displayed below is your current account information. To edit, enter your current password, make changes the appropriate field and click Save Changes.

- Log Out
- My Account
  - Settings
- My Meetings
- My Webinars

## My Account Details

**Questions?**
Contact Customer Care at (800) 263-6317.

To make changes, you must enter your current password.

**Account Status:** Active

**Plan:** Corporate 450 Org. Annual Plan

**Current Password:**

**First Name:** Jorge Andres

**Last Name:** Corrales

**Email Address:** jcorrales@successfactors.com

**IMPORTANT:**
Your new password must contain at least 8 characters and include both letters and numbers.

**New Password:**

**Re-Type New Password:**

**Time Zone:** (GMT-05:00) Eastern Time (US and Canada)

☑ Automatically observe Daylight Saving Time.
(Does not apply to all time zones)

[Save Changes]

Support | Send a Friend a Free Trial | Terms of Service | Privacy Policy | Site Map



©1997-2008 Citrix Online, LLC. All rights reserved.

3/21/2008

**CONFIDENTIAL EXHIBIT 3 TO DECLARATION OF JORGE ANDRES CORRALES**

1 LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
2 ALBERT L. SIEBER (CSB NO. 233482)
asieber@fewick.com
3 LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
4 FENWICK & WEST LLP
555 California Street, 12th Floor
5 San Francisco, CA 94104
Telephone: (415) 875-2300
6 Facsimile: (415) 281-1350

7 PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
8 DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
9 FENWICK & WEST LLP
Silicon Valley Center
10 801 California Street
Mountain View, CA 94041
11 Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200
12
Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

14 UNITED STATES DISTRICT COURT

15 NORTHERN DISTRICT OF CALIFORNIA

16 OAKLAND DIVISION

17

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-1376 CW<br><br>**MANUAL FILING NOTICE**<br><br>Date:              March 27, 2008<br>Time:             2:00 p.m.<br>Courtroom:    2<br>Judge:            Hon. Claudia Wilken<br><br>Date of Filing:  March 11, 2008<br>Trial Date:        No date set |

RE:   CONFIDENTIAL EXHIBIT 3 TO THE DECLARATION OF JORGE CORRALES IN
        SUPPORT OF PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY

1  This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office.
3  If you are a participant on this case, this filing will be served in hard-copy shortly.
4  For information on retrieving this filing directly from the court, please see the court's main
5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
6  This filing was not efiled for the following reason(s):
7  _____  Voluminous Document (PDF file size larger than efiling system allowances)
8  _____  Unable to Scan Documents
9  _____  Physical Object (description): _____
10 _____  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
11   X    Item Under Seal
12 _____  Conformance with the Judicial Conference Privacy Policy (General Order 53).
13 _____  Other (description): _____

Dated: March 21, 2008                    FENWICK & WEST LLP

                                         By: _____
                                         Patrick Premo
                                         Attorneys for Plaintiff SUCCESSFACTORS, INC.

MANUAL FILING NOTICE            - 2 -              CASE NO. CV 08-1376 CW

EXHIBIT 4 TO DECLARATION OF JORGE ANDRES CORRALES

**Patrick Premo**

**Subject:** FW: Website Visit Notification

**From:** Carla Muccino
**Sent:** Thursday, March 06, 2008 10:18 AM
**To:** Jorge A. Corrales
**Subject:** FW: Website Visit Notification

FYI

**From:** Eloqua Notifications [mailto:eloquanotifications@eloqua.com]
**Sent:** Thursday, March 06, 2008 7:15 AM
**To:** Carla Muccino
**Subject:** Website Visit Notification



**Eloqua Notification System**
**Name: Website Visit Notification**

Your personal notification of activity on your website. Target prospects, identify visitors, and develop sales relationships with your online visitors. (Please note that if you are unable to see the reports here, your email client may not support the latest HTML features. Log on to Eloqua to configure your notifications to send text emails)

**A visitor is online who meets your criteria:**

| Profile Field | Value |
|---|---|
| First Name | Ely |
| Last Name | Valls |
| Email Address | ely@newmilleniumshoe.com |
| Company | New Millenium Shoe |
| Phone Number | +1 787 4934997 |
| City (from IP) | Chicago |

3/21/2008



| Total Visits | 13 |
| --- | --- |
| Total Pages | 19 |
| Last Visit | 3/5/2008 8:00:26 AM |
| Salesperson | Carla Muccino |
| Employee Size by Range | |
| **Additional Information** | |
| Full Visitor Overview | Click here |
| System Time | 10:14:11 |