1   LAURENCE F. PULGRAM (CSB No. 115163)
    lpulgram@fenwick.com
2   ALBERT L. SIEBER (CSB No. 233482)
    asieber@fenwick.com
3   LIWEN A. MAH (CSB No. 239033)
    lmah@fenwick.com
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA  94104
    Telephone: (415) 875-2300
6   Facsimile:  (415) 281-1350

7   PATRICK E. PREMO (CSB NO. 184915)
    ppremo@fenwick.com
8   DENNIS M. FAIGAL (CSB No. 252829)
    dfaigal@fenwick.com
9   FENWICK & WEST LLP
    Silicon Valley Center
10  801 California Street
    Mountain View, CA  94041
11  Telephone:     (650) 988-8500
    Facsimile:     (650) 938-5200
12
    Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                          OAKLAND DIVISION
17

18
    SUCCESSFACTORS, INC., a Delaware          Case No.  CV 08 1376 CW
19  corporation,
                                              **DECLARATION OF PATRICK E. PREMO IN**
20            Plaintiff,                       **SUPPORT OF SUCCESSFACTORS, INC.'S**
                                              **REPLY MEMORANDUM IN SUPPORT OF**
21  v.                                        **EXPEDITED DISCOVERY**

22  SOFTSCAPE, INC., a Delaware corporation,  Date:        March 27, 2008
    and DOES 1-10, inclusive,                 Time:        2:00 p.m.
23                                            Courtroom:   2
              Defendants.                     Judge:       Hon. Claudia Wilken
24
                                              Date of Filing:  March 11, 2008
25                                            Trial Date:      No date set

26

27  / / /

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Patrick E. Premo, declare as follows:

1.      I am a partner with the law firm of Fenwick & West LLP, counsel to Plaintiff SuccessFactors, Inc.  I am an attorney admitted to practice before this Court.  I submit this declaration in support of SuccessFactors' Reply Memorandum in Support of Expedited Discovery.  I have personal knowledge of the matters set forth herein and, if called upon, could and would testify competently thereto.

2.      Based on admissions and concessions made in Softscape's Opposition to the Order to Show Cause and Motion for Expedited Discovery (Dkt. No. 34), I have further narrowed the expedited discovery being sought on behalf of our client, eliminating seven (7) out of fifteen (15) document requests and four (4) deposition topics.

3.      Attached as <u>Exhibit 1</u> is a true and correct copy of SuccessFactors' proposed amended 30(b)(6) notice of deposition.  I eliminated original Topic Nos. 2, 3, 7, and 10.  Attached as <u>Exhibit 2</u> is a true and correct copy of SuccessFactors' Amended Request for Production of Documents.  I eliminated original Request Nos. 2, 3, 6, 7, 10, 11, and 13.  The remaining topics and document requests are otherwise the same.

4.      SuccessFactors no longer believes the eliminated topics or requests are necessary for *expedited* discovery, based on representations by Defendant that it authored the Presentation at issue and in light of the fact that Defendant does not appear to dispute that the Presentation contains false information.

5.      Based on review of IP addresses and SuccessFactors' Citrix records, I have reason to believe persons attending Citrix web-based sales meetings on February 19, and 21, 2008, have relevant information or information that will lead to the discovery of admissible evidence.  These potential witnesses include Ely Valls, the purported owner of New Millenium Shoe, which was originally identified as a business in San Juan, Puerto Rico, and her purported consultant, Javier Cruz.  The expedited discovery includes requests and topics directed to information relating to the witnesses' involvement in two sales demos.

6.      I accessed the website for "New Millenium Shoe" at www.newmilleniumshoe.com.  The website includes no names other than "Rafael."  It includes

Fenwick & West LLP
Attorneys At Law
San Francisco

1  the following phone number:  787.767.1766.  On March 14, 2008, I called the number at least

2  twice.  It appears to be a fax line.

3        7.        On March 14, 2008, I did a reverse phone search and received two reports that

4  showed the number belonging to Gabriela Villarmarzo, at Fernandez at 567 Ave Hostos, San Juan,

5  Puerto Rico.  Attached as <u>Exhibit 3</u> is a true and correct copy of the White Pages.com search

6  results.

7        8.        On March 15, 2008, I had Gabriel Tirado, resident of Carolina, Puerto Rico, verify

8  whether there is any business at 567 Ave Hostos.  He confirmed it is a two-story residence.

9  Attached as <u>Exhibit 4</u> is a true and correct copy of a photograph of the residence that Mr. Tirado

10  took and sent at my direction.

11        9.        On March 14, 2008, I contacted the number (787.493.4997) listed on the printout

12  for a website notification report of SuccessFactors for Ely Valls and verified it is a disconnected

13  number.  Since I could not locate the number using whitepages.com, I used

14  www.reversephonedetective.com.  The report says the number is associated with someone in

15  Guaynabo, Puerto Rico.  Attached as <u>Exhibit 5</u> is a true and correct copy of

16  reversephonedetective.com search results.  It is a different number than what is listed on

17  www.newmilleniumshoe.com.

18        10.        I searched for registration information for www.newmilleniumshoe.com.  It is

19  registered to Network Solutions.  Since it appears there is no publicly available information,

20  SuccessFactors will need to issue a subpoena to Network Solutions to obtain the registration

21  information.

22        11.        I understand that the name of Defendant's CEO is Dave Watkins.  I looked up

23  Dave Watkins in Facebook at www.facebook.com/friends/?id=544365778 and found an online

24  profile showing that Ely Anne Valls is listed as one of his six "friends."  Attached as <u>Exhibit 6</u> is

25  a true and correct copy of the list of "Dave Watkins's Friends."

26        12.        By letter dated March 19, 2008, I asked counsel of record for Softscape to

27  participate in a Rule 26(f) conference either this week or early next week to discuss a discovery

28  plan.

13.     On March 20, lead counsel for Softscape, Jessica Grant, called me to discuss.  She said she needed to discuss with her client, but did not see the basis for conducting the conference before the current May 27, 2008 deadline.  I told her that my client needed to uncover the source of the leaked Softscape Presentation so that they can address the security breach and re-secure the sales demo account.  I indicated that we wanted to ensure there was no delay in this case.  We cannot initiate discovery until after the Rule 26(f) conference is completed and there is a concern that documents, including electronic records on home computers of employees and consultants, may not be properly preserved.  We also want to make sure we have a chance to depose employees, former employees and consultants now while the information is still fresh and before they leave the company.

14.     Although counsel has not provided a definitive response, based on our conversation and Softscape's opposition to expedited discovery, I do not believe defendant will voluntarily participate in the Rule 26(f) until the May 27, 2008 deadline, or close to it.  This would stall initiation of discovery for two and a half months.  SuccessFactors would not receive any documents or other information from Softscape until the end of June under the current schedule.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 21st day of March, 2008, in Mountain View, California.

                    **/s/ Patrick Premo**
                    Patrick Premo

Fenwick & West LLP
Attorneys At Law
San Francisco

**EXHIBIT 1 TO DECLARATION OF PATRICK E. PREMO**

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB No. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  CV 08 1376 CW<br><br>**AMENDED NOTICE OF DEPOSITION OF DEFENDANT SOFTSCAPE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** |

**TO DEFENDANT SOFTSCAPE, INC.:**

**PLEASE TAKE NOTICE THAT** pursuant to the Court's order granting Plaintiff

SuccessFactors, Inc.'s ("SuccessFactors") motion for expedited discovery and Rules 26 and

30(b)(6) of the Federal Rules of Civil Procedure, SuccessFactors, by and through its attorneys of

FENWICK & WEST LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO

1    record, will take the deposition upon oral examination of Defendant Softscape, Inc. ("Softscape")

2    by and through the person(s) designated by Softscape to testify on its behalf regarding the topics

3    set forth in Exhibit A. The deposition will commence at 9:00 A.M. within five (5) days of the date

4    of production of documents, at Goodwin Procter LLP, Exchange Place, Boston, MA 02109-1000,

5    or at such other place as the parties may agree. The deposition will be taken before a notary public

6    or other officer authorized by law to administer oaths, and will be recorded by both stenographic

7    and videographic means. Provisions for real-time monitoring via LiveNote™ or similar facility

8    may also be used. Said deposition shall continue from day to day, weekends and holidays

9    excepted, until completed or adjourned by the attorney taking the deposition.

10    Pursuant to Rule 30(b)(6), Softscape is required to designate one or more of its officers,

11    directors, managing agents or other persons to testify on its behalf as to matters known or reasonably

12    available to Softscape concerning the subjects identified in Exhibit A hereto.

13    Dated: March 21, 2008                          FENWICK & WEST LLP

14

15

16                                           By:    _____
                                                    Patrick E. Premo
17                                                  Attorneys for Plaintiff SUCCESSFACTORS, INC.

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

## EXHIBIT A

2

## DEFINITIONS

3      1.      The terms "YOU," "YOUR," "DEFENDANT," or "SOFTSCAPE" mean and

4    include, collectively and/or individually, Softscape, Inc., and its parents, subsidiaries, affiliates,

5    corporate divisions, predecessors or successor companies, if any, and its current and former

6    officers, directors, employees, consultants, attorneys, authorized agents, sales representatives,

7    distributors, dealers, direct and indirect contractors, and/or all other PERSONS acting or

8    purporting to act on its behalf.

9      2.      The terms "PLAINTIFF" or "SUCCESSFACTORS" mean and include, collectively

10    and/or individually, SuccessFactors, Inc., and its parents, subsidiaries, affiliates, corporate divisions,

11    predecessors or successor companies, if any, and its current and former officers, directors,

12    employees, consultants, attorneys, authorized agents, sales representatives, distributors, dealers,

13    direct and indirect contractors, and/or all other PERSONS acting or purporting to act on its behalf.

14      3.      The terms "PERSON" or "PERSONS" shall include both natural persons,

15    corporate or other business entities, and all other forms of legal entities, and shall include, but is

16    not limited to, the following:  corporations, partnerships, joint ventures, associations, business

17    organizations, trade organizations, standards organizations, and sole proprietorships.

18      4.      The terms "COMMUNICATION" or "COMMUNICATIONS" refer to any

19    exchange of information by any means of transmission and the sending or receipt of information of

20    any kind by or through any means, including but not limited to speech, writings, documents,

21    language (machine, foreign or otherwise) of any kind, computer electronics or electronic data,

22    sound, radio or video signals, telecommunications, telephone, teletype, facsimile, telegram,

23    microfilm, microfiche, photographic film of all types or other media of any kind.  The terms

24    "COMMUNICATION" and "COMMUNICATIONS" also include, without limitation, all

25    meetings, notices, requests, response, demands, complaints, press, publicity or trade releases, and

26    postings on intranet or internet forums or websites (such as web pages and web logs or blogs).

27      5.      "PRESENTATION" means the document shown as Exhibit 1 to the Declaration of

28    Robert Bernshteyn in Support of Plaintiff's Motion for a Temporary Restraining Order and Order

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   to Show Cause re Preliminary Injunction, including all components, formats, versions, portions,

2   notes, and version data thereof.

3       6.      SUCCESSFACTORS' TRADEMARKS means the name SUCCESSFACTORS

4   and the logos registered with the United States Patent and Trademark Office with Serial Numbers

5   78660874, 78946750, 78706535, and 77248286.

6       7.      The term "CONCERNING" means pertaining to, mentioning, commenting,

7   describing, analyzing, dealing with, resulting from, constituting, including, comprising, consisting

8   of, containing, referring to, reflecting, discussing, showing, stating, explaining, contradicting,

9   providing context to, evidencing, concerning, or recording a particular subject in whole or in part,

10  either directly or indirectly, or being in any way logically or factually connected with the matter

11  discussed or identified.

12      8.      The terms "or" and "and" shall be read in the conjunctive and in the disjunctive

13  wherever they appear, and neither of these words shall be interpreted to limit the scope of these

14  Requests.

15      9.      The words "any," "all," and "each" shall be construed as "all and each."

16      10.     The use of a verb in any tense shall be construed as the use of the verb in all other

17  tenses.

18      11.     The singular form of any word shall be deemed to include the plural.  The plural

19  form of any word shall be deemed to include the singular.

20                      **30(b)(6) DEPOSITION TOPICS**

21      1.      The genesis, creation, review, or revision of the PRESENTATION.

22      2.      The identity of any actual, potential, or intended recipients of the

23  PRESENTATION or of any COMMUNICATIONS about the PRESENTATION.

24      3.      COMMUNICATIONS of SOFTSCAPE with any person not employed by

25  SOFTSCAPE (other than its attorneys) CONCERNING the PRESENTATION.

26      4.      COMMUNICATIONS among employees of SOFTSCAPE CONCERNING the

27  PRESENTATION.

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    5.    The user name "John Anonymous," associated e-mail address

2  "hcmknowledge2008a@gmail.com," and all COMMUNICATIONS from, with or CONCERNING

3  same.

4    6.    Access from any SOFTSCAPE computer to SUCCESSFACTORS' password-

5  protected online demonstration environments, including but not limited to access via the user

6  name "ACE275," and any information obtained form such access.

7    7.    Identity, use of, and access to or from any computer associated with IP addresses

8  68.236.68.19, 24.34.56.79, 98.216.168.122, or 82.108.171.66.

9    8.    Relationship of Javier Cruz, Ely Valls, or New Millenium Shoe Corp. with

10  SOFTSCAPE or SUCCESSFACTORS and related COMMUNICATIONS.

11    9.    SOFTSCAPE's procurement of images of, copying of, or use of

12  SUCCESSFACTORS' TRADEMARKS or PowerPoint template.

13                                                                              *1282368*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**EXHIBIT 2 TO DECLARATION OF PATRICK E. PREMO**

1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB No. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
12
   Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

14
                  UNITED STATES DISTRICT COURT
15
               NORTHERN DISTRICT OF CALIFORNIA
16
                        OAKLAND DIVISION
17

18 SUCCESSFACTORS, INC., a Delaware          Case No. CV 08-1376 CW
19 corporation,
                                             **PLAINTIFF'S AMENDED FIRST SET OF**
20             Plaintiff,                     **REQUESTS FOR PRODUCTION OF**
                                             **DOCUMENTS AND THINGS (NOS. 1 – 8)**
21      v.

22 SOFTSCAPE, INC., a Delaware
   corporation,
23
               Defendant.
24

25       Pursuant to the Court's order granting SuccessFactors, Inc.'s ("SuccessFactors") motion

26 for expedited discovery and Rules 26 and 34 of the Federal Rules of Civil Procedure,

27 SuccessFactors requests that Defendant Softscape, Inc. ("Softscape") respond in writing to each

28 of the following Requests and produce the documents and things requested for inspection and

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  copying, in accordance with the definitions and instructions set forth below, at the offices of

2  Fenwick & West LLP, 555 California Street, Suite 1200, San Francisco, California 94104, within

3  five (5) days of service.

4  **DEFINITIONS**

5      1.      The terms "YOU," "YOUR," "DEFENDANT," or "SOFTSCAPE" mean and

6  include, collectively and/or individually, Softscape, Inc., and its parents, subsidiaries, affiliates,

7  predecessors or successor companies, if any, and its current and former officers, directors,

8  employees, consultants, attorneys, authorized agents, sales representatives, distributors, dealers,

9  direct and indirect contractors, and/or all other PERSONS acting or purporting to act on its behalf.

10      2.      The terms "PLAINTIFF" or "SUCCESSFACTORS" mean and include,

11  collectively and/or individually, SuccessFactors, Inc., and its parents, subsidiaries, affiliates,

12  corporate divisions, predecessors or successor companies, if any, and its current and former

13  officers, directors, employees, consultants, attorneys, authorized agents, sales representatives,

14  distributors, dealers, direct and indirect contractors, and/or all other PERSONS acting or

15  purporting to act on its behalf.

16      3.      The terms "PERSON" or "PERSONS" shall include both natural persons, corporate

17  or other business entities, and all other forms of legal entities, and shall include, but is not limited

18  to, the following:  corporations, partnerships, joint ventures, associations, business organizations,

19  trade organizations, standards organizations, and sole proprietorships.

20      4.      The terms "DOCUMENT" or "DOCUMENTS" have the broadest meaning

21  accorded that term by Fed. R. Civ. P. 34(a) and includes, but is not limited to, all of the items

22  defined in Fed. R. Evid. 1001, and all preliminary and final drafts of any such item.  The terms

23  shall include, but not be limited to, all written, electronic, phonic, graphic, and recorded matter of

24  every type and description and every tangible thing that is or has been in YOUR possession,

25  custody, or control, to which YOU have access or of which YOU have knowledge.

26  "DOCUMENT(S)" shall also include, but shall not be limited to, the following items, whether

27  printed or recorded or reproduced by hand:  agreements, contracts, leases, communications

28  (including intra-company communications), electronic mail, data from Personal Digital Assistants

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   (including handheld computers, "smart phones," such as the palmOne™ Treo© and other similar

2   devices and pagers), correspondence, postings on intranet or internet forums or websites (such as

3   web pages and web logs or blogs), faxes, telegrams, cables, telexes, teletype messages, memoranda,

4   records, books, diaries, notebooks calendars (paper, electronic and otherwise), telephone and other

5   logs, telephone and other bills, voicemail and transcriptions thereof, recorded distributions,

6   forecasts, statistical statements, accounts, invoices, purchase orders, receipts, billing records, tapes,

7   expense vouchers, minutes, summaries and other records of meetings, conferences, negotiations,

8   conversations, investigations and interviews, sales brochures and literature, advertisements, price

9   lists, trade letters, press releases, stenographic, handwritten and any other notes, projections,

10  working papers, checks (front and back), check stubs and receipts, models, surveys, devices,

11  pictures, photographs, films, computer records, data compilations, and voice and video recordings.

12  "DOCUMENT(S)" shall not be limited in any way as to the form of storage (such as paper,

13  microfiche, magnetic tape, magnetic disk, CD-ROM, DVD, optical disk, flash memory drive, or

14  other storage device).  A draft or non-identical copy is a separate document within the meaning of

15  this term.

16          5.      The terms "COMMUNICATION" or "COMMUNICATIONS" refer to any

17  exchange of information by any means of transmission and the sending or receipt of information of

18  any kind by or through any means, including but not limited to speech, writings, documents,

19  language (machine, foreign or otherwise) of any kind, computer electronics or electronic data,

20  sound, radio or video signals, telecommunications, telephone, teletype, facsimile, telegram,

21  microfilm, microfiche, photographic film of all types or other media of any kind.  The terms

22  "COMMUNICATION" and "COMMUNICATIONS" also include, without limitation, all

23  meetings, notices, requests, response, demands, complaints, press, publicity or trade releases, and

24  postings on intranet or internet forums or websites (such as web pages and web logs or blogs).

25          6.      "PRESENTATION" means the document shown as Exhibit A to the Declaration of

26  Robert Bernshteyn in Support of Plaintiff's TRO Application, including all components, formats,

27  versions, portions, notes, and version data thereof.

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1       7.     SUCCESSFACTORS' TRADEMARKS means the name SUCCESSFACTORS

2  and the logos registered with the United States Patent and Trademark Office with Serial Numbers

3  78660874, 78946750, 78706535, and 77248286.

4       8.     The term "CONCERNING" means pertaining to, mentioning, commenting,

5  describing, analyzing, dealing with, resulting from, constituting, including, comprising, consisting

6  of, containing, referring to, reflecting, discussing, showing, stating, explaining, contradicting,

7  providing context to, evidencing, concerning, or recording a particular subject in whole or in part,

8  either directly or indirectly, or being in any way logically or factually connected with the matter

9  discussed or identified.

10      9.     The terms "or" and "and" shall be read in the conjunctive and in the disjunctive

11  wherever they appear, and neither of these words shall be interpreted to limit the scope of these

12  Requests.

13      10.    The words "any," "all," and "each" shall be construed as "all and each."

14      11.    The use of a verb in any tense shall be construed as the use of the verb in all other

15  tenses.

16      12.    The singular form of any word shall be deemed to include the plural.  The plural

17  form of any word shall be deemed to include the singular.

18                         **<u>INSTRUCTIONS</u>**

19      1.     In responding to the following requests, furnish all available DOCUMENTS,

20  including documents in the possession, custody, or control of any of your attorneys, directors,

21  officers, agents, employees, representatives, associates, investigators or division affiliates,

22  partnerships, parents or subsidiaries, and persons under your control, not merely documents in your

23  direct possession.

24      2.     All DOCUMENTS shall be organized and produced pursuant to Rule 34(b) of the

25  Federal Rules of Civil Procedure.

26      3.     Electronic records and computerized information must be produced in an intelligible

27  format, together with a description of the system from which they were derived sufficient to permit

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  rendering the records and information intelligible.  Electronic information must be produced in

2  native format.

3        4.     If YOU are unable to comply with a demand for any DOCUMENT in full, YOU are

4  requested to specify, pursuant to Federal Rule of Civil Procedure 34, whether YOUR inability to

5  comply is because the DOCUMENT has never existed, has been destroyed, has been lost,

6  misplaced or stolen, and/or has never been, or is no longer in YOUR possession, custody or control.

7  The statement shall set forth the name and address of any PERSON or organization known or

8  believed by YOU to have possession, custody, or control of the DOCUMENT.

9        5.     If any information requested is claimed to be privileged, immune from discovery or

10  otherwise not discoverable, YOU are requested to provide all information falling within the scope

11  of the document request which is discoverable, and for each item of information contained in a

12  document to which a claim of privilege is made, YOU must identify such document in a privilege

13  and/or redaction log pursuant to Federal Rule of Civil Procedure 26(b)(5), such identification to

14  include at least the following:

15        (1)     the basis on which the privilege is claimed;

16        (2)     the names and positions of the author of the document and all other persons

17             participating in the preparation of the document;

18        (3)     the name and position of each individual or other person to whom the

19             document, or a copy thereof, was sent or otherwise disclosed;

20        (4)     where not apparent, the relationship of the author, writer, sender, initiator,

21             addressee or any other recipient with each other;

22        (5)     the date of creation or transmittal indicated on each document, or an

23             estimate of that date, indicated as such, if no date appears on the document;

24        (6)     a description of any accompanying material transmitted with or attached to

25             such document;

26        (7)     the number of pages in such document;

27        (8)     the particular document request to which such document is responsive; and

28     ///

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1      (9)    the general subject matter and whether any business or non-legal matter is

2      contained or discussed in such document.

3      6.    Each Request for DOCUMENTS seeks production of all DOCUMENTS described

4  along with any attachments, drafts, and non-identical copies in any language whatsoever, in the

5  possession, custody or control of YOU or YOUR respective agents or all available information,

6  including such information as becomes available to YOU after YOUR answers hereto are served.

7      7.    Unless otherwise specified, each Request for DOCUMENTS seeks production of

8  all DOCUMENTS created or modified on or after January 1, 2007.

9  **DOCUMENT REQUESTS**

10  **DOCUMENT REQUEST NO. 1:**

11      ALL DOCUMENTS CONCERNING the genesis, creation, review, or revision of the

12  PRESENTATION, including but not limited to any versions, edits, memoranda, notes, e-mails,

13  embedded objects, file histories, or document management system logs.

14  **DOCUMENT REQUEST NO. 2:**

15      ALL DOCUMENTS CONCERNING the identity of potential, intended, or actual recipients

16  of the PRESENTATION or of any COMMUNICATIONS about the PRESENTATION, including

17  but not limited to lists of recipients or communications with employees, customers, or other third

18  parties.

19  **DOCUMENT REQUEST NO. 3:**

20      ALL COMMUNICATIONS CONCERNING the PRESENTATION, including but not

21  limited to COMMUNICATIONS between or involving SOFTSCAPE employees, its customers,

22  or current or former SUCCESSFACTORS employees.

23  **DOCUMENT REQUEST NO. 4:**

24      ALL DOCUMENTS CONCERNING the user name "John Anonymous" or associated

25  e-mail address "hcmknowledge2008a@gmail.com" to the extent that they mention the

26  PRESENTATION or SOFTSCAPE, SUCCESSFACTORS, or their products, services, employees,

27  business, or actual or prospective customers.

28      / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  **DOCUMENT REQUEST NO. 5:**

2      ALL DOCUMENTS CONCERNING or showing access from any SOFTSCAPE

3  computer to SUCCESSFACTORS' website, online customer community, or online

4  demonstration environments, including but not limited to DOCUMENTS CONCERNING web

5  browser history files, system logs, user names, password, user "ACE275," or any copy of a

6  SUCCESSFACTOR webpage or its contents.

7  **DOCUMENT REQUEST NO. 6:**

8      A true and accurate bit-for-bit copy of the data storage media for any computer that was

9  involved in the creation, modification, collection of information for, sharing, or e-mailing of the

10  PRESENTATION.

11  **DOCUMENT REQUEST NO. 7:**

12      ALL DOCUMENTS CONCERNING the relationship of Javier Cruz, Ely Valls, or New

13  Millenium Shoe Corp. with SOFTSCAPE or SUCCESSFACTORS, including but not limited to

14  COMMUNICATIONS among any of them.

15  **DOCUMENT REQUEST NO. 8:**

16      ALL DOCUMENTS CONCERNING SOFTSCAPE's procurement, copying, or use of

17  SUCCESSFACTORS' TRADEMARKS or PowerPoint templates.

18
19  Dated: March 21, 2008               FENWICK & WEST LLP

20

21                    By: _____

22                        Patrick E. Premo
                      Attorneys for Plaintiff SUCCESSFACTORS, INC.

23

24                                     *1282370*

25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBIT 3 TO DECLARATION OF PATRICK E. PREMO

# WhitePages.com™
search. find. connect.

---

**1 Result** matching "(787) 767-1766"

---

**Gabriela Villarmarzo Fernandez**
567 Ave Hostos
San Juan, PR 00918

**(787) 767-1766**



Listing date Nov. 2007

---

Copyright © 1996-2008 WhitePages.com. All rights reserved.
Privacy Policy, Legal Notice and Terms under which this service is provided to you.

**EXHIBIT 4 TO DECLARATION OF PATRICK E. PREMO**



**EXHIBIT 5 TO DECLARATION OF PATRICK E. PREMO**



# Search Successful! Results For (787) 493-4997

| Number: | (787) 493-4997 | Search Date: | 03/21/2008 | Search Time: | 1:43 PM |
|---------|----------------|--------------|------------|--------------|---------|
| City: | Guaynabo | State: | PR | Full Phone Report: | **Available** |

Full Phone Report may include up-to-date information for:

- Owner name and address
- Phone location
- Household members
- Phone company and carrier
- Line type - landline or mobile
- And much more

Click "Continue" below to instantly access your Full Phone Report for (787) 493-4997:



You may also view a sample report or search again.

---

Home | Frequently Asked Questions | Login | Register

© ReversePhoneDetective.com - About - Privacy - Terms

**EXHIBIT 6 TO DECLARATION OF PATRICK E. PREMO**

Case 4:08-cv-01376-CW          Document 43-7          Filed 03/21/2008          Page 2 of 2

**Profile**   edit   **Friends**       **Networks**       **Inbox**                    home   account   privacy   logout

**Search**

**Applications**   edit

Photos
Video
Groups
Events
Marketplace
**more**

**Now you can control your privacy using friend lists**                    Close

Friend lists let you group your friends into convenient lists for use all around Facebook. Now, you can use friend lists to control who can see your photos, profile info, and more. Check out the new Privacy page for more information.

**Dave Watkins's Friends**

Dave's Profile | Send a Message | Poke

Search Friends

Status Updates     Recently Updated     Everyone     More...

Dave has 6 friends.

**Alexander Bartfeld**

**Chris Chan**
Boston, MA
BU Alum '97

**Larry Israelite**
Boston, MA

**Ely Merheb**

**Sean Tamami**

**Ely Anne Valls**
San Juan, PR
BU Alum '01

Facebook © 2008                    Advertisers   Businesses   Developers   About Facebook   Terms   Privacy   Help