1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile:   (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200

12 Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., | Case No. CV 08 1376 CW |
| Plaintiff, | **MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PLAINTIFF'S EXHIBITS TO THE DECLARATIONS OF ROB BERNSHTEYN AND JORGE CORRALES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |
| v. | |
| SOFTSCAPE, INC., | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

1    Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff SucessFactors, Inc. ("SuccessFactors")
2 hereby moves the Court for an Order permitting SuccessFactors to file under seal in this Court
3 specific documents attached as an exhibit to the Declaration of Rob Bernshteyn in support of
4 Plaintiff SuccessFactors' Motion for Preliminary Injunction and Expedited Discovery
5 ("Declaration of Rob Bernshteyn"), and a specific document attached as an exhibit to the
6 Declaration of Jorge Corrales in Support of Plaintiff SuccessFactors' Motion for Preliminary
7 Injunction and Expedited Discovery ("Declaration of Jorge Corrales").

8    The specific documents at issue are as follows:

9    1.    An email message dated March 11, 2008, from a SuccessFactors customer to
10        SuccessFactors. A true and correct copy of the email is attached as **Exhibit 1** to
11        the Declaration of Rob Bernshteyn.
12   2.    An email and SuccessFactors sales proposal. True and correct copies of the email
13        and sales proposal are attached as **Exhibit 3** to the Declaration of Jorge Corrales.

14   The email message included in the document identified as item (1) is an email message
15 from a SuccessFactors customer. The email message contains confidential and sensitive
16 commercial information regarding the customer's business relationship with SuccessFactors and
17 statements about the customer's purchasing decisions. The public accessibility of such
18 information would cause irreparable, competitive, and commercial harm to SuccessFactors.
19 However, the email message is relevant to the Court's determination of SuccessFactors' Motion
20 for a Preliminary Injunction. As such, SuccessFactors respectfully requests that the Court allow it
21 to file the email message in its entirety under seal per Civil Local Rule 79-5.

22   The email and sales proposal included in the document identified as item (2) is an email
23 and proposal drafted to a prospective customer to help the customer decide whether to purchase
24 from SuccessFactors. These documents contain confidential, commercially sensitive, and
25 proprietary information about SuccessFactors, its products, and its business relationships with
26 customers. The public accessibility of such information would cause irreparable, competitive,
27 and commercial harm to SuccessFactors. However, the proposal is relevant to the Court's
28 determination of SuccessFactors' Motion for a Preliminary Injunction. As such, SuccessFactors

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  respectfully requests that the Court allow it to file the proposal in its entirety under seal per Civil
2  Local Rule 79-5.

Respectfully submitted,

Dated:  March 21, 2008              FENWICK & WEST LLP

By: __/s/ Dennis Faigal_____
Dennis Faigal
Attorneys for Plaintiff SUCCESSFACTORS, INC.

LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fewick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC.,<br><br>Defendant. | Case No. CV 08 1376 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PLAINTIFF'S EXHIBITS TO THE DECLARATIONS OF ROB BERNSHTEYN AND JORGE CORRALES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |

Plaintiff SuccessFactors, Inc.'s ("SuccessFactors") Motion for Administrative Relief to File Under Seal Plaintiff's Exhibit 1 to the Declaration of Rob Bernshteyn in Support of Plaintiff's Motion for Preliminary Injunction and Expedited Discovery and Exhibit 3 to the

1   Declaration of Jorge Corrales in Support of Plaintiff's Motion for Preliminary Injunction and
2   Expedited Discovery is hereby **GRANTED**.
3   DATED: _____          _____
4                                             Honorable Claudia Wilken
                                              United States Federal Court Judge