LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fewick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| SUCCESSFACTORS, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC.,<br><br>　　　　　　Defendant. | Case No. CV 08 1376 CW<br><br>**DECLARATION OF DENNIS FAIGAL IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS TO THE DECLARATIONS OF ROB BERNSHTEYN AND JORGE CORRALES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |

I, Dennis Faigal, declare as follows:

1.　　I am an associate with the law firm of Fenwick & West LLP, counsel of record for Plaintiff SuccessFactors, Inc. ("SuccessFactors"). I make this declaration based on my personal

1  knowledge, except where otherwise indicated, and if I am called as a witness, I would and could

2  testify competently to the matters contained herein.

3       2.    The document attached as **Exhibit 1** to the Declaration of Rob Bernshteyn in

4  support of Plaintiff SuccessFactors' Motion for Preliminary Injunction and Expedited Discovery

5  ("Declaration of Rob Bernshteyn") contains commercially sensitive and confidential information

6  and non-public confidential customer information.  Thus, SuccessFactors requests that it be

7  allowed to file the exhibit under seal.

8       3.    The documents attached as **Exhibit 3** to the Declaration of Jorge Corrales in

9  Support of Plaintiff SuccessFactors' Motion for Preliminary Injunction and Expedited Discovery

10 ("Declaration of Jorge Corrales") contain proprietary, non-public, commercially sensitive, and

11 confidential information.  Thus, SuccessFactors requests that it be allowed to file this exhibit

12 under seal.

13      4.    SuccessFactors will lodge with the Clerk a sealed copy of the above document.

14      5.    Pursuant to Civil L.R. 79-5, SuccessFactors intends to file publicly or withdraw

15 from the record any exhibits that it requested to be filed under seal if SuccessFactors' request is

16 denied by this Court.

17      I declare under penalty of perjury under the laws of the United States of America and the

18 State of California that the foregoing is true and correct.  Executed this 21st day of March, 2008

19 at Mountain View, California.

By:    **/s/ Dennis Faigal**
             Dennis Faigal