1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile:   (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC.,<br><br>               Defendant. | Case No. CV 08 1376 CW<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PLAINTIFF'S EXHIBITS TO THE DECLARATIONS OF ROB BERNSHTEYN AND JORGE CORRALES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |

   Plaintiff SuccessFactors, Inc.'s ("SuccessFactors") Motion for Administrative Relief to File Under Seal Plaintiff's Exhibit 1 to the Declaration of Rob Bernshteyn in Support of Plaintiff's Motion for Preliminary Injunction and Expedited Discovery and Exhibit 3 to the Declaration of Jorge Corrales in Support of Plaintiff's Motion for Preliminary Injunction and

1  Expedited Discovery is hereby **GRANTED**.

2      3/24/08

3  DATED: _____

4                                          Honorable Claudia Wilken
                                        United States Federal Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW