|    |    |
|----|----|
| 1  | LAURENCE F. PULGRAM (CSB No. 115163) |
|    | lpulgram@fenwick.com |
| 2  | ALBERT L. SIEBER (CSB No. 233482) |
|    | asieber@fewick.com |
| 3  | LIWEN A. MAH (CSB No. 239033) |
|    | lmah@fenwick.com |
| 4  | FENWICK & WEST LLP |
|    | 555 California Street, 12th Floor |
| 5  | San Francisco, CA 94104 |
|    | Telephone: (415) 875-2300 |
| 6  | Facsimile:  (415) 281-1350 |
| 7  | PATRICK E. PREMO (CSB NO. 184915) |
|    | ppremo@fenwick.com |
| 8  | DENNIS M. FAIGAL (CSB NO. 252829) |
|    | dfaigal@fenwick.com |
| 9  | FENWICK & WEST LLP |
|    | Silicon Valley Center |
| 10 | 801 California Street |
|    | Mountain View, CA 94041 |
| 11 | Telephone:    (650) 988-8500 |
|    | Facsimile:    (650) 938-5200 |

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation, | Case No. CV 08 1376 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

The undersigned declares that:

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to this action. My business address is 555 California Street, 12th Floor, San Francisco, CA 94104.

On the date set forth below, I served the attached:

1. CONFIDENTIAL EXHIBIT TO DECLARATION OF ROB BERNSHTEYN IN SUPPORT OF PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY; and

2. CONFIDENTIAL EXHIBIT TO DECLARATION OF JORGE ANDRES CORRALES IN SUPPORT OF PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY;

on the party in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Jessica L. Grant, Esq.
> Jonathan A. Patchen, Esq.
> Taylor & Company Law Offices LLP
> One Ferry Building, Suite 355
> San Francisco, CA 94111

☐ **U.S. MAIL:** I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me within the office for collection for the United States Postal Service would normally be deposited with the United States Postal Services that day in the ordinary course of business. The envelope(s) bearing the address(es) above was sealed and placed for collection and mailing on the date below following our ordinary business practices.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

☒ **BY ELECTRONIC MAIL:** I caused such document(s) to be delivered by electronic mail to the addressee(s).

☐ **BY FACSIMILE:** I caused a copy of such document(s) to be sent via facsimile transmission to the office(s) of the party(s) stated above and was transmitted without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 21, 2008 at Mountain View, California.

*Reba Williams-Jones*
Reba Williams-Jones

1282591