1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile:   (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., | Case No. CV 08 1376 CW |
| Plaintiff, | **MOTION FOR ADMINISTRATIVE RELIEF TO FILE MATERIALS RECENTLY PRODUCED BY GOOGLE, INC. PURSUANT TO THE SUBPOENA PREVIOUSLY AUTHORIZED BY THE COURT; MOTION TO SEAL** |
| v. | |
| SOFTSCAPE, INC., | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

1  Pursuant to Civil Local Rules 7-3(d), 7-11, and 79-5, Plaintiff SuccessFactors, Inc.
2  ("SuccessFactors") hereby moves the Court for an Order permitting SuccessFactors to file, for the
3  Court's consideration, specific materials produced by third party Google, Inc. ("Google")
4  pursuant to the subpoena authorized by this Court on March 19, 2008. *See* Docket No. 38. These
5  materials were produced by Google after SuccessFactors filed its Reply in this action.
6  SuccessFactors further moves the Court for an Order permitting Exhibits B and C to be filed
7  under seal because of the confidential customer information therein.

## BACKGROUND

The information to be submitted reflects that the Softscape, Inc. ("Softscape") Presentation at issue in this case was sent to over five hundred e-mail addresses from "John Anonymous" using Google e-mail account hcmknowledge2008a@gmail.com. On March 17, 2008, SuccessFactors filed a motion requesting the Court's permission to issue subpoenas to Google, Inc. ("Google") and the internet service provider that facilitated the sending of e-mails containing the Presentation. The purpose of that motion was to ascertain the identity of the person who sent those e-mails to SuccessFactors' customers. Softscape did not oppose the motion. On March 19, 2008, the Court directed the issuance of subpoenas.

On March 22 and March 25, 2008, Google provided some information responsive to the subpoena. Google provided a log showing when "John Anonymous" created the hcmknowledge2008a@gmail.com account, was accessing that account, and last checked the account. Declaration of Liwen Mah in Support of Motion for Administrative Relief ("Mah Decl.") ¶ 2, Exh. A. When the times in that log are converted to Eastern Standard Time, they reflect creation of and transmission from the Google mail account on the evening of March 4, 2008, the same date that customers have indicated they received it. *See id.*

Google also provided a list of e-mail header information showing transmissions to and from the hcmknowledge2008a@gmail.com account. *Id.* ¶ 3, Exhs. B & C. The header information show e-mails being sent to over five hundred e-mail recipients, including a mix of individuals and group mailing lists. Google's log shows that on the night when those recipients received the e-mails, "John Anonymous" was accessing his Google mail account from the IP

address 74.94.170.178. This IP address corresponds to a Courtyard Marriott hotel in Waltham, Massachusetts, a short distance from Defendant's headquarters. Mah Decl. ¶ 4, Exh. D.

## MOTION FOR CONSIDERATION OF NEW MATERIAL

Exhibits A through C of the Mah Declaration are responsive to this Court's March 19, 2008 Order and the related subpoena on Google. The information therein is probative of both the scale of the distribution of the Presentation and the proximity of the sender to Defendant's location. Because the Presentation was e-mailed from a location very near Defendant's headquarters, it is extremely likely that Defendant's employee or agent was involved.

The fact that hundreds of e-mail addresses received the gmail of the Presentation is also relevant to the appropriate scope of injunctive relief requested. With so many customers and prospects already having the Presentation from an anonymous source, Defendant's continuing assertion in the press and e-mails that the Presentation is true and "based on substantiated facts" serves to reinforce the false accusations to which they already have received access. The vast number of recipients demonstrates harm to Plaintiff's goodwill much greater than Plaintiff could previously demonstrate.

Because the responsive information from Google is probative of Plaintiff's likelihood of success and irreparable harm, Plaintiff respectfully asks the Court to take consideration of the exhibits to the Mah Declaration.

SuccessFactors' counsel has conferred with counsel for Defendant Softscape about stipulating to the filing of these materials. Defendant's counsel indicated that Defendant would not oppose the filing of these materials under seal, but the parties continue to confer regarding whether Exhibits B and C to the Mah Declaration should be designated as being for Attorneys' Eyes Only.

## MOTION TO SEAL

Because Exhibits B and C to the Mah Declaration contain personal information identifying specific employees of SuccessFactors customers and prospects, Plaintiff moves the Court for an Order allowing Plaintiff to file such exhibits under seal.

///

The specific documents at issue are as follows:

1. Exhibit B is an excerpt of the e-mail header information that shows individual recipients of the e-mailed Presentation, including the individual e-mail addresses of those recipients.

2. Exhibit C is an electronic copy of the full e-mail header information produced by Google in response to the Court's March 19, 2008 Order.

The e-mail addresses for customers and prospects are confidential and sensitive commercial information. In addition, disclosure of individual's e-mail addresses would likely impinge on those individuals' privacy rights. The public accessibility of such information would cause irreparable, competitive, and commercial harm to SuccessFactors and the individuals whose personal addresses would be disclosed. As such, SuccessFactors respectfully requests that the Court allow it to file the above exhibits in their entirety under seal per Civil Local Rule 79-5.

As noted above, the parties are conferring about the proper confidentiality designation for Exhibits B and C. Upon reaching agreement, Plaintiff will serve Exhibits B and C on Defendant.

Respectfully submitted,

Dated: March 26, 2008    FENWICK & WEST LLP

By: **/s/ Liwen Mah**
Liwen Mah
Attorneys for Plaintiff SUCCESSFACTORS, INC.

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile:   (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:     (650) 988-8500
   Facsimile:      (650) 938-5200

12 Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC.,<br><br>　　　　　Defendant. | Case No. CV 08 1376 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE MATERIALS RECENTLY PRODUCED BY GOOGLE, INC. PURSUANT TO THE SUBPOENA PREVIOUSLY AUTHORIZED BY THE COURT AND MOTION TO SEAL** |

Having considered Plaintiff SuccessFactors, Inc.'s Motion for Administrative Relief to File Materials Recently Produced by Google, Inc. Pursuant to the Subpoena Previously Authorized by the Court and good cause appearing, the Court hereby **GRANTS** Plaintiff's motion.

Having considered Plaintiff's motion to file under seal Exhibits B and C to the Declaration of Liwen Mah in Support of Plaintiff's Motion for Administrative Relief to File

Materials Recently Produced by Google, Inc. Pursuant to the Subpoena Previously Authorized by the Court ("Mah Declaration"), and good cause appearing, the Court hereby **ORDERS** the following to be filed under seal:

1. Exhibits B and C to the Mah Declaration.

**IT IS SO ORDERED.**

DATED: _____

                                            Honorable Claudia Wilken
                                            United States Federal Court Judge