LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB No. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. CV 08 1376 CW<br><br>**DECLARATION OF LIWEN MAH IN SUPPORT OF SUCCESSFACTORS, INC.'S MOTION FOR ADMINSTRATIVE RELIEF TO FILE MATERIALS RECENTLY PRODUCED BY GOOGLE, INC. PURSUANT TO THE SUBPOENA PREVIOUSLY AUTHORIZED BY THE COURT AND MOTION TO SEAL**<br><br>Courtroom:  2<br>Judge:   Hon. Claudia Wilken<br><br>Date of Filing: March 11, 2008<br>Trial Date:   No date set |

/ / /

1  I, Liwen Mah, declare as follows:

2  1. I am an associate with the law firm of Fenwick & West LLP, counsel to Plaintiff SuccessFactors, Inc. I am an attorney admitted to practice before this Court. I submit this declaration in support of SuccessFactors' Motion for Adminstrative Relief to File Materials Recently Produced by Google, Inc. Pursuant to the Subpoena Previously Authorized by the Court and Motion to Seal. I have personal knowledge of the matters set forth herein and, if called upon, could and would testify competently thereto.

3  2. Pursuant to the Court's March 19, 2008 Order, Fenwick & West issued a subpoena on third party Google, Inc. ("Google"). In response, and after Plaintiff filed its Reply in Support of the Preliminary Injunction, Google produced a log showing details about the user "John Anonymous" who created a Google mail account with the address hcmknowledge2008a@gmail.com. Attached as <u>Exhibit A</u> is a true and correct copy of this log and Google's transmittal communications. The times shown are Greenwich Mean Time, which I understand was five hours ahead of Eastern Standard Time on the dates in question. The earliest time in the log corresponds to March 4, 2008 at 9:44 P.M. Eastern Standard Time. The next entry shown in the log is about eighteen minutes later, corresponding to March 4, 2008 at 10:02 P.M. Eastern Standard Time. The last time in the log corresponds to March 12, 2008 at about 5:50 P.M. Eastern Standard Time, the same day that Defendant filed its opposition to Plaintiff's application for a temporary restraining order.

4  3. Google also produced a list of e-mail header information showing transmissions to and from the hcmknowledge2008a@gmail.com account. Attached as <u>Exhibit B</u> is a true and correct copy of the relevant excerpts that show the "bcc:" recipients of e-mails from the hcmknowledge2008a@gmail.com account. Attached as <u>Exhibit C</u> is a CD containing a true and correct copy of the full e-mail header information produced by Google, which includes the information in <u>Exhibit B</u>. Because of the voluminous and repetitive nature of the e-mail headers, I have provided the excerpts in <u>Exhibit B</u> for the convenience of the Court. The e-mail header information includes commercially sensitive and confidential information and non-public, confidential customer information, specifically the e-mail addresses for individual employees of

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SuccessFactors customers and prospects.

4. The log provided by Google (Exhibit A) showed that shortly after the Google mail account was created at around 9:44 P.M. Eastern Standard Time on March 4, 2008, it was still being accessed at around 10:02 P.M. from IP address number 74.94.170.178. Based on the e-mail header information produced by Google (Exhibit B), the transmittal of e-mails with hundreds of "bcc:" recipients occurred between 9:44 P.M. and 10:02 P.M that night.  I used the reverse IP address lookup tool at http://www.dnsstuff.com/tools to ascertain identifying information regarding IP address 74.94.170.178. The lookup tool shows that the IP address 74.94.170.178 corresponds to a Courtyard Marriott hotel in Waltham, Massachusetts, which I understand to be less than ten miles from Defendant's headquarters in Wayland, Massachusetts. Attached as Exhibit D is a true and correct copy of the lookup results for IP address 74.94.170.178.

5. On March 25 and March 26, 2008, Pat Premo, a partner at Fenwick & West, and I telephoned opposing counsel to seek Defendant's stipulation to the submission of Google's production to the Court in advance of the Preliminary Injunction hearing on March 27, 2008. While I understand that Defendant does not oppose the filing of Google's production to the Court under seal, the parties are still conferring about the proper confidentiality designation for the information in Exhibits B and C.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 26th day of March, 2008, in San Francisco, California.

                **/s/ Liwen Mah**
                 Liwen Mah

# EXHIBIT A





Google Inc.  
1600 Amphitheatre Parkway  
Mountain View, California 94043

Tel: 650.253.3425  
Fax: 650.249.3429  
www.google.com

---

## FACSIMILE TRANSMITTAL SHEET

| **TO:** C. Wiliam Craycroft | **FROM:** Suzanne Abbott |
|---|---|
| **COMPANY:** Law Offices of C. William Craycroft | **DATE:** March 21, 2008 |
| **FAX NUMBER:** (408) 279-5845 | **TOTAL NO. OF PAGES INCLUDING COVER:** 4 |
| **PHONE NUMBER:** | **SENDER'S FAX NUMBER** 650-249-3429 |
| **RE:** Subpoena dated March 19, 2008 | **SENDER'S TELEPHONE NUMBER:** |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Subpoena dated March 19, 2008 (Internal Ref. No. 21128)

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



Tel: 650.253.3425
Fax: 650.249.3429
www.google.com

March 21, 2008

**Via Fax**
**(408) 279-5845**

C. Wiliam Craycroft
Law Offices of C. William Craycroft
1741 Technology Drive, Suite 200
San Jose, CA 95110

**Re: Subpoena dated March 19, 2008 (Internal Ref. No. 63115-21128),** *Success Factors, Inc. v. Softscape, Inc.*

Dear William Craycroft:

    Pursuant to the Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

    We understand that you have requested customer information regarding the user account specified in the Subpoena, which includes the following information: (1) Subscriber and recent login information for the Gmail account hcmknowledge2008a@gmail.com.

    Please note that the scope of documents requested in your subpoena exceeds the type of information Google is able to provide regarding user e-mail under the federal Electronic Communications Privacy Act, 18 U.S.C. § 2702-2703 ("ECPA"). As it has been construed by the U.S. Circuit Court of Appeals for the Ninth Circuit in *Theofel v. Alwyn [Farey] – Jones*, 2003 U.S. App. LEXIS 17963 (9th Cir. 2003), the federal ECPA prohibits service providers such as Google from producing the contents of a subscriber's e-mail communications without a search warrant. As you are likely aware, Google is domiciled in the Ninth Circuit and therefore is bound by the *Theofel* decision

    To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

    Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (63115-21128) on your check. The federal tax ID number for Google is 77-0493581.

Google Inc.  
1600 Amphitheatre Parkway  
Mountain View, California 94043



Tel: 650.253.3425  
Fax: 650.249.3429  
www.google.com

Very truly yours,

Suzanne Abbott  
2008.03.22  
11:44:39 -07'00'

Suzanne Abbott  
Legal Investigations Support

Enclosures

**Subscriber Information**

| | |
|---|---|
| Email | hcmknowledge2008a@gmail.com |
| Status | Enabled |
| Services | Talk, Gmail |
| Name | John Anonymous |
| Secondary email | |
| Created on | 05-Mar-2008 02:44:04am GMT |
| Lang | en |
| IP | 203.117.152.104 on 05-Mar-2008 02:44:04am GMT |

**Logs**

All times are displayed in UTC/GMT.
hcmknowledge2008a@gmail.com

| Date/Time | IP | Subnet |
|---|---|---|
| 12-Mar-2008 10:49:54 pm | 61.133.87.226 | 255.255.255.255 |
| 05-Mar-2008 03:02:27 am | 74.94.170.178 | 255.255.255.255 |
| 05-Mar-2008 02:44:05 am | 203.117.152.104 | 255.255.255.255 |

# EXHIBIT B

Case 4:08-cv-01376-CW    Document 55-2    Filed 03/26/2008    Page 6 of 13

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fewick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile:   (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-1376 CW<br><br>**MANUAL FILING NOTICE** |

**RE: CONFIDENTIAL EXHIBITS B TO THE MOTION FOR ADMINISTRATIVE RELIEF TO FILE MATERIALS RECENTLY PRODUCED BY GOOGLE, INC. PURSUANT TO THE SUBPOENA PREVIOUSLY AUTHORIZED BY THE COURT; MOTION TO SEAL**

1    This filing is in paper or physical form only, and is being maintained in the case file in the
2    Clerk's office.
3    If you are a participant on this case, this filing will be served in hard-copy shortly.
4    For information on retrieving this filing directly from the court, please see the court's main
5    web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
6    This filing was not efiled for the following reason(s):
7    _____   Voluminous Document (PDF file size larger than efiling system allowances)
8    _____   Unable to Scan Documents
9    _____   Physical Object (description): _____
10   _____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
11   __X__   Item Under Seal
12   _____   Conformance with the Judicial Conference Privacy Policy (General Order 53).
13   _____   Other (description):_____

Dated: March 26, 2008                    FENWICK & WEST LLP

                                         By:   /s/    **Liwen Mah**
                                                Liwen Mah
                                                Attorneys for Plaintiff SUCCESSFACTORS, INC.

# EXHIBIT C

| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB NO. 115163) |
| | lpulgram@fenwick.com |
| 2 | ALBERT L. SIEBER (CSB NO. 233482) |
| | asieber@fewick.com |
| 3 | LIWEN A. MAH (CSB NO. 239033) |
| | lmah@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
| | Telephone:  (415) 875-2300 |
| 6 | Facsimile:   (415) 281-1350 |
| 7 | PATRICK E. PREMO (CSB NO. 184915) |
| | ppremo@fenwick.com |
| 8 | DENNIS M. FAIGAL (CSB NO. 252829) |
| | dfaigal@fenwick.com |
| 9 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 10 | 801 California Street |
| | Mountain View, CA  94041 |
| 11 | Telephone:     (650) 988-8500 |
| | Facsimile:      (650) 938-5200 |

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation, | Case No. CV 08-1376 CW |
| Plaintiff, | **MANUAL FILING NOTICE** |
| v. | |
| SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

**RE: CONFIDENTIAL EXHIBITS C TO THE MOTION FOR ADMINISTRATIVE RELIEF TO FILE MATERIALS RECENTLY PRODUCED BY GOOGLE, INC. PURSUANT TO THE SUBPOENA PREVIOUSLY AUTHORIZED BY THE COURT; MOTION TO SEAL**

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office.
3  If you are a participant on this case, this filing will be served in hard-copy shortly.
4  For information on retrieving this filing directly from the court, please see the court's main
5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
6  This filing was not efiled for the following reason(s):
7  \_\_\_\_\_   Voluminous Document (PDF file size larger than efiling system allowances)
8  \_\_\_\_\_   Unable to Scan Documents
9  __X__   Physical Object (description):  CD containing Confidential Exhibit C
10  \_\_\_\_\_   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
11  \_\_\_\_\_   Item Under Seal
12  \_\_\_\_\_   Conformance with the Judicial Conference Privacy Policy (General Order 53).
13  \_\_\_\_\_   Other (description):_____

Dated: March 26, 2008                         FENWICK & WEST LLP

By:  /s/    **Liwen Mah**
Liwen Mah
Attorneys for Plaintiff SUCCESSFACTORS, INC.

MANUAL FILING NOTICE — - 2 -  — CASE NO. CV 08-1376 CW
24024/00404/LIT/1282858.1

# EXHIBIT D



**Who Owns This Domain**
Find Out Who Owns the Domain You Want. Purchase or Make an Offer! Register.com

**Network Solutions**
Domains, Hosting, Web Sites & More. ICANN Accred. Learn more here!
www.networksolutions.com

**IP Address Management**
Proteus Enterprise IPAM Appliance Try a live demo now
www.bluecatnetworks.com

Home  Products  Partners  DNSreport  Resource Center  Forum  Free DNS Tools

Your IP: **63.197.243.249**  ASN: **23233 [FENWICK]**  Near: Los Altos, California United States

### Tools

**50+ robust tools:** Standard and Professional Tool sets available

BUY NOW and save!   TRY FREE for 21 days!   LEARN more...

Chat by phone 866.751.4124 or +1.978.225.8430 (INTL)
Contact Sales

## WHOIS - !NET-74-94-170-176-1

Generated by www.DNSstuff.com

**Email link to results**

Location: Unknown

Looking up !NET-74-94-170-176-1 at whois.arin.net.

```
Using 0 day old cached answer (or, you can get fresh results).
Hiding E-mail address (you can get results with the E-mail address).

CustName:       Courtyard Marriott
Address:        387 Winter St, New
City:           Waltham
StateProv:      MA
PostalCode:     02451
Country:        US
RegDate:        2007-11-19
Updated:        2007-11-19

NetRange:       74.94.170.176 - 74.94.170.191
CIDR:           74.94.170.176/28
NetName:        COURTYARD-MARRIOTT
NetHandle:      NET-74-94-170-176-1
Parent:         NET-74-94-128-0-1
NetType:        Reassigned
Comment:
RegDate:        2007-11-19
Updated:        2007-11-19

RAbuseHandle: NAPO-ARIN
RAbuseName:   Network Abuse and Policy Observance
RAbusePhone:  +1-856-317-7272
RAbuseEmail:  *****@comcast.net

OrgAbuseHandle: NAPO-ARIN
OrgAbuseName:   Network Abuse and Policy Observance
OrgAbusePhone:  +1-856-317-7272
OrgAbuseEmail:  *****@comcast.net

OrgTechHandle: IC161-ARIN
OrgTechName:   Comcast Cable Communications Inc
OrgTechPhone:  +1-856-317-7200
OrgTechEmail:  *********************@cable.comcast.com

# ARIN WHOIS database, last updated 2008-03-25 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

[If E-mail address(es) were hidden on this page, you can **click here to get the results with the E-mail address**].

**Email link to results**


www.PacketTrap.com                                                Feedback - Ads by Google

ABOUT US    HELP    CONTACT    NEWS    PRESS    AFFILIATE    ADVERTISE    JOBS    SITE MAP    TRADEMARKS    PRIVACY POLICY    TERMS OF USE        POWERED BY f5
© Copyright 2000-2008 DNSstuff, LLC All Rights Reserved