JESSICA L. GRANT (SBN 178138)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendant SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC.,<br><br>　　　　Defendant. | Case No.: C-08-1376 (CW)<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE DECLARATION OF DAVID WATKINS IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Date:　March 27, 2008<br>Time:　2:00 p.m.<br>Dept.:　Courtroom 2<br><br>Honorable Claudia Wilken |

Pursuant to Civil Local Rule 7-11 and 79-5, defendant Softscape, Inc. ("Softscape") hereby moves the Court for an Order permitting Softscape to file under seal in this Court the Declaration of David Watkins in Opposition to Plaintiff's Motion to Strike and in Response to Order to Show Cause on the grounds that the Presentation (attached as Exhibit 1 to the Declaration of Robert Bernshteyn In Support of Plaintiffs Ex Parte Application for TRO and OSC Re Preliminary Injunction) that is referenced and quoted extensively in the Watkins declaration has been filed under seal pursuant to Order of this Court.

TAYLOR & CO.
LAW OFFICES, LLP

MOTION TO SEAL THE DECLARATION OF DAVID WATKINS IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND IN RESPONSE TO ORDER TO SHOW CAUSE : CASE NO. C-08-1376 (CW)

1  The declaration includes allegedly confidential, commercially sensitive, and proprietary
2  information contained in a documents previously filed under seal by SuccessFactors in this
3  proceeding, the public accessibility of which could cause competitive and/or commercial harm. It
4  also contains business information that is confidential and proprietary to Softscape. As such,
5  Softscape respectfully requests that the Court allow it to file under seal the declaration of David
6  Watkins, as redacted in part, pursuant to Local Rule 79-5.

Dated: March 26, 2008

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP

By:    /s/ Jessica L. Grant
        Jessica L. Grant
Attorneys for Defendant SOFTSCAPE, INC.

TAYLOR & CO.
LAW OFFICES, LLP

2.
MOTION TO SEAL THE DECLARATION OF DAVID WATKINS IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND IN RESPONSE TO ORDER TO SHOW CAUSE : CASE NO. C-08-1376 (CW)