JESSICA L. GRANT (SBN 178138)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendant SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOFTSCAPE, INC., <br><br> Defendant. | Case No.: C-08-1376 (CW) <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE DECLARATION OF DAVID WATKINS IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND IN RESPONSE TO ORDER TO SHOW CAUSE** <br><br> Date: March 27, 2008 <br> Time: 2:00 p.m. <br> Dept.: Courtroom 2 <br><br> Honorable Claudia Wilken |

Defendant Softscape, Inc.'s ("Softscape") Motion for Administrative Relief to File Under Seal the Declaration of David Watkins in Opposition to Plaintiff's Motion to Strike and in Response to Order to Show Cause is hereby GRANTED.

DATED: _____

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT