1  JESSICA L. GRANT (SBN 178138)
   JONATHAN A. PATCHEN (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California  94111
   Telephone:  (415) 788-8200
4  Facsimile:   (415) 788-8208
   E-mail: jgrant@tcolaw.com
5  E-mail: jpatchen@tcolaw.com

6  Attorneys for Defendant SOFTSCAPE, INC.

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

12 | SUCCESSFACTORS, INC., | Case No.: C-08-1376 (CW)
13 |     Plaintiff, | **DECLARATION OF JONATHAN A. PATCHEN  IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL**
14 | v. |
15 | SOFTSCAPE, INC., |
   |                   | Date:    March 27, 2008
16 |     Defendant.    | Time:    2:00 p.m.
   |                   | Dept.:   Courtroom 2
17 |                   |
   |                   | Honorable Claudia Wilken

19         I, JONATHAN A. PATCHEN, declare as follows:

20         1.      I am an attorney with the law firm of Taylor & Company Law Offices, LLP, counsel of record for defendant Softscape, Inc. ("Softscape").  I make this declaration based on my personal knowledge, except where otherwise indicated, and if I am called as a witness I would and could testify competently to the matters contained herein.

24         2.      The redacted portions of the Declaration of David Watkins in Opposition to Plaintiff's Motion to Strike and in Response to Order to Show Cause ("Watkins Declaration") contain proprietary confidential information and non-public confidential customer information.  Specifically, the declaration refers to or quotes from, in part, a document already sealed by this Court.  Additionally, the other redacted portions refer to confidential and proprietary information

regarding Softscape's network capabilities and structure and the process and nature of its internal investigation.

4. Softscape will lodge with the Clerk of this Court a sealed copy of the Watkins Declaration.

5. Pursuant to Civil L. R. 79-5, Softscape intends to file publicly, and to withdraw from the Watkins Declaration, those portions of the document it requested to be filed under seal if Softscape's request is denied by this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of March, 2008 in San Francisco, California.

                                                /s/ Jonathan A. Patchen  
                                                JONATHAN A. PATCHEN