1  JESSICA L. GRANT (SBN 178138)
   JONATHAN A. PATCHEN (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile:  (415) 788-8208
   E-mail: jgrant@tcolaw.com
5  E-mail: jpatchen@tcolaw.com

6  Attorneys for Defendant SOFTSCAPE, INC.

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

12 | SUCCESSFACTORS, INC.,        | Case No.: C-08-1376 (CW)
13 |     Plaintiff,               | **PROOF OF SERVICE**
14 | v.                           | Date:  March 27, 2008
                                    Time:  2:00 p.m.
15 | SOFTSCAPE, INC.,             | Dept.: Courtroom 2
16 |     Defendant.               | Honorable Claudia Wilken

TAYLOR & CO.
LAW OFFICES, LLP

PROOF OF SERVICE: CASE NO. C-08-1376 (CW)

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On March 26, 2008, I served true copies of the following document described as **DECLARATION OF DAVID WATKINS IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND IN RESPONSE TO ORDER TO SHOW CAUSE – FILED UNDER SEAL PURSUANT TO COURT ORDER** on the interested party in this action as follows:

> Mr. Laurence F. Pulgram
> Fenwick & West LLP
> 555 California Street, 12th Floor
> San Francisco, CA 94104
> E-mail: *lpulgram@fenwick.com*

**BY ELECTRONIC TRANSMISSION:** I caused a copy of the document to be sent from e-mail address jlim@tcolaw.com to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 26, 2008, at San Francisco, California.

/s Jennifer M. Lim
Jennifer M. Lim

PROOF OF SERVICE: CASE NO. C-08-1376 (CW)