IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS,INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10,<br><br>    Defendants._____/ | No. C 08-1376 CW<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER |

    The temporary restraining order entered on March 13, 2008 will remain in effect until the Court enters a preliminary injunction.

    IT IS SO ORDERED.


Dated: 3/27/08

                                    CLAUDIA WILKEN
                                    United States District Judge