IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUCCESSFACTORS,INC., a Delaware corporation,

Plaintiff,

v.

SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10,

Defendants.

______________________________________/

No. C 08-1376 CW

ORDER EXTENDING TEMPORARY RESTRAINING ORDER

The temporary restraining order entered on March 13, 2008 will remain in effect until the Court enters a preliminary injunction.

IT IS SO ORDERED.

Dated: 3/27/08

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

