UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUCCESSFACTORS INC,

    Plaintiff,

v.

SOFTSCAPE INC.,

    Defendant.

NO. C 08-01376 CW

**MINUTE ORDER**
Date: 3/27/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:**  Raynee Mercado

**Appearances for Plaintiff:**
Laurence Pulgram; Patrick Premo

**Appearances for Defendant:**
Jessica Grant; Jonathan Patchen

### Motions:

| | | |
|---|---|---|
| Plaintiff | OSC re preliminary injunction | Granted |

Further briefing due:
Order to be prepared by:  Court

Notes:  Court inclined to continue TRO and convert it to a preliminary injunction and to add to injunction certain statements clearly probable as facts.  Court opens discovery.  Court to meet after court to discuss a discovery plan and then meet and confer tomorrow with IT people on how documents are preserved and available.  Counsel to meet and confer on 4/10 to come up with a discovery plan re early document production and 30(b)(6) depositions and submit to the Court a 5 page brief on 4/14/08 explaining why they are unable to reach a discovery plan.

Copies to:  Chambers