1  JESSICA L. GRANT (SBN 178138)
   JONATHAN A. PATCHEN (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: jgrant@tcolaw.com
5  E-mail: jpatchen@tcolaw.com

6  Attorneys for Defendant SOFTSCAPE, INC.

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

12  SUCCESSFACTORS, INC.,              Case No.: C-08-1376 (CW)

13          Plaintiff,                 **ANSWER OF SOFTSCAPE, INC.
                                       TO THE COMPLAINT FILED BY**
14  v.                                 **SUCCESSFACTORS, INC.**

15  SOFTSCAPE, INC.,

16          Defendant.

17

18          Defendant Softscape, Inc. ("Defendant" or "Softscape"), based upon its knowledge and

19  information and belief, hereby answers the Complaint filed by plaintiff SuccessFactors, Inc.

20  ("Plaintiff" or "SuccessFactors") filed March 11, 2008 (the "Complaint"). In responding to the

21  Complaint, Softscape admits neither that it bears the burden of proving any of the defenses set

22  forth below nor the relevance of any of plaintiff's allegations.

23          1.      Answering Paragraph 1, Softscape notes that Paragraph 1 sets forth plaintiff's

24  characterizations of this action, as well as legal conclusions that do not purport to require a

25  response from Softscape. To the extent Paragraph 1 purports to contain any factual assertions

26  requiring a response, Softscape admits that it is a competitor of plaintiff. Except as specifically

27  admitted herein, Softscape denies the allegations in Paragraph 1.

28

TAYLOR & CO.
LAW OFFICES, LLP

1     2.     Answering Paragraph 2, Softscape notes that Paragraph 2 sets forth plaintiff's

2  characterizations of this action, as well as legal conclusions to which no response is required.  To

3  the extent Paragraph 2 purports to contain any factual assertions requiring a response, Softscape

4  admits that SuccessFactors' Complaint purports to allege claims for (i) false and misleading

5  statements under the laws of the United States, Title 15, United States Code (Lanham Act); (ii)

6  false and misleading statements under the laws of the State of California, Section 17500, Business

7  and Professions Code; (iii) trademark infringement under the laws of the United States, Title 15,

8  United States Code; (iv) fraud and related activity in connection with a computer under the laws of

9  the United States, Title 18, United States Code; (v) unauthorized access to computers, computer

10  systems and computer data under the laws of the State of California, Section 502, Penal Code; (vi)

11  defamation under the laws of the State of California, Section 44, *et seq*., Civil Code; (vii) trade

12  libel under the laws of the State of California, Section 45, Civil Code; (viii) intentional

13  interference with prospective economic relations under the laws of the State of California; and (ix)

14  unfair competition under the laws of the State of California, Section 17200, Business and

15  Professions Code.  Except as specifically admitted herein, Softscape denies the allegations in

16  Paragraph 2.

17     3.     Answering Paragraph 3, Softscape lacks knowledge or information sufficient to

18  form a belief as to the truth of the allegations in Paragraph 3 and, on that basis, denies them.

19     4.     Answering Paragraph 4, Softscape admits the allegations in Paragraph 4.

20     5.     Answering Paragraph 5, Softscape lacks knowledge or information sufficient to

21  form a belief as to the truth of the allegations in Paragraph 5 and, on that basis, denies them.

22     6.     Answering Paragraph 6, Softscape admits the allegations in Paragraph 6, except

23  that Softscape lacks knowledge or information sufficient to form a belief as to the truth of the

24  allegation that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1367.

25     7.     Answering Paragraph 7, Softscape admits that it is subject to personal jurisdiction

26  in this district.  Except as specifically admitted herein, Softscape denies the allegations in

27  Paragraph 7.

28

TAYLOR & CO.
LAW OFFICES, LLP

ANSWER OF SOFTSCAPE, INC. TO THE COMPLAINT FILED BY SUCCESSFACTORS, INC.: CASE NO.  C-08-1376 (CW)

1     8.    Answering Paragraph 8, Softscape admits that venue is proper in this district.

2 Except as specifically admitted herein, Softscape denies the allegations in Paragraph 8.

3     9.    Answering Paragraph 9, Softscape admits that assignment to the San Francisco

4 Division is proper.  Except as specifically admitted herein, Softscape denies the allegations in

5 Paragraph 9.

6     10.    Answering Paragraph 10, Softscape lacks knowledge or information sufficient to

7 form a belief as to the truth of the allegations in Paragraph 10 and, on that basis, denies them.

8     11.    Answering Paragraph 11, Softscape notes that Paragraph 11 contains legal

9 conclusions to which no response is required.  To the extent Paragraph 11 purports to contain

10 factual assertions requiring a response, Softscape admits that it offers human resource

11 management systems and competes with SuccessFactors for many of the same customers.  Except

12 as specifically admitted herein, Softscape denies the allegations in Paragraph 11.

13     12.    Answering Paragraph 12, Softscape notes that Paragraph 12 contains legal

14 conclusions to which no response is required.  To the extent Paragraph 12 purports to contain

15 factual assertions requiring a response, Softscape admits that the Presentation is in a PowerPoint

16 format, runs over 40 pages, and is entitled "The Naked Truth."  Except as specifically admitted

17 herein, Softscape denies the allegations in Paragraph 12.

18     13.    Answering Paragraph 13, Softscape notes that Paragraph 13 contains legal

19 conclusions to which no response is required.  To the extent Paragraph 13 purports to contain

20 factual assertions requiring a response, Softscape admits that the Presentation was prepared for

21 internal use by Softscape.  Except as specifically admitted herein, Softscape denies the allegations

22 in Paragraph 13.

23     14.    Answering Paragraph 14, Softscape notes that Paragraph 14 contains legal

24 conclusions and argument to which no response is required.

25     14(a).  Answering Paragraph 14(a), Softscape notes that Paragraph 14(a) contains legal

26 conclusions to which no response is required.  To the extent Paragraph 14(a) purports to contain

27 factual assertions requiring a response, Softscape admits that the quoted language appears in the

28 Presentation.  Except as specifically admitted herein, Softscape lacks knowledge or information

TAYLOR & CO.
LAW OFFICES, LLP

3.

1    sufficient to form a belief as to the truth of the allegations in Paragraph 14(a) and, on that basis,

2    denies them.

3          14(b). Answering Paragraph 14(b), Softscape admits that the Presentation identifies

4    Mastercard as a customer that SuccessFactors' website no longer references. Except as

5    specifically admitted herein, Softscape lacks knowledge or information sufficient to form a belief

6    as to the truth of the allegations in Paragraph 14(b) and, on that basis, denies them.

7          14(c). Answering Paragraph 14(c), Softscape admits that the Presentation contains the

8    quoted language. Except as specifically admitted herein, Softscape lacks knowledge or

9    information sufficient to form a belief as to the truth of the allegations in Paragraph 14(c) and, on

10   that basis, denies them.

11         14(d). Answering Paragraph 14(d), Softscape admits that the Presentation contains the

12   quoted language. Except as specifically admitted herein, Softscape lacks knowledge or

13   information sufficient to form a belief as to the truth of the allegations in Paragraph 14(d) and, on

14   that basis, denies them.

15         14(e). Answering Paragraph 14(e), Softscape admits that the Presentation contains the

16   quoted language. Except as specifically admitted herein, Softscape lacks knowledge or

17   information sufficient to form a belief as to the truth of the allegations in Paragraph 14(e) and, on

18   that basis, denies them.

19         15. Answering Paragraph 15, Softscape notes that Paragraph 15 contains legal

20   conclusions to which no response is required. To the extent Paragraph 15 purports to contain

21   factual assertions requiring a response, Softscape lacks knowledge or information sufficient to

22   form a belief as to the truth of the allegations in Paragraph 15 and, on that basis, denies them.

23         16. Answering Paragraph 16, Softscape notes that Paragraph 16 contains legal

24   conclusions and argument to which no response is required.

25         16(a). Answering Paragraph 16(a), Softscape admits that the Presentation states that

26   plaintiff has 440 consultants and suggests that SuccessFactors' product requires extensive

27   consulting services. Except as specifically admitted herein, Softscape lacks knowledge or

28

TAYLOR & CO.
LAW OFFICES, LLP

ANSWER OF SOFTSCAPE, INC. TO THE COMPLAINT FILED BY SUCCESSFACTORS, INC.: CASE NO. C-08-1376 (CW)

1  information sufficient to form a belief as to the truth of the allegations in Paragraph 16(a) and, on
2  that basis, denies them.

3        16(b).   Answering Paragraph 16(b), Softscape admits that the Presentation contains the
4  quoted language.  Except as specifically admitted herein, Softscape lacks knowledge or
5  information sufficient to form a belief as to the truth of the allegations in Paragraph 16(b) and, on
6  that basis, denies them.

7        16(c).   Answering Paragraph 16(c), Softscape admits that the Presentation contains the
8  quoted language.  Except as specifically admitted herein, Softscape lacks knowledge or
9  information sufficient to form a belief as to the truth of the allegations in Paragraph 16(c) and, on
10 that basis, denies them.

11       16(d).   Answering Paragraph 16(d), Softscape admits that the Presentation contains the
12 quoted language.  Except as specifically admitted herein, Softscape lacks knowledge or
13 information sufficient to form a belief as to the truth of the allegations in Paragraph 16(d) and, on
14 that basis, denies them.

15       16(e).   Answering Paragraph 16(e), Softscape admits that the Presentation states that long
16 scrolling forms with a lot of data makes for long pages and a confusing layout.  Except as
17 specifically admitted herein, Softscape lacks knowledge or information sufficient to form a belief
18 as to the truth of the allegations in Paragraph 16(e) and, on that basis, denies them.

19       16(f).   Answering Paragraph 16(f), Softscape admits that the Presentation contains the
20 quoted language.  Except as specifically admitted herein, Softscape lacks knowledge or
21 information sufficient to form a belief as to the truth of the allegations in Paragraph 16(f) and, on
22 that basis, denies them.

23       16(g).   Answering Paragraph 16(g), Softscape admits that the Presentation contains the
24 quoted language.  Except as specifically admitted herein, Softscape lacks knowledge or
25 information sufficient to form a belief as to the truth of the allegations in Paragraph 16(g) and, on
26 that basis, denies them.

27       17.      Answering Paragraph 17, Softscape notes that Paragraph 17 contains legal
28 conclusions and argument to which no response is required.

TAYLOR & CO.
LAW OFFICES, LLP

ANSWER OF SOFTSCAPE, INC. TO THE COMPLAINT FILED BY SUCCESSFACTORS, INC.: CASE NO.  C-08-1376 (CW)

1     18.    Answering Paragraph 18, Softscape denies that it circulated the Presentation to

2   SuccessFactors' customers and prospects on March 4, 2008.  As to the remainder of Paragraph 18,

3   Softscape lacks knowledge or information sufficient to form a belief as to the truth of the

4   allegations in Paragraph 18 and, on that basis, denies them.

5     19.    Answering Paragraph 19, Softscape admits that the email contains the quoted

6   language that appears in this paragraph.  Except as specifically admitted herein, Softscape denies

7   the allegations in Paragraph 19.

8     20.    Answering Paragraph 20, Softscape lacks knowledge or information sufficient to

9   form a belief as to the truth of the allegations of Paragraph 20 and, on that basis, denies them.

10     21.    Answering Paragraph 21, Softscape notes that Paragraph 21 contains argument and

11   legal conclusions to which no response is required.  To the extent Paragraph 21 purports to contain

12   factual assertions requiring a response, Softscape admits that it has used a Presentation entitled

13   "The Naked Truth" internally to motivate its sales force.  Except as specifically admitted herein,

14   Softscape denies the allegations in Paragraph 21.

15     22.    Answering Paragraph 22, Softscape admits that the Presentation contains screen

16   shots from a SuccessFactors' webinar, portions of a webpage from SuccessFactors' website, and

17   an online demonstration operated by SuccessFactors to demonstrate its products.  Except as

18   specifically admitted herein, Softscape lacks knowledge or information sufficient to form a belief

19   as to the truth of the allegations in Paragraph 22 and, on that basis, denies them.

20     23.    Answering Paragraph 23, Softscape notes that Paragraph 23 contains legal

21   conclusions and argument to which no response is required.  To the extent Paragraph 23 purports

22   to contain factual assertions requiring a response, Softscape lacks knowledge or information

23   sufficient to form a belief as to the truth of the allegations in Paragraph 23 as to the nature of the

24   "ACE Demo environment" and, on that basis, denies those allegations.  Softscape admits that

25   Softscape accessed SuccessFactors' marketing product demonstration from IP addresses in

26   Massachusetts, as well as an IP address in the United Kingdom.  Except as specifically admitted

27   herein, Softscape denies the allegations in Paragraph 23.

28

TAYLOR & CO.
LAW OFFICES, LLP

ANSWER OF SOFTSCAPE, INC. TO THE COMPLAINT FILED BY SUCCESSFACTORS, INC.: CASE NO.  C-08-1376 (CW)

1    24.    Answering Paragraph 24, Softscape notes that Paragraph 24 contains legal

2  conclusions and argument to which no response is required.  To the extent Paragraph 24 purports

3  to contain factual assertions requiring a response, Softscape lacks knowledge or information

4  sufficient to form a belief as to the truth of the allegations in Paragraph 24 and, on that basis,

5  denies them.

6    25.    Answering Paragraph 25, Softscape restates and incorporates by reference its

7  answers to Paragraphs 1-24 as though fully set forth herein.

8    26.    Answering Paragraph 26, Softscape notes that Paragraph 26 contains a legal

9  conclusion to which no response is required.  To the extent Paragraph 26 purports to contain

10  factual assertions requiring a response, Softscape denies the allegations in Paragraph 26.

11    27.    Answering Paragraph 27, Softscape notes that Paragraph 27 contains a legal

12  conclusion to which no response is required.  To the extent Paragraph 27 purports to contain

13  factual assertions requiring a response, Softscape denies the allegations in Paragraph 27.

14    28.    Answering Paragraph 28, Softscape notes that Paragraph 28 contains legal

15  conclusions to which no response is required.  To the extent Paragraph 28 purports to contain

16  factual assertions requiring a response, Softscape denies the allegations in Paragraph 28.

17    29.    Answering Paragraph 29, Softscape notes that Paragraph 29 contains legal

18  conclusions to which no response is required.  To the extent Paragraph 29 purports to contain

19  factual assertions requiring a response, Softscape denies the allegations in Paragraph 29.

20    30.    Answering Paragraph 30, Softscape notes that Paragraph 30 contains legal

21  conclusions to which no response is required.  To the extent Paragraph 30 purports to contain

22  factual assertions requiring a response, Softscape denies the allegations in Paragraph 30.

23    31.    Answering Paragraph 31, Softscape notes that Paragraph 31 contains legal

24  conclusions to which no response is required.  To the extent Paragraph 31 purports to contain

25  factual assertions requiring a response, Softscape denies the allegations in Paragraph 31.

26    32.    Answering Paragraph 32, Softscape notes that Paragraph 32 contains a legal

27  conclusion to which no response is required.  To the extent Paragraph 32 purports to contain

28  factual assertions requiring a response, Softscape denies the allegations in Paragraph 32.

TAYLOR & CO.
LAW OFFICES, LLP

1      33.     Answering Paragraph 33, Softscape notes that Paragraph 33 contains legal

2  conclusions to which no response is required.  To the extent Paragraph 33 purports to contain

3  factual assertions requiring a response, Softscape denies the allegations in Paragraph 33.

4      34.     Answering Paragraph 34, Softscape restates and incorporates by reference its

5  answers to Paragraphs 1-33 as though fully set forth herein.

6      35.     Answering Paragraph 35, Softscape notes that Paragraph 35 contains legal

7  conclusions to which no response is required.  To the extent Paragraph 35 purports to contain

8  factual assertions requiring a response, Softscape denies the allegations in Paragraph 35.

9      36.     Answering Paragraph 36, Softscape notes that Paragraph 36 contains legal

10  conclusions to which no response is required.  To the extent Paragraph 36 purports to contain

11  factual assertions requiring a response, Softscape denies the allegations in Paragraph 36.

12      37.     Answering Paragraph 37, Softscape notes that Paragraph 37 contains legal

13  conclusions to which no response is required.  To the extent Paragraph 37 purports to contain

14  factual assertions requiring a response, Softscape denies the allegations in Paragraph 37.

15      38.     Answering Paragraph 38, Softscape notes that Paragraph 38 contains legal

16  conclusions to which no response is required.  To the extent Paragraph 38 purports to contain

17  factual assertions requiring a response, Softscape denies the allegations in Paragraph 38.

18      39.     Answering Paragraph 39, Softscape notes that Paragraph 39 contains legal

19  conclusions to which no response is required.  To the extent Paragraph 39 purports to contain

20  factual assertions requiring a response, Softscape denies the allegations in Paragraph 39.

21      40.     Answering Paragraph 40, Softscape restates and incorporates by reference its

22  answers to Paragraphs 1-39 as though fully set forth herein.

23      41.     Answering Paragraph 41, to the extent Paragraph 41 purports to contain factual

24  assertions requiring a response, Softscape admits that it knew SuccessFactors used the word mark

25  SUCCESSFACTORS and a logo as a trademark for its services and products.  Except as

26  specifically admitted herein, Softscape denies the allegations in Paragraph 41.

27      42.     Answering Paragraph 42, Softscape lacks knowledge or information sufficient to

28  form a belief as to the truth of the allegations in Paragraph 42 and, on that basis, denies them.

TAYLOR & CO.
LAW OFFICES, LLP

1    43.    Answering Paragraph 43, Softscape notes that Paragraph 43 contains legal

2  conclusions to which no response is required.  To the extent Paragraph 43 purports to contain

3  factual assertions requiring a response, Softscape admits that SuccessFactors' trademark appears

4  on pages of the Presentation.  Except as specifically admitted herein, Softscape denies the

5  allegations in Paragraph 43.

6    44.    Answering Paragraph 44, Softscape notes that Paragraph 44 contains legal

7  conclusions to which no response is required.  To the extent Paragraph 44 purports to contain

8  factual assertions requiring a response, Softscape admits that it knew SuccessFactors used its

9  trademark.  Except as specifically admitted herein, Softscape denies the allegations in Paragraph

10  44.

11    45.    Answering Paragraph 45, Softscape notes that Paragraph 45 contains legal

12  conclusions to which no response is required.  To the extent Paragraph 45 purports to contain

13  factual assertions requiring a response, Softscape denies the allegations in Paragraph 45.

14    46.    Answering Paragraph 46, Softscape notes that Paragraph 46 contains legal

15  conclusions to which no response is required.  To the extent Paragraph 46 purports to contain

16  factual assertions requiring a response, Softscape denies the allegations in Paragraph 46.

17    47.    Answering Paragraph 47, Softscape notes that Paragraph 47 contains legal

18  conclusions to which no response is required.  To the extent Paragraph 47 purports to contain

19  factual assertions requiring a response, Softscape denies the allegations in Paragraph 47.

20    48.    Answering Paragraph 48, Softscape restates and incorporates by reference its

21  answers to Paragraphs 1-47 as though fully set forth herein.

22    49.    Answering Paragraph 49, Softscape lacks knowledge or information sufficient to

23  form a belief as to the truth of the allegations in Paragraph 49 and, on that basis, denies them.

24    50.    Answering Paragraph 50, Softscape lacks knowledge or information sufficient to

25  form a belief as to the truth of the allegations in Paragraph 50 and, on that basis, denies them.

26    51.    Answering Paragraph 51, Softscape notes that Paragraph 51 contains legal

27  conclusions to which no response is required.  To the extent Paragraph 51 purports to contain

28  factual assertions requiring a response, Softscape denies the allegations in Paragraph 51.

TAYLOR & CO.
LAW OFFICES, LLP

ANSWER OF SOFTSCAPE, INC. TO THE COMPLAINT FILED BY SUCCESSFACTORS, INC.: CASE NO. C-08-1376 (CW)

1    52.    Answering Paragraph 52, Softscape notes that Paragraph 52 contains legal
2  conclusions to which no response is required.  To the extent Paragraph 52 purports to contain
3  factual assertions requiring a response, Softscape denies the allegations in Paragraph 52.

4    53.    Answering Paragraph 53, Softscape notes that Paragraph 53 contains legal
5  conclusions to which no response is required.  To the extent Paragraph 53 purports to contain
6  factual assertions requiring a response, Softscape denies the allegations in Paragraph 53.

7    54.    Answering Paragraph 54, Softscape notes that Paragraph 54 contains legal
8  conclusions to which no response is required.  To the extent Paragraph 54 purports to contain
9  factual assertions requiring a response, Softscape denies the allegations in Paragraph 54.

10    55.    Answering Paragraph 55, Softscape notes that Paragraph 55 contains legal
11  conclusions to which no response is required.  To the extent Paragraph 55 purports to contain
12  factual assertions requiring a response, Softscape denies the allegations in Paragraph 55.

13    56.    Answering Paragraph 56, Softscape notes that Paragraph 56 contains legal
14  conclusions to which no response is required.  To the extent Paragraph 56 purports to contain
15  factual assertions requiring a response, Softscape denies the allegations in Paragraph 56.

16    57.    Answering Paragraph 57, Softscape notes that Paragraph 57 contains legal
17  conclusions to which no response is required.  To the extent Paragraph 57 purports to contain
18  factual assertions requiring a response, Softscape denies the allegations in Paragraph 57.

19    58.    Answering Paragraph 58, Softscape restates and incorporates by reference its
20  answers to Paragraphs 1-57 as though fully set forth herein.

21    59.    Answering Paragraph 59, Softscape lacks knowledge or information sufficient to
22  form a belief as to the truth of the allegations in Paragraph 59 and, on that basis, denies them.

23    60.    Answering Paragraph 60, Softscape lacks knowledge or information sufficient to
24  form a belief as to the truth of the allegations in Paragraph 60 and, on that basis, denies them.

25    61.    Answering Paragraph 61, Softscape notes that Paragraph 61 contains legal
26  conclusions to which no response is required.  To the extent Paragraph 61 purports to contain
27  factual assertions requiring a response, Softscape denies the allegations in Paragraph 61.

28

1    62.    Answering Paragraph 62, Softscape notes that Paragraph 62 contains legal

2    conclusions to which no response is required.  To the extent Paragraph 62 purports to contain

3    factual assertions requiring a response, Softscape denies the allegations in Paragraph 62.

4    62(a).  Answering Paragraph 62(a), Softscape notes that Paragraph 62(a) contains legal

5    conclusions to which no response is required.  To the extent Paragraph 62(a) purports to contain

6    factual assertions requiring a response, Softscape denies the allegations in Paragraph 62(a).

7    62(b).  Answering Paragraph 62(b), Softscape notes that Paragraph 62(b) contains legal

8    conclusions to which no response is required.  To the extent Paragraph 62(b) purports to contain

9    factual assertions requiring a response, Softscape denies the allegations in Paragraph 62(b).

10    62(c).  Answering Paragraph 62(c), Softscape notes that Paragraph 62(c) contains legal

11    conclusions to which no response is required.  To the extent Paragraph 62(c) purports to contain

12    factual assertions requiring a response, Softscape denies the allegations in Paragraph 62(c).

13    63.    Answering Paragraph 63, Softscape lacks knowledge or information sufficient to

14    form a belief as to the truth of the allegations of Paragraph 63 regarding the nature of the "ACE

15    Demo environment" and, on that basis, denies those allegations.  Softscape denies the remaining

16    allegations in paragraph 63.

17    64.    Answering Paragraph 64, Softscape notes that Paragraph 64 contains legal

18    conclusions to which no response is required.  To the extent Paragraph 64 purports to contain

19    factual assertions requiring a response, Softscape denies the allegations in Paragraph 64.

20    65.    Answering Paragraph 65, Softscape notes that Paragraph 65 contains legal

21    conclusions to which no response is required.

22    66.    Answering Paragraph 66, Softscape notes that Paragraph 66 contains legal

23    conclusions to which no response is required.

24    67.    Answering Paragraph 67, Softscape notes that Paragraph 67 contains legal

25    conclusions to which no response is required.

26    68.    Answering Paragraph 68, Softscape restates and incorporates by reference its

27    answers to Paragraphs 1-67 as though fully set forth herein.

28

TAYLOR & CO.
LAW OFFICES, LLP

ANSWER OF SOFTSCAPE, INC. TO THE COMPLAINT FILED BY SUCCESSFACTORS, INC.: CASE NO.  C-08-1376 (CW)

1      69.     Answering Paragraph 69, Softscape notes that Paragraph 69 contains legal

2  conclusions to which no response is required.  To the extent Paragraph 69 purports to contain

3  factual assertions requiring a response, Softscape denies the allegations in Paragraph 69.

4      70.     Answering Paragraph 70, Softscape notes that Paragraph 70 contains legal

5  conclusions to which no response is required.  To the extent Paragraph 70 purports to contain

6  factual assertions requiring a response, Softscape denies the allegations in Paragraph 70.

7      71.     Answering Paragraph 71, Softscape notes that Paragraph 71 contains legal

8  conclusions to which no response is required.  To the extent Paragraph 71 purports to contain

9  factual assertions requiring a response, Softscape lacks knowledge or information sufficient to

10  form a belief as to the truth of the allegations of Paragraph 71 and, on that basis, denies them.

11      72.     Answering Paragraph 72, Softscape notes that Paragraph 72 contains legal

12  conclusions to which no response is required.  To the extent Paragraph 72 purports to contain

13  factual assertions requiring a response, Softscape denies the allegations in Paragraph 72.

14      73.     Answering Paragraph 73, Softscape notes that Paragraph 73 contains legal

15  conclusions to which no response is required.  To the extent Paragraph 73 purports to contain

16  factual assertions requiring a response, Softscape denies the allegations in Paragraph 73.

17      74.     Answering Paragraph 74, Softscape notes that Paragraph 74 contains legal

18  conclusions to which no response is required.  To the extent Paragraph 74 purports to contain

19  factual assertions requiring a response, Softscape denies the allegations in Paragraph 74.

20      75.     Answering Paragraph 75, Softscape notes that Paragraph 75 contains legal

21  conclusions to which no response is required.  To the extent Paragraph 75 purports to contain

22  factual assertions requiring a response, Softscape denies the allegations in Paragraph 75.

23      76.     Answering Paragraph 76, Softscape restates and incorporates by references its

24  answers to paragraphs 1-75 as though fully set forth herein.

25      77.     Answering Paragraph 77, Softscape notes that Paragraph 77 contains legal

26  conclusions to which no response is required.  To the extent Paragraph 77 purports to contain

27  factual assertions requiring a response, Softscape denies the allegations in Paragraph 77.

28

TAYLOR & CO.
LAW OFFICES, LLP

ANSWER OF SOFTSCAPE, INC. TO THE COMPLAINT FILED BY SUCCESSFACTORS, INC.: CASE NO.  C-08-1376 (CW)

1    78.    Answering Paragraph 78, Softscape admits that the Presentation contains

2  statements about plaintiff's performance management software.  Softscape lacks sufficient

3  knowledge or information regarding how those statements were understood by those who

4  allegedly read or heard the statements.  Except as specifically admitted herein, Softscape denies

5  the allegations of Paragraph 78.

6    79.    Answering Paragraph 79, Softscape notes that Paragraph 79 contains legal

7  conclusions to which no response is required.  To the extent Paragraph 79 purports to contain

8  factual assertions requiring a response, Softscape denies the allegations in Paragraph 79.

9    80.    Answering Paragraph 80, Softscape notes that Paragraph 80 contains legal

10  conclusions to which no response is required.  To the extent Paragraph 80 purports to contain

11  factual assertions requiring a response, Softscape denies the allegations in Paragraph 80.

12    81.    Answering Paragraph 81, Softscape notes that Paragraph 81 contains legal

13  conclusions to which no response is required.  To the extent Paragraph 81 purports to contain

14  factual assertions requiring a response, Softscape denies the allegations in Paragraph 81.

15    82.    Answering Paragraph 82, Softscape restates and incorporates by reference its

16  answers to Paragraphs 1-81 as though fully set forth herein.

17    83.    Answering Paragraph 83, Softscape lacks knowledge or information sufficient to

18  form a belief as to the truth of the allegations of Paragraph 83 and, on that basis, denies them.

19    84.    Answering Paragraph 84, Softscape lacks knowledge or information sufficient to

20  form a belief as to the truth of the allegations of Paragraph 84 and, on that basis, denies them.

21    85.    Answering Paragraph 85, Softscape notes that Paragraph 85 contains legal

22  conclusions to which no response is required.  To the extent Paragraph 85 purports to contain

23  factual assertions requiring a response, Softscape denies the allegations in Paragraph 85.

24    86.    Answering Paragraph 86, Softscape notes that Paragraph 86 contains legal

25  conclusions to which no response is required.  To the extent Paragraph 86 purports to contain

26  factual assertions requiring a response, Softscape denies the allegations in Paragraph 86.

27

28

TAYLOR & CO.
LAW OFFICES, LLP

ANSWER OF SOFTSCAPE, INC. TO THE COMPLAINT FILED BY SUCCESSFACTORS, INC.: CASE NO. C-08-1376 (CW)

87.    Answering Paragraph 87, Softscape notes that Paragraph 87 contains legal conclusions to which no response is required.  To the extent Paragraph 87 purports to contain factual assertions requiring a response, Softscape denies the allegations in Paragraph 87.

88.    Answering Paragraph 88, Softscape notes that Paragraph 88 contains legal conclusions to which no response is required.  To the extent Paragraph 88 purports to contain factual assertions requiring a response, Softscape denies the allegations in Paragraph 88.

89.    Answering Paragraph 89, Softscape notes that Paragraph 89 contains legal conclusions to which no response is required.

90.    Answering Paragraph 90, Softscape notes that Paragraph 90 contains legal conclusions to which no response is required.  To the extent Paragraph 90 purports to contain factual assertions requiring a response, Softscape denies the allegations in Paragraph 90.

91.    Answering Paragraph 91, Softscape restates and incorporates by reference its answers to Paragraphs 1-90 as though fully set forth herein.

92.    Answering Paragraph 92, Softscape notes that Paragraph 92 contains legal conclusions to which no response is required.

92(a).   Answering Paragraph 92(a), Softscape notes that Paragraph 92(a) contains legal conclusions to which no response is required.

92(b).   Answering Paragraph 92(b), Softscape notes that Paragraph 92(b) contains legal conclusions to which no response is required.

92(c).   Answering Paragraph 92(c), Softscape notes that Paragraph 92(c) contains legal conclusions to which no response is required.

92(d).   Answering Paragraph 92(d), Softscape notes that Paragraph 92(d) contains legal conclusions to which no response is required.

92(e).   Answering Paragraph 92(e), Softscape notes that Paragraph 92(e) contains legal conclusions to which no response is required.

92(f).   Answering Paragraph 92(f), Softscape notes that Paragraph 92(f) contains legal conclusions to which no response is required.

1    93.    Answering Paragraph 93, Softscape notes that Paragraph 93 contains legal

2  conclusions to which no response is required.  To the extent Paragraph 93 purports to contain

3  factual assertions requiring a response, Softscape denies the allegations in Paragraph 93.

4    94.    Answering Paragraph 94, Softscape notes that Paragraph 94 contains legal

5  conclusions to which no response is required.  To the extent Paragraph 94 purports to contain

6  factual assertions requiring a response, Softscape denies the allegations in Paragraph 94.

7    95.    Answering Paragraph 95, Softscape notes that Paragraph 95 contains legal

8  conclusions to which no response is required.  To the extent Paragraph 95 purports to contain

9  factual assertions requiring a response, Softscape denies the allegations in Paragraph 95.

10    96.    Answering Paragraph 96, Softscape notes that Paragraph 96 contains legal

11  conclusions to which no response is required.  To the extent Paragraph 96 purports to contain

12  factual assertions requiring a response, Softscape denies the allegations in Paragraph 96.

13                                    **PRAYER FOR RELIEF**

14    To the extent that any response is required to plaintiff's prayer for relief, Softscape denies

15  the allegations therein.

16                                    **AFFIRMATIVE DEFENSES**

17    Softscape asserts the following affirmative and other defenses.  In asserting these defenses,

18  Softscape does not assume the burden of proof with respect to any issue as to which applicable

19  law places the burden of proof upon plaintiff.

20                                    **FIRST AFFIRMATIVE DEFENSE**

21    The Complaint, and each cause of action therein, fails to state a claim upon which relief

22  can be granted.

23                                    **SECOND AFFIRMATIVE DEFENSE**

24    Plaintiff is barred from prosecuting the purported causes of action set forth in the

25  Complaint because plaintiff, and/or the persons and/or entities acting on its behalf, consented to

26  and acquiesced in the subject conduct.

27                                    **THIRD AFFIRMATIVE DEFENSE**

28    Plaintiff is barred, in whole or in part, from prosecuting the purported causes of action set

TAYLOR & CO.
LAW OFFICES, LLP

ANSWER OF SOFTSCAPE, INC. TO THE COMPLAINT FILED BY SUCCESSFACTORS, INC.: CASE NO.  C-08-1376 (CW)

1    forth in the Complaint by the doctrine of estoppel.

2                    **FOURTH AFFIRMATIVE DEFENSE**

3    Plaintiff failed to mitigate any damages that it may have suffered.

4                    **FIFTH AFFIRMATIVE DEFENSE**

5    The actions taken by Softscape were not deceptive.

6                    **SIXTH AFFIRMATIVE DEFENSE**

7    Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

8                    **SEVENTH AFFIRMATIVE DEFENSE**

9    Plaintiff's claims are barred, in whole or in party, by the doctrines of waiver, estoppel,

10   ratifications, and/or unclean hands.

11                   **EIGHTH AFFIRMATIVE DEFENSE**

12   Many of the matters now claimed by the Complaint to be the subject of misrepresentations

13   or omissions were based on publicly available information.

14                   **NINTH AFFIRMATIVE DEFENSE**

15   No contractual relationship exists between plaintiff and Softscape and, therefore, plaintiff's

16   claims fails to state a claim upon which relief can be granted against Softscape, insofar as plaintiff

17   purports to assert any contractual relationship with Softscape.

18                   **TENTH AFFIRMATIVE DEFENSE**

19   Plaintiff has not been injured or damaged as a proximate result of any act or omission for

20   which Softscape is responsible.

21                   **ELEVENTH AFFIRMATIVE DEFENSE**

22   The damages alleged to have been suffered by plaintiff in the Complaint were proximately

23   caused or contributed to by acts or failures to act of persons other than Softscape, which acts or

24   failures to act constitute an intervening and superseding cause of the damages alleged in the

25   Complaint.

26                   **TWELFTH AFFIRMATIVE DEFENSE**

27   By virtue of the acts of the plaintiff, and/or the persons and/or entities acting on its behalf,

28   plaintiff is barred from prosecuting the purported causes of action set forth in the Complaint by the

TAYLOR & CO.
LAW OFFICES, LLP

16.

1  doctrine of authorization.

2  ### THIRTEENTH AFFIRMATIVE DEFENSE

3  Softscape alleges that any damages sustained by plaintiff were proximately caused by an

4  intervening cause and/or by a third party.

5  ### FOURTEENTH AFFIRMATIVE DEFENSE

6  Insofar as Softscape has delegated any duty to any subordinate, such delegation was at all

7  times done in good faith, and with due care.  Softscape is therefore not liable for any act or

8  omission of any subordinate.

9  ### FIFTEENTH AFFIRMATIVE DEFENSE

10  Softscape alleges that the statements made in the Presentation were truthful.

11  ### SIXTEENTH AFFIRMATIVE DEFENSE

12  Softscape alleges that any non-truthful statement in the Presentation was not material.

13  ### SEVENTEENTH AFFIRMATIVE DEFENSE

14  Softscape did not authorize, ratify, or condone the external circulation of the Presentation.

15  Softscape is therefore not liable for the circulation thereof.

16  ### EIGHTEENTH AFFIRMATIVE DEFENSE

17  Softscape alleges that its use of SuccessFactors' purported trademarks was fair.

18  ### NINETEENTH AFFIRMATIVE DEFENSE

19  Softscape alleges that its use of SuccessFactors' purported trademarks was internal and

20  non-infringing.

21  ### TWENTIETH AFFIRMATIVE DEFENSE

22  Softscape alleges that any access to SuccessFactors' computer system was within the scope

23  of authorization and/or with the plaintiff's permission.

24  ### TWENTY-FIRST AFFIRMATIVE DEFENSE

25  Plaintiff has not suffered sufficient damage to its computer system (and foreseeable loss

26  from such damage) as defined in 18 U.S.C. § 1030(a)(5)(B)(i).

27  ### TWENTY-SECOND AFFIRMATIVE DEFENSE

28  Plaintiff has not suffered any damage or loss to its computer as those terms are defined in

TAYLOR & CO.
LAW OFFICES, LLP

ANSWER OF SOFTSCAPE, INC. TO THE COMPLAINT FILED BY SUCCESSFACTORS, INC.: CASE NO.  C-08-1376 (CW)

1  California Penal Code § 502.

## ADDITIONAL AFFIRMATIVE DEFENSES

Softscape reserves the right to assert additional affirmative defenses once the precise nature of the relevant circumstances or events is determined through discovery.

## PRAYER

WHEREFORE, Softscape prays that the Court enter judgment as follows:

1.    That judgment be entered in favor of Softscape;

2.    That plaintiffs take nothing from Softscape by its Complaint, and that the same be dismissed with prejudice;

3.    For costs, attorneys' fees, expert witness fees and court hearing costs incurred herein; and

4.    For such other and further relief as the Court deems just and proper.


Dated: March 31, 2008                    TAYLOR & COMPANY LAW OFFICES, LLP


By:    _____/s/ Jessica L. Grant_____
                    Jessica L. Grant
Attorneys for Defendant SOFTSCAPE, INC.