| | |
|---|---|
| 1 | JESSICA L. GRANT (SBN 178138) |
| | JONATHAN A. PATCHEN (SBN 237346) |
| 2 | JAYESH HINES-SHAH (SBN 214256) |
| | TAYLOR & COMPANY LAW OFFICES, LLP |
| 3 | One Ferry Building, Suite 355 |
| | San Francisco, California 94111 |
| 4 | Telephone:  (415) 788-8200 |
| | Facsimile:   (415) 788-8208 |
| 5 | E-mail: jgrant@tcolaw.com |
| | E-mail: jpatchen@tcolaw.com |
| 6 | E-mail: jhinesshah@tcolaw.com |

Attorneys for Defendant SOFTSCAPE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., | Case No.: C-08-1376 (CW) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| SOFTSCAPE, INC., | |
| Defendants. | |

TAYLOR & CO.
LAW OFFICES, LLP

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel from Taylor & Company Law Offices, LLP has been added to this case and will be appearing as counsel of record for defendant SOFTSCAPE, INC.:

> Jayesh Hines-Shah (SBN 214256)
> Taylor & Company Law Offices, LLP
> One Ferry Building, Suite 355
> San Francisco, CA 94111
> Telephone:  (415) 788-8200
> Facsimile:   (415) 788-8208
> E-mail: jhinesshah@tcolaw.com

Dated: April 11, 2008

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP


By: _____/s/ Jayesh Hines-Shah_____
           Jayesh Hines-Shah

Attorneys for Defendant SOFTSCAPE, INC.