JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendant SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOFTSCAPE, INC., <br><br> Defendant. | Case No.: C-08-1376 (CW) <br><br> **DECLARATION OF SUSAN MOHR IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S BRIEF ADDRESSING DISCOVERY DIFFERENCES** <br><br> Date: April 14, 2008 <br> Time: N/A <br> Place: Courtroom 2 <br><br> Honorable Claudia Wilken |

TAYLOR & CO. LAW OFFICES, LLP

DECLARATION OF SUSAN MOHR IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S BRIEF ADDRESSING DISCOVERY DIFFERENCES: CASE NO. C-08-1376 (CW)

I, SUSAN MOHR, declare as follows:

1. I am General Counsel for defendant Softscape, Inc. ("Softscape"). I have personally observed, directed or confirmed the occurrence of each action described in this declaration. I have personal knowledge of the facts set forth in this declaration, except for those matters that are stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Described below are the measures Softscape has taken to comply with its obligations under federal law to take such steps that are reasonably necessary to preserve Electronically Stored Information that may potentially be relevant and discoverable.

3. Softscape, through its counsel, has retained FTI Consulting, Inc., a nationally-recognized firm that specializes in helping companies to identify, locate and preserve relevant Electronically Stored Information in accordance with applicable law. Softscape has worked closely with FTI to identify and locate relevant Electronically Stored Information that is reasonably known to exist and then to preserve such evidence.

4. Forensic ("mirror") images have been made of all computers known to have been used to create or modify the Presentation at issue in this case.

5. Forensic images have also been made of all computers known to have been used to access SuccessFactors' ACE 275 Marketing Demo account, which is at issue in this case.

6. Forensic images have been made of five Softscape servers; (i) the Exchange Server; (ii) the Exchange Front End Server; (iii) the Intranet Server; (iv) the Business Intelligence Server; and (v) the server that contains all employee "home directories." Several terabytes of information have been forensically imaged.

7. The computers of eleven (11) Softscape employees have been forensically imaged, including the computers of David Watkins, Alex Bartfeld, Matt Park, Mike Brandt, Christopher Faust, and Dennis Martinek.

8. In addition to forensically imaging Softscape computers and servers that are known or likely to contain relevant Electronically Stored Information, Softscape has also taken additional steps to comply with its preservation obligations, including:

TAYLOR & CO.
LAW OFFICES, LLP

2.

DECLARATION OF SUSAN MOHR IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S BRIEF ADDRESSING DISCOVERY DIFFERENCES: CASE NO. C-08-1376 (CW))

- Backup tapes have been preserved from February 8, 2008 to the present;
- Recycling of Softscape's backup tapes has been suspended; and
- Any business practice that involves the routine destruction, recycling, relocation, or mutation of any potentially relevant material has been discontinued and/or disabled.

9. I have instructed all Softscape employees to preserve all information that is likely to be relevant to this action.

10. Softscape, with the assistance of FTI, will continue to take all steps that are reasonably necessary to identify, locate and preserve evidence that is likely to be relevant to this case. Moreover, Softscape will continue to fully adhere to its obligation to preserve all potentially relevant evidence that it discovers.

11. Pursuant to the Court's April 1, 2008 Order, Softscape has provided counsel for SuccessFactors with information regarding its IT systems and infrastructure.

12. On March 28, 2008, pursuant to the Court's Order, Softscape made its Vice President of Engineering Solutions, Joe Fougere, available to speak with SuccessFactors' counsel and its IT consultant to discuss various aspects of Softscape's IT systems and infrastructure. I am informed and believe that Mr. Fougere answered the questions posed to him by both SuccessFactors' counsel and its IT consultant for over two hours, and that he agreed to and did provide follow up information to those questions which required additional research.

13. Over the course of the past two weeks, Softscape has provided counsel for SuccessFactors with additional information related to its IT systems/infrastructure and has even provided information that did not fall within the scope of IT issues. Set forth below is a brief summary of the most pertinent information provided to SuccessFactors' counsel:

- Confirmation that the Presentation has been taken off the Intranet Server;
- Confirmation that Softscape's SMTP logs exist from May 2007 to the present and that those logs are being preserved;
- Information related to the internal, dynamic assignment of IP addresses at Softscape;

TAYLOR & CO.
LAW OFFICES, LLP

3.

DECLARATION OF SUSAN MOHR IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S BRIEF ADDRESSING DISCOVERY DIFFERENCES: CASE NO. C-08-1376 (CW)

- Information related to Softscape's logs for Intranet access, Internet traffic and DHCP;
- Information related to the year, version and release date of the Softscape Exchange Server;
- Information relating to the scope and nature of Softscape's document retention policy;
- A description of Softscape's practice for rotating and recycling backup tapes, and confirmation that Softscape is preserving backup tapes;
- Verification of the number of laptop and desktop computers used by the Softscape sales and executive team members;
- Information regarding Softscape's employees' abilities to create their own .pst folders;
- A description of the Intranet Server (*i.e.*, the "IIS" or "Internet Information Server");
- A description of how information was presented on the Intranet Server (*i.e.*, basic HTML pages);
- Confirmation that Softscape has not utilized any type of autodelete or purging of data with respect to its Intranet Server and E-mail Server;
- The identities of Softscape employees who were involved in the creation/modification of the Presentation or who are known to have accessed SuccessFactors' ACE 275 Marketing Demo;
- The identity of the forensic consultant retained to assist Softscape take reasonable steps to identify, locate and preserve Electronically Stored Information that may be relevant in this case;
- Confirmation that the computers known to have been used by Softscape employees to create or modify the Presentation, or to access SuccessFactors' ACE 275 Marketing Demo, have been forensically imaged; and

DECLARATION OF SUSAN MOHR IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S BRIEF ADDRESSING DISCOVERY DIFFERENCES: CASE NO. C-08-1376 (CW))

- Confirmation that the Softscape servers known to contain or likely to contain relevant Electronically Stored Information have be forensically imaged.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed April 14, 2008, at Wayland, Massachusetts.

_____
SUSAN MOHR

5.