1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile:   (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:    (650) 988-8500
   Facsimile:     (650) 938-5200

12 Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOFTSCAPE, INC.,<br><br>　　　　　Defendant. | Case No. CV 08 1376 CW<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO REMOVE INCORRECTLY FILED DOCUMENT UNDER DOCKET NO. 77** |

Pursuant to the Court's ECF instruction HW010, Plaintiff hereby moves the Court to remove permanently the documents filed under Docket No. 77 from the ECF system.

Under Docket No. 77, Exhibit 10 to the Declaration of Patrick Premo in Support of SuccessFactors' Supplemental Brief re: Document Preservation, Expedited Discovery contains private information and was filed in error. Plaintiff has already requested the ECF administrator

1  to place a temporary lock on these materials. Plaintiff has filed the correct documents as Docket

2  No. 79, which supersedes the documents previously filed under Docket No. 77.

                                                      Respectfully submitted,

Dated: April 15, 2008                          FENWICK & WEST LLP

                                              By:    **/s/ Liwen Mah**
                                                            Liwen Mah
                                     Attorneys for Plaintiff SUCCESSFACTORS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MOTION FOR ADMINISTRATIVE RELIEF RE
DOCUMENT PRESERVATION ORDER     - 2 -    CASE NO. CV 08-1376 CW

| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB NO. 115163) |
| | lpulgram@fenwick.com |
| 2 | ALBERT L. SIEBER (CSB NO. 233482) |
| | asieber@fenwick.com |
| 3 | LIWEN A. MAH (CSB NO. 239033) |
| | lmah@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
| | Telephone:  (415) 875-2300 |
| 6 | Facsimile:   (415) 281-1350 |
| 7 | PATRICK E. PREMO (CSB NO. 184915) |
| | ppremo@fenwick.com |
| 8 | DENNIS M. FAIGAL (CSB NO. 252829) |
| | dfaigal@fenwick.com |
| 9 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 10 | 801 California Street |
| | Mountain View, CA  94041 |
| 11 | Telephone:    (650) 988-8500 |
| | Facsimile:     (650) 938-5200 |

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., | Case No. CV 08 1376 CW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO REMOVE INCORRECTLY FILED DOCUMENT UNDER DOCKET NO. 77** |
| v. | |
| SOFTSCAPE, INC., | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

Having considered Plaintiff SuccessFactors, Inc.'s Motion for Administrative Relief to Remove Incorrectly Filed Documents Under Docket No. 77 and good cause appearing, the Court

hereby **GRANTS** Plaintiff's motion.

    **IT IS SO ORDERED.**

DATED: _____

                                            Honorable Claudia Wilken
                                            United States Federal Court Judge