1  JESSICA L. GRANT (SBN 178138)
   JONATHAN A. PATCHEN (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: jgrant@tcolaw.com
5  E-mail: jpatchen@tcolaw.com

6  Attorneys for Defendant SOFTSCAPE, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

| | |
|---|---|
| 12  SUCCESSFACTORS, INC., | Case No.: C-08-1376 (CW) |
| 13       Plaintiff, | **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE DECLARATION OF DAVID WATKINS IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND IN RESPONSE TO ORDER TO SHOW CAUSE** |
| 14  v. | |
| 15  SOFTSCAPE, INC., | |
| 16       Defendant. | |
| 17 | Date: March 27, 2008<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2 |
| 18 | |
| 19 | Honorable Claudia Wilken |

20

21    Defendant Softscape, Inc.'s ("Softscape") Motion for Administrative Relief to File Under

22 Seal the Declaration of David Watkins in Opposition to Plaintiff's Motion to Strike and in

23 Response to Order to Show Cause is hereby GRANTED.

24       4/16/08

25 DATED: _____    _____
                                    HONORABLE CLAUDIA WILKEN
26                                  UNITED STATES DISTRICT COURT

27

28

**TAYLOR & CO.**
**LAW OFFICES, LLP**

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE DECLARATION OF DAVID WATKINS IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND IN RESPONSE TO ORDER TO SHOW CAUSE: CASE NO. C-08-1376 (CW)