1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:     (650) 988-8500
   Facsimile:      (650) 938-5200

12
   Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

14            UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16                   OAKLAND DIVISION

17

18 SUCCESSFACTORS, INC.,                    Case No. CV 08 1376 CW

19            Plaintiff,                    **ORDER GRANTING MOTION FOR
                                            ADMINISTRATIVE RELIEF TO FILE
                                            MATERIALS RECENTLY PRODUCED BY
20 v.                                       GOOGLE, INC. PURSUANT TO THE
                                            SUBPOENA PREVIOUSLY AUTHORIZED BY
21 SOFTSCAPE, INC.,                         THE COURT AND MOTION TO SEAL**

22            Defendant.

23        Having considered Plaintiff SuccessFactors, Inc.'s Motion for Administrative Relief to

24 File Materials Recently Produced by Google, Inc. Pursuant to the Subpoena Previously

25 Authorized by the Court and good cause appearing, the Court hereby **GRANTS** Plaintiff's

26 motion.

27        Having considered Plaintiff's motion to file under seal Exhibits B and C to the

28 Declaration of Liwen Mah in Support of Plaintiff's Motion for Administrative Relief to File

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  Materials Recently Produced by Google, Inc. Pursuant to the Subpoena Previously Authorized by

2  the Court ("Mah Declaration"), and good cause appearing, the Court hereby **ORDERS** the

3  following to be filed under seal:

4       1.     Exhibits B and C to the Mah Declaration.

5

6      **IT IS SO ORDERED.**

7      **4/16/08**

8

9  DATED: _____

10                                Honorable Claudia Wilken

                              United States Federal Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW