1  JESSICA L. GRANT (SBN 178138)
   JAYESH HINES-SHAH (SBN 214256)
2  JONATHAN A. PATCHEN (SBN 237346)
   TAYLOR & COMPANY LAW OFFICES, LLP
3  One Ferry Building, Suite 355
   San Francisco, California 94111
4  Telephone: (415) 788-8200
   Facsimile:  (415) 788-8208
5  E-mail: jgrant@tcolaw.com
   E-mail: jhinesshah@tcolaw.com
6  E-mail: jpatchen@tcolaw.com

7  Attorneys for Defendant SOFTSCAPE, INC.

9                UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11                       OAKLAND DIVISION

13 SUCCESSFACTORS, INC.,                    Case No.: C-08-1376 (CW)
14         Plaintiff,                       DEFENDANT SOFTSCAPE, INC.'S
                                            STATEMENT OF NON-OPPOSITION TO
15    v.                                    PLAINTIFF SUCCESSFACTORS INC.'S
                                            MOTION FOR ADMINISTRATIVE
16 SOFTSCAPE, INC.,                         RELIEF
17         Defendant.                       Date:  N/A
                                            Time:  N/A
18                                          Place: Courtroom 2
19                                                 Honorable Claudia Wilken

TAYLOR & CO.
LAW OFFICES, LLP

DEFENDANT SOFTSCAPE, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF SUCCESSFACTORS INC.'S MOTION FOR ADMINISTRATIVE RELIEF : CASE NO. C-08-1376 (CW)

Defendant Softscape, Inc. ("Softscape") does not oppose plaintiff SuccessFactors, Inc.'s Motion for Administrative Relief to Remove Incorrectly Filed Document. (Docket No. 80).

Dated: April 17, 2008				TAYLOR & COMPANY LAW OFFICES, LLP


						By:	/s/ Jonathan A. Patchen
							Jonathan A. Patchen
						Attorneys for Defendant SOFTSCAPE, INC.

TAYLOR & CO.
LAW OFFICES, LLP

DEFENDANT SOFTSCAPE, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF SUCCESSFACTORS INC.'S MOTION FOR ADMINISTRATIVE RELIEF : CASE NO. C-08-1376 (CW)