1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
3  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile:   (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:     (650) 988-8500
   Facsimile:       (650) 938-5200
12
   Attorneys for Plaintiff SUCCESSFACTORS, INC.
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      OAKLAND DIVISION

17

18 SUCCESSFACTORS, INC.,                    Case No. CV 08 1376 CW

19              Plaintiff,                  **ORDER GRANTING MOTION FOR
                                            ADMINISTRATIVE RELIEF TO REMOVE
20 v.                                       INCORRECTLY FILED DOCUMENT UNDER
                                            DOCKET NO. 77**
21 SOFTSCAPE, INC.,

22              Defendant.

23 / / /

24 / / /

25 / / /

26 / / /

27         Having considered Plaintiff SuccessFactors, Inc.'s Motion for Administrative Relief to

28 Remove Incorrectly Filed Documents Under Docket No. 77 and good cause appearing, the Court

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  hereby **GRANTS** Plaintiff's motion.

2

3    **IT IS SO ORDERED.**

4

5    **4/22/08**

6                                                                    *[signature: Claudia Wilken]*

7  DATED: _____        _____

8                                                                    Honorable Claudia Wilken
                                                                     United States Federal Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF REMOVING DOCKET            - 2 -
NO. 77