LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
*ppremo@fenwick.com*
DENNIS FAIGAL (CSB NO. 252829)
*dfaigal@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. CV 08 1376 CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AS TO THIRD PARTY SUBPOENAS ISSUED BY DEFENDANT SOFTSCAPE, INC.** |

1  WHEREAS, Defendant Softscape, Inc. has issued third party subpoenas to four non-party witnesses with compliance dates now ranging from May 12 through May 23, 2008;

WHEREAS, according to the Court's calendar, it will not be in session from May 15 through June 6, 2008;

WHEREAS, pursuant to Local Rule 6-2, Plaintiff has prepared a Declaration of Patrick Premo ("Premo Decl."), which Plaintiff contends sets forth particular reasons for shortening time, discloses previous time modifications; and

IT IS THEREFORE STIPULATED AND AGREED by the Parties, by and through their respective counsel of record, subject to the Court's approval, that, in order to allow for determination of Defendant's Proposed Motion For A Protective Order prior to the return date of the subpoenas:

1. SuccessFactors' Motion for a Protective Order as to Third Party Subpoenas Issued by Defendant Softscape, Inc. will be filed and served by 3:30 P.M. Pacific Daylight Savings Time on Tuesday, April 29, 2008.

2. Softscape's opposition, if any, will be filed and served by 3:30 P.M. Pacific Daylight Savings Time on Friday, May 2, 2008.

3. SuccessFactors' reply, if any, will be filed and served on or before Monday, May 5, 2008.

4. SuccessFactors' Motion for Protective Order shall be heard at 2:00 P.M. on May 8, 2008.

**ATTESTATION**

I, Patrick E. Premo, attest that concurrence in the filing of this document and proposed order shortening time has been obtained from Jessica L. Grant, counsel for Defendant Softscape, Inc.

/ / /

/ / /

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of April, 2008 in Mountain View, California.

Dated: April 29, 2008

FENWICK & WEST LLP

By: /s/ *Patrick E. Premo*
Patrick E. Premo
Attorneys for Plaintiff SUCCESSFACTORS, INC.

Dated: April 29, 2008

TAYLOR & COMPANY LAW OFFICES, LLP

By: /s/ *Jessica L. Grant*
Jessica L. Grant
Attorneys for Defendant SOFTSCAPE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April ___, 2008

 The Honorable Claudia Wilken
 United States District Court Judge

*1284554*