JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendant SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC.,<br><br>Defendant. | Case No.: C-08-1376 (CW)<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE DECLARATION OF JESSICA L. GRANT RE: APRIL 23, 2008 EVIDENCE PRESERVATION ORDER**<br><br>Date:  N/A<br>Time:  N/A<br>Dept.:  Courtroom 2<br><br>Honorable Claudia Wilken |

Pursuant to Civil Local Rules 7-11 and 79-5, defendant Softscape, Inc. ("Softscape") hereby moves the Court for an Order permitting Softscape to file under seal in this Court the Declaration of Jessica L. Grant Re: April 23, 2008 Evidence Preservation Order on the grounds that the Court ordered that this declaration be filed under seal pursuant to its April 23, 2008 Evidence Preservation Order (*See* Order at ¶ 8).

1.

As such, Softscape respectfully requests that the Court allow it to file under seal the declaration of Jessica L. Grant, pursuant to Local Rule 79-5 and Paragraph 8 of this Court's April 23, 2008 Evidence Preservation Order.

Dated: April 30, 2008

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP

By: /s/ Jessica L. Grant
Jessica L. Grant
Attorneys for Defendant SOFTSCAPE, INC.

TAYLOR & CO.
LAW OFFICES, LLP

2.

MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE DECLARATION OF JESSICA L. GRANT RE: APRIL 23, 2008 EVIDENCE PRESERVATION ORDER: CASE NO C-08-1376 (CW)