1  JESSICA L. GRANT (SBN 178138)
   JAYESH HINES-SHAH (SBN 214256)
2  JONATHAN A. PATCHEN (SBN 237346)
   TAYLOR & COMPANY LAW OFFICES, LLP
3  One Ferry Building, Suite 355
   San Francisco, California  94111
4  Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
5  E-mail: jgrant@tcolaw.com
   E-mail: jhinesshah@tcolaw.com
6  E-mail: jpatchen@tcolaw.com

7  Attorneys for Defendant SOFTSCAPE, INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

13  SUCCESSFACTORS, INC.,                Case No.: C-08-1376 (CW)

14        Plaintiff,                     **[PROPOSED] ORDER GRANTING
                                         MOTION FOR ADMINISTRATIVE
15  v.                                   RELIEF TO FILE UNDER SEAL THE
                                         DECLARATION OF JESSICA L. GRANT
16  SOFTSCAPE, INC.,                     RE: APRIL 23, 2008 EVIDENCE
                                         PRESERVATION ORDER**
17        Defendant.
                                         Date:   N/A
18                                       Time:   N/A
                                         Dept.:  Courtroom 2
19
                                         Honorable Claudia Wilken
20

21

22        Defendant Softscape, Inc.'s Motion for Administrative Relief to File Under Seal the

23  Declaration of Jessica L. Grant Re: April 23, 2008 Evidence Preservation Order is hereby

24  GRANTED.

25

26  DATED: _____     _____
                                         HONORABLE CLAUDIA WILKEN
27                                       UNITED STATES DISTRICT COURT JUDGE

28

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE
DECLARATION OF JESSICA L. GRANT RE: APRIL 23, 2008 EVIDENCE PRESERVATION ORDER:
CASE NO.  C-08-1376 (CW)