JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendant SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC.,<br><br>    Defendant. | Case No.: C-08-1376 (CW)<br><br>**DECLARATION OF DAVID WATKINS RE: APRIL 23, 2008 EVIDENCE PRESERVATION ORDER**<br><br>Date:   April 30, 2008<br>Time:  N/A<br>Place:  Courtroom 2<br><br>        Honorable Claudia Wilken |

I, DAVID WATKINS, declare as follows:

1. I am the Chief Executive Officer of defendant Softscape, Inc. ("Softscape"). I have personally observed, directed or confirmed the occurrence of each action described in this declaration. I have personal knowledge of the facts set forth in this declaration, except for those matters that are stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I have reviewed this Court's "Evidence Preservation Order" entered on April 23, 2008. I make this declaration to satisfy the obligation imposed on me by paragraph 8 of that order.

3. Softscape has, under my direction and to the best of my knowledge, taken all reasonable steps to satisfy the obligations set out in paragraph 7 of the Evidence Preservation Order. Softscape has stopped the recycling of backup tapes from all potentially relevant servers known to me (satisfying the requirements of paragraph 7(B)). Softscape has also had forensic images made of all potentially relevant servers and computers known to me (satisfying the requirements of paragraph 7(C)). I have conducted a reasonable and diligent investigation and, based upon my current knowledge, I believe that Softscape does not have any remaining business practice that involves the routine destruction, recycling, relocation, or mutation of any material potentially relevant to this action (satisfying the requirements of paragraph 7(A)).

4. Softscape will continue to take all steps that are reasonably necessary to identify, locate and preserve evidence that is likely to be relevant to this case. Softscape will also continue to adhere to its obligation to preserve all potentially relevant evidence that it discovers.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on April 30, 2008, at Wayland, Massachusetts.

_____
DAVID WATKINS

Taylor & Co.
Law Offices, LLP

1.
DECLARATION OF DAVID WATKINS RE: APRIL 23, 2008 EVIDENCE PRESERVATION ORDER: CASE NO. C-08-1376 (CW)