LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOFTSCAPE, INC., <br><br> Defendant. | Case No. CV 08 1376 CW <br><br> **MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL DECLARATION OF PATRICK PREMO REGARDING PLAINTIFF'S COMPLIANCE WITH PARAGRAPH 7 OF THE COURT'S EVIDENCE PRESERVATION ORDER** |

Pursuant to the Court's April 23, 2008 Evidence Preservation Order, Civil L.R. 7-11 and 79-5, Plaintiff SucessFactors, Inc. ("SuccessFactors") hereby moves the Court for an Order permitting SuccessFactors to file under seal in this Court the Declaration of Patrick Premo Regarding Plaintiff SuccessFactors, Inc.'s Compliance with Paragraph 7 of the Court's Evidence Preservation Order ("Premo Evidence Declaration").

/ / /

Paragraph 8 of the Evidence Preservation Order requires that the Premo Evidence Declaration be filed under seal. Accordingly, SuccessFactors respectfully requests that the Court allow it to file the Premo Evidence Declaration in its entirety under seal per Civil Local Rule 79-5.

Respectfully submitted,

Dated: April 30, 2008

FENWICK & WEST LLP

By: **/s/ Patrick Premo**
Patrick Premo
Attorneys for Plaintiff SUCCESSFACTORS, INC.

*1284666*

| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB NO. 115163) |
| | *lpulgram@fenwick.com* |
| 2 | LIWEN A. MAH (CSB NO. 239033) |
| | *lmah@fenwick.com* |
| 3 | FENWICK & WEST LLP |
| | 555 California Street |
| 4 | San Francisco, CA  94104 |
| | Telephone:     (415) 875-2300 |
| 5 | Facsimile:      (415) 281-1350 |
| 6 | PATRICK E. PREMO (CSB NO. 184915) |
| | *ppremo@fenwick.com* |
| 7 | DENNIS FAIGAL (CSB NO. 252829) |
| | *dfaigal@fenwick.com* |
| 8 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 9 | 801 California Street |
| | Mountain View, CA  94041 |
| 10 | Telephone:     (650) 988-8500 |
| | Facsimile:      (650) 938-5200 |
| 11 | |
| 12 | Attorneys for Plaintiff |
| | SUCCESSFACTORS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation, | Case No. CV 08 1376 CW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF ADMINISTRATIVE MOTION TO SEAL DECLARATION OF PATRICK PREMO REGARDING PLAINTIFF COMPLIANCE WITH PARAGRAPH 7 OF THE COURT'S EVIDENCE PRESERVATION ORDER** |
| v. | |
| SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

Having considered Plaintiff SuccessFactors' Administrative Motion to File Under Seal and the supporting Declaration of Patrick Premo, and good cause appearing therefor, the Court, HEREBY ORDERS the following to be filed under seal:

/ / /

/ / /

1.    Declaration of Patrick Premo Regarding Plaintiff Successfactors, Inc.'s Compliance with Paragraph 7 of the Court's Evidence Preservation Order.

**IT IS SO ORDERED**.

Dated: _____, 2008

_____
The Honorable Claudia Wilken
United States District Court Judge

*1284668*