LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
*ppremo@fenwick.com*
DENNIS FAIGAL (CSB NO. 252829)
*dfaigal@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08 1376 CW<br><br>**DECLARATION OF PATRICK PREMO IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Patrick E. Premo, declare as follows:

1. I am a partner with the law firm of Fenwick & West LLP, counsel to Plaintiff SuccessFactors, Inc. ("SuccessFactors"). I am an attorney admitted to practice before this Court. I submit this declaration regarding Plaintiff SuccessFactors, Inc.'s compliance with paragraph 7

///

of the Court's April 23, 2008 document preservation order and, if called upon, could and would testify competently thereto.

2.   On April 23, 2008, the Court issued an order regarding evidence preservation ("Order"). In Paragraph 8 of the Order, the Court required that no later than April 30, 2008, counsel for SuccessFactors file under seal a declaration attesting to and confirming that the evidence preservation directive described in Paragraph 7 of the Order had been carried out.

3.   In accordance with the express terms of the Order, SuccessFactors hereby lodges with the Court a sealed copy of the Declaration of Patrick Premo attesting to the matters required by the provisions of Paragraph 7 of the Order.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 30th day of April, 2008, in Mountain View, California.

/s/ Patrick Premo
Patrick Premo

*1284661*