1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street
4  San Francisco, CA  94104
   Telephone:    (415) 875-2300
5  Facsimile:    (415) 281-1350

6  PATRICK E. PREMO (CSB NO. 184915)
   *ppremo@fenwick.com*
7  DENNIS FAIGAL (CSB NO. 252829)
   *dfaigal@fenwick.com*
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, CA  94041
10  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
11
   Attorneys for Plaintiff
12  SUCCESSFACTORS, INC.

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16

17
   SUCCESSFACTORS, INC., a Delaware       Case No. CV 08 1376 CW
18  corporation,
                                          **MANUAL FILING NOTIFICATION**
19                    Plaintiff,          **REGARDING SEALED DECLARATION OF**
                                          **PATRICK PREMO RE PLAINTIFF'S**
20  v.                                    **COMPLIANCE WITH PARAGRAPH 7 OF THE**
                                          **COURT'S EVIDENCE PRESERVATION ORDER**
21  SOFTSCAPE, INC., a Delaware
   corporation; and DOES 1-10, inclusive,
22
                      Defendants.
23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  Regarding:  **Manual Filing Notification Regarding SEALED DECLARATION OF**

2  **PATRICK PREMO REGARDING PLAINTIFF SUCCESSFACTORS, INC.'S**

3  **COMPLIANCE WITH PARAGRAPH 7 OF THE COURT'S EVIDENCE PRESERVATION**

4  **ORDER.**

5              This filing is in paper or physical form only, and is being maintained in the case

6  file in the Clerk's office.

7              If you are a participant on this case, this filing will be served in hard-copy shortly.

8              For information on retrieving this filing directly from the court, please see the

9  court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10             This filing was not efiled for the following reason(s):

11             ___ Voluminous Document (PDF file size larger than efiling system allowances)

12             ___ Unable to Scan Documents

13             ___ Physical Object (description): _____

14             ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

15             _X_ Items Under Seal

16             ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

17             ___ Other (description):

18

19  Dated:  April 30, 2008                    FENWICK & WEST LLP

20

21                                            By:___/s/ Patrick Premo_____

22                                                    Patrick Premo
                                              Attorneys for Plaintiff SUCCESSFACTORS, INC.

23

24                                                                    *1284678*

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW