LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB No. 233482)
asieber@fewick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 08 1376 CW<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE                                      CASE NO. CV 08 1376 CW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## CERTIFICATE OF SERVICE

The undersigned declares that:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 555 California Street, 12th Floor, San Francisco, CA 94104.

On the date set forth below, I served the attached:

> SEALED DECLARATION OF PATRICK PREMO REGARDING PLAINTIFF SUCCESFACTORS, INC.'S COMPLIANCE WITH PARAGRAPH 7 OF THE COURT'S EVIDENCE PRESERVATION ORDER

on the party in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Jessica L. Grant, Esq.
> Jonathan A. Patchen, Esq.
> Taylor & Company Law Offices LLP
> One Ferry Building, Suite 355
> San Francisco, CA 94111
> jgrant@tcolaw.com
> jpatchen@tcolaw.com

[X]   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 30, 2008 at San Francisco, California.

_/s/ Aurelia Nolen_
Aurelia Nolen

CERTIFICATE OF SERVICE — - 2 -   CASE NO. CV 08 1376 CW