IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUCCESSFACTORS, INC.,

    Plaintiff,

  v.

SOFTSCAPE, INC.,

    Defendant.
                                   /

No. C 08-01376 CW

<u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u>

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the Stipulation and Proposed Order for Briefing Schedule for Plaintiff's Motion for Protective Order as to Third Party Subpoenas Issued by Defendant Softscape, Inc., Plaintiff's Motion for Protective Order, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

    Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 5/1/08

                                    /s/ Claudia Wilken
                                    CLAUDIA WILKEN
                                    United States District Judge

cc: Wings; Assigned M/J w/stip. & mo.