1   LAURENCE F. PULGRAM (CSB NO. 115163)
    *lpulgram@fenwick.com*
2   LIWEN A. MAH (CSB NO. 239033)
    *lmah@fenwick.com*
3   FENWICK & WEST LLP
    555 California Street
4   San Francisco, CA  94104
    Telephone:    (415) 875-2300
5   Facsimile:    (415) 281-1350

6   PATRICK E. PREMO (CSB NO. 184915)
    *ppremo@fenwick.com*
7   DENNIS FAIGAL (CSB NO. 252829)
    *dfaigal@fenwick.com*
8   FENWICK & WEST LLP
    Silicon Valley Center
9   801 California Street
    Mountain View, CA  94041
10  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200

11
12  Attorneys for Plaintiff
    SUCCESSFACTORS, INC.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                          OAKLAND DIVISION
16

17
18  SUCCESSFACTORS, INC., a Delaware        Case No. CV 08 1376 CW
    corporation,
19                                          **ORDER GRANTING  PLAINTIFF
                     Plaintiff,             ADMINISTRATIVE MOTION TO SEAL
20                                          DECLARATION OF PATRICK PREMO
    v.                                      REGARDING PLAINTIFF COMPLIANCE
21                                          WITH PARAGRAPH 7 OF THE COURT'S
    SOFTSCAPE, INC., a Delaware             EVIDENCE PRESERVATION ORDER**
    corporation; and DOES 1-10, inclusive,
22
                     Defendants.
23

24          Having considered Plaintiff SuccessFactors' Administrative Motion to File Under Seal

25  and the supporting Declaration of Patrick Premo, and good cause appearing therefor, the Court,

26  HEREBY ORDERS the following to be filed under seal:

27  / / /

28  / / /

Fenwick & West LLP
Attorneys At Law
Mountain View

1          1.      Declaration of Patrick Premo Regarding Plaintiff Successfactors, Inc.'s Compliance

2    with Paragraph 7 of the Court's Evidence Preservation Order.

3

4          **IT IS SO ORDERED**.

5

6

7    Dated: _____ , 2008
     5/1

8                                                    The Honorable Claudia Wilken
                                                     United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW