1  JESSICA L. GRANT (SBN 178138)
   JAYESH HINES-SHAH (SBN 214256)
2  JONATHAN A. PATCHEN (SBN 237346)
   TAYLOR & COMPANY LAW OFFICES, LLP
3  One Ferry Building, Suite 355
   San Francisco, California  94111
4  Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
5  E-mail: jgrant@tcolaw.com
   E-mail: jhinesshah@tcolaw.com
6  E-mail: jpatchen@tcolaw.com

7  Attorneys for Defendant SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| SUCCESSFACTORS, INC., | Case No.: C-08-1376 (CW) |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE DECLARATION OF JESSICA L. GRANT RE: APRIL 23, 2008 EVIDENCE PRESERVATION ORDER** |
| v. | |
| SOFTSCAPE, INC., | |
| Defendant. | Date:  N/A<br>Time:  N/A<br>Dept.: Courtroom 2 |
| | Honorable Claudia Wilken |

Defendant Softscape, Inc.'s Motion for Administrative Relief to File Under Seal the Declaration of Jessica L. Grant Re: April 23, 2008 Evidence Preservation Order is hereby GRANTED.

DATED: 5/1/08

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

---

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE DECLARATION OF JESSICA L. GRANT RE: APRIL 23, 2008 EVIDENCE PRESERVATION ORDER: CASE NO. C-08-1376 (CW)