1  JESSICA L. GRANT (SBN 178138)
   JAYESH HINES-SHAH (SBN 214256)
2  JONATHAN A. PATCHEN (SBN 237346)
   TAYLOR & COMPANY LAW OFFICES, LLP
3  One Ferry Building, Suite 355
   San Francisco, California 94111
4  Telephone: (415) 788-8200
   Facsimile:  (415) 788-8208
5  E-mail: jgrant@tcolaw.com
   E-mail: jhinesshah@tcolaw.com
6  E-mail: jpatchen@tcolaw.com

7  Attorneys for Defendant SOFTSCAPE, INC.

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13 SUCCESSFACTORS, INC.,              Case No.: C-08-1376 CW (BZ)

14        Plaintiff,                  **DECLARATION OF JESSICA L. GRANT
                                      IN SUPPORT OF DEFENDANT
15 v.                                 SOFTSCAPE, INC.'S OPPOSITION TO
                                      SUCCESSFACTORS, INC.'S MOTION
16 SOFTSCAPE, INC.,                   FOR A PROTECTIVE ORDER**

17        Defendant.                  Date:  TBD
                                      Time:  TBD
18                                    Place: Courtroom G, 15th Floor

19                                    Magistrate Judge Bernard Zimmerman

20

21

22

23

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF JESSICA L. GRANT IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S OPPOSITION
TO SUCCESSFACTORS, INC.'S MOTION FOR A PROTECTIVE ORDER: CASE NO. C-08-1376 CW (BZ)

I, JESSICA L. GRANT, declare as follows:

1. I am a partner with the law firm of Taylor & Company Law Offices, LLP, counsel of record for defendant Softscape, Inc. ("Softscape"). I make this declaration based on my personal knowledge, except where otherwise indicated, and if I am called as a witness I would and could testify competently to the matters contained herein.

2. SuccessFactors, Inc. ("SuccessFactors") has already issued eight third-party subpoenas to: (1) Google, Inc.; (2) Verizon Internet Services, Inc.; (3) Comcast Cable Communications Holdings, Inc. (for customer Rick Watkins); (4) Network Solutions; (5) Courtyard by Marriott Boston Waltham; (6) Comcast Cable Communications Holdings, Inc. (for customer Lillian Watkins); (7) Marriott International, Inc.; and (8) Ely Valls. The deposition subpoena to Ms. Valls, who resides in Puerto Rico, contains thirteen separate document requests.

3. For every company that I have been in contact with regarding the four subpoenas at issue in this motion, I have offered to meet and confer with them to narrow the document requests, if necessary, to further reduce the burden on the company of responding to the subpoena. I have also offered to work with these companies to reach agreement on dates for deposition and scope of the deposition topics and document requests.

4. To date, Softscape has received letter objections from only one witness (Sears). When I received those objections, I reiterated my offer to work with Sears to reach agreement on dates for deposition and scope of the deposition topics and document request. I have not heard back from Sears. To the best of my knowledge, none of the third party witnesses has moved to quash.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed May 2, 2008, at San Francisco, California.

/s/ Jessica L. Grant
JESSICA L. GRANT

TAYLOR & CO.
LAW OFFICES, LLP

1.

DECLARATION OF JESSICA L. GRANT IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S OPPOSITION TO SUCCESSFACTORS, INC.'S MOTION FOR A PROTECTIVE ORDER: CASE NO. C-08-1376 CW (BZ)