UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS, INC., ) | |
| ) | |
|     Plaintiff(s), ) | No. C08-1376 CW (BZ) |
| ) | |
| v. ) | |
| ) | **ORDER SCHEDULING** |
| SOFTSCAPE, INC., ) | **TELEPHONE CONFERENCE** |
| ) | |
|     Defendant(s). ) | |
| ) | |

Plaintiff's motion for a protective order has been referred to me by Judge Wilken.  **IT IS HEREBY ORDERED** that a telephone conference to discuss the motion is scheduled for **Thursday, May 8, 2008 at 3:00 p.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: May 6, 2008

                                                *Bernard Zimmerman*
                                                Bernard Zimmerman
                                       United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\TELCONFERENCE 1.wpd

1