```
 1  ROBERT P. TAYLOR (SBN 46046)
     Email: rptaylor@mintz.com
 2  BRYAN J. SINCLAIR (SBN 205885)
     Email: bsinclair@mintz.com
 3  JEFFREY M. RATINOFF (SBN 197241)
     Email: jratinoff@mintz.com
 4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
     POPEO, PC
 5  1400 Page Mill Road
     Palo Alto, California  94304-1124
 6  Telephone:  (650) 251-7700
     Facsimile:   (650) 251-7739
 7
     Attorneys for Defendant,
 8  SOFTSCAPE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-1376 CW<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Honorable Claudia Wilken<br><br>Complaint filed:  March 11, 2008<br>Trial Date:  None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert P. Taylor, of the law offices of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC, hereby files this Notice of Appearance in the above-referenced action as co-counsel for Defendant SOFTSCAPE, INC. in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be served electronically on the undersigned at rptaylor@mintz.com.

Dated: May 6, 2008

_____
ROBERT P. TAYLOR