ROBERT P. TAYLOR (SBN 46046)
Email: rptaylor@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
1400 Page Mill Road
Palo Alto, California 94304-1124
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Defendant,
SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-1376 CW<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Honorable Claudia Wilken<br><br>Complaint filed: March 11, 2008<br>Trial Date: None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey M. Ratinoff, of the law offices of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC, hereby files this Notice of Appearance in the above-referenced action as co-counsel for Defendant SOFTSCAPE, INC. in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be served electronically on the undersigned at jratinoff@mintz.com.

Dated: May 6, 2008

/s/ Jeffrey M. Ratinoff
JEFFREY M. RATINOFF

4323382v.1

NOTICE OF APPEARANCE                                               Case No. CV 08-1376 CW