UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS, INC., ) <br> ) <br>     Plaintiff(s), ) <br> ) <br>   v. ) <br> ) <br> SOFTSCAPE, INC., ) <br> ) <br>     Defendant(s). ) <br> ) <br>_____) | No. C08-1376 CW (BZ) <br><br> **SECOND DISCOVERY ORDER** |

Following a telephone conference at which the parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. The parties shall meet and confer, in person, by no later than **May 12, 2008** and attempt to resolve their disputes in accordance with the views expressed by the court.

2. In the event the parties are unable to resolve their disputes, plaintiff is given leave to file reply papers by **Friday, May 16, 2008**.

The court will take the matter under submission and will rule on the papers or, if necessary, schedule a hearing.

Dated: May 9, 2008

                                              Bernard Zimmerman <br>
                                    United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\SECOND DISCOVERY ORDER.wpd

1