| | |
|---|---|
| 1 | ROBERT P. TAYLOR (SBN 46046)<br>Email: rtaylor@mintz.com |
| 2 | BRYAN J. SINCLAIR (SBN 205885)<br>Email: bsinclair@mintz.com |
| 3 | JEFFREY M. RATINOFF (SBN 197241)<br>Email: jratinoff@mintz.com |
| 4 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC |
| 5 | 1400 Page Mill Road<br>Palo Alto, California 94304-1124 |
| 6 | Telephone: (650) 251-7700<br>Facsimile: (650) 251-7739 |
| 7 | |
| 8 | Attorneys for Defendant,<br>SOFTSCAPE, INC. |



FILED
MAY 09 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BY FAX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | | Case No. CV 08-1376 CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge: Honorable Claudia Wilken<br><br>Complaint filed: March 11, 2008<br>Trial Date: None set |

Pursuant to Civil L.R. 11-3, Ronald M. Davids, an active member in good standing of the bars of Massachusetts (1981); U.S. District Court, District of Massachusetts and U.S. Court of Appeals, First Circuit (1982); Florida, U.S. District Court, Middle District of Florida and U.S. Court of Appeals, Eleventh Circuit (1985); Maine (1985), hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Softscape, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Bryan J. Sinclair (SBN 205885)
> MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
> 1400 Page Mill Road
> Palo Alto, California 94304-1124
> Telephone: (650) 251-7700
> Facsimile: (650) 251-7739

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2008

_____
RONALD M. DAVIDS

- 2 -
APPLICATION FOR ADMIN. OF ATTNY *PRO HAC VICE*    Case No. CV 08-1376 CW