1  ROBERT P. TAYLOR (SBN 46046)
   Email: rtaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California 94304-1124
6  Telephone: (650) 251-7700
   Facsimile: (650) 251-7739
7
   Attorneys for Defendant,
8  SOFTSCAPE, INC.



FILED
MAY 09 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-1376 CW (BZx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Claudia Wilken<br><br>Complaint filed: March 11, 2008<br>Trial Date: None set |

BY FAX

## CERTIFICATE OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in the County of Santa Clara, State of California, at Mintz Levin Cohn Ferris Glovsky and Popeo, PC, 1400 Page Mill Road, Palo Alto, California 94304-1124. On May 9, 2008, I served the following documents:

- **APPLICATION FOR ADMISSSION OF ATTORNEY *PRO HAC VICE***
- **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Manual Notice List and CERTIFICATE OF SERVICE VIA U.S. MAIL:

I am readily familiar with Mintz Levin's practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the United States Postal Service in the ordinary course of business. I therefore had copies of the documents listed above placed in a separate envelope for each addressee named hereafter, addressed to each such addressee, respectively, as follows:

**Attorneys for Plaintiff**
Laurence F. Pulgram
Albert L. Sieber
Liwen Arius Mah
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

**Attorneys for Plaintiff**
C. William Craycroft
Law Offices of C. William Craycroft
1740 Technology Drive
Suite 200
San Jose, CA 94110-1355

**Attorneys for Plaintiff**
Denniss Michael Faigal
Patrick Eugene Premo
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

///

///

///

**Attorneys for Plaintiff**
Jessica L. Grant
Jayesh Sanatkumar Hines-Shah
Jonathan Alan Patchen
Taylor & Company Law Offices, LLP
One Ferry Building
Suite 355
San Francisco, CA 94111

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and that this declaration was executed on May 9, 2008, at Palo Alto, California. I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed on May 9, 2008

_____
Alice P. Kava

4326212v.1

CERTIFICATE OF SERVICE

- 3 -

Case No. CV 08-1376 CW