LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
CANDACE J. MOREY (CSB No. 233081)
cmorey@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-01376 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR PROTECTIVE ORDER**<br><br>Courtroom: G, 15th Floor<br>Judge: Magistrate Judge Bernard Zimmerman<br><br>Date of Filing: April 28, 2008<br>Trial Date: No Date Set |

Plaintiff SuccessFactors, Inc. and Defendant Softscape, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The return date on Softscape's non-party subpoenas for deposition testimony and documents issued on April 21, 2008 to Sears, Roebuck, Inc., Harris Williams & Co., Intelsat

Corporation, and ICMA-RC Services, Inc. ("the Customer Subpoenas") and SuccessFactors' subpoena to Ely Valls dated April 25, 2008, shall be continued and compliance stayed until sixty (60) days from the date of this Order. Should either party believe a further extension of the stay of the Customer or Ely Valls Subpoenas is necessary, the parties will meet and confer in good faith to determine if a negotiated extension of the stay can be reached. Following such a meet and confer, any party desiring to extend the stay shall file a letter brief with the Court stating the basis for the request, and the party opposing any extension shall file a reply letter brief.

2. Before Softscape requests further response to the Customer Subpoenas, it and SuccessFactors, and to the extent necessary the non-parties parties, will meet-and-confer in good faith to determine if the subpoenas are necessary. If Softscape believes that the subpoenas are still necessary because some or all of the information cannot be obtained directly from the parties, Softscape, SuccessFactors and the non-parties will confer to address the objections set forth in SuccessFactors' Motion for Protective Order (Dkt. No. 92) and any objections by the non-parties.

3. SuccessFactors agrees to withdraw its pending Motion for Protective Order. Its withdrawal, however, is without prejudice to resubmitting the Motion in whole or in part if the parties are unable to resolve any disagreements regarding the scope and timing of compliance with the Customer Subpoenas. The parties and non-parties expressly reserve any and all rights in and objections to the non-party subpoenas. Nothing in this stipulation or in any prior communications shall be construed as a waiver of any rights or objections.

**IT IS SO STIPULATED.**

**ATTESTATION**

Concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 14, 2008                            FENWICK & WEST LLP

By:     */s/ Patrick E. Premo*
Patrick E. Premo
Attorneys for Plaintiff SUCCESSFACTORS, INC.

1  Dated: May 14, 2008                           TAYLOR & COMPANY LAW OFFICES, LLP

                                         By:    */s/ Jessica L. Grant*
                                                Jessica L. Grant
                                                Attorneys for Defendant SOFTSCAPE, INC.

Dated: May 14, 2008                              MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                                 AND POPEO, P.C.

                                         By:    */s/ Bryan J. Sinclair*
                                                Bryan J. Sinclair
                                                Attorneys for Defendant SOFTSCAPE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008           _____
                                         Magistrate Judge Bernard Zimmerman
                                         United States District Court Judge

*1285174*