1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  CANDACE J. MOREY (CSB No. 233081)
   cmorey@fenwick.com
3  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
12
   Attorneys for Plaintiff
13 SUCCESSFACTORS, INC.

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17

18 SUCCESSFACTORS, INC., a Delaware        Case No. CV 08-01376 CW
   corporation,
19                                          **STIPULATION AND [PROPOSED] ORDER**
                                            **REGARDING MOTION FOR PROTECTIVE**
20                Plaintiff,                 **ORDER**

21        v.                                Courtroom:  G, 15th Floor
                                            Judge:      Magistrate Judge Bernard Zimmerman
22 SOFTSCAPE, INC., a Delaware
   corporation; and DOES 1-10, inclusive,  Date of Filing:  April 28, 2008
23                                          Trial Date:    No Date Set
                  Defendants.
24

25        Plaintiff SuccessFactors, Inc. and Defendant Softscape, Inc., by and through their respective

26 counsel of record, hereby stipulate and agree as follows:

27        1.      The return date on Softscape's non-party subpoenas for deposition testimony and

28 documents issued on April 21, 2008 to Sears, Roebuck, Inc., Harris Williams & Co., Intelsat

FENWICK & WEST LLP
ATTORNEYS  AT LAW
SAN FRANCISCO

1    Corporation, and ICMA-RC Services, Inc. ("the Customer Subpoenas") and SuccessFactors'

2    subpoena to Ely Valls dated April 25, 2008, shall be continued and compliance stayed until sixty

3    (60) days from the date of this Order.  Should either party believe a further extension of the stay

4    of the Customer or Ely Valls Subpoenas is necessary, the parties will meet and confer in good

5    faith to determine if a negotiated extension of the stay can be reached.  Following such a meet and

6    confer, any party desiring to extend the stay shall file a letter brief with the Court stating the basis

7    for the request, and the party opposing any extension shall file a reply letter brief.

8           2.       Before Softscape requests further response to the Customer Subpoenas, it and

9    SuccessFactors, and to the extent necessary the non-parties parties, will meet-and-confer in good

10   faith to determine if the subpoenas are necessary.  If Softscape believes that the subpoenas are

11   still necessary because some or all of the information cannot be obtained directly from the parties,

12   Softscape, SuccessFactors and the non-parties will confer to address the objections set forth in

13   SuccessFactors' Motion for Protective Order (Dkt. No. 92) and any objections by the non-parties.

14          3.       SuccessFactors agrees to withdraw its pending Motion for Protective Order.  Its

15   withdrawal, however, is without prejudice to resubmitting the Motion in whole or in part if the

16   parties are unable to resolve any disagreements regarding the scope and timing of compliance

17   with the Customer Subpoenas.  The parties and non-parties expressly reserve any and all rights in

18   and objections to the non-party subpoenas.  Nothing in this stipulation or in any prior

19   communications shall be construed as a waiver of any rights or objections.

20          **IT IS SO STIPULATED.**

21                                                    **ATTESTATION**

22          Concurrence in the filing of this document has been obtained from the other signatories.

23

24   Dated:  May 14, 2008                              FENWICK & WEST LLP

25

26
                                          By:       ___*/s/ Patrick E. Premo*___
27                                                   Patrick E. Premo
                                                     Attorneys for Plaintiff SUCCESSFACTORS, INC.
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Dated:  May 14, 2008                        TAYLOR & COMPANY LAW OFFICES, LLP

2

3                                          By:    _____*/s/ Jessica L. Grant*_____

4                                                 Jessica L. Grant
                                                 Attorneys for Defendant SOFTSCAPE, INC.

5    Dated:  May 14, 2008                        MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                                 AND POPEO, P.C.
6

7                                          By:    _____*/s/ Bryan J. Sinclair*_____

8                                                 Bryan J. Sinclair
                                                 Attorneys for Defendant SOFTSCAPE, INC.

9

10          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11
     Dated: _____May 14_____, 2008           _____
12                                                 Magistrate Judge Bernard Zimmerman
                                                 United States District Court Judge
13

14

15

16                                                                                  *1285174*

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS  AT LAW
SAN FRANCISCO