```
1  ROBERT P. TAYLOR (SBN 46046)
   Email: rtaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California 94304-1124
6  Telephone: (650) 251-7700
   Facsimile: (650) 251-7739
7
   Attorneys for Defendant,
8  SOFTSCAPE, INC.
```

RECEIVED MAY -9 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED MAY 14 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

BY FAX

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-1376 CW (BZx)<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge: Honorable Claudia Wilken<br><br>Complaint filed: March 11, 2008<br>Trial Date: None set |

Ronald M. Davids, an active member in good standing of the bars of Massachusetts (1981); U.S. District Court, District of Massachusetts and U.S. Court of Appeals, First Circuit (1982); Florida, U.S. District Court, Middle District of Florida and U.S. Court of Appeals, Eleventh Circuit (1985); Maine (1985), whose business address and telephone number is Davids & Cohen, PC, 40 Washington Street, Suite 20, Wellesley, Massachusetts 02481, having applied in the above-titled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Softscape, Inc.

/ / /

/ / /

/ / /

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3   *vice*. Service of papers upon and communication with co-counsel designated in the application will
4   constitute notice to the party. All future filings in this action are subject to the requirements
5   contained in General Order No. 45, *Electronic Case Filing*.
6   Dated: May, 14 2008

_____
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE