1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  PATRICK E. PREMO (CSB NO. 184915)
   *ppremo@fenwick.com*
7  DENNIS M. FAIGAL (CSB NO. 252829)
   *dfaigal@fenwick.com*
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, CA 94041
10 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
11
   Attorneys for Plaintiff
12 SUCCESSFACTORS, INC.

13              UNITED STATES DISTRICT COURT
14             NORTHERN DISTRICT OF CALIFORNIA
15                    OAKLAND DIVISION
16

17 | SUCCESSFACTORS, INC., a Delaware | Case No. CV 08 1376 CW
   | corporation,
18 |
   |                  Plaintiff,        | **NOTICE OF CHANGE IN COUNSEL**
19 |
   | v.
20 |
   | SOFTSCAPE, INC., a Delaware
21 | corporation; and DOES 1-10, inclusive,
22 |
   |                  Defendants.
23

24 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25         PLEASE TAKE NOTICE that effectively immediately Albert L. Sieber should be

26 removed from the e-mail notification as he is no longer with the firm of Fenwick & West LLP.

27 ///

28 ///

| | |
|---|---|
| | Respectfully, |
| Dated: May 8, 2008 | FENWICK & WEST LLP |
| | By: /s/ Lawrence F. Pulgram |
| | LAWRENCE F. PULGRAM |
| | Attorneys for Plaintiff SUCCESSFACTORS, INC. |