UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUCCESSFACTORS, INC., a
Delaware corporation,

          Plaintiff(s),

v.

SOFTSCAPE, INC., a Delaware
corporation, and DOES 1-10, inclusive,

          Defendant(s).

Case No. CV 08-1376 CW (BZx)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 27, 2008

                                                      Susan Mohr

                                                      Softscape, Inc.

Dated: May 27, 2008

                                                      /s/ Jeffrey M. Ratinoff
                                                      Jeffrey M. Ratinoff

                                                      Mintz Levin Cohn Ferris
                                                      Glovsky and Popeo, P.C.

American LegalNet, Inc.
www.USCourtForms.com