LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
*ppremo@fenwick.com*
DENNIS M. FAIGAL (CSB NO. 252829)
*dfaigal@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.  CV 08-01376 CW (BZ)<br><br>**ADR CERTIFICATION BY PLAINTIFF AND ITS COUNSEL**<br><br>Dept:        2<br>Judge:      The Hon. Claudia Wilken |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1)      read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" from the Court's ADR Internet site;

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1     (2)    discussed the available dispute resolution options provided by the Court and

2   private entities; and

3     (3)    considered whether this case might benefit from any of the available dispute

4   resolution options.

5   Dated: May 27, 2008                    SUCCESSFACTORS, INC.

6

7                                          By:_____/s/ Julian Ong_____

8                                                         Julian Ong

9                                          General Counsel for Plaintiff
                                           SUCCESSFACTORS, INC.

10  Dated: May 27, 2008                    FENWICK & WEST LLP

11

12                                         By:_____/s/ Patrick E. Premo_____

13                                                      Patrick E. Premo

14                                         Attorneys for Plaintiff
                                           SUCCESSFACTORS, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Patrick E. Premo, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of May, 2008, at Mountain View, California.

Dated: May 27, 2008

FENWICK & WEST LLP

By:_____**/s/ Patrick E. Premo**_____
                    Patrick E. Premo

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1285841