1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 875-2300
5  Facsimile:    (415) 281-1350

6  PATRICK E. PREMO (CSB NO. 184915)
   *ppremo@fenwick.com*
7  DENNIS FAIGAL (CSB NO. 252829)
   *dfaigal@fenwick.com*
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, CA  94041
10 Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200

11
   Attorneys for Plaintiff
12 SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.  CV 08 1376 CW (BZ)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

/ / /

/ / /

/ / /

/ / /

/ / /

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.  The parties agree to participate in private mediation to be conducted in the San Francisco Bay Area.  The parties are currently engaged in initial discovery, including document productions, written discovery responses and depositions, and would like to complete this discovery before engaging in private mediation.  They agree to complete mediation no later than November 28, 2008.

Dated: May 27, 2008              FENWICK & WEST LLP

                                 By:        /s/ Patrick E. Premo
                                              Patrick E. Premo

                                 Attorneys for Plaintiff
                                 SUCCESSFACTORS, INC.

Dated: May 27, 2008              MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC

                                 By:        /s/ Jeffrey Ratinoff
                                              Jeffrey Ratinoff

                                 Attorneys for Defendant
                                 SOFTSCAPE, INC.

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Patrick E. Premo, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of May, 2008, at Mountain View, California.

Dated: May 27, 2008              FENWICK & WEST LLP

                                 By:        /s/ Patrick E. Premo
                                              Patrick E. Premo
                                 Attorneys for Plaintiff
                                 SUCCESSFACTORS, INC.

# [PROPOSED] ORDER

Pursuant to the above Stipulation, the captioned matter is hereby referred to Court-sponsored mediation. The deadline for completion of the mediation is: _____
_____.

**IT IS SO ORDERED**.

Dated: _____, 2008        _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1285884

JOINT STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS           3            CASE NO. CV 08 1376 CW (BZ)