ROBERT P. TAYLOR (SBN 46046)
Email: rtaylor@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
1400 Page Mill Road
Palo Alto, California  94304-1124
Telephone:  (650) 251-7700
Facsimile:   (650) 251-7739

Attorneys for Defendant,
SOFTSCAPE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 08-1376 CW (BZx)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF JOINT CASE MANAGEMENT STATEMENT** |

Plaintiff SuccessFactors, Inc. and Defendant Softscape, Inc., by and through their counsels submit this Joint Stipulation and [Proposed] Order Regarding Filing of Joint Case Management Statement and as good cause state:

(1)    The Court's Orders Setting Initial Case Management Conference and ADR Deadlines (Docket Nos. 3 and 21) require the parties to report and file a Joint Case Management Statement ("Joint CMC Statement") and exchange Initial Disclosures by June 10, 2008.

(2)    The parties are in the process of reviewing, meeting and conferring on the contents of the Joint CMC Statement and require additional time to finalize the statement and narrow the issues raised by the joint statement.

(3)    The parties hereby stipulate to an order extending the deadline to file the Joint CMC

Statement and exchange Initial Disclosures for a period of two (2) days from June 10, 2008, to June 12, 2008.

(4) The parties do not believe that this extension will require the Court to move the Case Management Conference scheduled for June 17, 2008 at 2:00 p.m. and the parties do not desire to continue the CMC.

(5) Thus, the parties request a two (2) day extension of the June 10, 2008 filing and disclosure exchange deadline, up to and including June 12, 2008.

Dated:  June 10, 2008          Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.

/s/ Bryan J. Sinclair
By:    BRYAN J. SINCLAIR
       Attorneys for Defendant,
       SOFTSCAPE, INC.

Dated:  June 10, 2008          Respectfully submitted,

FENWICK & WEST LLP

/s/ Liwn Mah
By:    Liwen Mah
       Attorneys for Plaintiff,
       SUCCESSFACTORS, INC.

### [PROPOSED] ORDER

Plaintiff SuccessFactors, Inc.'s and Defendant Softscape, Inc.'s Joint Stipulation Regarding Filing of Joint Case Management Statement is hereby GRANTED.  The June 10, 2008 filing deadline is hereby continued and the parties shall file the Joint Case Management Statement and Proposed Order and exchange Initial Disclosures on June 12, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                      The Honorable Claudia Wilken
                                      United States District Judge