UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS, INC.,<br><br>  Plaintiff(s),<br><br>  v.<br><br>SOFTSCAPE, INC.,<br><br>  Defendant(s). | No. C08-1376 CW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding discovery disputes is scheduled for **Monday, June 16, 2008 at 3:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

**IT IS FURTHER ORDERED** that the party in possession of the record of the meet and confer sessions held with respect to the disputes mentioned in the June 9 and June 11 letters shall lodge a copy of the recording or transcript of each session with the court by **noon, on Friday, June 13, 2008**.

Dated: June 11, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\TEL CONFERENCE2.wpd

1