1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 875-2300
5  Facsimile:     (415) 281-1350

6  PATRICK E. PREMO (CSB NO. 184915)
   *ppremo@fenwick.com*
7  DENNIS FAIGAL (CSB NO. 252829)
   *dfaigal@fenwick.com*
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, CA  94041
10 Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
11
   Attorneys for Plaintiff
12 SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.  CV 08 1376 CW (BZ)<br><br>**STIPULATION AND ORDER**<br><br>**SELECTING ADR PROCESS** |

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS　　　1　　　CASE NO.  CV 08 1376 CW (BZ)

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in private mediation to be conducted in the San Francisco Bay Area. The parties are currently engaged in initial discovery, including document productions, written discovery responses and depositions, and would like to complete this discovery before engaging in private mediation. They agree to complete mediation no later than November 28, 2008.

Dated: May 27, 2008    FENWICK & WEST LLP

By:     **/s/ Patrick E. Premo**
          Patrick E. Premo

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

Dated: May 27, 2008    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC

By:     **/s/ Jeffrey Ratinoff**
          Jeffrey Ratinoff

Attorneys for Defendant
SOFTSCAPE, INC.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Patrick E. Premo, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of May, 2008, at Mountain View, California.

Dated: May 27, 2008    FENWICK & WEST LLP

By:     **/s/ Patrick E. Premo**
          Patrick E. Premo
Attorneys for Plaintiff
SUCCESSFACTORS, INC.

1 **ORDER**

2 Pursuant to the above Stipulation, the captioned matter is hereby referred to private
3 mediation. The deadline for completion of the mediation is: November 28, 2008.
4 _____.

5 **IT IS SO ORDERED**.

7 Dated: June 12, 2008

        _____
8         The Honorable Claudia Wilken
        United States District Court Judge

28 1285884