1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
7  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, CA  94041
10 Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200
11
   Attorneys for Plaintiff SUCCESSFACTORS, INC.

12

13                         UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15                                OAKLAND DIVISION

16

17 | SUCCESSFACTORS, INC.,              | Case No. CV 08 1376 CW
18 |                    Plaintiff,      | **MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL …**
19 | v.                                 |
20 | SOFTSCAPE, INC.,                   |
21 |                    Defendant.      |

22

23    Pursuant to the Protective Order in this case, Civil L.R. 7-11 and 79-5, Plaintiff

24 SuccessFactors, Inc. ("SuccessFactors") hereby moves the Court for an Order permitting

25 SuccessFactors to file under seal in this Court the Joint Case Management Statement.

26    The following sections of the Joint Case Management Statement contain information that

27 was designated as confidential in Defendant Softscape, Inc.'s discovery responses or deposition

28 testimony, as they purportedly pertain to sensitive customer information or business practices.

---

MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL

CASE NO. CV 08-1376 CW
24024/00404/LIT/1286548.1

| | |
|---|---|
| 1 | 1. Page 2:11-14 |
| 2 | 2. Page 2: 28 |
| 3 | 3. Page 3:1-18 |
| 4 | 4. Page 3:20-26 |
| 5 | 5. Page 4:1-8 |

Accordingly, SuccessFactors respectfully requests that the Court allow it to file the Joint Case Management Statementunder seal per Civil Local Rule 79-5.

Respectfully submitted,

Dated: June 12, 2008          FENWICK & WEST LLP

By:     **/s/ Liwen Mah**
Liwen Mah
Attorneys for Plaintiff SUCCESSFACTORS, INC.

*1284666*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL — - 2 - — CASE NO. CV 08-1376 CW
24024/00404/LIT/1286548.1

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street
4  San Francisco, CA  94104
   Telephone:     (415) 875-2300
5  Facsimile:     (415) 281-1350

6  PATRICK E. PREMO (CSB NO. 184915)
   *ppremo@fenwick.com*
7  DENNIS FAIGAL (CSB NO. 252829)
   *dfaigal@fenwick.com*
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, CA  94041
10 Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
11
   Attorneys for Plaintiff
12 SUCCESSFACTORS, INC.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                            OAKLAND DIVISION
16

17
18 SUCCESSFACTORS, INC., a Delaware          Case No. CV 08 1376 CW
   corporation,
19                                           **[PROPOSED] ORDER GRANTING
                Plaintiff,                   PLAINTIFF ADMINISTRATIVE MOTION TO
20                                           SEAL**
   v.
21
   SOFTSCAPE, INC., a Delaware
22 corporation; and DOES 1-10, inclusive,

23              Defendants.

24      Having considered Plaintiff SuccessFactors' Administrative Motion to File Under Seal

25 and the supporting Declaration of Liwen Mah, and good cause appearing therefor, the Court,

26 HEREBY ORDERS the following portions of the Joint Case Management Statement to be filed

27 under seal:

28 ///

1. Page 2:11-14

2. Page 2: 28

3. Page 3:1-18

4. Page 3:20-26

5. Page 4:1-8

**IT IS SO ORDERED**.

Dated: _____, 2008

_____
The Honorable Claudia Wilken
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING PLAINTIFF'S
ADMIN. MOTION TO SEAL DECLARATION
- 2 -
CASE NO. CV 08 1376 CW
24024/00404/LIT/1286552.1