LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
*ppremo@fenwick.com*
DENNIS FAIGAL (CSB NO. 252829)
*dfaigal@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08 1376 CW<br><br>**DECLARATION OF PATRICK PREMO IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Liwen Mah, declare as follows:

1.    I am an attorney with the law firm of Fenwick & West LLP, counsel to Plaintiff SuccessFactors, Inc. ("SuccessFactors"). I am an attorney admitted to practice before this Court. I submit this declaration regarding Plaintiff SuccessFactors, Inc.'s administrative motion to file portions of the parties' Joint Case Management Statement under seal. If called upon, I could and

1  would testify competently thereto.

2      2.    On April 23, 2008, the Court issued a Protective Order in this case. Docket No. 89.

3      3.    The fact section of the Joint Case Management Statement includes information that was designated as confidential, under the terms of the Protective Order, in Softscape, Inc.'s ("Softscape") discovery responses or deposition testimony, specifically

- Page 2:11-14
- Page 2: 28
- Page 3:1-18
- Page 3:20-26
- Page 4:1-8

These are the only portions of the Joint Case Management Statement to be filed under seal.

    4.    It is my understanding that Softscape has designated this information confidential on grounds that it pertains to Softscape's sensitive customer information or business practices.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 12th day of June, 2008, in San Francisco, California.

                                          /s/ Liwen Mah
                                          Liwen Mah

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DECL. OF LIWEN MAH ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL   - 2 -   CASE NO. CV 08 1376 CW
24024/00404/LIT/1286551.1