LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
HENRY Z. CARBAJAL III (CSB No. 237951)
hcarbajal@fenwick.com
DENNIS M. FAIGAL (CSB No. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOFTSCAPE, INC., <br><br> Defendant. | Case No. CV 08 1376 EDL <br><br> **CERTIFICATE OF SERVICE VIA ELECTRONIC TRANSMISSION & U.S. MAIL** |

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served a copy of the following document:

**JOINT CASE MANAGEMENT STATEMENT [CONFIDENTIAL]**

on the interested party in the subject action by placing a true copy thereof as indicated below, addressed as follows:

>Robert A. Taylor, Esq.
>Bryan J. Sinclair, Esq.
>Jeffery M. Ratinoff. Esq.
>Mintz Levin Cohn Ferris Glovsky and Popeo, PC
>1400 Page Mill Road
>Palo Alto, CA  94304-1124
>E-Mail: rptaylor@mintz.com
>E-Mail: bsinclair@mintz.com
>E-Mail: jratinoff@mintz.com

[X] **BY ELECTRONIC MAIL:** I caused such document(s) to be delivered by electronic mail to the addressee(s) listed above.

[X] **U.S. MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: June 12, 2008

_____
Kim Ragab

1286588

CERTIFICATE OF SERVICE        - 1 -        CASE NO. 08 1376 EDL