UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS, INC.,<br>      Plaintiff(s),<br>  v.<br>SOFTSCAPE, INC.,<br>      Defendant(s). | No. C08-1376 CW (BZ)<br><br>**SCHEDULING ORDER** |

Having read plaintiff's letters dated June 9 and 12, 2008 and defendant's letters dated June 11, 2008, **IT IS HEREBY ORDERED** as follows:

    1.  The telephone conference scheduled for this afternoon at 3:30 p.m. is **VACATED**.

    2.  A discovery conference pursuant to Rules 16 and 26 is scheduled for **July 3, 2008 at 3:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    3.  By no later than June 23, 2008, the parties shall agree, to the maximum extent possible, on the search terms to be used in conducting electronic discovery.

    4.  The parties are reminded that an objection to part of

a discovery request is not grounds for not producing the requested discovery for which there is no objection.

5.  The parties shall be prepared to discuss whether this is an appropriate case for the appointment of a discovery referee.

Dated: June 16, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\FOURTH DISCOVERY.ORDER.wpd