ROBERT P. TAYLOR (SBN 46046)
Email: rtaylor@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
1400 Page Mill Road
Palo Alto, California 94304-1124
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Defendant,
SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-1376 CW (BZx)<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF CMC STATEMENT** |

1  Having considered the Administrative Motion to File Under Seal and the supporting
2  Declarations of counsel, and good cause appearing therefore, the Court, HEREBY ORDERS the
3  following narrowly tailored portions of the Joint Case Management Statement to be filed under seal
4  as they contain information not otherwise available to the public, the disclosure of which could
5  cause substantial risk of harm:
6      1.  Page 3, Line 14 (the text between the words "used" and "company");
7      2.  Page 3, Line 15 (the text between the closed parentheses and "where");
8      3.  Page 4, Line 6 (beginning with the sentence following the word "Presentation")
9  through line 8.
10  **IT IS SO ORDERED.**

                                           The Honorable Claudia Wilken
                                           United States District Judge

4365408v.2

- 1 -
[PROPOSED] ORDER SEALING PORTIONS OF JOINT CMC STATEMENT;
                                                             Case No. CV 08-1376 CW (BZ)