1  ROBERT P. TAYLOR (SBN 46046)
   Email: rtaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California  94304-1124
6  Telephone:  (650) 251-7700
   Facsimile:   (650) 251-7739
7
   Attorneys for Defendant,
8  SOFTSCAPE, INC.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 | SUCCESSFACTORS, INC, a Delaware corporation, | Case No. CV 08-1376 CW (BZx)
13 |                                              | **ORDER SEALING PORTIONS OF CMC STATEMENT**
   | Plaintiff,                                   |
14 |                                              |
   | vs.                                          |
15 |                                              |
   | SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive, |
16 |                                              |
17 | Defendants.                                  |

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL;
Case No. CV 08-1376 CW (BZ)

1  Having considered the Administrative Motion to File Under Seal and the supporting
2  Declarations of counsel, and good cause appearing therefore, the Court, HEREBY ORDERS the
3  following narrowly tailored portions of the Joint Case Management Statement to be filed under seal
4  as they contain information not otherwise available to the public, the disclosure of which could
5  cause substantial risk of harm:

6      1.    Page 3, Line 14 (the text between the words "used" and "company");
7      2.    Page 3, Line 15 (the text between the closed parentheses and "where");
8      3.    Page 4, Line 6 (beginning with the sentence following the word "Presentation")
9  through line 8.

10  **IT IS SO ORDERED.**
11  6/30/08

            _____
12              The Honorable Claudia Wilken
            United States District Judge

15  4365408v.2

- 1 -
[PROPOSED] ORDER SEALING PORTIONS OF JOINT CMC STATEMENT;
Case No. CV 08-1376 CW (BZ)