1  ROBERT P. TAYLOR (SBN 46046)
   Email: rptaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California 94304-1124
6  Telephone: (650) 251-7700
   Facsimile: (650) 251-7739
7
   JESSICA L. GRANT (SBN 178138)
8  JAYESH HINES-SHAH (SBN 214256)
   JONATHAN A. PATCHEN (SBN 237346)
9  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
10 San Francisco, California  94111
   Telephone:  (415) 788-8200
11 Facsimile:   (415) 788-8208
   E-mail: jgrant@tcolaw.com
12 E-mail: jhinesshah@tcolaw.com
   E-mail: jpatchen@tcolaw.com
13
   Attorneys for Defendant SOFTSCAPE, INC.
14

15                          UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17                                  OAKLAND DIVISION

18

19 | SUCCESSFACTORS, INC.,              | Case No.: C-08-1376 (CW)
20 |        Plaintiff,                  | **NOTICE OF WITHDRAWAL OF COUNSEL**
21 | v.                                 |
22 | SOFTSCAPE, INC.,                   | Honorable Claudia Wilken
23 |        Defendant.                  |

TAYLOR & CO.
LAW OFFICES, LLP

NOTICE OF WITHDRAWAL OF COUNSEL: CASE NO. C-08-1376 (CW)

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Softscape, Inc., defendant in the above-referenced action,
3  has consented to the withdrawal of co-counsel Taylor & Company Law Offices, LLP, and that
4  Taylor & Company Law Offices, LLP will, by order of this Court, withdraw as counsel of record
5  for defendant Softscape, Inc. in this action.

Dated: July 3, 2008             TAYLOR & COMPANY LAW OFFICES, LLP

By:     /s/ Jessica L. Grant
        Jessica L. Grant

Attorneys for Defendant SOFTSCAPE, INC.