1  ROBERT P. TAYLOR (SBN 46046)
   Email: rptaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California 94304-1124
6  Telephone: (650) 251-7700
   Facsimile: (650) 251-7739
7
   JESSICA L. GRANT (SBN 178138)
8  JAYESH HINES-SHAH (SBN 214256)
   JONATHAN A. PATCHEN (SBN 237346)
9  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
10 San Francisco, California  94111
   Telephone:  (415) 788-8200
11 Facsimile:   (415) 788-8208
   E-mail: jgrant@tcolaw.com
12 E-mail: jhinesshah@tcolaw.com
   E-mail: jpatchen@tcolaw.com
13
   Attorneys for Defendant SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., | Case No.: C-08-1376 (CW) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL [CIV. L.R. 11-5(a)]** |
| v. | |
| SOFTSCAPE, INC., | Honorable Claudia Wilken |
| Defendant. | |

1  Having complied with Civil Local Rule 11-5(a) of this Court, and good cause appearing
2  therefor, Taylor & Company Law Offices, LLP, co-counsel of record for defendant Softscape, Inc.
3  in the above-captioned action, may, and hereby is, withdrawn as counsel for defendant Softscape,
4  Inc. in this action.

6  IT IS SO ORDERED.

8  DATED: _____           _____
                                              HONORABLE CLAUDIA WILKEN
9                                             UNITED STATES DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

2.

[PROPOSED] ORDER PERMITTING WITHDRAWAL: CASE NO. C-08-1376 (CW)