## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **7/3/08**

**C - 08-1376 BZ**                    Time: 3:03 p.m. to 4:50 p.m.

**Successfactor, Inc.** v **Softscape Inc.**

Attorneys:    Pltf: Laurence F. Pulgram and Patrick E. Premo
              Def: Jeffrey Ratinoff and Bryan J. Sinclair

Deputy Clerk: **Simone Voltz**           Reporter: **Connie Kuhl**

**PROCEEDINGS:**                                    **RULING:**

1. Discovery Conference                             Matter Held
2. _____         _____

(  ) Status Conference    (  ) P/T Conference    (  ) Case Management Conference

**ORDERED AFTER HEARING:**
_____

( x ) ORDER TO BE PREPARED BY:    Pltnf_____    Deft_____    Court_x_

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date_____    Trial Date_____    Set for _____ days
                                        Type of Trial:  (  )Jury    (  )Court
Notes: _____