1  ROBERT P. TAYLOR (SBN 46046)
   Email: rptaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California  94304-1124
6  Telephone:  (650) 251-7700
   Facsimile:   (650) 251-7739
7
   Attorneys for Defendant,
8  SOFTSCAPE, INC.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12  SUCCESSFACTORS, INC, a Delaware          Case No. C08-1376 CW (BZ)
    corporation,
13                                           **NOTICE OF DESIGNATION OF LEAD
                  Plaintiff,                 TRIAL COUNSEL**
14
          vs.                                Judge: Honorable Claudia Wilken
15
    SOFTSCAPE, INC., a Delaware corporation,
16  and DOES 1-10, inclusive,                Complaint filed:    March 11, 2008
                                             Trial Date:         June 1, 2009
17                Defendants.

18

19        TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20        PLEASE TAKE NOTICE that Robert P. Taylor, of the law offices of Mintz, Levin, Cohn,

21  Ferris, Glovsky and Popeo PC, is hereby designated as lead trial counsel for Defendant Softscape,

22  Inc. in the above-captioned matter.

23  Dated: July 7, 2008          MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC

24
                                     /s/ Jeffrey M. Ratinoff
25                               By:  JEFFREY M. RATINOFF

26
                                 Attorneys for Defendant,
27                               SOFTSCAPE, INC.

28
    4373860v.1

NOTICE OF DESIGNATION OF LEAD TRIAL COUNSEL          Case No. C08-1376 CW (BZ)