UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUCCESSFACTORS, INC., | ) | |
| Plaintiff(s), | ) ) | No. C08-1376 CW (BZ) |
| v. | ) ) | **THIRD DISCOVERY ORDER** |
| SOFTSCAPE, INC., | ) ) | |
| Defendant(s). | ) ) ) | |

Following a discovery conference, **IT IS ORDERED** as follows:

1.  The plaintiff must identify, in writing, its lead trial counsel by **noon, July 7, 2008.**

2.  The parties, through their lead trial counsel, shall meet and confer by no later than **5 p.m., July 11, 2008,** and attempt to resolve their disputes in accordance with the views expressed by the court.

3.  All document production must be completed by **August 1, 2008,** except production of documents designated by the plaintiff as tier 1 for the six specified individuals, which must be completed by **July 15, 2008.**

1

1    4.    To the extent any disputes remain unresolved, except

2    those relating to the scope and timing of document production,

3    each party has leave to file an appropriate discovery motion

4    to be noticed on the court's law and motion calendar.

5    5.    Each moving party's Civil Local Rule 37-2 statement

6    shall be signed by the lead trial counsel representing that

7    party.    The court will deem the lead trial counsel's signature

8    as certifying that the attorney has read the LR 37-2 statement

9    and that the discovery sought is consistent with Federal Rules

10   of Civil Procedure 1 and 26, especially 26(b).

11   6.    Each opposition shall be signed by the lead trial

12   counsel representing that party.    The court will deem the

13   attorney's signature as certifying that the attorney has read

14   the opposition and that the objections to discovery are

15   consistent with Federal Rules of Civil Procedure 1 and 26,

16   especially 26(b).

17   7.    The parties must agree to a discovery referee or each

18   party must submit a list of five available discovery referees

19   without conflict by **July 18, 2008**.

20

21

22

23                          Bernard Zimmerman

24                     United States Magistrate Judge

25

26

27   C:\Documents and Settings\USDC\Desktop\DISC CONFERENCE.wpd

28

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUCCESSFACTORS INC,

        Plaintiff,

  v.

SOFTSCAPE INC. et al,

        Defendant.

_____/

Case Number: CV08-01376 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald M. Davids
Davids and Cohen PC
40 Washington Street
Suite 20
Wellesley, MA 02481

Dated: July 8, 2008

                Richard W. Wieking, Clerk
                By: Simone Voltz, Deputy Clerk