1  ROBERT P. TAYLOR (SBN 46046)
   Email: rtaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California  94304-1124
6  Telephone:  (650) 251-7700
   Facsimile:   (650) 251-7739
7
   Attorneys for Defendant,
8  SOFTSCAPE, INC.

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>             Plaintiff,<br><br>    vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 08-1376 CW (BZ)<br><br>**[PROPOSED] ORDER GRANTING SOFTSCAPE'S *EX PARTE* MOTION FOR ADMINISTRATIVE RELIEF TO ALLOW LEAVE TO FILE PORTIONS OF REPORTER'S TRANSCRIPT FOR JULY 3, 2008 HEARING UNDER SEAL** |

1 | Having considered Defendant's unopposed *Ex Parte* Administrative Motion for Leave to File Portions of Reporter's Transcript Under Seal and the supporting Declaration of counsel, and good cause appearing therefore, the Court, HEREBY ORDERS the following:

2. 1. The Court Reporter for the July 3, 2008 discovery hearing before this Court is to provide copies of the transcript of the hearing to counsel for both parties by Wednesday, July 16, 2008;

3. 2. The parties are to file any motion for administrative relief administrative relief per N.D. Cal. L. R. 79-5 to designate and file confidential portions of the transcript under seal; and

4. 3. The Court Reporter is directed not release the transcript for the July 3, 2008 hearing to the public, place the transcript on the publicly available paper docket or on Pacer, or make it otherwise available to the public, until such motion has been ruled on, and then only place the transcript on Pacer with the appropriate portions redacted as so further ordered by the Court.

5. 4. Softscape, Inc. is to arrange for receipt of the transcript.

**IT IS SO ORDERED.**

The Honorable Bernard Zimmerman
United States Magistrate Judge

4377819v.1

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* ADMIN MOTION RE: TRANSCRIPT                                                                Case No. CV 08-1376 CW (BZ)