1  ROBERT P. TAYLOR (SBN 46046)
   Email: rtaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California  94304-1124
6  Telephone:  (650) 251-7700
   Facsimile:   (650) 251-7739
7
   Attorneys for Defendant,
8  SOFTSCAPE, INC.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12 | SUCCESSFACTORS, INC, a Delaware corporation, | Case No. CV 08-1376 CW (BZ)
13 |                                              | [PROPOSED] ORDER GRANTING
   |                  Plaintiff,                  | SOFTSCAPE'S *EX PARTE* MOTION
14 |                                              | FOR ADMINISTRATIVE RELIEF TO
   |       vs.                                    | ALLOW LEAVE TO FILE PORTIONS
15 |                                              | OF REPORTER'S TRANSCRIPT FOR
   | SOFTSCAPE, INC., a Delaware corporation,     | JULY 3, 2008 HEARING UNDER SEAL
16 | and DOES 1-10, inclusive,                    |
17 |                  Defendants.                 |

1  Having considered Defendant's unopposed *Ex Parte* Administrative Motion for Leave to
2  File Portions of Reporter's Transcript Under Seal and the supporting Declaration of counsel, and
3  good cause appearing therefore, the Court, HEREBY ORDERS the following:

4  1.  The Court Reporter for the July 3, 2008 discovery hearing before this Court is to
5  provide copies of the transcript of the hearing to counsel for both parties by Wednesday, July 16,
6  2008;

7  2.  The parties are to file any motion for administrative relief administrative relief per
8  N.D. Cal. L. R. 79-5 ⁁ by July 30, 2008 to designate and file confidential portions of the transcript under seal; and

9  3.  The Court Reporter is directed not release the transcript for the July 3, 2008 hearing
10 to the public, place the transcript on the publicly available paper docket or on Pacer, or make it
11 otherwise available to the public, until such motion has been ruled on, and then only place the
12 transcript on Pacer with the appropriate portions redacted as so further ordered by the Court.

13 4.  Softscape, Inc. is to arrange for receipt of the transcript.

14 **IT IS SO ORDERED.**     Dated: 7/11/2008



The Honorable Bernard Zimmerman
United States Magistrate Judge



28  4377819v.1

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* ADMIN MOTION RE:
TRANSCRIPT                                    Case No. CV 08-1376 CW (BZ)