LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
CANDACE J. MOREY (CSB No. 233081)
cmorey@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-01376 CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY REFEREE**<br><br>Courtroom:  G, 15th Floor<br>Judge:        Magistrate Judge Bernard Zimmerman<br><br>Date of Filing: April 28, 2008<br>Trial Date:      June 1, 2009 |

Plaintiff SuccessFactors, Inc. and Defendant Softscape, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Court's July 7, 2008 Third Discovery Order (Docket No. 159) states that the "parties must agree to a discovery referee or each party must submit a list of five available

discovery referees without conflict by July 18, 2008."

2. The parties are in the process of identifying and contacting discovery referees and require additional time to complete conflict checks and finalize their respective lists of available discovery referees or to agree on a stipulated referee.

3. The parties therefore request an order extending their deadline to either agree on a stipulated referee or submit lists of available discovery referees from July 18, 2008 to July 22, 2008.

**IT IS SO STIPULATED.**

Dated: July 18, 2008                    FENWICK & WEST LLP

                                        By:    /s/ Laurence F. Pulgram
                                               Laurence F. Pulgram
                                               Attorneys for Plaintiff SuccessFactors, Inc.

Dated: July 18, 2008                    MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

                                        By:    /s/ Bryan J. Sinclair
                                               Bryan J. Sinclair
                                               Attorneys for Defendant Softscape, Inc.

### **ATTESTATION**

Concurrence in the filing of this document has been obtained from the other signatories.

### [PROPOSED] ORDER

Plaintiff SuccessFactors, Inc. and Defendant Softscape, Inc.'s Joint Stipulation and [Proposed] Order Regarding Discovery Referee is hereby GRANTED. The July 18, 2008 deadline is hereby continued by two (2) court days. The parties must agree on a stipulated referee or each party must submit a list of five available discovery referees without conflict by July 22, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 21, 2008                    _____
                                        Magistrate Judge Bernard Zimmerman
                                        United States District Court Judge

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY REFEREE    -2-    CASE NO. CV 08-01376 CW (BZ)