1  ROBERT P. TAYLOR (SBN 46046)
   Email: rptaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California 94304-1124
6  Telephone: (650) 251-7700
   Facsimile: (650) 251-7739
7

8  Attorneys for Defendant,
   SOFTSCAPE, INC.
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13 SUCCESSFACTORS, INC., a Delaware
   corporation,
14
                                              Case No. 4:08-cv-01376-CW (BZ)
15          Plaintiff(s),

16      vs.
                                              NOTICE OF INTENT TO REQUEST
17                                            REDACTION OF TRANSCRIPT
   SOFTSCAPE, INC., a Delaware corporation, and
18 DOES 1-10, inclusive,

19
            Defendant(s).       /
20

21

22 Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21

23 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on June 17,

24 2008 and was reported by Starr Wilson, the official court reporter.

25

26 Dated: July 21, 2008                        /s/ Bryan J. Sinclair
                                               BRYAN J. SINCLAIR
27                                             Attorney for Defendant, Softscape, Inc.
                                               Address:
28                                             MINTZ LEVIN COHN FERRIS
                                               GLOVSKY AND POPEO, PC
                                               1400 Page Mill Road, Palo Alto, CA 94304