ROBERT P. TAYLOR (SBN 46046)
Email: rptaylor@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
1400 Page Mill Road
Palo Alto, California  94304-1124
Telephone:  (650) 251-7700
Facsimile:   (650) 251-7739

Attorneys for Defendant,
SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendant(s).   / | Case No. 4:08-cv-01376-CW (BZ)<br><br>NOTICE OF WITHDRAWAL OF NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT |

Plaintiff Softscape, Inc. respectfully withdraws its Notice of Intent to Request Redaction of Transcript regarding the proceeding which occurred on June 17, 2008 and was reported by Starr Wilson, the official court reporter.

Dated: July 22, 2008                              /s/ Bryan J. Sinclair
                                                           BRYAN J. SINCLAIR
                                                           Attorney for Defendant, Softscape, Inc.
                                                           Address:
                                                           MINTZ LEVIN COHN FERRIS
                                                           GLOVSKY AND POPEO, PC
                                                           1400 Page Mill Road, Palo Alto, CA 94304