UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C08-1376 CW (BZ)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT SOFTSCAPE, INC. FOR AN ORDER ENLARGING TIME AND MODIFYING THIRD DISCOVERY ORDER**<br><br>[N.D. Civ. L.R. 6-3]<br><br>Judge: Honorable Bernard Zimmerman |

Having considered Defendant Softscape, Inc.'s motion for an order enlarging time and extending the deadlines set forth in this Court's Third Discovery Order (Document No. 159), filed on July 7, 2008, pursuant to N.D. L.R. 6-3, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Court's Third Discovery Order, be modified as follows:

1. The parties are required to produce all responsive documents ready for production as of July 31, 2008 by the close of business on **August 1, 2008**.

2. The parties are required to produce all responsive documents ready for production as

1  of August 7, 2008 by the close of business on **August 8, 2008**.

2       3.    All document productions by the parties must be complete on or before **August 15,**

3  **2008**.

4  Dated: __July 30, 2008_____

6  **REQUEST COMES TOO LATE.**    The Honorable Bernard Zimmerman
                                    United States Magistrate Judge

8  4390744v.1



- 2 -

[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT SOFTSCAPE, INC. FOR AN ORDER
ENLARGING TIME AND MODIFYING THIRD DISCOVERY ORDER; Case No. C08-1376 CW (BZ)