1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 875-2300
5  Facsimile:    (415) 281-1350

6  PATRICK E. PREMO (CSB No. 184915)
   ppremo@fenwick.com
7  DENIIS M. FAIGAL (CSB No. 252829)
   dfaigal@fenwick.com
8  HENRY Z. CARBAJAL III (CSB No. 237951)
   hcarbajal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200
12
   Attorneys for Plaintiff
13 SUCCESSFACTORS, INC.

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                           OAKLAND DIVISION

17

| 18  SUCCESSFACTORS, INC. a Delaware corporation, | Case No. C-08-1376 CW (BZ) |
|---|---|
| 19             Plaintiff, | **MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PLAINTIFF SUCCESSFACTORS, INC.'S BRIEF AND DECLARATION EXHIBITS IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND PROPER CONFIDENTIALITY DESIGNATIONS** |
| 20    v. | |
| 21  SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, | |
| 22 | |
| 23             Defendants. | |

24

25         Pursuant to the Protective Order in this case, Civil L.R. 7-11 and 79-5, Plaintiff

26  SuccessFactors, Inc. ("SuccessFactors") hereby moves the Court for an Order permitting

27  SuccessFactors to file under seal in this Court the following:

28

1.  Lines 282:1-285:15, 356:1-357:6, 357:8-9, 360:7-360:24, 361:8-9, 361:12-13, 361:22-362:1, 362:4-6, 362:8-13, 362:18-19, 362:24-25, 368:8-10, 368:19-21, 368:23-369:3, 369:8-12, 369:16-20, 370:10-25, 378:7-8, 378:11-15, 378:17-21, 378:23-379:13, 379:15-23, 379:25-380:16, 380:19-21, and 380:23-25 of the Transcript of the May 30, 2008 Deposition of David Watkins ("5/30/08 Watkins Transcript"), Exhibit 2 to the Declaration of Henry Carbajal in Support of Motion to Compel Production of Documents, Further Interrogatory Answers and Proper Confidentiality Designations ("Carbajal Declaration").

2.  Lines 112:1-8, 112:11-15, 127:4-5, 127:22-25, 128:3-6, 128:16, 152:2-3, 152:13-22, 179:18-19, 179:22-23, 180:1, 229:5-16, 227:23-25, 238:4-14 of the Transcript of the May 29, 2008 Deposition of David Watkins ("5/29/08 Watkins Transcript"), Exhibit 3 to the Carbajal Declaration.

3.  Lines 43:5-13, 112: 9-10, 180:2-5, 203:1-25, 227:23-25, 228:3-5, 228:8-229:4, 229:17-19, 229:25, 234:1-6, 234:8-12, 234:22-24, and 262:1 of the 5/29/08 Watkins Transcript, Exhibit 3 to the Carbajal Declaration.

4.  Lines 3:16-21, 3:25, 4:9-10, 4:12-16, 6:4-5, 6:18-28, 7:1, 7:6-8, 8:1-5, 10:27-28, 12:24-27, 13:1, 14:12-13, 14:21-22, 17:3-5, and 22:8-11 of its Memorandum of Points and Authorities in Support of Motion to Compel Production of Documents, Further Interrogatory Answers and Proper Confidentiality Designations ("Motion to Compel Brief").

5.  Exhibits 1, 11, 12, 15, 16, 17, 18, 19, 21, 22, and 28 to the Carbajal Declaration.

///

The above sections of the Carbajal Declaration and Motion to Compel Brief contain information that was designated as confidential in Defendant Softscape, Inc.'s discovery responses, communications, or deposition testimony, as they purportedly pertain to sensitive customer information, personal information, or business practices.

///
///
///
///

1  Accordingly, SuccessFactors respectfully requests that the Court allow it to file the above
2  sections of the Carbajal Declaration and Motion to Compel Brief under seal in accordance with
3  the Protective Order and Civil Local Rule 79-5.

Respectfully submitted,

Dated: July 30, 2008            FENWICK & WEST LLP

By: **/s/ Liwen Mah**
Liwen Mah
Attorneys for Plaintiff SUCCESSFACTORS, INC.

24024/00404/LIT/1288944.1

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street
4  San Francisco, CA  94104
   Telephone:    (415) 875-2300
5  Facsimile:    (415) 281-1350

6  PATRICK E. PREMO (CSB NO. 184915)
   *ppremo@fenwick.com*
7  HENRY Z. CARBAJAL III (CSB No. 237951)
   hcarbajal@fenwick.com
8  DENNIS FAIGAL (CSB NO. 252829)
   *dfaigal@fenwick.com*
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
12
   Attorneys for Plaintiff
13 SUCCESSFACTORS, INC.

14

                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                            OAKLAND DIVISION
17

18

19 SUCCESSFACTORS, INC., a Delaware      Case No. CV 08 1376 CW
   corporation,
20                                       **[PROPOSED] ORDER GRANTING MOTION FOR
              Plaintiff,                 ADMINISTRATIVE RELIEF TO FILE UNDER SEAL
21                                       PLAINTIFF SUCCESSFACTORS, INC.'S BRIEF AND
   v.                                    DECLARATION EXHIBITS IN SUPPORT OF
22                                       MOTION TO COMPEL PRODUCTION OF
   SOFTSCAPE, INC., a Delaware           DOCUMENTS, FURTHER INTERROGATORY
   corporation; and DOES 1-10, inclusive, ANSWERS AND PROPER CONFIDENTIALITY
23                                       DESIGNATIONS**
              Defendants.
24

25      Having considered Plaintiff SuccessFactors' Administrative Motion to File Under Seal

26 and the supporting Declaration of Liwen Mah, and good cause appearing therefor, the Court,

27 HEREBY ORDERS the following exhibits to the Declaration of Henry Z. Carbajal III ("Carbajal

28 Decl.") and portions of the Memorandum of Points and Authorities ("Motion to Compel Brief")

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

in Support of Plaintiff SuccessFactors, Inc.'s Motion to Compel Production of Documents, Further Interrogatory Answers and Proper Privilege Logs to be filed under seal:

/ / /

1. Lines 282:1-285:15, 356:1-357:6, 357:8-9, 360:7-360:24, 361:8-9, 361:12-13, 361:22-362:1, 362:4-6, 362:8-13, 362:18-19, 362:24-25, 368:8-10, 368:19-21, 368:23-369:3, 369:8-12, 369:16-20, 370:10-25, 378:7-8, 378:11-15, 378:17-21, 378:23-379:13, 379:15-23, 379:25-380:16, 380:19-21, and 380:23-25 of the Transcript of the May 30, 2008 Deposition of David Watkins ("5/30/08 Watkins Transcript"), Exhibit 2 to the Carbajal Declaration.

2. Lines 112:1-8, 112:11-15, 127:4-5, 127:22-25, 128:3-6, 128:16, 152:2-3, 152:13-22, 179:18-19, 179:22-23, 180:1, 229:5-16, 227:23-25, 238:4-14 of the Transcript of the May 29, 2008 Deposition of David Watkins ("5/29/08 Watkins Transcript"), Exhibit 3 to the Carbajal Declaration.

3. Lines 43:5-13, 112: 9-10, 180:2-5, 203:1-25, 227:23-25, 228:3-5, 228:8-229:4, 229:17-19, 229:25, 234:1-6, 234:8-12, 234:22-24, and 262:1 of the 5/29/08 Watkins Transcript, Exhibit 3 to the Carbajal Declaration.

4. Lines 3:16-21, 3:25, 4:9-10, 4:12-16, 6:4-5, 6:18-28, 7:1, 7:6-8, 8:1-5, 10:27-28, 12:24-27, 13:1, 14:12-13, 14:21-22, 17:3-5, and 22:8-11 of Plaintiff's Motion to Compel Brief.

5. Exhibits 1, 11, 12, 15, 16, 17, 18, 19, 21, 22, and 28 to the Carbajal Declaration.

**IT IS SO ORDERED**.

Dated: _____, 2008

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge