LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOFTSCAPE, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. CV 08-1376 CW<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

The undersigned declares that:

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to this action. My business address is 801 California Street, Mountain View, CA 94041.

On the date set forth below, I served the following:

1. PLAINTIFF SUCCESSFACTORS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND PROPER PRIVILEGE LOGS (FILED UNDER SEAL);

2. CONFIDENTIAL EXHIBITS 1, 2, 3, 11, 12, 15, 16, 17, 18, 19, 21, 22, AND 28 TO THE DECLARATION OF HENRY Z. CARBAJAL III IN SUPPORT OF PLAINTIFF SUCCESSFACTORS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND PROPER PRIVILEGE LOGS

on the party in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Jeffery M. Ratinoff. Esq. (jratinoff@mintz.com)
Bryan J. Sinclair, Esq. (bsinclair@mintz.com)
Robert P. Taylor, Esq. (rtaylor@mintz.com)
Mintz Levin Cohn Ferris Glovsky and Popeo, PC
1400 Page Mill Road
Palo Alto, CA 94304-1124

☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☐ **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

1  ☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

2

3  ☒ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

4

5  I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

6

7  Date: July 31, 2008

_____
Marti Guidoux

8

9  1289370

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28