1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 08-1376 CW (BZ)<br><br>**[PROPOSED] ORDER GRANTING SOFTSCAPE'S *EX PARTE* MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR THE PARTIES TO FILE PORTIONS OF REPORTER'S TRANSCRIPT FOR JULY 3, 2008 HEARING UNDER SEAL** |

---

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* ADMIN MOTION RE:
TRANSCRIPT                                                                                  Case No. CV 08-1376 CW (BZ)

1  Having considered Defendant's *Ex Parte* Administrative Motion to Extend Time for the Parties to File Portions of Reporter's Transcript Under Seal and the supporting Declaration of Counsel, and good cause appearing therefore, the Court, HEREBY ORDERS the following:

   1. The Court Reporter for the July 3, 2008 hearing before this Court is to provide copies of the transcript of the hearing to counsel for both parties no later than August 13, 2008;

   2. The parties are to file any motion for administrative relief per N.D. Cal. L. R. 79-5 to designate and file confidential portions of the transcript under seal within fourteen (14) days of service of the final transcript for the July 3, 2008 hearing; and

   3. The Court Reporter is directed not release the transcript for the July 3, 2008 hearing to the public, place the transcript on the publicly available paper docket or on Pacer, or make it otherwise available to the public, until such motion has been ruled on, and then only place the transcript on Pacer with the appropriate portions redacted as so further ordered by the Court.

   4. Softscape, Inc. is to arrange for receipt and service of the transcript.

**IT IS SO ORDERED.**

Dated: __August 5, 2008_____

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

4391796v.1

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* ADMIN MOTION RE: TRANSCRIPT                                                                            Case No. CV 08-1376 CW (BZ)