1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11    SUCCESSFACTORS, INC.,            )
                                       )
12              Plaintiff(s),          )      No. C08-1376 CW (BZ)
                                       )
13         v.                          )
                                       )      **ORDER RE APPOINTMENT OF**
14    SOFTSCAPE, INC.,                 )      **SPECIAL MASTER**
                                       )
15              Defendant(s).          )
                                       )
16    _____)

17         The court has selected Jack Russo to appoint as Special

18    Master to act as discovery referee.  Attached hereto is an

19    Order appointing Mr. Russo, which Judge Wilken has approved

20    and is prepared to signed once the parties have signified

21    their consent and Mr. Russo has submitted a declaration under

22    penalty of perjury as required by Rule 53(b)(3).  **IT IS**

23    **THEREFORE ORDERED** that:

24         1.  The parties shall signify their consent to the

25    appointment of a discovery referee by countersigning the

26    proposed order by **August 19, 2008** and filing the countersigned

27    copy.

28         2.  The parties shall jointly contact Mr. Russo, advise

                                     1

1  him of the appointment and request him to file his declaration

2  by **August 26, 2008.**

3  Dated: August 12, 2008

4

5  _____
                    Bernard Zimmerman
              United States Magistrate Judge

6

7  G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\ORDER RE STIPULATING TO SPECIAL MASTER.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  SUCCESSFACTORS, INC.,            )
                                     )
12            Plaintiff(s),          )      No. C08-1376 CW (BZ)
                                     )
13        v.                         )
                                     )      **ORDER APPOINTING SPECIAL**
14  SOFTSCAPE, INC.,                 )      **MASTER FOR DISCOVERY**
                                     )
15            Defendant(s).          )
                                     )
16  _____   )

17        Under Federal Rule of Civil Procedure 53 (a) and (b), the

18  parties have consented to the appointment of a Special Master

19  to act as a discovery referee.  The Court finds that

20  consideration of fairness, the prevention of undue delay and

21  the amount of judicial resources expended adjudicating

22  discovery disputes in this case constitute "exceptional

23  circumstances" which require the appointment of a special

24  master to oversee discovery.  See Harmston v. City and Country

25  of San Francisco, 2007 WL 3306526, *9 (N.D. Cal); National

26  Ass'n of Radiation Survivors v. Turnage, 115 F.R.D. 543, 560

27  (N.D. Cal. 1987).  Pursuant to Federal Rule of Civil Procedure

28  53 (b)(3), by August 22, 2008 the Special Master is directed

1

1   to file an declaration under 28 U.S.C. § 455 stating that

2   there is no ground for disqualification.

3   **THEREFORE, IT IS HEREBY ORDERED THAT**, pursuant to Federal

4   Rule of Civil Procedure 53, effective upon the filing of his

5   conflict declaration, the Court appoints Jack Russo as the

6   Special Master for discovery in this case.

7   1. <u>Scope of Duties</u>.  The Special Master shall adjudicate

8   all pretrial discovery disputes in this case, including

9   disputes arising during the course of depositions.

10  2. <u>Scope of Authority</u>. The Special Master shall have all

11  the authority provided in Federal Rule of Civil Procedure

12  53(c), including, but not limited to, the authority to set the

13  date, time, and place for all hearings determined by the

14  Special Master to be necessary; to direct the issuance of

15  subpoenas; to make rulings on objections or otherwise resolve

16  disputes arising during the course of depositions; to preside

17  over hearings (whether telephonic or in-person); to take

18  evidence in connection with discovery disputes; to award fee

19  allocations and non-contempt sanctions provided by Federal

20  Rules of Civil Procedure 37 and 45; and to recommend contempt

21  sanctions.  Any motion pursuant to Federal Rule of Civil

22  Procedure 37 or Civil Local Rule 37-1 for sanctions for

23  violations of the Special Master's orders shall be decided by

24  the Special Master.

25  3. <u>Procedures for Briefing Submitted to Special Master</u>.

26  The Special Master may resolve disputes presented orally, in

27  person or by telephone, in a letter brief, or in formal

28  motions.  In the case of discovery disputes that are to be

1  resolved by letter brief or written motions, all papers will

2  be submitted directly to the Special Master by email with a

3  courtesy copy by United States Mail or overnight courier, as

4  directed by the Special Master.  Briefing schedules will be

5  determined by the Special Master.

6      4. <u>Discovery Disputes - Meet and Confer Required</u>.  In the

7  event of a discovery dispute, the parties shall first meet and

8  confer in good faith to attempt to resolve the dispute.  In

9  the event the parties are not able to reach an agreement, the

10  dispute will be resolved by the Special Master.  The Special

11  Master shall devise procedures for the parties to follow in

12  seeking his intervention.

13      5. <u>Preservation of Record</u>.  Pursuant to Federal Rule of

14  Civil Procedure 53(b)(2)(c), the Special Master shall maintain

15  files consisting of all documents submitted by the parties and

16  any written orders, findings, and/or recommendations.  Any

17  order issued by the Special Master shall be emailed to the

18  parties.  Such emailing shall fulfill the Special Master's

19  duty to serve the order on the parties.  In addition, any

20  order issued by the Special Master shall be filed with the

21  Court via Electronic Case Filing (ECF) in a notice of ruling

22  by the moving party.  Any records of the Special Master's

23  activities other than written orders, findings, and/or

24  recommendations shall be filed in accordance with paragraph

25  6.(a) herein.

26      6. <u>Action on Special Master's Orders, Reports, or</u>

27  <u>Recommendations</u>.

28      (a) Pursuant to Federal Rule of Civil Procedure

3

1  53(b)(2)(D), the procedure described in paragraphs 6(b) and

2  6(c) herein shall govern any action on the Special Master's

3  orders, reports and/or recommendations.

4      (b) <u>Time Limits for Review</u>.  Any party wishing to file

5  objections to the Special Master's orders, reports and/or

6  recommendations must file such objection with the Court within

7  ten court days from the day the Special Master's order, report

8  and/or recommendation is filed.  Review of the Special

9  Master's orders will be subject to the same procedures as

10 review of orders of a Magistrate Judge, except as otherwise

11 provided herein.  <u>See</u> Civil Local Rule 72-2.

12     (c) <u>Filing the Record for Review</u>.  The party filing the

13 objection shall submit with such objection any record

14 necessary for the Court to review the Special Master's order,

15 report, and/or recommendation, including any transcripts of

16 proceedings before the Special Master and any documents

17 submitted by the parties in connection with the Special

18 Master's order, report, and/or recommendation.  Failure to

19 provide the record shall constitute grounds for the Court to

20 overrule the objection or deny the motion.

21     7. <u>Ex Parte Communications</u>.  To facilitate the

22 fulfillment of the duties hereunder, the Special Master may

23 communicate ex parte to the Court to the extent that the

24 Special Master deems necessary and appropriate.  In addition,

25 the Special Master may have ex parte communications with a

26 party but such communications shall be limited to

27 administrative matters such as scheduling hearings, telephone

28 calls or briefing, if such arrangements cannot be made in a

4

1  timely manner by contacting the Special Master's

2  administrative assistant.

3       8. <u>Compensation</u>.  The Special Master shall be compensated

4  at the normal hourly rate for his or her services.  The cost

5  of the Special Master's compensation shall be allocated at the

6  Special Master's discretion, including allocation of the cost

7  of the Special Master's compensation to the non-prevailing

8  party upon the resolution of a dispute.

9       9. <u>Diligence</u>.  Pursuant to Federal Rule of Civil

10  Procedure 53(b)(2), the Court hereby directs the Special

11  Master to proceed with all reasonable diligence in performing

12  these duties.

13

14       The parties consent to the appointment of a special

15  master to act as discovery referee.

16

17  Dated: _____,2008

18                                    _____
                                      Counsel for plaintiff

19
20  Dated: _____,2008            _____
                                      Counsel for defendant

21       **IT IS SO ORDERED.**

22                                    _____

23                                    Claudia Wilken
                                      United States District Judge

24

25  G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\ORDER APPOINTING SPECIAL MASTER.wpd

26

27

28