ROBERT P. TAYLOR (SBN 46046)
Email: rtaylor@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND
POPEO, PC
1400 Page Mill Road
Palo Alto, California  94304-1124
Telephone:  (650) 251-7700
Facsimile:   (650) 251-7739

Attorneys for Defendant,
SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C08-1376 CW (BZ)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF DAVID WATKINS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**<br><br>Date: September 3, 2008<br>Time: 10:00 a.m.<br>Judge: Honorable Bernard Zimmerman<br>Location: Courtroom G 15th Floor<br><br>Complaint Filed: March 11, 2008<br>Trial Date: June 1, 2009 |

I, David Watkins, under penalty of perjury, declare as follows:

1. I am the President and Chief Executive Office of Softscape, Inc. ("Softscape").

2. I am personally familiar with Softscape's trade secrets and confidential and proprietary information.

3. Since this litigation was filed by SuccessFactors, Inc. ("SuccessFactor"), Softscape has been deeply concerned that some of its most valuable intellectual property assets, including its

- 1 -

DECLARATION OF DAVID WATKINS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL; Case No. C08-1376 CW (BZ)

confidential customer database, information related to its customer relationships and its sales, marketing and business strategies, may be compromised as a result of discovery. Softscape considers this information and its relationships with its customers as confidential, as well as critical to its success and continuing ability to compete in the marketplace against SuccessFactors and other competitors.

4. In particular, Softscape's Customer Database (CRM) and Sales Resource Center (SRC) contains some of Softscape's most valuable confidential and proprietary information, such as a list of Softscape's actual and prospective customers, the contact information of persons at those customers with purchasing authority or influence and control over purchasing decisions, pricing information, margins, customer preferences, needs and specialized requirements, sales strategies, key contracts, competitive matrices showing points of strength and weakness in comparison with our competition, information as to what deals Softscape is working on and Softscape's strategic direction. The CRM is Softscape's entire business pipeline - the lifeblood of the business. The SRC contains customer and prospect communication, practices, sales steps and processes, all supporting documentation for marketing, sales tools and templates, proposals, product pricing, implementation methodologies and project plans. This comprises a lifetime of knowledge gained in the field and is a vital differentiator for Softscape in sales opportunities.

5. Softscape and its customers also consider their contracts, agreements and arrangements with its customers as confidential and proprietary as they reflect competitive pricing and the particular needs and requirements of those customers.

6. Softscape does not disclose the foregoing confidential and proprietary information to third parties and Softscape takes affirmative steps to maintain the confidentiality of this information and to prevent the disclosure of such information to competitors. Softscape has specific corporate policies concern the use, disclosure and access to this information and notifies its employees concerning the sensitive nature of its relationship with its customers, the confidential and proprietary nature of the information related to these customers, and Softscape's business. Softscape's SRC and CRM are password-protected and all Softscape employees that have access to such information are required to sign non-disclosure agreements.

DECLARATION OF DAVID WATKINS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL; Case No. C08-1376 CW (BZ)

7. I am concerned, even with the existence of the Protective Order in this Action, that the designation of materials as "Outside Attorneys' Eyes Only" will be insufficient to protect Softscape's valuable and sensitive relationships with its customers. SuccessFactors' attorneys may use information obtained from Softscape's CRM and SRC to contact Softscape's current customers or even issue subpoenas to them seeking further information concerning Softscape's business and its relationships with those customer. Such conduct would interfere with Softscape's relationship with those customers and make it more difficult and expensive for Softscape to maintain its relationships with those customers.

8. I understand that SuccessFactors is asking the Court to compel Softscape to run searches across all of is imaged media, which totals well over a terabyte of data, for each recipient of the John Anonymous email, which includes over 750 individual email addresses. Their apparent concern is that there may be email addresses and lists kept outside of the CRM. This is an incorrect assumption. All email addresses for Softscape's customers and contacts are maintained in the CRM and it is a company policy that new contacts be uploaded to that database. In other words, Softscape's CRM database contains all of Softscape's customer information and contacts from which any contact or mailing list would be generated. It would be an onerous and senseless exercise to require Softscape to conduct broad searches across its imaged electronic media for additional contact or customer lists.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of August, 2008 at Wayland, Massachusetts.

By: _____
DAVID WATKINS

4397736v.3

- 3 -
DECLARATION OF DAVID WATKINS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL; Case No. C08-1376 CW (BZ)