ROBERT P. TAYLOR (SBN 46046)
Email: rptaylor@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
1400 Page Mill Road
Palo Alto, California 94304-1124
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Defendant,
SOFTSCAPE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 08-1376 CW (BZ)<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO FILE PORTIONS OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND THE DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT THEREOF UNDER SEAL**<br><br>Date: September 3, 2008<br>Time: 10:00 a.m.<br>Judge: Honorable Bernard Zimmerman<br>Location: Courtroom G 15th Floor<br><br>Complaint filed:　March 11, 2008<br>Trial Date:　　　　June 1, 2009<br><br>Judge: Honorable Bernard Zimmerman |

MOT. FOR ADMIN. RELIEF TO FILE PORTIONS OF DEF'S OPP'N TO PL'S MOT. TO COMPEL AND DECL. OF RATINOFF UNDER SEAL;　　　　Case No. C08-1376 CW (BZ)

1   Pursuant to the Protective Order in this case (Docket No. 89), Civil L.R. 7-11 and 79-5,
2   Defendant Softscape, Inc. ("Softscape") hereby moves the Court for an Order permitting Softscape
3   to file the following under seal with the Court:

- Lines 18-19 on Page 1 of the Declaration of Jeffrey M. Ratinoff in Support of Defendant's Opposition to Plaintiff's Motion to Compel ("Ratinoff Declaration").
- The following portions of Exhibit E to the Ratinoff Declaration: 111:22-25; 112:1-15, 112:19; 154:19-25; 236:5-10, 236:16-25; 411:7-10; 412:6-18; 413:11-25; 414:1-18, 414:24-415:4, 415:7-18, 415:20-22; 416:17-22; and 418:20-25.
- Part of Page 1 of Exhibit H to the Ratinoff Declaration.
- Parts of Pages 2 and 4 of Exhibit I to the Ratinoff Declaration.
- The following portions of Defendant's Opposition to Plaintiff's Motion to Compel: 14:6-9, 15:13-14, 15:19-24, 16:13-14, 16:20-17:1, 17:24-26.

The above portions of the Ratinoff Declaration and Defendant's Opposition to Plaintiff's Motion to Compel contain information produced or disclosed by Softscape during discovery that it designated under the Protective Order because it constitutes confidential and proprietary information about Softscape's customers and its business.

Further, pursuant to the Protective Order in this case, Civil L.R. 7-11 and 79-5, Defendant Softscape, Inc. ("Softscape") hereby moves the Court for an Order permitting Softscape to file the following under seal with this Court:

- Portions of Exhibit A to the Ratinoff Declaration.
- Exhibit B to the Ratinoff Declaration.
- The following portions of Defendant's Opposition to Plaintiff's Motion to Compel: 6:14-18, 9:11, 9:15-17, 9:19-20, 10:8-9, 12:4, 12:17, 22:27-28.

The above portions of the Ratinoff Declaration and Defendant's Opposition to the Motion to Compel contain information that was designated under the Protective Order by SuccessFactors because such information purportedly pertains to SuccessFactors' sensitive customer information, personal information, and/or business practices.

Softscape is filing redacted versions of these documents in a manner that is narrowly tailored to protect the aforementioned confidential information, while minimizing the infringement of the public's right of access to documents filed with the Court.  Accordingly, Softscape

- 1 -

MOT. FOR ADMIN. RELIEF TO FILE PORTIONS OF DEF'S OPP'N TO PL'S MOT. TO COMPEL AND DECL. OF RATINOFF UNDER SEAL;                Case No. C08-1376 CW (BZ)

- 2 -

1  respectfully requests that the Court allow it to file the above-identified portions of the Ratinoff
2  Declaration and Defendant's Opposition to Plaintiff's Motion to Compel under seal in accordance
3  with the Protective Order and Civil L.R. 79-5.
4  Dated: August 13, 2008     Respectfully submitted,
5  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.
6  /s/ Jeffrey M. Ratinoff
   By:   JEFFREY M. RATINOFF
7         Attorneys for Defendant,
         SOFTSCAPE, INC.
8
9  4401446v.3

- 2 -
MOT. FOR ADMIN. RELIEF TO FILE PORTIONS OF DEF'S OPP'N TO PL'S MOT. TO COMPEL AND DECL. OF RATINOFF UNDER SEAL;          Case No. C08-1376 CW (BZ)

1  ROBERT P. TAYLOR (SBN 46046)
   Email: rtaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California  94304-1124
6  Telephone:  (650) 251-7700
   Facsimile:   (650) 251-7739
7
   Attorneys for Defendant,
8  SOFTSCAPE, INC.

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 SUCCESSFACTORS, INC, a Delaware          Case No. CV 08-1376 CW (BZ)
   corporation,
13                                          **DECLARATION OF JEFFREY M.
                  Plaintiff,                RATINOFF IN SUPPORT OF MOTION
14                                          FOR ADMINISTRATIVE RELIEF TO
          vs.                               FILE PORTIONS OF DEFENDANT'S
15                                          OPPOSITION TO PLAINTIFF'S
   SOFTSCAPE, INC., a Delaware corporation, MOTION TO COMPEL AND THE
16 and DOES 1-10, inclusive,                DECLARATION OF JEFFREY M.
                                            RATINOFF IN SUPPORT THEREOF**
17                Defendants.
18                                          Date: September 3, 2008
                                            Time: 10:00 a.m.
19                                          Judge: Honorable Bernard Zimmerman
                                            Location: Courtroom G 15th Floor
20
21                                          Complaint filed:  March 11, 2008
                                            Trial Date:       June 1, 2009
22

DECL OF RATINOFF ISO MOT TO FILE PORTIONS OF DEF'S OPP'N TO PL'S MOT TO
COMPEL AND DECL OF RATINOFF IN SUPP. UNDER SEAL; Case No. CV 08-1376 CW (BZ)

I, Jeffrey M. Ratinoff, declare:

1. I am an attorney licensed to practice law before all courts in the State of California, and the United States District Court for the Northern District of California. I am Of Counsel with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin") in its Palo Alto, CA office and I, along with other attorneys at Mintz Levin, and Ronald M. Davids, are attorneys of record for Defendant Softscape, Inc. (hereinafter "Softscape" or "Defendant"). I submit this declaration in support of Softscape's Motion for Administrative Relief to File Under Seal Declaration of Jeffrey M. Ratinoff in Support of Defendant's Opposition to Plaintiff's Motion to Compel.

2. I have personal knowledge of the matters set forth herein except as to those matters set forth on information and belief, and as to those I am informed and believe them to be true and could and would competently testify thereto.

3. On April 23, 2008, the Court entered a Protective Order in this case. Pursuant to Section 10 of that order, any documents filed in this action containing confidential information must be filed under seal in accordance with Civil Local Rule 79-5.

4. Accordingly, SuccessFactors requested that it be allowed to file under seal the following portions of the Memorandum of Points and Authorities ("Motion to Compel Brief") and Exhibits to the Declaration of Jeffrey M. Ratinoff ("Ratinoff Declaration") in Support of SuccessFactors' Motion to Compel Production of Documents, Further Interrogatory Answers and Proper Confidentiality Designations.

5. Under the terms of the Protective Order, Softscape designated lines 18-19 on Page 1 of the Declaration of Jeffrey M. Ratinoff in Support of Defendant's Opposition to Plaintiff's Motion to Compel ("Ratinoff Declaration") as "Highly Confidential - Outside Attorneys' Eyes Only" because it refers to information disclosed by Softscape during the Deposition of David Watkins and was designated as such under the Protective Order because disclosure of this information would create a substantial risk of competitive harm or serious injury to Softscape as it contains highly confidential information about acts involving a competitor. The Court has previously permitted Softscape to file this information under seal. (*See* Docket No. 148). In addition, Softscape refers to this information at Page/Lines 16:13-14 of its Opposition to Plaintiff's Motion to Compel Brief.

- 1 -

DECL OF RATINOFF ISO MOT TO FILE PORTIONS OF DEF'S OPP'N TO PL'S MOT TO COMPEL AND DECL OF RATINOFF IN SUPP. UNDER SEAL; Case No. CV 08-1376 CW (BZ)

1  Consistent with the Court's prior order, Softscape therefore requests that these portions of its
2  Opposition and the above portions of the Ratinoff Declaration be filed under seal.

3      6.    Under the terms of the Protective Order, Softscape designated Pages/Lines 111:22-
4  112:8, 112:11-15, 112:19, 154:19-25, 411:7-10, 412:6-18, 413:11-414:18, 414:24-415:4, 415:7-18,
5  415:20-22, 416:17-22, and 418:20-25 of Exhibit E to the Ratinoff Declaration as "Highly
6  Confidential—Attorneys' Eyes Only" because they contain the disclosure and discussion of
7  confidential internal marketing information, competitive business strategies, confidential customer
8  information and related trade secrets, as well as internal Softscape employee information and
9  personal information about third parties, the disclosure of which could create a substantial risk of
10  competitive harm to Softscape and/or those third parties, which can be avoided my maintaining the
11  confidential nature of the information.  Softscape refers to this information at Pages/Lines 14:6-9,
12  15:22-24, 16:20-17:1, 17:24-26 of its Opposition to Plaintiff's Motion to Compel.  Plaintiff requests
13  that these portions of its Opposition and the above portions of Exhibit E to the Ratinoff Declaration
14  be filed under seal.

15      7.    Softscape further designated Page/Lines 112:9-10 of Exhibit E to the Ratinoff
16  Declaration  as "Confidential" under the Protective Order.  This information is confidential because
17  the testimony discloses information relating to internal operational information of Softscape and
18  Softscape would not normally reveal this information to third parties except in confidence and
19  would undertake measures with others (if information was disclosed) to maintain its confidence.  .
20  Plaintiff requests that the above portion of Exhibit E to the Ratinoff Declaration be filed under seal.

21      8.    This information is confidential because it pertains to private information of which is
22  not known outside of the entity and would not normally be revealed this information to third parties
23  except in confidence and would undertake measures with others (if information was disclosed) to
24  maintain its confidence. The Court has previously permitted Softscape to file this information
25  under seal.  (*See* Docket No. 148).  Softscape refers to this information at Pages/Lines 15:13-14 of
26  its Opposition to Plaintiff's Motion to Compel.  Plaintiff requests that these portions of its
27  Opposition and the above portions of Exhibit E to the Ratinoff Declaration be filed under seal.
28      9.    Softscape further designated Pages/Lines 236:5-10 and 236:16-15 of Exhibit E to the

DECL OF RATINOFF ISO MOT TO FILE PORTIONS OF DEF'S OPP'N TO PL'S MOT TO COMPEL AND DECL OF RATINOFF IN SUPP. UNDER SEAL; Case No. CV 08-1376 CW (BZ)

1  Ratinoff Declaration as "Confidential" under the Protective Order.  This information is confidential

2  because it pertains to private information of a third party entity, New Millenium Shoe, which is not

3  known outside of the entity and would not normally be revealed this information to third parties

4  except in confidence and would undertake measures with others (if information was disclosed) to

5  maintain its confidence.  The Court has previously permitted Softscape to file this information

6  under seal.  (*See* Docket No. 148).  Softscape refers to this information at Pages/Lines 15:13-14 of

7  its Opposition to Plaintiff's Motion to Compel.  Plaintiff requests that these portions of its

8  Opposition and the above portions of Exhibit E to the Ratinoff Declaration be filed under seal.

9  　　　　10.　　Under the terms of the Protective Order, Softscape designated part of Page 1 of

10  Exhibit H to the Ratinoff Declaration as "Confidential" under the protective because it constitutes

11  confidential and proprietary information about Softscape's internal operation and its business

12  practices and Softscape would not normally reveal this information to third parties except in

13  confidence and would undertake measures with others (if information was disclosed) to maintain its

14  confidence.  Softscape requests that the above portions of Exhibit H to the Ratinoff Declaration be

15  filed under seal.

16  　　　　11.　　Under the terms of the Protective Order, Softscape redacted Pages/Lines 15:13-14,

17  15:19-21 of its Opposition to Plaintiff's Motion to Compel because it refers to and/or discloses

18  information attached the Declaration of Henry Z. Carbajal III ("Carbajal Declaration") in Support of

19  SuccessFactors' Motion to Compel that is already the subject of SuccessFactors' Administrative

20  Request to File Under Seal (Docket Nos. 179-180) and Softscape's Declaration of Bryan J. Sinclair

21  (Docket Nos. 183, 183-2).  Softscape incorporates that declaration by reference as the basis for

22  filing these portions of its brief under seal.

23  　　　　12.　　Under the terms of the Protective Order, both Softscape and SuccessFactors

24  designated portions of Pages 2 and 4 of Exhibit I to the Ratinoff Declaration as "Highly

25  Confidential - Attorneys' Eyes Only" because it constitutes confidential and proprietary information

26  about their respective customers and businesses.  To the extent that such information constitutes

27  Softscape's confidential and proprietary information, disclosure of this information would create a

28  substantial risk of competitive harm or serious injury to Softscape which can be avoided my

- 3 -

maintaining the confidential nature of the information.  Softscape requests that the above portions of Exhibit I to the Ratinoff Declaration be filed under seal.

13. Under the terms of the Protective Order, SuccessFactors designated portions of Exhibit A as "Highly Confidential - Attorneys' Eyes Only."  Under the terms of the Protective Order, SuccessFactors designated Exhibit B, which constitutes the deposition testimony of SuccessFactors' Rule 30(b)(6) witness as "Highly Confidential - Outside Attorneys' Eyes Only."  In addition, Softscape refers to this information at 6:14-18, 9:11, 9:15-17, 9:19-20, 10:8-9, 12:4, 12:17, 22:27-28 of its Opposition to Plaintiff's Motion to Compel Brief.  Thus, Softscape requests that these portions of Defendants' Opposition to Plaintiff's Motion to Compel, and portions of Exhibits A and all of Exhibit B to the Ratinoff Declaration be filed under seal.

14. Softscape is lodging with the Clerk unredacted, sealed copies of the above documents.  The publicly filed versions of these documents are redacted in a manner that is narrowly tailored to protect the aforementioned confidential information, while minimizing the infringement of the public's right of access to documents filed with the Court.

15. Softscape will notify counsel for SuccessFactors of their obligation under Civil L.R. 79-5(d) to file a declaration supporting the confidentiality of its information listed Paragraph 11 above.

16. Pursuant to Civil L.R. 79-5, Softscape intends to file publicly or withdraw from the record any document that it requested to be filed under seal based on confidentiality designations if Softscape withdraws those designations or if the Court denies Softscape's Motion to Seal.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in Palo Alto, California.

Dated: August 13, 2008

/s/ Jeffrey M. Ratinoff
JEFFREY M. RATINOFF

4403871v1

- 4 -
DECL OF RATINOFF ISO MOT TO FILE PORTIONS OF DEF'S OPP'N TO PL'S MOT TO COMPEL AND DECL OF RATINOFF IN SUPP. UNDER SEAL; Case No. CV 08-1376 CW (BZ)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C08-1376 CW (BZ)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE PORTIONS OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND THE DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT THEREOF**<br><br>Judge: Honorable Bernard Zimmerman |

Having considered Defendant Softscape, Inc.'s Motion for Administrative Relief to File Under Seal Declaration of Jeffrey M. Ratinoff in Support of Defendant's Opposition to Plaintiff's Motion to Compel, the Court, and for good cause showing, IT IS HEREBY ORDERED THAT:

1. The following portions the Declaration of Jeffrey M. Ratinoff in Support of Defendant's Opposition to Plaintiff's Motion to Compel ("Ratinoff Declaration") are HEREBY SEALED: Lines 18-19 on Page 1.

2. The following portions of Exhibit E to the Ratinoff Declaration are HEREBY

- 1 -

[PROPOSED] ORDER GRANTING DEF'S MOT TO FILE PORTIONS OF DEF'S OPP'N TO PL'S MOT TO COMPEL AND DECL OF RATINOFF IN SUPP. THEREOF UNDER SEAL;   Case No. C08-1376 CW (BZ)

1  SEALED: Pages:Lines 111:22-112:15, 112:19; 154:19-25; 236:5-10, 236:16-25; 411:7-10; 412:6-
2  18; 413:11-25; 414:1-18, 414:24-25; 415:1-4, 415:7-18, 415:20-22; 416:17-22; and 418:20-25;
3      3.    The following portions of Exhibit H to the Ratinoff Declaration are HEREBY
4  SEALED: Part of Page 1 as redacted by Softscape;
5      4.    The following portions of Exhibit I to the Ratinoff Declaration are HEREBY
6  SEALED: Parts of Pages 2 and 4 as redacted by Softscape;
7      5.    The following portions of Defendant's Opposition to Plaintiff's Motion to Compel
8  are HEREBY SEALED: Pages:Lines 14:6-9, 15:13-14, 15:19-24, 16:13-14, 16:20-17:1, 17:24-26.

10      IT IS SO ORDERED.
11  Dated: _____

The Honorable Bernard Zimmerman
United States Magistrate Judge

4403809v.1

[PROPOSED] ORDER GRANTING DEF'S MOT TO FILE PORTIONS OF DEF'S OPP'N TO PL'S MOT TO COMPEL AND DECL OF RATINOFF IN SUPP. THEREOF UNDER SEAL;    Case No. C08-1376 CW (BZ)