1  ROBERT P. TAYLOR (SBN 46046)
   Email: rptaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California  94304-1124
6  Telephone:  (650) 251-7700
   Facsimile:   (650) 251-7739
7

8  Attorneys for Defendant,
   SOFTSCAPE, INC.
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

| | |
|---|---|
| 13  SUCCESSFACTORS, INC, a Delaware corporation,<br>14<br>            Plaintiff,<br>15<br>     vs.<br>16<br>SOFTSCAPE, INC., a Delaware corporation,<br>17  and DOES 1-10, inclusive,<br>18             Defendants. | Case No. C08-1376 CW (BZ)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Bernard Zimmerman<br><br>Complaint filed:   March 11, 2008<br>Trial Date:            June 1, 2009 |

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in the County of Santa Clara, State of California, at Mintz Levin Cohn Ferris Glovsky and Popeo, PC, 1400 Page Mill Road, Palo Alto, California 94304-1124. On August 13, 2008, I served the following documents:

- **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (FILED UNDER SEAL)**
- **DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (FILED UNDER SEAL)**

on the interested parties in this action as follows:

**PERSONAL SERVICE**: by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

**Attorneys for Plaintiff**
Laurence F. Pulgram
Henry H. Carbajal, III
Dennis M. Faigal
Liwen Arius Mah
Patrick E. Premo
Fenwick & West LLP
801 California Street
Mountain View, CA  94041

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and that this declaration was executed on August 13, 2008, at Palo Alto, California. I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed on August 13, 2008            *Alice P. Kava* (signature)
                                                             Alice P. Kava