1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9

10   SUCCESSFACTORS, INC.,              )
                                        )
11             Plaintiff(s),            )        No. C08-1376 CW (BZ)
                                        )
12        v.                            )
                                        )        **ORDER SCHEDULING TELEPHONIC**
13   SOFTSCAPE, INC.,                   )        **CONFERENCE**
                                        )
14             Defendant(s).            )
                                        )
15   _____)

16        **IT IS HEREBY ORDERED** that a telephone conference to

17   discuss the outstanding discovery disputes is scheduled for

18   **Wednesday, August 20, 2008 at 9:00 a.m.**  Counsel shall contact

19   **CourtCall**, telephonic court appearances at **1-888-882-6878**, and

20   make arrangements for the telephonic conference call.

21

22   Dated: August 15, 2008

23                              _____
                                        Bernard Zimmerman
24                              United States Magistrate Judge
     G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\TEL CONFERENCE3.wpd
25
26
27
28

                                   1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUCCESSFACTORS INC,

          Plaintiff,

  v.

SOFTSCAPE INC. et al,

          Defendant.

_____/

Case Number: CV08-01376 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald M. Davids
Davids and Cohen PC
40 Washington Street
Suite 20
Wellesley,  MA 02481

Dated: August 15, 2008

Richard W. Wieking, Clerk
By: Simone Voltz, Deputy Clerk