```
 1  ROBERT P. TAYLOR (SBN 46046)
    Email: rtaylor@mintz.com
 2  BRYAN J. SINCLAIR (SBN 205885)
    Email: bsinclair@mintz.com
 3  JEFFREY M. RATINOFF (SBN 197241)
    Email: jratinoff@mintz.com
 4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
    POPEO, PC
 5  1400 Page Mill Road
    Palo Alto, California 94304-1124
 6  Telephone: (650) 251-7700
    Facsimile: (650) 251-7739
 7
    Attorneys for Defendant,
 8  SOFTSCAPE, INC.
```

**FILED**

AUG 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-1376 CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge: Honorable Claudia Wilken<br><br>Complaint filed: March 11, 2008<br>Trial Date: June 1, 2009 |



Pursuant to Civil L.R. 11-3, Doris M. Fournier, an active member in good standing of the bars of Massachusetts and U.S. District Court, District of Massachusetts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Softscape, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

- 1 -
APPLICATION FOR ADMIN. OF ATTNY *PRO HAC VICE*    Case No. CV 08-1376 CW

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Bryan J. Sinclair (SBN 205885)
> MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
> 1400 Page Mill Road
> Palo Alto, California 94304-1124
> Telephone: (650) 251-7700
> Facsimile: (650) 251-7739

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2008

*[signature]*

DORIS FOURNIER