1  ROBERT P. TAYLOR (SBN 46046)
   Email: rptaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  5 Palo Alto Square - 6th Floor
   3000 El Camino Real
6  Palo Alto, California  94306-2155
   Telephone:  (650) 251-7700
7  Facsimile:   (650) 251-7739

8  Attorneys for Defendant,
   SOFTSCAPE, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 | SUCCESSFACTORS, INC, a Delaware corporation, | Case No. CV 08-1376 CW (BZ)
14 |                                              | **NOTICE OF CHANGE OF ADDRESS**
15 |              Plaintiff,                      |
   |                                              | Judge: Honorable Claudia Wilken
16 |       vs.                                    |
   |                                              | Complaint filed:  March 11, 2008
17 | SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive, | Trial Date:  June 1, 2009
18 |              Defendants.                     |

1 | TO: CLERK OF THE COURT

2 | AND TO: PLAINTIFF SUCCESSFACTORS, INC.

3 | **PLEASE TAKE NOTICE** that, effective August 18, 2008, Robert P. Taylor, Bryan J.

4 | Sinclair, and Jeffrey M. Ratinoff, counsel for Defendant Softscape, Inc. in the above-captioned

5 | matter, have a new address and contact information as follows:

6 | ROBERT P. TAYLOR (SBN 46046)
rptaylor@mintz.com
7 | BRYAN J. SINCLAIR (SBN 205885)
bsinclair@mintz.com
8 | JEFFREY M. RATINOFF (SBN 197241)
jratinoff@mintz.com
9 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
10 | 5 Palo Alto Square - 6th Floor
3000 El Camino Real
11 | Palo Alto, CA  94306-2155
Telephone: (650) 251-7700
12 | Facsimile: (650) 251-7739

13 |

14 | Dated:  August 19, 2008        Respectfully submitted,

15 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.

16 | /s/ Bryan J. Sinclair
By:    BRYAN J. SINCLAIR
17 |          Attorneys for Defendant,
         SOFTSCAPE, INC.

18 |

19 |

20 |

21 | 4407411v.1

22 |

23 |

24 |

25 |

26 |

27 |

28 |

- 1 -

NOTICE OF CHANGE OF ADDRESS                          Case No. CV 08-1376 CW (BZ)