**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Wed., August 20, 2008 @ 9:00 a.m.
TIME: /:*h*,

**TITLE OF CASE:**   **DOCKET NO.:**

Successfactors, Inc. V. Softscape, Inc.   C08-1376 CW (BZ)   ☒ REFERRAL

**ATTORNEY(S) FOR PLAINTIFF(S):**   **ATTORNEY(S) FOR DEFENDANT(S):**

Pulgrem, Prem.   Taylor, Rabinoff

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 24-08

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION   ☐ INITIAL PRETRIAL CONFERENCE (CMC)
   ☐ CONTESTED            ☒ DISCOVERY CONFERENCE
   ☐ UNCONTESTED          ☐ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION       ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING      ☐ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION          ☐ IRS ENFORCEMENT ORDERS
☐ STATUS CONFERENCE        ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF   ☐ DEFENDANT   ☒ COURT

CASE CONTINUED TO: _____

**NOTES**