1   LAURENCE F. PULGRAM (CSB No. 115163)
    lpulgram@fenwick.com
2   LIWEN A. MAH (CSB No. 239033)
    lmah@fenwick.com
3   FENWICK & WEST LLP
    555 California Street, 12th Floor
4   San Francisco, CA  94104
    Telephone:    (415) 875-2300
5   Facsimile:    (415) 281-1350

6   PATRICK E. PREMO (CSB No. 184915)
    ppremo@fenwick.com
7   HENRY Z. CARBAJAL III (CSB No. 237951)
    hcarbajal@fenwick.com
8   DENNIS M. FAIGAL (CSB No. 252829)
    dfaigal@fenwick.com
9   FENWICK & WEST LLP
    Silicon Valley Center
10  801 California Street
    Mountain View, CA  94041
11  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200

12
    Attorneys for Plaintiff
13  SUCCESSFACTORS, INC.

14          UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16          OAKLAND DIVISION

17

18  SUCCESSFACTORS, INC. a Delaware          Case No. C-08-1376 CW (BZ)
    corporation,
19                                           **MOTION FOR ADMINISTRATIVE RELIEF TO
                    Plaintiff,               FILE UNDER SEAL EXHIBITS TO THE REPLY
20                                           DECLARATION OF HENRY Z. CARBAJAL III IN
            v.                               SUPPORT OF PLAINTIFF'S SUCCESSFACTORS,
21                                           INC.'S MOTION TO COMPEL PRODUCTION OF
    SOFTSCAPE, INC., a Delaware              DOCUMENTS, FURTHER INTERROGATORY
22  corporation; and DOES 1-10,             ANSWERS AND PROPER PRIVILEGE LOGS;
                                             DECLARATION OF HENRY Z. CARBAJAL III IN
23                  Defendants.              SUPPORT THEREOF**

24                                           Date:       September 3, 2008
                                             Time:       10:00 a.m.
25                                           Judge:      Hon. Bernard Zimmerman
                                             Place:      Courtroom G, 15th Floor
26
                                             Date of Filing: July 30, 2008
27                                           Trial Date:      May 11, 2009

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff SuccessFactors, Inc. ("SuccessFactors") hereby moves the Court for an Order permitting it to file under seal in this Court certain portions of deposition testimony and exhibits attached to the Reply Declaration of Henry Z. Carbajal III in Support of Plaintiff SuccessFactors, Inc.'s Motion to Compel Production of Documents, Further Interrogatory Answers, and Proper Privilege Logs ("Carbajal Declaration"), which have been designated as "Confidential," "Attorneys' Eyes Only," or "Outside Attorneys' Eyes Only," pursuant to the Stipulated Protective Order entered by the Court.  (Dkt. No. 89.)  The specific deposition testimony and production documents at issue are as follows:

1.    Page 49, lines 1-13 and 17-18, Page 50, lines 14-16, and Page 226, lines 8-20 of the transcript of the May 29, 2008 Deposition of Dave Watkins, part of Exhibit 1 to the Carbajal Declaration.

2.    Exhibits 2, 3, 4, 5, 6 and 7 to the Carbajal Declaration

The above cited exhibits to the Carbajal Declaration contain information that was designated as "Confidential," "Attorneys' Eyes Only," or "Outside Attorneys' Eyes Only," by Defendant Softscape, Inc., as they purportedly pertain to sensitive customer information, personal information or business practices.

Accordingly, SuccessFactors respectfully requests that the Court allow it to file Exhibits 1 through 7 of the Carbajal Declaration under seal in accordance with the Protective Order and Civil Local Rule 79-5.

Dated:  August 20, 2008                      FENWICK & WEST LLP


By:  _____*/s/ Henry Z. Carbajal III*_____
                                         Henry Z. Carbajal III
                                         Attorneys for Plaintiff SUCCESSFACTORS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## DECLARATION OF HENRY Z CARBAJAL III

I, Henry Z Carbajal III, declare as follows:

1.    I am an attorney with the law firm at Fenwick & West LLP, counsel of record for Plaintiff SuccessFactors, Inc. ("SuccessFactors").  I make this declaration based on my personal knowledge, except where otherwise indicated, and if I am called as a witness, I would and could testify competently to the matters contained herein.

2.    On April 23, 2008, this Court entered a Protective Order pursuant to the stipulation of the parties.  Pursuant to section 10 of that order, any document filed in this action which contains confidential information shall be filed under seal in accordance with Civil Local Rule 79-5.

3.    Accordingly, SuccessFactors respectfully requests that it be allowed to file under seal the following portions of exhibits and exhibits to the Reply Declaration of Henry Z. Carbajal III in Support of Plaintiff SuccessFactors, Inc.'s Motion to Compel Production of Documents, Further Interrogatory Answers, and Proper Privilege Logs ("Carbajal Declaration").

4.    Page 49, lines 1-13 and 17-18 and Page 50, lines 14-16 of the deposition testimony attached as Exhibit 1 to the Carbajal Declaration, have been designated by Defendant Softscape, Inc. ("Softscape"), as "Confidential" under the Protective Order.  Softscape thus maintains that this testimony contains information it (i) would not normally reveal to third parties except in confidence or has undertaken with others to maintain in confidence, or (ii) believes in good faith is confidential and/or protected by a right to privacy under federal or state law or any other applicable privilege or right related to confidentiality or privacy.  Plaintiff requests that the above portions of Exhibit 1 to the Carbajal Declaration be filed under seal.

5.    Page 226, lines 8-20 of the deposition testimony attached as Exhibit 1 to the Carbajal Declaration, has been designated by Softscape, as "Highly Confidential-Attorneys' Eyes Only" under the Protective Order.  Softscape thus maintains that this testimony contains confidential information disclosure of which would create a substantial risk of competitive harm or serious injury that could not be avoided by less restrictive means.  Plaintiff requests that the above portions of Exhibit 1 to the Carbajal Declaration be filed under seal.

/ / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    6.    Exhibit 2 to the Carbajal Declaration is a copy of Softscape production document

2    SSHC002, which comprises phone records of Softscape CEO Dave Watkins.  Softscape

3    designated these records as "Highly Confidential-Outside Attorneys' Eyes Only" under the

4    Protective Order.  Softscape thus maintains that this document contains confidential information

5    disclosure of which would create a substantial risk of competitive harm or serious injury that

6    could not be avoided by less restrictive means.  Plaintiff requests that Exhibit 2 to the Carbajal

7    Declaration be filed under seal.

8    7.    Exhibit 3 to the Carbajal Declaration is a copy of Softscape production documents

9    SSHC00240-246, which comprise phone records of various Softscape employees.  Softscape

10    designated these records as "Highly Confidential-Outside Attorneys' Eyes Only" under the

11    Protective Order.  Softscape thus maintains that these documents contain confidential information

12    disclosure of which would create a substantial risk of competitive harm or serious injury that

13    could not be avoided by less restrictive means.  Plaintiff requests that Exhibit 3 to the Carbajal

14    Declaration be filed under seal.

15    8.    Exhibit 4 to the Carbajal Declaration is a copy of Softscape production documents

16    SSHC00908-916, which comprise phone records of Softscape employees Michael Brandt, Dave

17    Watkins and Lillian Watkins.  Softscape designated these records as "Highly Confidential-

18    Outside Attorneys' Eyes Only" under the Protective Order.  Softscape thus maintains that these

19    documents contain confidential information disclosure of which would create a substantial risk of

20    competitive harm or serious injury that could not be avoided by less restrictive means.  Plaintiff

21    requests that Exhibit 4 to the Carbajal Declaration be filed under seal.

22    9.    Exhibit 5 to the Carbajal Declaration is a copy of Softscape production document

23    SSP002804, which comprises an e-mail string between Softscape employees.  Softscape

24    designated this document as "Highly Confidential-Attorneys' Eyes Only" under the Protective

25    Order.  Softscape thus maintains that this document contains confidential information disclosure

26    of which would create a substantial risk of competitive harm or serious injury that could not be

27    avoided by less restrictive means.  Plaintiff requests that Exhibit 5 to the Carbajal Declaration be

28    filed under seal.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

10.     Exhibit 6 to the Carbajal Declaration is a copy of a document produced to SuccessFactors by non-party Larry Kurzner, numbered LKH001, which comprises an e-mail communication with a Softscape employee.  Mr. Kurzner designated this document as "Highly Confidential-Attorneys' Eyes Only" under the Protective Order, presumably due to the presence of human resources related information.  Mr. Kurzner, and presumably Softscape, thus maintain that this document contains confidential information disclosure of which would create a substantial risk of competitive harm or serious injury that could not be avoided by less restrictive means.  Plaintiff requests that Exhibit 6 to the Carbajal Declaration be filed under seal.

11.     Exhibit 7 to the Carbajal Declaration is a copy of Softscape production document SSP00865, which comprises an e-mail string.  Softscape designated this document as "Confidential" under the Protective Order.  Softscape thus maintains that this document contains information it (i) would not normally reveal to third parties except in confidence or has undertaken with others to maintain in confidence, or (ii) believes in good faith is confidential and/or protected by a right to privacy under federal or state law or any other applicable privilege or right related to confidentiality or privacy.  Plaintiff requests that Exhibit 7 to the Carbajal Declaration be filed under seal.

12.     The exhibits enumerated above are the only portion of SuccessFactors filing to be filed under seal.

13.     SuccessFactors will lodge with the Clerk sealed copies of the above documents.

14.     SuccessFactors will notify counsel for Defendants of their obligation to file a declaration supporting the confidentiality of their documents and information referenced above under Civil L.R. 79-5(d).

15.     Pursuant to Civil L.R. 79-5, SuccessFactors intends to file publicly or withdraw from the record any exhibits that it requested to be filed under seal based on the confidentiality designations where such designation is withdrawn by the Defendants, or SuccessFactors' request is denied by this Court.

///

///

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.  Executed this 20th day of August 2008

3    at Mountain View, California.

4                                                          By:    */s/ Henry Z. Carbajal III*

5                                                                        Henry Z. Carbajal III

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   LAURENCE F. PULGRAM (CSB No. 115163)
    lpulgram@fenwick.com
2   LIWEN A. MAH (CSB No. 239033)
    lmah@fenwick.com
3   FENWICK & WEST LLP
    555 California Street, 12th Floor
4   San Francisco, CA  94104
    Telephone:    (415) 875-2300
5   Facsimile:    (415) 281-1350

6   PATRICK E. PREMO (CSB No. 184915)
    ppremo@fenwick.com
7   HENRY Z. CARBAJAL III (CSB No. 237951)
    hcarbajal@fenwick.com
8   DENNIS M. FAIGAL (CSB No. 252829)
    dfaigal@fenwick.com
9   FENWICK & WEST LLP
    Silicon Valley Center
10  801 California Street
    Mountain View, CA  94041
11  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
12
    Attorneys for Plaintiff
13  SUCCESSFACTORS, INC.

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                   OAKLAND DIVISION

17

18  SUCCESSFACTORS, INC. a Delaware          Case No. C-08-1376 CW (BZ)
    corporation,
19                                           [PROPOSED] ORDER GRANTING PLAINTIFF'S
                    Plaintiff,               MOTION FOR ADMINISTRATIVE RELIEF TO
20                                           FILE UNDER SEAL EXHIBITS TO THE REPLY
            v.                               DECLARATION OF HENRY Z. CARBAJAL III IN
21                                           SUPPORT OF PLAINTIFF'S SUCCESSFACTORS,
    SOFTSCAPE, INC., a Delaware              INC.'S MOTION TO COMPEL PRODUCTION OF
22  corporation; and DOES 1-10,             DOCUMENTS, FURTHER INTERROGATORY
                                             ANSWERS AND PROPER PRIVILEGE LOGS
23                  Defendants.

24                                           Date:     September 3, 2008
                                             Time:     10:00 a.m.
25                                           Judge:    Hon. Bernard Zimmerman
                                             Place:    Courtroom G, 15th Floor
26
                                             Date of Filing: July 30, 2008
27                                           Trial Date:     May 11, 2009
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## [PROPOSED] ORDER GRANTING PLAINTIFF'S
## MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL

On this day, the Court considered Plaintiff SuccessFactors, Inc.'s ("SuccessFactors")

Motion for Administrative Relief to File Under Seal Exhibits to the Reply Declaration of Henry Z.

Carbajal III in Support of Plaintiff's SuccessFactors, Inc.'s Motion to Compel Production Of

Documents, Further Interrogatory Answers and Proper Privilege Logs ("Motion to Seal")

After due consideration, **IT IS HEREBY ORDERED AND ADJUDGED** that

SuccessFactors' Motion to Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that the following portions of exhibits and exhibits to the

Reply Declaration of Henry Z. Carbajal III in Support of Plaintiff SuccessFactors, Inc.'s Motion

to Compel Production of Documents, Further Interrogatory Answers, and Proper Privilege Logs

("Carbajal Declaration") are hereby **FILED UNDER SEAL**:

1.    Page 49, lines 1-13 and 17-18, Page 50, lines 14-16, and Page 226, lines 8-20 of the transcript of the May 29, 2008 Deposition of Dave Watkins, part of Exhibit 1 to the Carbajal Declaration; and

2.    Exhibits 2, 3, 4, 5, 6 and 7 to the Carbajal Declaration.

**IT IS SO ORDERED**.

Dated: _____, 2008        _____

                                        Magistrate Judge Bernard Zimmerman
                                        United States Magistrate Judge