1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 875-2300
5  Facsimile:   (415) 281-1350

6  PATRICK E. PREMO (CSB No. 184915)
   ppremo@fenwick.com
7  HENRY Z. CARBAJAL III (CSB No. 237951)
   hcarbajal@fenwick.com
8  DENNIS M. FAIGAL (CSB No. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
12
   Attorneys for Plaintiff
13 SUCCESSFACTORS, INC.

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                   OAKLAND DIVISION

17

18 SUCCESSFACTORS, INC. a Delaware          Case No. C-08-1376 CW (BZ)
   corporation,
19                                          REPLY DECLARATION OF HENRY Z.
               Plaintiff,                   CARBAJAL III IN SUPPORT OF PLAINTIFF
20                                          SUCCESSFACTORS, INC.'S MOTION TO
       v.                                   COMPEL PRODUCTION OF DOCUMENTS,
21                                          FURTHER INTERROGATORY ANSWERS AND
   SOFTSCAPE, INC., a Delaware              PROPER PRIVILEGE LOGS
22 corporation; and DOES 1-10,
                                            Date:      September 3, 2008
23             Defendants.                  Time:      10:00 a.m.
                                            Judge:     Hon. Bernard Zimmerman
24                                          Place:     Courtroom G, 15th Floor

25                                          Date of Filing:     July 30, 2008
                                            Trial Date:         May 11, 2009
26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    I, Henry Z. Carbajal III, declare as follows:

2        1.      I am an attorney with the law firm of Fenwick & West LLP, counsel to Plaintiff

3    SuccessFactors, Inc. ("SuccessFactors") and I make this declaration in support of Plaintiff

4    SuccessFactors, Inc.'s Reply Memorandum in Support of its Motion to Compel Production of

5    Documents, Further Interrogatory Answers and Proper Privilege Logs.  I make the following

6    statements based upon my personal knowledge, and, if called upon to testify, would testify

7    competently to them.

8        2.      Discovery proceedings in the present case have been contentious.  Although

9    counsel for SuccessFactors repeatedly sought Softscape's informal cooperation to produce

10   documents in response to SuccessFactors' document requests, first issued in March 2008,

11   discussions in this regard with Softscape often deteriorated into a cycle of Softscape's counsel

12   agreeing to produce responsive documents by a date certain only to fail to produce documents by

13   the agreed date.  These missed deadlines include Softscape's prior commitments to produce

14   responsive documents on May 15 and May 16, June 17, and July 3, 2008.

15       3.      Softscape's failure to timely produce documents was raised during the July 3, 2008

16   discovery conference.  In its July 7, 2008 Third Discovery Order, stemming from proceedings at

17   the discovery conference, the Court stated that "[a]ll document production must be completed by

18   August 1, 2008, except production of documents designated by the plaintiff as tier 1 for the six

19   specified individuals, which must be completed by July 15, 2008."

20       4.      Beginning on July 15, 2008 and continuing through August 15, 2008, Softscape

21   issued very small document productions, with most of the documents not produced in their native

22   format.  On July 28, 2008, SuccessFactors moved the Court to extend its August 1, 2008

23   production deadline.  (Dkt. No. 171.)  On July 30, 2008, the Court denied Softscape's motion to

24   extend the August 1 production deadline.  (Dkt. No. 173.)  Despite the Court's Order, Softscape

25   nevertheless persisted in continuing to produce documents through August 15, 2008.  Softscape

26   never moved the Court to extend its July 15 production deadline for its "tier 1" custodians, even

27   though it appears Softscape did not comply with this deadline either.

28   / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

5.    After August 1, SuccessFactors' counsel requested that Softscape indicate when its Court-ordered productions would be complete, since SuccessFactors continued to receive production CDs from Softscape after August 1.  Softscape did not confirm its July 15 and August 1 productions were complete until August 18, 2008.

6.    At the July 10, 2008 meet and confer session I attended, SuccessFactors raised Softscape's response to Document Request No. 2 regarding database information on potential or intended recipients of the Presentation, sales and marketing efforts directed at Presentation recipients, internal communications regarding Presentation recipients, and communications about the Presentation.  Softscape's counsel refused to produce much of the information requested by SuccessFactors.  Softscape did commit to producing a cross reference list of "hits" between the John Anonymous e-mail list and its primary customer database.  As of the date of this declaration, to my knowledge SuccessFactors has still not received this list.  The John Anonymous e-mail list has apparent e-mail addresses for private individuals, individuals that are representatives of various business entities and departmental e-mail addresses of various business entities.  My colleague, Laurence Pulgram, asked whether the cross-reference list would include identification of both individuals and companies appearing in both the e-mail list and Softscape's customer database.  Softscape's counsel's answer was not clear as to whether it would fully search for commonly listed individuals.  It now appears from Softscape's brief opposing the instant motion that Softscape has committed to searching for both common individuals and business entities.

7.    I understand on page 6, lines 11-22 of Softscape's opposition, Softscape has agreed to provide various categories of documents to SuccessFactors pursuant to Document Requests Nos. 2, 13, 22-25 and 32.  I was in attendance at both the July 10 and July 17, 2008 meet and confer sessions between the parties, and do not recall any of the alleged agreements being posed to SuccessFactors in the form now listed by Softscape, with the exception of the production of the aforementioned cross reference list of "hits."  Specifically, on page 6, lines 14-18 of Softscape's opposition, Softscape agrees to produce the following:

1

2

3
- Communications between January 1, 2008 and the present between Softscape and the seventeen prospective customers that Plaintiff alleges Softscape interfered with, relating to: (a) the Presentation; (b) wins, losses, reasons for wins or losses with respect to any of the seventeen prospects; and/or (c) Plaintiff

4

5

6
- Communications between January 1, 2008 and the present between Softscape and any of the individual or corporate Gmail recipients, or Softscape and any other recipient of the Presentation or Softscape's e-mail transmitting the press release confirming the truth of the Presentation, relating to: (a) the Presentation; (b) wins, losses and reasons for such wins or losses with respect to the recipients; and/or (c) Plaintiff.

7
Softscape's commitment to produce information relating to "wins, losses, reasons for [such] wins

8
or losses" was not previously the part of any meet and confer session between the parties. On

9
page 6, lines 20-22, of the opposition brief, Softscape agrees to produce the following:

10

11
- Documents and communications that relate to customer campaigns that (a) focused on Plaintiffs' alleged lost or poached customers; and (b) marketing campaigns that were commenced by Softscape after January 1, 2008.

12
This agreement cited by Softscape also was not previously part of any meet and confer session

13
between the parties.

14
        8.      On May 16, 2008, my firm issued on behalf of SuccessFactors a subpoena to the

15
Puerto Rican company New Millenium Shoe ("NMS") and forwarded the subpoena to counsel for

16
Softscape requesting that they accept service of the subpoena. Counsel for Softscape did not

17
receive authorization to accept the subpoena on behalf of NMS. The subpoena had to be

18
personally served on Dave Watkins, an officer of NMS, on May 23, 2008. NMS lodged

19
objections to all of SuccessFactors' document requests on or about May 27, 2008. Since May 27,

20
2008, NMS has not produced any documents and has not provided any further response indicating

21
whether it would comply with the outstanding subpoena. Due to NMS' lack of compliance,

22
SuccessFactors was forced to move to enforce the subpoena in the United States District Court for

23
the District of Puerto Rico on August 11, 2008. Just days before its opposition brief was due,

24
counsel for New Millenium Shoe petitioned the district court of Puerto Rico for an extension of

25
time until September 4, 2008 to oppose the discovery motion. Attached as Exhibit 8 is a true and

26
correct copy of the request submitted by NMS' counsel dated August 20, 2008 (Dkt. No. 3.)

27
        9.      My firm issued another subpoena on behalf of SuccessFactors to Dave Watkins'

28
sister-in-law, Ely Valls, who purportedly was an employee of NMS. On August 5, 2008,

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Ms. Valls's attorney produced approximately 14 documents in response to the subpoena originally

2    served on or about April 28, 2008.

3         10.    The parties agreed during the July 10, 2008 meet and confer session that Softscape

4    would log alleged privileged and work product communications with in-house counsel regarding

5    its investigation concerning John Anonymous through March 27, 2008.  Softscape also agreed to

6    log communications between outside counsel and a purported member of the press, to the extent

7    Softscape alleged any of the communications were work product.  In return, SuccessFactors agreed

8    to log privileged and work product communications regarding its pre-litigation investigation

9    through March 27, 2008.  SuccessFactors is not seeking to recant the parties' agreement and

10   intends to uphold its end of the parties' agreement.  With respect to SuccessFactors' request that

11   Softscape log certain alleged privileged or work product press release related documents,

12   SuccessFactors raised a colorable issue of privilege waiver for such documents that pertain to

13   Softscape's investigation regarding the Presentation or its distribution.  This issue cannot readily

14   be raised before the Court unless the documents at issue are identified on a log.

15        11.    I understand that Softscape's opposition brief and the declaration of Jeffrey

16   Ratinoff recount an alleged incident of "*ex parte*" contact with a Softscape employee, Larry

17   Kurzner, and attempted service of a subpoena at his home.  I am informed that SuccessFactors'

18   counsel contacted Larry Kurzner by telephone, as publicly available information listed

19   Mr. Kurzner as the employee of another company.  I am further informed that the first question

20   posed to Mr. Kurzner was whether he was a Softscape employee.  When Mr. Kurzner confirmed

21   this, the conversation was immediately terminated.  Thereafter, SuccessFactors sought to obtain

22   relevant documents from Mr. Kurzner from both before and after his employment at Softscape.  To

23   compel production of documents in Mr. Kurzner's personal possession, SuccessFactors issued a

24   subpoena.  It gave notice via e-mail and facsimile to Softscape of the subpoena on the day efforts

25   began to serve the subpoena, and requested that Softscape accept service on Mr. Kurzner's behalf,

26   with the expectation that SuccessFactors would discontinue efforts to personally serve the

27   subpoena if Softscape's counsel would accept service.  Softscape's counsel declined to answer

28   whether he would accept service.  Thus, SuccessFactors continued efforts to serve the subpoena on

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  Mr. Kurzner personally. Once Softscape finally confirmed it would accept service of the subpoena

2  two days after the subpoena's issuance, SuccessFactors ceased efforts to serve Mr. Kurzner

3  personally. Thus, SuccessFactors acted properly with respect to Mr. Kurzner and commits to

4  acting properly and ethically should the Court compel Softscape to produce unredacted employee

5  phone records.

6        12.     In a letter to me dated July 15, 2008, and at the July 17, 2008 meet and confer

7  session I attended, Softscape's counsel demanded to know exactly how SuccessFactors planned to

8  use unredacted phone record information. By letter dated July 16, 2008, (*see* Dkt. No. 187, Ex. J),

9  and during the July 17, 2008 meet and confer session, myself and Laurence Pulgram, respectively,

10  assured Softscape the information would not be used for any illegal, unethical or harassing

11  purpose. However, we did not go into great detail about SuccessFactors' plans to utilize the

12  information, as Softscape's request for full disclosure of these plans extended to attorneys' thought

13  processes and mental impressions, and hence implicated work product. This is what I meant by

14  the phrase "litigation strategy" in my July 16, 2008 letter to Softscape's counsel. SuccessFactors

15  again confirms that it will not use the unredacted phone record information for any improper,

16  illegal, unethical or harassing purpose.

17        13.     Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the

18  deposition transcript of David Watkins, dated May 29, 2008.

19        14.     Attached hereto as **Exhibit 2** is a true and correct copy of Softscape production

20  documents comprising phone records of Dave Watkins numbered SSHC0002.

21        15.     Attached hereto as **Exhibit 3** is a true and correct copy of Softscape production

22  documents comprising phone records numbered SSHC00240-246.

23        16.     Attached hereto as **Exhibit 4** is a true and correct copy of Softscape production

24  documents comprising phone records of Michael Brandt, Dave Watkins and Lillian Watkins

25  numbered SSHC00908-916.

26        17.     Attached hereto as **Exhibit 5** is a true and correct copy of a Softscape production

27  document comprising an e-mail string between Softscape employees numbered SSP002804.

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    18.    Attached hereto as **Exhibit 6** is a true and correct copy of a document produced to

2    SuccessFactors from non-party Larry Kurzner comprising an e-mail string numbered LKH001.

3    19.    Attached hereto as **Exhibit 7** is a true and correct copy of a Softscape production

4    document comprising an e-mail string numbered SSP00865.

5    20.    Attached hereto as **Exhibit 8** is a true and correct copy of New Millenium Shoe's

6    Notice of Appearance and Motion for an Extension of Time, dated August 20, 2008, filed in the

7    miscellaneous action to enforce SuccessFactors' subpoena in the United States District Court for

8    the District of Puerto Rico, Civil No. 08-00155 (FAB).

9    I declare under penalty of perjury under the laws of the State of California and the United

10    States of America that the foregoing is true and correct.  Executed this 20th day of August 2008 at

11    Mountain View, California.

12

                                                    **/s/ Henry Z. Carbajal III**
13                                                    Henry Z. Carbajal III

14

15                                                                                    1290402

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

EXHIBIT 1 TO
DECLARATION OF HENRY Z. CARBAJAL III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


---------------------------------x

SUCCESSFACTORS, INC., a Delaware

corporation,

                    Plaintiff,

                                        Case No.

vs.                                     CV 08 1376 CW (BZ)


SOFTSCAPE, INC., a Delaware

corporation; DOES 1-10, inclusive,

                    Defendants.

---------------------------------x



        VIDEOTAPED DEPOSITION OF DAVID V. WATKINS, a

    witness called by and on behalf of the Plaintiff,

    taken pursuant to Rule 30 of the Federal Rules of

    Civil Procedure, before James A. Scally, RMR, CRR, a

    Notary Public in and for the Commonwealth of

    Massachusetts, at the offices of Bromberg & Sunstein

    LLP, 125 Summer Street, Boston, Massachusetts, on

    Thursday, May 29, 2008, commencing at 9:16 a.m.

1

2

3

4

5

6

7

8

9

10

11

12

13

14   Q.   All right.  What -- is Exhibit 5's attached

15 PowerPoint the most recent pre-litigation version that

16 exists on the SRC site?

17

18

19 of my knowledge, that's what I can represent.  Whether this

20 was on the physical SRC site, the sales resource center, I

21 don't know.

22   Q.   Let's leave the SRC out of it.  Is the PowerPoint

23 attached as Exhibit 5 the most recent pre-litigation

24 version of The Naked Truth document that exists in

25 PowerPoint form on any Softscape media?

1    A.   I don't know specifically.

2         MR. PULGRAM:  Counsel, I'd like you

3    to get the witness straight on that

4    information, given what's been represented

5    to us.  We'd also like to get immediate

6    production of the post-litigation version

7    and any other versions that exist on the

8    site.

9         MR. DAVIDS:  I'll certainly --

10        MR. PULGRAM:  Let's look at -- I'm

11   sorry.  Go ahead.

12        MR. DAVIDS:  Go ahead.  Go.

13   BY MR. PULGRAM:



17   you know what that is?

18   A.   That's the properties for a file.

19   Q.   And what does it describe the properties for this

20   pdf of The Naked Truth as being?

21   A.   Well, if you represent that this particular

22   properties document that you created represents this file,

23   then what it says is the title, "SuccessFactors - The Naked

24   Truth (Compatibility Mode)," author D. Watkins.

25   Q.   And does it show --

 1        him.

 2               MR. PULGRAM:  -- you and he can

 3        review it.  You may.  Subject to the

 4        provision that this will otherwise be

 5        attorneys' eyes only.

 6               MR. DAVIDS:  Agreed.

 7    BY MR. PULGRAM:

 8    ████████████████████████████████████████████

 9    ████████████████████████████████████████████

10    ████████████████████████████████

11    ██████████████████████████████████████████

12    ████████████████████████████████████████████

13    ███████████████████████████████████

14    ██████████████████████████████████

15    ███████████████████████████████████████

16    ████████████████

17    ██████████████████████████

18    ██████████████████████████████████████████

19    █████████████████████████████████████████████

20    ██████████████████████████████████

21        Q.    When did this happen?

22        A.    Are you talking about the specific time period of

23    2008?

24        Q.    Yes.

25        A.    I believe it happened in the January/February/

1    March time frame.

2        Q.   Can you be more specific, please?

3        A.   No, I can't.

4             MR. PULGRAM:   I don't have time to

5        address all of that right now, so I want to

6        shift for a moment to New Millennium Shoe.

7        We will come back to the customer campaign

8        either tomorrow or when we have the rest of

9        the documents about it.

10       Q.   What is New Millenium Shoe?

11       A.   It's a shoe store.

12       Q.   Store?

13       A.   Correct.

14       Q.   One store?

15       A.   It was three retail stores.  Two and a half retail

16   stores.

17       Q.   Where is it located?

18       A.   It's located -- it was located in Puerto Rico.

19       Q.   It's now one store?

20       A.   It's actually now -- we've closed the retail

21   operations.

22       Q.   Is there any operation remaining?

23       A.   There's still -- there's still a legal entity.

24       Q.   There's a legal entity without operations?

25       A.   Correct.  Without the retail stores.

1    COMMONWEALTH OF MASSACHUSETTS                    SUFFOLK, SS.

2

3            I, JAMES A. SCALLY, RMR, CRR, a Certified
     Shorthand Reporter and Notary Public duly commissioned and
4    qualified in and for the Commonwealth of Massachusetts, do
     hereby certify that there came before me on the 29th day of
5    May, 2008, at 9:16 a.m., the person hereinbefore named,
     DAVID V. WATKINS, who provided satisfactory evidence of
6    identification as prescribed by Executive Order 455 (03-13)
     issued by the Governor of the Commonwealth of
7    Massachusetts, was by me duly sworn to testify to the truth
     and nothing but the truth of his knowledge concerning the
8    matters in controversy in this cause; that he was thereupon
     examined upon his oath, and his examination reduced to
9    typewriting under my direction; and that this is a true
     record of the testimony given by the witness to the best of
10   my ability.
             I further certify that I am neither
11   attorney or counsel for, nor related to or employed by, any
     of the parties to the action in which this deposition is
12   taken, and further, that I am not a relative or employee of
     any attorney or counsel employed by the parties hereto or
13   financially interested in the action.

14

15   My Commission Expires:  April 23, 2015

16

17

18                          _James A. Scally_
                            James A. Scally, RMR, CRR
19                               CSR/Notary Public

20

21

22

23

24

25

EXHIBIT 2 TO
DECLARATION OF HENRY Z. CARBAJAL III

1   LAURENCE F. PULGRAM (CSB NO. 115163)
    lpulgram@fenwick.com
2   ALBERT L. SIEBER (CSB NO. 233482)
    lmah@fenwick.com
3   FENWICK & WEST LLP
    555 California Street, 12th Floor
4   San Francisco, CA  94104
    Telephone: (415) 875-2300
5   Facsimile:  (415) 281-1350

6   PATRICK E. PREMO (CSB NO. 184915)
    ppremo@fenwick.com
7   HENRY Z. CARBAJAL III (CSB No. 237951)
    hcarbajal@fenwick.com
8   DENNIS M. FAIGAL (CSB NO. 252829)
    dfaigal@fenwick.com
9   FENWICK & WEST LLP
    Silicon Valley Center
10  801 California Street
    Mountain View, CA  94041
11  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200

12
    Attorneys for Plaintiff
13  SUCCESSFACTORS, INC.

14
                    UNITED STATES DISTRICT COURT
15
                 NORTHERN DISTRICT OF CALIFORNIA
16
                        OAKLAND DIVISION
17

18  SUCCESSFACTORS, INC., a Delaware        Case No. CV 08-1376 CW
    corporation,
19                                           **MANUAL FILING NOTICE**
                     Plaintiff,
20                                           Date:        September 3, 2008
    v.                                       Time:        10:00 a.m.
21                                           Courtroom:   G, 15th Floor
    SOFTSCAPE, INC., a Delaware              Judge:       Hon. Bernard Zimmerman
22  corporation; and DOES 1-10, inclusive,
                                             Date of Filing:  July 30, 2008
23                   Defendants.             Trial Date:      May 11, 2009

24

25  RE:   **CONFIDENTIAL EXHIBITS 2-7 TO THE DECLARATION OF HENRY Z.
          CARBAJAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL
26        PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND
          PROPER PRIVILEGE LOGS**

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    This filing is in paper or physical form only, and is being maintained in the case file in the

2  Clerk's office.

3    If you are a participant on this case, this filing will be served in hard-copy shortly.

4    For information on retrieving this filing directly from the court, please see the court's main

5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6    This filing was not efiled for the following reason(s):

7    _____    Voluminous Document (PDF file size larger than efiling system allowances)

8    _____    Unable to Scan Documents

9    _____    Physical Object (description): _____

10   _____    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other

11           media

12   __X__    Item Under Seal

13   _____    Conformance with the Judicial Conference Privacy Policy (General Order 53).

14   _____    Other (description): _____

15  Dated: August 20, 2008                    FENWICK & WEST LLP

16

17                                    By: _____/s/ Patrick Premo_____

18                                             Patrick Premo

19                                    Attorneys for Plaintiff
                                      SUCCESSFACTORS, INC.

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBIT 3 TO
DECLARATION OF HENRY Z. CARBAJAL III

1   LAURENCE F. PULGRAM (CSB NO. 115163)
    lpulgram@fenwick.com
2   ALBERT L. SIEBER (CSB NO. 233482)
    lmah@fenwick.com
3   FENWICK & WEST LLP
    555 California Street, 12th Floor
4   San Francisco, CA  94104
    Telephone: (415) 875-2300
5   Facsimile:  (415) 281-1350

6   PATRICK E. PREMO (CSB NO. 184915)
    ppremo@fenwick.com
7   HENRY Z. CARBAJAL III (CSB No. 237951)
    hcarbajal@fenwick.com
8   DENNIS M. FAIGAL (CSB NO. 252829)
    dfaigal@fenwick.com
9   FENWICK & WEST LLP
    Silicon Valley Center
10  801 California Street
    Mountain View, CA  94041
11  Telephone:    (650) 988-8500
    Facsimile:     (650) 938-5200
12
    Attorneys for Plaintiff
13  SUCCESSFACTORS, INC.

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                      OAKLAND DIVISION

17

18  SUCCESSFACTORS, INC., a Delaware          Case No. CV 08-1376 CW
    corporation,
19                                             MANUAL FILING NOTICE
                Plaintiff,
20                                             Date:         September 3, 2008
    v.                                         Time:         10:00 a.m.
21                                             Courtroom:    G, 15th Floor
    SOFTSCAPE, INC., a Delaware               Judge:        Hon. Bernard Zimmerman
22  corporation; and DOES 1-10, inclusive,
                                               Date of Filing:  July 30, 2008
23              Defendants.                    Trial Date:      May 11, 2009

24

25  RE:    CONFIDENTIAL EXHIBITS 2-7 TO THE DECLARATION OF HENRY Z.
            CARBAJAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL
26          PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND
            PROPER PRIVILEGE LOGS
27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    This filing is in paper or physical form only, and is being maintained in the case file in the

2  Clerk's office.

3    If you are a participant on this case, this filing will be served in hard-copy shortly.

4    For information on retrieving this filing directly from the court, please see the court's main

5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6    This filing was not efiled for the following reason(s):

7    _____    Voluminous Document (PDF file size larger than efiling system allowances)

8    _____    Unable to Scan Documents

9    _____    Physical Object (description): _____

10   _____    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other

11             media

12   __X__     Item Under Seal

13   _____    Conformance with the Judicial Conference Privacy Policy (General Order 53).

14   _____    Other (description): _____

15  Dated: August 20, 2008                FENWICK & WEST LLP

16

17                                        By:_____/s/ Patrick Premo_____

18                                                    Patrick Premo

19                                        Attorneys for Plaintiff
                                          SUCCESSFACTORS, INC.

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBIT 4 TO
DECLARATION OF HENRY Z. CARBAJAL III

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  ALBERT L. SIEBER (CSB NO. 233482)
   lmah@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
7  HENRY Z. CARBAJAL III (CSB No. 237951)
   hcarbajal@fenwick.com
8  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
12
   Attorneys for Plaintiff
13 SUCCESSFACTORS, INC.

14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

                        OAKLAND DIVISION
17

18 SUCCESSFACTORS, INC., a Delaware          Case No. CV 08-1376 CW
   corporation,
19                                           MANUAL FILING NOTICE
                   Plaintiff,
20                                           Date:        September 3, 2008
   v.                                        Time:        10:00 a.m.
21                                           Courtroom:   G, 15th Floor
   SOFTSCAPE, INC., a Delaware               Judge:       Hon. Bernard Zimmerman
22 corporation; and DOES 1-10, inclusive,
                                             Date of Filing:  July 30, 2008
23                 Defendants.               Trial Date:      May 11, 2009

24

25 RE:    CONFIDENTIAL EXHIBITS 2-7 TO THE DECLARATION OF HENRY Z.
          CARBAJAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL
26        PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND
          PROPER PRIVILEGE LOGS
27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office.

3  If you are a participant on this case, this filing will be served in hard-copy shortly.

4  For information on retrieving this filing directly from the court, please see the court's main
5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6  This filing was not efiled for the following reason(s):

7  _____    Voluminous Document (PDF file size larger than efiling system allowances)

8  _____    Unable to Scan Documents

9  _____    Physical Object (description): _____

10  _____    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other
11  media

12  __X__    Item Under Seal

13  _____    Conformance with the Judicial Conference Privacy Policy (General Order 53).

14  _____    Other (description): _____

15  Dated: August 20, 2008                    FENWICK & WEST LLP

17  By:_____/s/ Patrick Premo_____
18  Patrick Premo

19  Attorneys for Plaintiff
   SUCCESSFACTORS, INC.

EXHIBIT 5 TO
DECLARATION OF HENRY Z. CARBAJAL III

1    LAURENCE F. PULGRAM (CSB NO. 115163)
     lpulgram@fenwick.com
2    ALBERT L. SIEBER (CSB NO. 233482)
     lmah@fenwick.com
3    FENWICK & WEST LLP
     555 California Street, 12th Floor
4    San Francisco, CA  94104
     Telephone: (415) 875-2300
5    Facsimile:  (415) 281-1350

6    PATRICK E. PREMO (CSB NO. 184915)
     ppremo@fenwick.com
7    HENRY Z. CARBAJAL III (CSB No. 237951)
     hcarbajal@fenwick.com
8    DENNIS M. FAIGAL (CSB NO. 252829)
     dfaigal@fenwick.com
9    FENWICK & WEST LLP
     Silicon Valley Center
10   801 California Street
     Mountain View, CA  94041
11   Telephone:    (650) 988-8500
     Facsimile:    (650) 938-5200
12
     Attorneys for Plaintiff
13   SUCCESSFACTORS, INC.

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        OAKLAND DIVISION

17

18   SUCCESSFACTORS, INC., a Delaware        Case No. CV 08-1376 CW
     corporation,
19                                           **MANUAL FILING NOTICE**
                     Plaintiff,
20                                           Date:        September 3, 2008
     v.                                      Time:        10:00 a.m.
21                                           Courtroom:   G, 15th Floor
     SOFTSCAPE, INC., a Delaware             Judge:       Hon. Bernard Zimmerman
22   corporation; and DOES 1-10, inclusive,
                                             Date of Filing:  July 30, 2008
23                   Defendants.             Trial Date:      May 11, 2009

24

25   **RE:    CONFIDENTIAL EXHIBITS 2-7 TO THE DECLARATION OF HENRY Z.
              CARBAJAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL
26            PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND
              PROPER PRIVILEGE LOGS**

27

28

*FENWICK & WEST LLP*
*ATTORNEYS AT LAW*
*SAN FRANCISCO*

1         This filing is in paper or physical form only, and is being maintained in the case file in the

2    Clerk's office.

3         If you are a participant on this case, this filing will be served in hard-copy shortly.

4         For information on retrieving this filing directly from the court, please see the court's main

5    web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6         This filing was not efiled for the following reason(s):

7       _____   Voluminous Document (PDF file size larger than efiling system allowances)

8       _____   Unable to Scan Documents

9       _____   Physical Object (description): _____

10      _____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other

11   media

12      __X__   Item Under Seal

13      _____   Conformance with the Judicial Conference Privacy Policy (General Order 53).

14      _____   Other (description): _____

15   Dated: August 20, 2008          FENWICK & WEST LLP

16

17                       By:         /s/ Patrick Premo

18                                   Patrick Premo

19                       Attorneys for Plaintiff
                        SuccessFactors, Inc.

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBIT 6 TO
DECLARATION OF HENRY Z. CARBAJAL III

LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
HENRY Z. CARBAJAL III (CSB No. 237951)
hcarbajal@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. CV 08-1376 CW<br><br>**MANUAL FILING NOTICE**<br><br>Date:          September 3, 2008<br>Time:          10:00 a.m.<br>Courtroom:  G, 15th Floor<br>Judge:         Hon. Bernard Zimmerman<br><br>Date of Filing:  July 30, 2008<br>Trial Date:      May 11, 2009 |

**RE:    CONFIDENTIAL EXHIBITS 2-7 TO THE DECLARATION OF HENRY Z. CARBAJAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND PROPER PRIVILEGE LOGS**

1    This filing is in paper or physical form only, and is being maintained in the case file in the

2 Clerk's office.

3    If you are a participant on this case, this filing will be served in hard-copy shortly.

4    For information on retrieving this filing directly from the court, please see the court's main

5 web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6    This filing was not efiled for the following reason(s):

7    _____    Voluminous Document (PDF file size larger than efiling system allowances)

8    _____    Unable to Scan Documents

9    _____    Physical Object (description): _____

10    _____    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other

11    media

12    __X__    Item Under Seal

13    _____    Conformance with the Judicial Conference Privacy Policy (General Order 53).

14    _____    Other (description): _____

15 Dated: August 20, 2008                  FENWICK & WEST LLP

16

17                                          By: _____/s/ Patrick Premo_____

18                                                      Patrick Premo

19                                          Attorneys for Plaintiff
                                            SUCCESSFACTORS, INC.

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBIT 7 TO
DECLARATION OF HENRY Z. CARBAJAL III

1   LAURENCE F. PULGRAM (CSB NO. 115163)
    lpulgram@fenwick.com
2   ALBERT L. SIEBER (CSB NO. 233482)
    lmah@fenwick.com
3   FENWICK & WEST LLP
    555 California Street, 12th Floor
4   San Francisco, CA 94104
    Telephone: (415) 875-2300
5   Facsimile:  (415) 281-1350

6   PATRICK E. PREMO (CSB NO. 184915)
    ppremo@fenwick.com
7   HENRY Z. CARBAJAL III (CSB No. 237951)
    hcarbajal@fenwick.com
8   DENNIS M. FAIGAL (CSB NO. 252829)
    dfaigal@fenwick.com
9   FENWICK & WEST LLP
    Silicon Valley Center
10  801 California Street
    Mountain View, CA 94041
11  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
12
    Attorneys for Plaintiff
13  SUCCESSFACTORS, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

18  SUCCESSFACTORS, INC., a Delaware          Case No. CV 08-1376 CW
    corporation,
19                                            **MANUAL FILING NOTICE**
                    Plaintiff,
20                                            Date:        September 3, 2008
    v.                                        Time:        10:00 a.m.
21                                            Courtroom:   G, 15th Floor
    SOFTSCAPE, INC., a Delaware               Judge:       Hon. Bernard Zimmerman
22  corporation; and DOES 1-10, inclusive,
                                              Date of Filing: July 30, 2008
23                  Defendants.               Trial Date:     May 11, 2009

24

25  **RE:   CONFIDENTIAL EXHIBITS 2-7 TO THE DECLARATION OF HENRY Z.
           CARBAJAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL
26         PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND
           PROPER PRIVILEGE LOGS**

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____    Voluminous Document (PDF file size larger than efiling system allowances)

_____    Unable to Scan Documents

_____    Physical Object (description): _____

_____    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_X\_\_    Item Under Seal

_____    Conformance with the Judicial Conference Privacy Policy (General Order 53).

_____    Other (description): _____

Dated: August 20, 2008                    FENWICK & WEST LLP


                                          By:_____/s/ Patrick Premo_____
                                                        Patrick Premo

                                          Attorneys for Plaintiff
                                          SUCCESSFACTORS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBIT 8 TO
DECLARATION OF HENRY Z. CARBAJAL III

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| SUCCESSFACTORS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SOFTSCAPE, INC., and DOES 1-10, inclusive, <br><br> Defendants. | CIVIL NO. 08-00155 (FAB) |

### NOTICE OF APPEARANCE AND MOTION FOR AN EXTENSION OF TIME

**TO THE HONORABLE COURT:**

**COMES NOW** third-party New Millenium Shoe ("NMS") and through the undersigned attorney very respectfully states and prays:

1.       Third-party NMS has retained undersigned counsel to represent it in the captioned matter. It is respectfully requested that notice be taken of the undersigned's appearance and that all documents, papers and pleadings be served at the address below:

Luis F. del Valle-Emmanuelli
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel 787.791.1818
Fax 787.791.4260
dvelawoffices@onelinkpr.net

2.       Undersigned counsel will jointly represent NMS in the captioned matter with:

Luis F. Juarbe-Jiménez
Báez & Juarbe
618 Barbosa Avenue
Barbosa Building, Suite 103
Hato Rey, Puerto Rico 00918
Tel 787.758.8029
Fax 787.754.0109
lfjuarbe@baez&juarbe.com

3.       NMS is the target of a motion filed by SuccessFactors, Inc., on August 11, 2008 (docket entry 1), seeking to compel NMS to produce a myriad of documents. The opposition

response is due by August 27, 2008.

4.     NMS respectfully requests an extension of time of ten (10) days so the undersigned may have sufficient time to fully review the matter and be in a position to draft a response brief on its behalf. NMS respectfully submits that the extension of time requested will not cause prejudice or unduly delay these proceedings, and will allow the third-party's counsel to become acquainted with the issues.

**WHEREFORE**, third-party New Millenium Shoe very respectfully requests that notice be taken of the appearance of both their counsel and further requests that an extension of ten (10) days, or until September 4, 2008, be granted to file an opposition to SuccessFactors, Inc.'s motion to compel (docket entry 1).

**I HEREBY CERTIFY** that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Roberto A. Cámara-Fuertes**, Fiddler, González & Rodríguez, P.O. Box 363507, San Juan, Puerto Rico 00936-3507 and all CM/ECF participants in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 20th day of August, 2008.

*DEL VALLE-EMMANUELLI LAW OFFICES*
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.791.1818
Fax 787.791.4260


S/Luis F. del Valle_____
LUIS F. DEL VALLE-EMMANUELLI
USDC NO. 209514
dvelawoffices@onelinkpr.net

2