LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

PATRICK E. PREMO (CSB NO. 184915)
*ppremo@fenwick.com*
HENRY Z. CARBAJAL III (CSB No. 237951)
*hcarbajal@fenwick.com*
DENNIS M. FAIGAL (CSB NO. 252829)
*dfaigal@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08 1376 CW (BZ)<br><br>**DECLARATION OF PATRICK PREMO IN SUPPORT OF PROPOSED ORDER TO SEAL PORTIONS OF DEFENDANT'S EXHIBITS TO THE DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

1        I, Patrick Premo, declare as follows:

2        1.   I am a partner with the law firm of Fenwick & West LLP, counsel of record for Plaintiff SuccessFactors, Inc. ("SuccessFactors").  I make this declaration based on my personal knowledge, except where otherwise indicated, and if I am called as a witness, I would and could testify competently to the matters contained herein.  I have represented SuccessFactors since the initiation of this litigation in early March 2008.  I also represent SuccessFactors in a number of other litigations and am familiar with their business practices and procedures.

3        2.   On August 13, 2008, Jeffrey M. Ratinoff, counsel for Defendant Softscape, Inc. ("Softscape"), filed with the Court a Declaration in Support of Defendant's Opposition to Plaintiff's Motion to Compel (the "Ratinoff Declaration").  It included nine exhibits, Exhibits A through N.

4        3.   Among the information redacted by Softscape from its Exhibits is information that I and my colleagues have designated on behalf of SuccessFactors as Highly Confidential under the Protective Order.  SuccessFactors seeks an administrative order to file under seal the following three narrow categories of information: (1) customer retention information; (2) pricing; and (3) the identity of potential or lost SuccessFactors' customers and prospects as a result of Softscape's unfair business conduct, which includes certain confidential communications between SuccessFactors and these customers and prospects and deposition testimony about lost sales.  We have not included blanket confidentiality designations.  Instead we have selected narrowly redacted information, for example just the names of the specific customer or prospect, as a means of narrowly tailoring our request.

5        4.   SuccessFactors is not seeking an order to file under seal any other information that may have been proffered by Defendant in its opposition papers, other than what is identified here.

6        5.   Exhibit A to the Ratinoff Declaration consists of SuccessFactors' Response to Defendant's First Set of Interrogatories ("Exhibit A").  Limited portions of the interrogatory response were highlighted in yellow and designated as "Attorney's Eyes Only," while the remainder carried no confidentiality designation.

7        6.   The first category of redacted information in the interrogatory answer is customer

PREMO DECL. ISO PROPOSED ORDER TO
SEAL PORTIONS OF EXHIBITS TO RATINOFF         -1-            CASE NO. CV 08 1376 CW (BZ)
DECL. ISO DEF'S. OPP. TO PLF'S MTC

1  retention.  It includes the following passages from Exhibit A: page 4, lines 7-9, 15 and 19.
2  SuccessFactors has designated this information as highly confidential because it includes non-
3  public, confidential information tracked by SuccessFactors' sales, marketing and executive teams.
4  SuccessFactors does not provide the kind of detailed retention information that has been
5  requested and disclosed as part of the discovery process.  This is competitively sensitive
6  information that could be used to the detriment of SuccessFactors.  Customer retention
7  information is the focus of Softscape's "Naked Truth" PowerPoint Presentation.  Softscape has
8  issued a press release on its own customer retention rates on March 10, 2008 – six days after
9  Softscape's "Naked Truth" Presentation was distributed over the internet attacking
10 SuccessFactors' retention rates.  I am informed and believe, that Softscape uses information about
11 customer retention rates as a basis to differentiate itself from its competition, including
12 SuccessFactors, and help close new sales.
13       7.      The second category of information (Exhibit A: page 8, lines 1-3) relates to
14 confidential pricing, more specifically information about the method of pricing on
15 implementation projects and the average length of time on implementation projects.  I am
16 informed that SuccessFactors does not publicly disclose this information, but rather discloses to
17 customers or prospects under an NDA.  Pricing information would be competitively sensitive and
18 could assist a competitor in outbidding its competition.
19       8.      The third category in the interrogatory response, identities of customers and
20 prospects and communications with them, usually concern the Presentation.  The limited
21 redactions are in the following passages of Exhibit A:
22    • Page 6, lines 7-8 and 17-18;
23    • Page 12, line 25;
24    • Page 14, lines 21-23;
25    • Page 15, lines 2-14;
26    • Page 21, lines 20-23
27    • Page 23, lines 11-14;
28    • Page 31, lines 10-14.

PREMO DECL. ISO PROPOSED ORDER TO
SEAL PORTIONS OF EXHIBITS TO RATINOFF         -2-           CASE NO. CV 08 1376 CW (BZ)
DECL. ISO DEF'S. OPP. TO PLF'S MTC

1  SuccessFactors has designated this information as highly confidential because the information
2  reveals specific names of SuccessFactors' customers and prospects and confidential
3  communications usually asking about the Presentation.

4      9.    If public, Softscape would be free to exploit this information.  Its sales team could
5  discover the names of the specific persons within the organization that have voiced concerns and
6  target sales efforts to these people based on concerns revealed in these confidential
7  communications.  Competitors could exploit current customers' reactions, which are included in
8  the passages identified above, to sell against SuccessFactors.

9      10.    The Court has granted relief to file similar information under seal in the order
10  issued by this Court on March 24, 2008.  *See* Order Granting Motion for Administrative Relief to
11  File Under Seal Plaintiff's Exhibits to the Declarations of Rob Bernshteyn and Jorge Corrales in
12  Support of Plaintiff's Motion for Preliminary Injunction and Expedited Discovery (Dkt. No. 49);
13  *see also* Confidential Exhibit 1 to the Declaration of Rob Bernshteyn in Support of Preliminary
14  Injunction and Expedited Discovery (Dkt. No. 39, Ex. A).

15      11.    In addition, Exhibit B to the Ratinoff Declaration ("Exhibit B") is a section of the
16  transcript of the Rule 30(b)(6) deposition of SuccessFactors.  We have designated on behalf of
17  SuccessFactors the portions of the deposition transcript that identify or lead to the identification
18  of SuccessFactors' customers and prospects as highly confidential.  In an effort to narrowly tailor
19  SuccessFactors' request for an order to seal certain information, Plaintiff seeks only to put the
20  specific names of customers and prospects under seal as follows (page numbers identified are the
21  original transcript page numbers as shown in the Exhibit):

22  - Page 89, line 21;
23  - Page 90, lines 10, 15, and 19;
24  - Page 91, lines 2 and 14;
25  - Page 95, lines 2, 3, 7, 9, and 11;
26  - Page 96, lines 1-2, and 7;
27  - Page 97, lines 2, 10, 16, and 24;
28  - Page 98, lines 2, 6, 7, and 11-23;

PREMO DECL. ISO PROPOSED ORDER TO
SEAL PORTIONS OF EXHIBITS TO RATINOFF    -3-    CASE NO. CV 08 1376 CW (BZ)
DECL. ISO DEF'S. OPP. TO PLF'S MTC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  • Page 99, lines 1-20;

2  • Page 100, line 5, 18, and 21-25;

3  • Page 101, lines 1-6, 10, 15, 20, and 23;

4  • Page 105, lines 2-3, and 20-25;

5  • Page 106, lines 2 through page 108, line 24;

6  • Page 111, lines 4-17, and line 21;

7  • Page 115, lines 6-24;

8  • Page 117, lines 1, 4-11, and 23;

9  • Page 118, lines 7-25;

10 • Page 121, line 9 through page 122, line 21;

11 • Page 122, lines 23-25;

12 • Page 123, lines 1-2, lines 9-16, 18, 20-25;

13 • Page 124, lines 1 and 13-19;

14 • Page 125, lines 2 through page 127, line 1;

15 • Page 127, line 8 through page 128, line 10;

16 • Page 128, lines 21 through page 129, line 22;

17 • Page 134, lines 7, 12, 16, 23, and 25;

18 • Page 135, lines 5-10, 17-25; and

19 • Page 136, line 6.

20    12.   The portions identified above relate to detailed questioning and testimony by a key

21 SuccessFactors' witness about potential and actual lost sales caused by the widespread

22 distribution of Softscape's PowerPoint Presentation. It would harm SuccessFactors and unfairly

23 benefit its competitors, including Softscape, to have information about potential and actual lost

24 sales made because competitors could target their sales efforts to these vulnerable accounts.

25    I declare under penalty of perjury under the laws of the State of California and the

26 United States of America that the foregoing is true and correct. Executed this 20th day of August

27 2008 at Mountain View, California.

                                                                    **/s/ Patrick E. Premo**
28                                                                  Patrick E. Premo

PREMO DECL. ISO PROPOSED ORDER TO
SEAL PORTIONS OF EXHIBITS TO RATINOFF     -4-     CASE NO. CV 08 1376 CW (BZ)
DECL. ISO DEF'S. OPP. TO PLF'S MTC

1   LAURENCE F. PULGRAM (CSB NO. 115163)
    *lpulgram@fenwick.com*
2   LIWEN A. MAH (CSB NO. 239033)
    *lmah@fenwick.com*
3   FENWICK & WEST LLP
    555 California Street, 12th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 875-2300
5   Facsimile:   (415) 281-1350

6   PATRICK E. PREMO (CSB NO. 184915)
    *ppremo@fenwick.com*
7   HENRY Z. CARBAJAL III (CSB No. 237951)
    *hcarbajal@fenwick.com*
8   DENNIS M. FAIGAL (CSB NO. 252829)
    *dfaigal@fenwick.com*
9   FENWICK & WEST LLP
    Silicon Valley Center
10  801 California Street
    Mountain View, CA  94041
11  Telephone:     (650) 988-8500
    Facsimile:      (650) 938-5200

12  Attorneys for Plaintiff
13  SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 08 1376 CW (BZ)<br><br>**[PROPOSED] ORDER TO SEAL PORTIONS OF DEFENDANT'S EXHIBITS TO THE DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

For good cause showing, IT IS HEREBY ORDERED THAT:

The following portions that (1) identify or lead to the identity of Plaintiff SuccessFactors, Inc.'s ("SuccessFactors") customers and prospective customers, (2) identify SuccessFactors' pricing, and (3) include information concerning the retention of such customers are HEREBY

1  SEALED:

2  - Excerpts from Exhibit A to the Declaration of Jeffrey M. Ratinoff in Support of
3    Defendant's Opposition to Plaintiff's Motion to Compel: lines 7-9, 15, and 19 on
4    page 4; lines 7-8 and 17-18 on page 6; line 23 of page 7; lines 1-3 on page 8; line
5    25 on page 12; lines 21-23 on page 14; lines 2-14 on page 15; lines 20-23 on page
6    21; and lines 10-14 on page 31.

7  - Excerpts from Exhibit B to the Declaration of Jeffrey M. Ratinoff in Support of
8    Defendant's Opposition to Plaintiff's Motion to Compel (page numbers identified
9    are the original transcript page numbers as shown in the Exhibit): line 21 on page
10   89; lines 10, 15, and 19 on page 90; lines 2 and 14 on page 91; lines 2, 3, 7, 9, and
11   11 on page 95; lines 1-2, and 7 on page 96; lines 2, 10, 16, and 24 on page 97;
12   lines 2, 6, 7, 11-23 on page 98; lines 1-20 on page 99; lines 5, 18, and 21-25 on
13   page 100; lines 1-6, 10, 15, 20, and 23 on page 101; lines 2-3 and 20-25 on page
14   105; line2 on page 106 through line 24 on page 108; lines 4-17 and 21 on page
15   111; lines 6-24 on page 115; lines 1, 4-11, and 23 on page 117; lines 7-25 on page
16   118; line 9 through on page 121 through line 21 on page 122; lines 23-25 on page
17   122; lines 1-2, lines 9-16, 18, and 20-25 on page 123; lines 1 and 13-19 on page
18   124; line 2 on page 125 through line 1 on page 127; line 8 on page 127 through
19   line 10 on page 128; line 21 on page 128 through line 22 on page 129; lines 7, 12,
20   16, 23, and 25 on page 134; lines 5-10, 17-25 on page 135; and line 6 on page 136.

21  IT IS SO ORDERED.

22

23  Dated: _____, 2008    _____
24                                         The Honorable Bernard Zimmerman
                                           United States Magistrate Judge
25

26

27

28

[PROPOSED] ORDER TO SEAL PORTIONS OF
EXHIBITS TO RATINOFF DECL. ISO DEF'S OPP.    -2-    CASE NO. CV 08 1376 CW (BZ)
TO PLF'S MOTION TO COMPEL

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW