COPY

FILED
AUG 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  ROBERT P. TAYLOR (SBN 46046)
   Email: rtaylor@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
5  1400 Page Mill Road
   Palo Alto, California 94304-1124
6  Telephone: (650) 251-7700
   Facsimile: (650) 251-7739
7
   Attorneys for Defendant,
8  SOFTSCAPE, INC.

RECEIVED
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC. a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 08-1376 CW (BZ) <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* <br><br> Judge: Honorable Claudia Wilken <br><br> Complaint filed: March 11, 2008 <br> Trial Date: June 1, 2009 |

Doris M. Fournier, an active member in good standing of the bars of Massachusetts and U.S. District Court, District of Massachusetts, whose business address and telephone number is Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Boston Massachusetts 02111, (617) 542-6000, having applied in the above-titled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Softscape, Inc.

///

///

///

///

///

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;
Case No. CV 08-1376 CW

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3   *vice*. Service of papers upon and communication with co-counsel designated in the application will
4   constitute notice to the party. All future filings in this action are subject to the requirements
5   contained in General Order No. 45, *Electronic Case Filing*.
6   Dated: August 22 2008

                                    /s/ Claudia Wilken
                                    Honorable Claudia Wilken
                                    UNITED STATES DISTRICT JUDGE

11  4405880v.1

- 2 -
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;
Case No. CV 08-1376 CW