UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUCCESSFACTORS, INC.,

    Plaintiff(s),

v.

SOFTSCAPE, INC.,

    Defendant(s).

No. C08-1376 CW (BZ)

**ORDER GRANTING EX PARTE REQUEST TO STAY**

Defendants' ex parte request to stay my August 19, 2008 Order Denying Administrative Motion for Relief to Seal and Scheduling Show Cause Hearing [Order] is **GRANTED**. Defendants assert that Judge Wilken had previously ordered sealed, several brief portions of the parties joint case management statement. While it appears that defendants' requested sealing is overbroad, I can't be certain since the sealed portions of the case management statement do not appear to be in the voluminous record otherwise presented to me. Therefore, in an abundance of caution, the Order is stayed until noon on Wednesday, August 27, 2008, so that defendants can file the unredacted version of the case management

1

statement under seal.  The request for a restraining order is **DENIED**.

Dated: 25 Aug 08

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\StayBZ.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS INC, | Case Number: CV08-01376 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SOFTSCAPE INC. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Doris M. Fournier
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111


Dated: August 25, 2008

                                            Richard W. Wieking, Clerk
                                            By: Simone Voltz, Deputy Clerk