UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS, INC., | |
| Plaintiff(s), | No. C08-1376 CW (BZ) |
| v. | **ORDER AMENDING AUGUST 19, 2008 ORDER DENYING ADMINISTRATIVE MOTION FOR RELIEF TO SEAL AND SCHEDULING SHOW CAUSE HEARING** |
| SOFTSCAPE, INC., | |
| Defendant(s). | |

Having reviewed the unredacted copy of the Joint Case Management Statement lodged by defendant, **IT IS HEREBY ORDERED** that my August 19, 2008 Order Denying Administrative Motion for Relief to Seal and Scheduling Show Cause Hearing is **AMENDED.** The order is amended as follows, the administrative motion is **GRANTED IN PART** and the following portions of the motion to compel and supporting exhibits shall be filed under seal:

1. Exhibit 2 of the Carbajal Declaration:
    a. Page 282, Line 1 (the text between the words "e-mail" and "writes");
    b. Page 282, Line 2 (the text between the words

1

|   |   |   |
|---|---|---|
| 1 |    | "your" and "trial"); |
| 2 | c. | Page 282, Line 3 (the text between the words "the" and "function"); |
| 4 | d. | Page 282, Lines 8-9 (the text between the words "a" and "that"); |
| 6 | e. | Page 282, Lines 9-10 (the text between the words "for" and "correct"); |
| 8 | f. | Page 282, Line 14 (the text between the words "is" and "rep"); |
| 10 | g. | Page 282, Lines 15-18 (the text between the words "wrote" and "Did"); |
| 12 | h. | Page 282-83, Lines 25-1 (the text between the words "to" and "the"); |
| 14 | I. | Page 283, Lines 3-4 (the text between the words "the" and "I"); |
| 16 | j. | Page 283, Line 9 (the text between the words "from" and "correct"); |
| 18 | k. | Page 283, Lines 10-11 (the text between the words "the" and "available"); |
| 20 | l. | Page 283, Line 13 (the text between the words "of" and "correct"); |
| 22 | m. | Page 283, Line 22 (the text following the word "under"); |
| 24 | o. | Page 284, Line 2 (the text following the word "from"); |
| 26 | p. | Page 284, Line 7 (the text following the word "than"); |
| 28 | q. | Page 284, Line 15 (the text between the words |

```
                    "besides" and "and");
        r.   Page 284, Line 22 (the text between the words
             "the" and "trial");
        s.   Page 285, Line 2 (the text following the word
             "by"); and
        t.   Page 285, Line 7 (the text between the words
             "about" and "purported").
   2.   Exhibit 3 of the Carbajal Declaration:
        a.   Page 238, Line 10 (the text between the words
             "of" and "did you not"); and
        b.   Page 238, Lines 11-12 (the text between the
             words "for" and "under").
   3.   The brief in support of the motion to compel:
        a.   Page 4, line 9-10 (the text from the beginning
             of the paragraph to the open parenthesis);
        b.   Page 4, lines 14-15 (the text between the words
             "same" and the beginning parenthesis);
        c.   Page 17, line 3 (the text between the words
             "SuccessFactors" and the beginning
             parenthesis); and
        d.   Page 17, lines 4-5 (the text between the words
             "Watkins" and the beginning parenthesis).
```

Dated: August 27, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\ORDER AMENDING ORDER DENY ADMIN MOTION TO SEAL AND SCHED OSC.FINAL.wpd