LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
HENRY Z. CARBAJAL III (CSB No. 237951)
hcarbajal@fenwick.com
DENNIS M. FAIGAL (CSB No. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff

SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 08-1376 CW (BZ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE AMENDED PLEADINGS** |

Plaintiff SuccessFactors, Inc. ("SuccessFactors" or "Plaintiff") and Defendant Softscape, Inc. ("Softscape" or "Defendant"), by and through their attorneys of record, submit this Joint Stipulation and [Proposed] Order Regarding an Extension of Time to File Amended Pleadings and as good cause state:

1  WHEREAS, the deadline to file amended pleadings is currently set for August 29, 2008
2  (Dkt. No. 150);
3  WHEREAS, Softscape filed a complaint in the Middlesex Superior Court of the
4  Commonwealth of Massachusetts on or about June 4, 2008, and served its complaint on or about
5  June 16, 2008;
6  WHEREAS, on July 7, 2008, SuccessFactors served a motion to dismiss or stay
7  Softscape's action for *forum non conveniens* in Massachusetts on the basis that Softscape's
8  allegations of trade secrets misappropriation and unfair competition substantially overlap with
9  Softscape's affirmative defense of unclean hands in the instant case;
10  WHEREAS, on August 27, 2008, the Middlesex Superior Court granted SuccessFactors'
11  motion to dismiss without prejudice;
12  WHEREAS, SuccessFactors has been unable to schedule the depositions of certain key
13  witnesses for Softscape until the latter half of September with one important deposition set for
14  October 1, 2008;
15  WHEREAS, the parties have not requested any extension of time in this case and are not
16  currently seeking an extension of the June 1, 2009 trial date.
17  ACCORDINGLY, the parties HEREBY STIPULATE AND AGREE, to avoid either party
18  suffering any prejudice, that the parties' deadline to file any amended pleadings shall be extended
19  from August 29, 2008 until October 3, 2008.
20  **IT SO STIPULATED.**

21  Dated: August 27, 2008                    Respectfully submitted,

                                              Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C.

                                      By:    */s/ Bryan Sinclair*
                                              Bryan Sinclair
                                              Jeffrey M. Ratinoff
                                              Attorneys for Defendant Softscape, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

EXTEND DEADLINE TO FILE AMENDED PLEADINGS

Dated: August 27, 2008    Respectfully submitted,

Fenwick & West LLP

By: _____*/s/ Patrick E. Premo*_____
Patrick E. Premo
Attorneys for Plaintiff, SuccessFactors, Inc.

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from the other signatories.

## **[PROPOSED] ORDER**

Plaintiff SuccessFactors, Inc. and Defendant Softscape, Inc.'s Joint Stipulation and [Proposed] Order Regarding the extension of the deadline for the parties to file amended pleadings is hereby GRANTED. The August 29, 2008 deadline is hereby continued to October 3, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
The Honorable Claudia Wilken
United States Magistrate Judge

1290753