UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS, INC., | |
| Plaintiff(s), | No. C08-1376 CW (BZ) |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING MOTION HEARING** |
| SOFTSCAPE, INC., | |
| Defendant(s). | |

**IT IS HEREBY ORDERED** as follows:

1. The Order to Show Cause issued on August 19, 2008 is **DISCHARGED**.

2. The hearing on the Motion to Compel presently scheduled for **Wednesday, September 3, 2008** is taken off calendar pending further order of the court.

Dated: August 28, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\ORDER DISCHARGING OSC AND VACATE HRG.wpd

1