LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
HENRY Z. CARBAJAL III (CSB No. 237951)
hcarbajal@fenwick.com
DENNIS M. FAIGAL (CSB No. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No. C-08-1376 CW (BZ)<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF PLAINTIFF SUCCESSFACTORS, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND PROPER PRIVILEGE LOGS; DECLARATION OF HENRY Z. CARBAJAL III IN SUPPORT THEREOF**<br><br>Date:    September 3, 2008<br>Time:    10:00 a.m.<br>Judge:   Hon. Bernard Zimmerman<br>Place:   Courtroom G, 15th Floor<br><br>Date of Filing: July 30, 2008<br>Trial Date:     May 11, 2009 |

1    Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff SuccessFactors, Inc. ("SuccessFactors")
2 hereby moves the Court for an Order permitting it to file under seal in this Court certain limited
3 portions of text within SuccessFactors' Reply Memorandum in Support of Its Motion to Compel
4 Production of Documents, Further Interrogatory Answers and Proper Privilege Logs ("Reply
5 Brief"), which contain information that, as produced by Defendant Softscape, Inc. ("Softscape"),
6 has been designated, at least in part, as confidential under the terms of the Stipulated Protective
7 Order entered by the Court. (Dkt. No. 89.)
8    On August 20, 2008, SuccessFactors moved to seal portions of exhibits and exhibits to the
9 Reply Declaration of Henry Z. Carbajal III in Support of Plaintiff SuccessFactors, Inc.'s Motion
10 to Compel Production of Documents, Further Interrogatory Answers and Proper Privilege Logs.
11 (*See* Dkt. No. 202.) It did not originally move to file portions of its Reply Brief under seal (Dkt.
12 No. 200) in light of the Court's August 19, 2008 Order denying in its entirety an earlier motion to
13 seal. (Dkt. No. 197). In light of the Court's August 27, 2008 amended order granting in part the
14 July 31, 2008 motion to seal, SuccessFactors has taken steps to prevent public access to the Reply
15 Brief on the Court's ECF system, re-filed a redacted public version of the Reply Brief (Dkt. No.
16 214) and now moves to file portions of that Reply Brief under seal.
17    The specific portions of the Reply Brief at issue are as follows:
18    1.    Page 9, lines 8-12 (ending at the case citation), and
19    2.    Page 10, lines 21-22 (between the words "is" and "Thus").
20    The above-cited portions of the Reply Brief contain information that, as produced by
21 Softscape, was designated at least in part as "Outside Attorneys' Eyes Only."
22    Accordingly, SuccessFactors respectfully requests that the Court allow it to file the
23 above-cited portions of its Reply Brief under seal in accordance with the request of Softscape, the
24 Protective Order and Civil Local Rule 79-5.

25 Dated: August 28, 2008                FENWICK & WEST LLP

26                            By: __**/s/Henry Z. Carbajal III**__
27                                Henry Z. Carbajal III
28                            Attorneys for Plaintiff SUCCESSFACTORS, INC.

ADMIN. MTN. TO FILE UNDER SEAL PORTIONS OF       - 1 -        CASE NO. C-08-1376 CW (BZ)
PL.'S REPLY MEMO.; DECL OF H. CARBAJAL

## DECLARATION OF HENRY Z CARBAJAL III

I, Henry Z Carbajal III, declare as follows:

1. I am an attorney with the law firm of Fenwick & West LLP, counsel of record for Plaintiff SuccessFactors, Inc. ("SuccessFactors"). I make this declaration based on my personal knowledge, except where otherwise indicated, and if I am called as a witness, I would and could testify competently to the matters contained herein.

2. On April 23, 2008, this Court entered a Protective Order pursuant to the stipulation of the parties. Pursuant to section 10 of that order, any document filed in this action which contains confidential information shall be filed under seal in accordance with Civil Local Rule 79-5.

3. SuccessFactors originally filed its Reply Memorandum in Support of Its Motion to Compel Production of Documents, Further Interrogatory Answers and Proper Privilege Logs ("Reply Brief") on August 20, 2008 (Dkt. No. 205) and, proceeding in light of the Court's August 19, 2008 Order denying in its entirety a July 31, 2008 motion to seal (Dkt. No. 197), did not move to seal any portions of its Reply Brief.

4. In light of the Court's August 27, 2008 amended order granting in part the July 31, 2008 motion to seal (Dkt. No. 212), SuccessFactors has taken steps to prevent public access to the Reply Brief on the Court's ECF system, re-filed a redacted public version of the Reply Brief (Dkt. No. 214) and now lodges an unredacted Reply Brief and moves to file portions of that Reply Brief under seal.

5. Accordingly, SuccessFactors respectfully requests that it be allowed to file under seal the following portions of text within SuccessFactors' Reply Brief, re-submitted to the Court on August 28, 2008.

6. At least portions of information disclosed at page 9, lines 8-12 (ending at the case citation), and page 10, lines 21-22 (between the words "is" and "Thus") of the Reply Brief have, as produced by Defendant Softscape, Inc. ("Softscape"), been designated by Softscape as "Highly Confidential-Outside Attorneys' Eyes Only" under the Protective Order. Softscape thus maintains and has asserted to SuccessFactors that these portions of text contain confidential information disclosure of which would create a substantial risk of competitive harm or serious

1  injury that could not be avoided by less restrictive means.  Softscape has requested that the above-
2  cited portions of the Reply Brief be filed under seal.

3       7.     The lines of the Reply Brief cited above are the only portions of SuccessFactors'
4  Reply Brief to be filed under seal.

5       8.     SuccessFactors will lodge with the Clerk sealed copies of the Reply Brief.

6       9.     SuccessFactors will notify counsel for Defendant of their obligation to file a
7  declaration supporting the confidentiality of their information referenced above under Civil L.R.
8  79-5(d).

9       10.    Pursuant to Civil L.R. 79-5, SuccessFactors intends to file publicly or withdraw
10  from the record any exhibits that it requested to be filed under seal based on the confidentiality
11  designations where such designation is withdrawn by the Defendants, or SuccessFactors' request
12  is denied by this Court.

13       I declare under penalty of perjury under the laws of the United States of America and the
14  State of California that the foregoing is true and correct.  Executed this 28th day of August 2008
15  at Mountain View, California.

16       By:    **/s/Henry Z. Carbajal III**
17               Henry Z. Carbajal III

18  *1290878*

1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 875-2300
5  Facsimile:   (415) 281-1350

6  PATRICK E. PREMO (CSB No. 184915)
   ppremo@fenwick.com
7  HENRY Z. CARBAJAL III (CSB No. 237951)
   hcarbajal@fenwick.com
8  DENNIS M. FAIGAL (CSB No. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
12
   Attorneys for Plaintiff
13 SUCCESSFACTORS, INC.

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                           OAKLAND DIVISION

17

| | |
|---|---|
| 18  SUCCESSFACTORS, INC. a Delaware corporation, | Case No. C-08-1376 CW (BZ) |
| 19              Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF PLAINTIFF SUCCESSFACTORS, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND PROPER PRIVILEGE LOGS** |
| 20       v. | |
| 21  SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, | |
| 22       Defendants. | |
| 23 | Date:  September 3, 2008<br>Time:  10:00 a.m.<br>Judge:  Hon. Bernard Zimmerman<br>Place:  Courtroom G, 15th Floor |
| 24 | |
| 25 | |
| 26 | Date of Filing: July 30, 2008<br>Trial Date:     May 11, 2009 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL**

On this day, the Court considered Plaintiff SuccessFactors, Inc.'s ("SuccessFactors") Motion for Administrative Relief to File Under Seal Portions of Plaintiff SuccessFactors, Inc.'s Reply Memorandum in Support of Its Motion to Compel Production of Documents, Further Interrogatory Answers and Proper Privilege Logs ("Motion to Seal").

After due consideration, **IT IS HEREBY ORDERED AND ADJUDGED** that SuccessFactors' Motion to Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that the following portions of Plaintiff SuccessFactors, Inc.'s Reply Memorandum in Support of Its Motion to Compel Production of Documents, Further Interrogatory Answers and Proper Privilege Logs are hereby **FILED UNDER SEAL**:

1. Page 9, lines 8-12 (ending at the case citation), and
2. Page 10, lines 21-22 (between the words "is" and "Thus").

**IT IS SO ORDERED**.

Dated: _____, 2008

Magistrate Judge Bernard Zimmerman
United States Magistrate Judge

*1290880*