1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 875-2300
5  Facsimile:   (415) 281-1350

6  PATRICK E. PREMO (CSB No. 184915)
   ppremo@fenwick.com
7  HENRY Z. CARBAJAL III (CSB No. 237951)
   hcarbajal@fenwick.com
8  DENNIS M. FAIGAL (CSB No. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
12
   Attorneys for Plaintiff
13 SUCCESSFACTORS, INC.

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                    OAKLAND DIVISION

17

18 SUCCESSFACTORS, INC., a Delaware       Case No. CV 08 1376 CW (BZ)
   corporation,
19                                        **CERTIFICATE OF SERVICE VIA ELECTRONIC
                Plaintiff,                TRANSMISSION & PERSONAL DELIVERY**
20
        v.
21
   SOFTSCAPE, INC., a Delaware
22 corporation; and DOES 1-10,

23              Defendants.

24

25

26

27

28

---

CERTIFICATE OF SERVICE                                              CASE NO. CV 08-1376 CW (BZ)

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following document:

**PLAINTIFF SUCCESSFACTORS, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND PROPER PRIVILEGE LOGS [CONFIDENTIAL VERSION]**

on the interested party in the subject action by placing a true copy thereof as indicated below, addressed as follows:

>Robert A. Taylor, Esq.
>Bryan J. Sinclair, Esq.
>Jeffrey M. Ratinoff. Esq.
>Mintz Levin Cohn Ferris Glovsky and Popeo, PC
>5 Palo Alto Square, 6th Floor
>Palo Alto, CA 94306-2155
>E-Mail: rptaylor@mintz.com
>E-Mail: bsinclair@mintz.com
>E-Mail: jratinoff@mintz.com

☒ **BY ELECTRONIC MAIL:** I caused such document(s) to be delivered by electronic mail to the addressee(s) listed above.

☒ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: August 28, 2008

_/s/ Sandy Sanford_
Sandy Sanford

1290873