ROBERT P. TAYLOR (SBN 46046)
Email: rtaylor@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, California  94306-2155
Telephone:  (650) 251-7700
Facsimile:   (650) 251-7739

Attorneys for Defendant,
SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV08-1376 CW (BZ)<br><br>**DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF DEFENDANT SOFTSCAPE, INC.'S OBJECTIONS TO THE AUGUST 19, 2008 AND AUGUST 27, 2008 ORDERS REGARDING ADMINISTRATIVE MOTION FOR RELIEF TO SEAL**<br><br>Judge: Honorable Claudia Wilken<br><br>Complaint Filed: March 11, 2008<br>Trial Date: June 1, 2009 |

I, Jeffrey M. Ratinoff, under penalty of perjury, declare as follows:

1. I am Of Counsel with the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, PC, I am counsel for defendant Softscape, Inc. ("Softscape") in this action. I am a member in good standing of the State Bar of California and am admitted to practice law in this District.

2. The following declaration is based on my personal knowledge. If called upon to testify, I could testify competently as to the matters set forth herein.

3. Under the Protective Order entered in this case, Softscape produced certain landline

telephone records.  In response to plaintiff SuccessFactors, Inc.'s ("SuccessFactors") requests for production, Softscape agreed to produce them with the "Highly Confidential – Outside Attorneys' Eyes Only" designation afforded by the Protective Order in order to protect the privacy interests of non-parties whose numbers appear on those records.

4.      Exhibit 28 (Bates numbered SSHC00654) to the Declaration of Henry Z. Carbajal III in Support of SuccessFactors' Motion to Compel consists of a one-page telephone log from Softscape's Wayland, Massachusetts office that includes annotation provided by Softscape; it was designated "Highly Confidential – Outside Attorneys' Eyes Only.  I am informed and believe that these phone records contain the private phone numbers for several Softscape employees that are not parties to this action.  I am further informed and believe that Softscape's phone records are not readily accessible from within the company, and Softscape considers them as highly confidential.  I am also informed and believe that Softscape only allows a select few persons inside the company to have access to the records.

5.      I believe that the filing of the phone records and the information contained therein in the public record would violate the right of privacy afforded to the persons whose numbers are listed in the phone records.

6.      Further, I believe that the filing of the phone records and the information contained therein in the public record would likely subject the non-parties whose numbers are listed in those records, to unwanted annoyance and harassment.  This case and the Court's files are closely watched by individuals posting on various Internet discussion groups and blogs.  As such, it is likely that these posters may publicly post or call the numbers listed in those records without a good faith basis to do so.  I also believe that the public filing of the phone records could subject or expose the persons whose personal and private information is disclosed to identity theft.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of August, 2008 at Palo Alto, California.

By:     /s/ Jeffrey M. Ratinoff
        JEFFREY M. RATINOFF

4412069v.3

- 2 -
DECLARATION OF JEFFREY M. RATINOFF ISO OF DEFENDANT'S OBJECTIONS TO THE AUG. 19, 2008 AND AUG. 27, 2008 ORDERS REGARDING MOTION FOR RELIEF TO SEAL;    Case No. CV08-1376 CW (BZ)