UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUCCESSFACTORS, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C08-1376 CW (BZ) |
| | ) | |
| v. | ) | **ORDER REFERRING MOTIONS** |
| | ) | **TO SPECIAL MASTER** |
| SOFTSCAPE, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**IT IS HEREBY ORDERED THAT** the following motions are referred to Jack Russo, the Special Master appointed by Judge Wilken to serve as the discovery referee in this matter, for resolution:

    1.  Plaintiff's Motion to Compel Production of Documents, Further Interrogatory Answers and Proper Privilege Logs (Docket No. 177);

    2.  Defendant's Motion for Administrative Relief to File Portions of Defendant's Opposition to Plaintiff's Motion to Compel (Docket No. 191);

    3.  Plaintiff's Motion for Administrative Relief to File Under Seal Exhibits to the Reply (Docket No. 200); and

    4.  Plaintiff's Motion for Administrative Relief to File

1  Under Seal Portions of Plaintiff's Reply Memorandum (Docket
2  No. 217).
3  Dated: September 3, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

7  G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\ORDER REFERRING MOTIONS TO SPECIAL MASTER.wpd