1 ROBERT P. TAYLOR (SBN 46046)
Email: rtaylor@mintz.com
2 BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
3 JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
4 MINTZ LEVIN COHN FERRIS GLOVSKY AND
POPEO, PC
5 5 Palo Alto Square - 6th Floor
3000 El Camino Real
6 Palo Alto, California  94306-2155
Telephone:  (650) 251-7700
7 Facsimile:   (650) 251-7739

8 Attorneys for Defendant,
SOFTSCAPE, INC.
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 OAKLAND DIVISION

13 SUCCESSFACTORS, INC, a Delaware corporation,

Plaintiff,

vs.

SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,

Defendants.

Case No. CV08-1376 CW (BZ)

**NOTICE OF ERRATA FOR DEFENDANT SOFTSCAPE, INC.'S OBJECTIONS TO THE AUGUST 19, 2008 AND AUGUST 27, 2008 ORDERS REGARDING ADMINISTRATIVE MOTION FOR RELIEF TO SEAL**

Judge: Honorable Claudia Wilken

Complaint Filed: March 11, 2008
Trial Date: June 1, 2009

NOTICE OF ERRATA FOR SOFTSCAPE, INC.'S OBJECTIONS TO THE AUGUST 19, 2008 AND AUGUST 27, 2008 ORDERS REGARDING ADMINISTRATIVE MOT. FOR RELIEF TO SEAL     Case No. CV08-1376 CW (BZ)

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Softscape, Inc. ("Softscape") hereby files this Notice of Errata to correct its August 29, 2008 objections (Dkt. No. 219) to the August 19, 2008 Order Denying Administrative Motion for Relief to Seal and subsequent Order Amending August 19, 2008 Order Denying Administrative Motion for Relief to Seal and Scheduling Show Cause Hearing entered by Magistrate Judge Zimmerman on August 27, 2008 ("Objection").  This notice corrects Softscape's Objection by withdrawing its second stated grounds for relief, which asks the Court to order that "Exhibit 2 be sealed as ordered and including page 284, line 2 (the text following the word "from")."  This request is unnecessary because the Magistrate's August 27, 2008 order correctly held that this additional portion of Exhibit 2 be filed under seal (Dkt. No. 212 at 2:22-25). Softscape still maintains its Objection on the other grounds for relief requested therein.

Dated: September 3, 2008   Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.

*/s/ Jeffrey M. Ratinoff*
By:   ROBERT P. TAYLOR
      BRYAN J. SINCLAIR
      JEFFREY M. RATINOFF

Attorneys for Defendant,
SOFTSCAPE, INC.

4419299v.1

-1-

NOTICE OF ERRATA FOR SOFTSCAPE, INC.'S OBJECTIONS TO THE AUGUST 19, 2008 AND AUGUST 27, 2008 ORDERS REGARDING ADMINISTRATIVE MOT. FOR RELIEF TO SEAL   Case No. CV08-1376 CW (BZ)