IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS, INC. a Delaware corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10,<br><br>   Defendants.<br>_____/ | No. C 08-1376 CW<br><br>ORDER ON DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S AUGUST 19 AND AUGUST 27, 2008 ORDERS<br><br>[Docket No. 219] |

Defendant Softscape has filed an objection Magistrate Judge Zimmerman's August 19, 2008 order denying Plaintiff's administrative motion to file certain documents under seal and the August 27, 2008 order amending the August 19, 2008 order. Defendant has since withdrawn its objection with respect to the portions of Exhibit 2 as ordered by Judge Zimmerman in the August 27th, 2008 order, including page 284, line 2 beginning at the word "from," noting that the Judge Zimmerman did order these portions filed under seal.

The Court is inclined to order that the following portions of the exhibits to the Declaration of Henry Z. Carbajal III filed in support of Plaintiff's motion to compel be filed under seal:

   1.   the portions of Exhibit 1 previously filed under seal by

     order of the Court;

2. the telephone numbers included in Exhibit 28.

If Plaintiff objects, it may file an opposition to Defendant's objection within three days of the date of this order.

IT IS SO ORDERED.

Dated: 9/4/08

_____
CLAUDIA WILKEN
United States District Judge

2