ROBERT P. TAYLOR (SBN 46046)
Email: rtaylor@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
5 Palo Alto Square - 6th Floor
Palo Alto, California  94306-2155
Telephone:  (650) 251-7700
Facsimile:   (650) 251-7739

Attorneys for Defendant,
SOFTSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 08-1376 CW (BZ)<br><br>**DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FURTHER INTEROGATORY ANSWERS AND PROPER PRIVILEGE LOGS**<br><br>Special Discovery Master Jack Russo |

I, Jeffrey M. Ratinoff, declare:

1. I am an attorney licensed to practice law before all courts in the State of California, and the United States District Court for the Northern District of California. I am Of Counsel with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin") in its Palo Alto, California office and I, along with other attorneys at Mintz Levin, and Ronald M. Davids, are attorneys of record for Defendant Softscape, Inc. (hereinafter "Softscape" or "Defendant"). I submit this declaration in support of Plaintiff's Motion for Administrative Relief to File Under Seal Portions of Plaintiff SuccessFactors, Inc.'s ("SuccessFactors" or "Plaintiff") Reply Memorandum in Support of Its Motion to Compel Production of Documents, Further Interrogatory Answers and Proper Privilege Logs. (Docket No. 217.)

2. I have personal knowledge of the matters set forth herein and could and would competently testify thereto. In making this declaration, it is not my intention, nor the intention of Softscape, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

3. On April 23, 2008, the Court entered a Protective Order in this case. (Docket No. 89.) Pursuant to Section 10 of that order, any documents filed in this action containing confidential information must be filed under seal in accordance with Civil Local Rule 79-5.

4. More recently, on June 30, 2008, the Court ordered that portions of the parties' Joint Case Management Statement be filed under seal "as they contain information not otherwise available to the public, the disclosure of which could cause substantial risk of harm." (Docket No. 148.) This sealed information was obtained from the deposition testimony of Dave Watkins, Softscape's CEO, and has been designated Highly Confidential by Softscape under the terms of the Protective Order. The sealed portions of the case management statement, narrowly tailored to five lines of the case management statement, pertain to two specific topics, (1) the status of the New Millennium Shoe business entity ("NMS"); and (2) the conduct of Softscape in regard to a specific named business entity. (*See id.*; Docket No. 149 at 3–4; *cf.* Docket No. 212.)

5. Accordingly, SuccessFactors requested that it be allowed to file under seal two specific portions of its Reply Memorandum in Support of Its Motion to Compel Production of

- 1 -

DECL. OF RATINOFF ISO PL.'S MOT. FOR RELIEF TO FILE UNDER SEAL PORTIONS OF
PL.'S REPLY BRIEF ISO ITS MOT. TO COMPEL;           Case No. CV 08-1376 CW (BZ)

1  Documents, Further Interrogatory Answers and Proper Privilege Logs.

2      6.    On pages 9 and 10 of the Reply Memorandum, Plaintiff refers to the same information that was previously ordered sealed in the Joint Case Management Statement by the Court and, thus, "contains information not otherwise available to the public, the disclosure of which could cause substantial risk of harm." (Docket No. 148.)  These sections of Plaintiff's reply brief discuss the status of NMS and Softscape's business activities with regard to a specific named business entity.

    7.    Specifically, page 9, lines 8–12, includes sealed information that was designated "Highly Confidential - Attorneys Eyes Only" as it refers to private financial information of NMS, a third party entity, and the disclosure of which could result in injury to that third party.  And, at a minimum, it is the type of information that the third party would not normally reveal outside of the entity except in confidence or unless steps were taken to maintain its confidentiality.  In addition, this portion of page 9 includes sealed information regarding Softscape's business activities in connection with a named business entity; this information was designated "Highly Confidential - Outside Attorneys Eyes Only" and sealed by the Court as it refers to extremely sensitive, confidential business information whose disclosure to another party or non-party could create a substantial risk of serious injury that can be avoided by keeping the information confidential.  Similarly, page 10, lines 21–22, also includes sealed information that was designated "Highly Confidential - Outside Attorneys Eyes Only" under the Protective Order since it contains sensitive, confidential business information disclosure of which could create a substantial risk of serious injury.

    8.    Softscape therefore requests that page 9, lines 8–12 (ending at the case citation), and page 10, lines 21–22 (between the words "is" and "Thus"), of SuccessFactors' Reply Memorandum be filed under seal.

/ / /

/ / /

/ / /

/ / /

- 2 -

DECL. OF RATINOFF ISO PL.'S MOT. FOR RELIEF TO FILE UNDER SEAL PORTIONS OF PL.'S REPLY BRIEF ISO ITS MOT. TO COMPEL;    Case No. CV 08-1376 CW (BZ)

1      9.    In light of the foregoing, including the Court's prior sealing orders, I believe good

2  cause exists to file the two referenced portions of SuccessFactors' Reply Memorandum under seal.

3      I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct. Executed this 5th day of September, 2008 at Palo Alto, California.

                By:    /s/ Jeffrey M. Ratinoff
                            JEFFREY M. RATINOFF

4419675v.3

- 3 -

DECL. OF RATINOFF ISO PL.'S MOT. FOR RELIEF TO FILE UNDER SEAL PORTIONS OF
PL.'S REPLY BRIEF ISO ITS MOT. TO COMPEL;    Case No. CV 08-1376 CW (BZ)

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC, a Delaware corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SOFTSCAPE, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV08-1376 CW (BZ)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FURTHER INTERROGATORY ANSWERS AND PROPER PRIVILEGE LOGS**<br><br>Special Discovery Master Jack Russo |

1 | Having considered the Motion for Administrative Relief to File Under Seal Portions of
2 | Plaintiff SuccessFactors, Inc.'s Reply Memorandum in Support of Its Motion to Compel Production
3 | of Documents, Further Interrogatory Answers and Proper Privilege Logs (Docket No. 217) and the
4 | supporting declarations of counsel, and all other matters presented to the Court, and finding good
5 | cause therefore, the Court, HEREBY ORDERS the following narrowly tailored portions of
6 | Plaintiff's Reply Memorandum to be filed under seal:
7 |     1.     Page 9, lines 8–12 (ending at the case citation); and
8 |     2.     Page 10, lines 21–22 (between the words "is" and "Thus").
9 | **IT IS SO ORDERED.**
10 |
11 | Dated:
12 |                                         Jack Russo
                                        Special Discovery Master
13 |
14 | 4420121v.2

- 1 -

[PROPOSED] ORDER GRANTING DEF'S REQUESTS STATED IN ITS OBJECTION TO THE ORDER
ENTERED ON AUGUST 19, 2008 BY MAGISTRATE JUDGE ZIMMERMAN;     Case No. CV08-1376 CW (BZ)