# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

---------------------------------x

SUCCESSFACTORS, INC., a Delaware

corporation,

         Plaintiff,

                            Case No.

vs.                         CV 08 1376 CW (BZ)

SOFTSCAPE, INC., a Delaware

corporation; DOES 1-10, inclusive,

         Defendants.

---------------------------------x

    VIDEOTAPED DEPOSITION OF DAVID V. WATKINS, a

witness called by and on behalf of the Plaintiff,

taken pursuant to Rule 30 of the Federal Rules of

Civil Procedure, before James A. Scally, RMR, CRR, a

Notary Public in and for the Commonwealth of

Massachusetts, at the offices of Bromberg & Sunstein

LLP, 125 Summer Street, Boston, Massachusetts, on

Thursday, May 29, 2008, commencing at 9:16 a.m.

```
 1      A.   I don't recall the specific date.
 2      Q.   It was after the litigation?
 3      A.   It was after the litigation, that's correct.
 4      Q.   And, likewise, the removal of the Softscape -- I'm
 5  sorry -- removal of the SuccessFactors template and
 6  trademark, that happened after the litigation?
 7      A.   You're talking about the removal of the logo?
 8      Q.   Yes.
 9      A.   We removed the logo after the litigation, that's
10  correct.
11      Q.   So let's call that document that is presently
12  there in that condition the post-litigation version, okay?
13      A.   Okay.
14      Q.   All right.  What -- is Exhibit 5's attached
15  PowerPoint the most recent pre-litigation version that
16  exists on the SRC site?
17      A.   I think Exhibit 5 is a PowerPoint that was
18  attached from Christopher Faust to Steve.  So to the best
19  of my knowledge, that's what I can represent.  Whether this
20  was on the physical SRC site, the sales resource center, I
21  don't know.
22      Q.   Let's leave the SRC out of it.  Is the PowerPoint
23  attached as Exhibit 5 the most recent pre-litigation
24  version of The Naked Truth document that exists in
25  PowerPoint form on any Softscape media?
```

1      A.   I don't know specifically.
2           MR. PULGRAM:  Counsel, I'd like you
3      to get the witness straight on that
4      information, given what's been represented
5      to us.  We'd also like to get immediate
6      production of the post-litigation version
7      and any other versions that exist on the
8      site.
9           MR. DAVIDS:  I'll certainly --
10           MR. PULGRAM:  Let's look at -- I'm
11     sorry.  Go ahead.
12           MR. DAVIDS:  Go ahead.  Go.
13 BY MR. PULGRAM:
14    Q.   Let's look at Exhibit No. 4.  This is the pdf
15 version that you sent to Jayna Smith at 8:12 on March 3rd.
16 Would you look, please, at the last page of Exhibit 4.  Do
17 you know what that is?
18    A.   That's the properties for a file.
19    Q.   And what does it describe the properties for this
20 pdf of The Naked Truth as being?
21    A.   Well, if you represent that this particular
22 properties document that you created represents this file,
23 then what it says is the title, "SuccessFactors - The Naked
24 Truth (Compatibility Mode)," author D. Watkins.
25    Q.   And does it show --

1                him.
2                    MR. PULGRAM:  -- you and he can
3            review it.  You may.  Subject to the
4            provision that this will otherwise be
5            attorneys' eyes only.
6                    MR. DAVIDS:  Agreed.
7        BY MR. PULGRAM:
8            Q.   You mentioned earlier a customer campaign.  Can
9        you explain to me the origin of that customer campaign
10       relating to SuccessFactors?
11           A.   The origin would have been our inside sales
12       manager, and it was amongst other people, but making plans
13       for how to actually focus on the market.
14           Q.   And what was the idea of this campaign?
15           A.   What was the idea?  To acquire more business.
16           Q.   How?
17           A.   By calling customers.
18           Q.   And what was the structure of the campaign?
19           A.   To call customers and ask them if they wanted to
20       buy from Softscape, were things going okay.
21           Q.   When did this happen?
22           A.   Are you talking about the specific time period of
23       2008?
24           Q.   Yes.
25           A.   I believe it happened in the January/February/

```
 1    March time frame.
 2         Q.   Can you be more specific, please?
 3         A.   No, I can't.
 4              MR. PULGRAM:  I don't have time to
 5         address all of that right now, so I want to
 6         shift for a moment to New Millennium Shoe.
 7         We will come back to the customer campaign
 8         either tomorrow or when we have the rest of
 9         the documents about it.
10         Q.   What is New Millenium Shoe?
11         A.   It's a shoe store.
12         Q.   Store?
13         A.   Correct.
14         Q.   One store?
15         A.   It was three retail stores.  Two and a half retail
16    stores.
17         Q.   Where is it located?
18         A.   It's located -- it was located in Puerto Rico.
19         Q.   It's now one store?
20         A.   It's actually now -- we've closed the retail
21    operations.
22         Q.   Is there any operation remaining?
23         A.   There's still -- there's still a legal entity.
24         Q.   There's a legal entity without operations?
25         A.   Correct.  Without the retail stores.
```

COMMONWEALTH OF MASSACHUSETTS                          SUFFOLK, SS.


       I, JAMES A. SCALLY, RMR, CRR, a Certified Shorthand Reporter and Notary Public duly commissioned and qualified in and for the Commonwealth of Massachusetts, do hereby certify that there came before me on the 29th day of May, 2008, at 9:16 a.m., the person hereinbefore named, DAVID V. WATKINS, who provided satisfactory evidence of identification as prescribed by Executive Order 455 (03-13) issued by the Governor of the Commonwealth of Massachusetts, was by me duly sworn to testify to the truth and nothing but the truth of his knowledge concerning the matters in controversy in this cause; that he was thereupon examined upon his oath, and his examination reduced to typewriting under my direction; and that this is a true record of the testimony given by the witness to the best of my ability.

       I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.


My Commission Expires:  April 23, 2015




*James A Scally*
_____
James A. Scally, RMR, CRR
CSR/Notary Public

# EXHIBIT 5

Case 4:08-cv-01376-CW    Document 232-2    Filed 09/08/2008    Page 1 of 2

**From:** Michelle Davis
**Sent:** Tuesday, March 04, 2008 6:45 PM
**To:** Matthew Park
**Subject:** RE: SuccessFactors - The Naked Truth.pdf - Adobe Acrobat Professional

Wow – I needed this…..

-----Original Message-----
**From:** Matthew Park
**Sent:** Tuesday, March 04, 2008 3:22 PM
**To:** Michelle Davis
**Subject:** FW: SuccessFactors - The Naked Truth.pdf - Adobe Acrobat Professional


**Matt Park**
Vice President, Sales
Office: 508-401-1306
Cell:  508-380-1301
http://www.softscape.com
mpark@softscape.com

**From:** Dave Watkins
**Sent:** Monday, March 03, 2008 2:27 PM
**To:** 'Christopher Faust'; Matthew Park
**Subject:** SuccessFactors - The Naked Truth.pdf - Adobe Acrobat Professional

Highly Confidential - Attorney's Eyes Only

SSP002804

# EXHIBIT 6

| | |
|---|---|
| **From:** | Dave Watkins <dwatkins@softscape.com> |
| **Sent:** | Tuesday, March 11, 2008 9:52 AM |
| **To:** | Kurzner, Larry <larry.kurzner@accenture.com> |
| **Subject:** | Follow up - am in meetings |

Larry:

I am sorry I have not spoken to you as I wanted to catch up and have customers in the office. Although I am in a meeting I wanted to reach out. To set you up for success, 1 needed all parties to be on board and we are not in alignment. I am disappointed that after all our communication that I have failed to get several people to sponsor your role. Therefore, it is with great regret that I cannot move hire you at this time. I will reach out and call you.

**Dave Watkins** Founder,
CEO Softscape,
Incorporated

Softscape
One Softscape Place
526 Boston Post Road
Wayland, MA 01778
+ 1 508 358 1072 x1300 (Office)
+ 1 617 835 8835 (Cell)
+ 1 508 358 3072 07824646245 (UK Local Cell)

A dave@softscapp com
www.softscape.com

Atlanta | Bangkok Boston ~ Chicago ~ Connecticut 1 Dallas Hong Kong Johannesburg London New York San Francisco Sydney | Washington DC

Softscape Recognized by Forrester as one of the only vendors that can **claim** to have the "four pillars" of Strategic HCM - Performance, Learning, Rewards and Recruitment and "**Softscape** has done **a** good job in assembling a full **strategic HCM** suite"
**For more, please see the press release at** hup //wwwsoftscape com/us/pr2007/pr o7 04-16 Forrester-tm htm

EYES ONLY

LKH0000001

# EXHIBIT 7

**From:** Mailbox - Dennis Martinek
**Sent:** Wednesday, March 05, 2008 9:33 AM
**To:** Hilary Ives
**Subject:** FW: SuccessFactors Failures and Problems

**Attachments:** SuccessFactors_Failures_and_Problems.pdf

-----Original Message-----
From: Latta, Alva [mailto:ALatta@harriswilliams.com]
Sent: Wednesday, March 05, 2008 9:16 AM
To: Dennis Martinek
Subject: FW: SuccessFactors Failures and Problems

Alva L. Latta
Finance Director
Harris Williams & Co.
1001 Haxall Point, 9th Floor
Richmond, VA 23219
Phone: 804-648-0072
Direct: 804-915-0139
Fax: 804-648-5544
www.harriswilliams.com

-----Original Message-----
From: John Anonymous [mailto:hcmknowledge2008a@gmail.com]
Sent: Tuesday, March 04, 2008 9:52 PM
To: hcmknowledge2008a@gmail.com
Subject: SuccessFactors Failures and Problems

If you are thinking about purchasing from SuccessFactors, please read the following document; it provides information about Successfactors which they do not want you to know.

**************************************************************************
This e-mail message and any attachments are confidential and are intended solely for the use of the individual to whom they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender. Thank you for your cooperation.
**************************************************************************