UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS, INC., <br>     Plaintiff(s), <br>   v. <br> SOFTSCAPE, INC., <br>     Defendant(s). | No. C08-1376 CW (BZ) <br><br> **PROPOSED ORDER RE: REDACTED TRANSCRIPTS** |

Defendants delivered to Magistrate Judge Zimmerman's Chambers on Wednesday, September 24, 2008, copies of redacted transcripts from the July 3, 2008 discovery hearing before this Court.

Having reviewed the redacted copies filed by defendants from the July 3, 2008 discovery hearing, **IT IS HEREBY ORDERED** that if plaintiff objects to the filing of these transcripts, it shall file its objections by **October 3, 2008.**

Dated: September 25, 2008

                                               Bernard Zimmerman
                                     United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\ORDER RE REDACTED TRANSCRIPTS.wpd

1