1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 875-2300
5  Facsimile:   (415) 281-1350

6  PATRICK E. PREMO (CSB NO. 184915)
   *ppremo@fenwick.com*
7  HENRY Z. CARBAJAL III (CSB No. 237951)
   hcarbajal@fenwick.com
8  DENNIS FAIGAL (CSB NO. 252829)
   *dfaigal@fenwick.com*
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
12
   Attorneys for Plaintiff
13 SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  CV 08 1376 CW (BZ)<br><br>**STIPULATION AND ORDER TO FILE AMENDED PLEADINGS**<br><br>Complaint Filed: March 11, 2008<br>Trial Date:  June 1, 2009 |

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED PLEADINGS                  1                  CASE NO.: CV 08 1376 CW (BZ)

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff SuccessFactors, Inc. and Defendant Softscape, Inc., through their respective counsel of record, that Plaintiff SuccessFactors may file an Amended or Supplemental Complaint, and that Defendant Softscape may file an Amended Answer and Counterclaim. The parties have agreed to exchange the proposed amended pleadings by October 3, 2008, which is the current deadline to file the amended pleadings. They have further agreed that they will file the amended pleadings with the Court by October 7, 2008. The parties jointly petition the Court for leave to file the amended pleadings by October 7, 2008 and further request that each side be permitted up to fifteen (15) court days to respond to the amended or supplemental pleadings. By October 7, 2008, the parties also agree to submit a stipulation to propose modifications to the existing pretrial and trial schedule.

To date, the parties have requested only one prior 30-day extension of time to amend the pleadings (*see* Dkt. No. 213), but have not otherwise sought any extensions of time for any other pretrial or trial deadlines set forth in the Case Management Order entered July 1, 2008 (*see* Dkt. No. 150).

**IT IS SO STIPULATED.**

Dated: October 3, 2008          FENWICK & WEST LLP


BY:          **/s/ Patrick E. Premo**

Attorneys For Plaintiff SUCCESSFACTORS, INC.

Dated: October 3, 2008          MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC


By:          **/s/ Bryan Sinclair**

Attorneys For Defendant SOFTSCAPE, INC.

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED PLEADINGS          2          CASE NO.: CV 08 1376 CW (BZ)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Concurrence in the filing of this document has been obtained from the other signatory.

Dated:  October 3, 2008                     FENWICK & WEST LLP


BY:            /s/ Patrick E. Premo

Attorneys For Plaintiff SUCCESSFACTORS, INC.

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  Dated: _10/6_____, 2008            _[signature] Claudia Wilken_

5                                                The Honorable Claudia Wilken
                                                  United States District Court Judge

8  1292390

STIPULATION AND [PROPOSED] ORDER TO FILE       4       CASE NO.: CV 08 1376 CW (BZ)
AMENDED PLEADINGS

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW