LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:     (415) 281-1350

PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
HENRY Z. CARBAJAL III (CSB No. 237951)
hcarbajal@fenwick.com
DENNIS FAIGAL (CSB No. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  CV 08 1376 CW (BZ)<br><br>**JOINT STIPULATION AND ORDER MODIFYING DEADLINES IN CASE MANAGEMENT ORDER**<br><br>[CIVIL L.R. 6-2, 7-12]<br><br>Complaint Filed: March 11, 2008<br>Trial Date: June 1, 2009 |

Plaintiff SuccessFactors, Inc. and Defendant Softscape, Inc., through their respective counsel of record, submit this Joint Stipulation and [Proposed] Order Modifying Deadlines in Case Management Order and as good cause state:

On October 6, 2008, the Court issued an Order granting leave for the parties to file amended pleadings. (Dkt. No. 246; *see* Decl. of Patrick Premo in Supp. of Joint Stip. and [Proposed] Order ("Premo Decl."), ¶ 3.) The current schedule does not afford sufficient time for the parties to obtain adequate discovery on newly introduced claims and counterclaims. (*Id.* ¶¶ 4-5.) Thus, the parties request a modest extension of pretrial and trial deadlines as set forth below. (*Id.* ¶ 5.)

To date, the parties have requested only two prior extensions of time to amend the pleadings (*see* Dkt. Nos. 213 and 245), but have not otherwise sought any extensions of time for any other pretrial or trial deadlines set forth in the Case Management Order entered July 1, 2008. (*See* Dkt. No. 150; Premo Decl. ¶ 6.) Accordingly, the parties hereby stipulate and agree to the following modifications to the existing pretrial and trial schedule:[1]

| DESCRIPTION | DEADLINE |
|---|---|
| Fact discovery closes; last day to serve supplemental disclosures; last day to identify affirmative expert witnesses | December 23, 2008 |
| Last day to file motions to compel discovery | January 8, 2009 |
| Last day for the parties to exchange opening expert reports | January 16, 2009 |
| Last day for the parties to exchange rebuttal expert disclosures and reports | February 9, 2009 |
| Expert discovery closes | February 23, 2009 |
| Last day for Defendant to file and serve initial Motion for Summary Judgment | March 5, 2009 |

---

[1] The parties agree on all proposed deadlines listed in this Stipulation with the exception of the new trial date. Although the parties are in agreement that a resetting of the trial date is appropriate, SuccessFactors requests a new trial date of July 6, 2008, while Softscape requests a new trial date of July 13, 2008. The parties request that the Court select the new trial date from among the parties' proposals. (*See* Premo Decl. ¶ 5.)

JOINT STIPULATION AND [PROPOSED] ORDER  MODIFYING DEADLINES IN CASE MGMT. ORDER       - 1 -        CASE NO.: CV 08 1376 CW (BZ)

| DESCRIPTION | DEADLINE |
|---|---|
| Last day for Plaintiff to file and serve Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment (contained within a single brief) | March 19, 2009 |
| Last day for Defendant to file and serve reply/opposition to Cross-Motion (contained within a single brief) | March 26, 2009 |
| Last day for Plaintiff to file and serve surreply | April 2, 2009 |
| Last day to respond for requests for authentication of documents | April 13, 2009 |
| • Hearing on Motions and Cross-Motions for Summary Judgment<br>• Further Case Management Conference | April 16, 2009, 2:00 p.m. |
| Last day for parties to exchange papers described in Civil Local Rules 16-10(b)(7), (8), (9) and (10) and Motions in Limine | May 22, 2009 |
| Last day for lead counsel to meet and confer regarding:<br><br>• Preparing content of Joint Pretrial Conference Statement<br>• Resolving disputes regarding pretrial materials to be lodged with the Court<br>• Settlement of the action | June 3, 2009 |
| Last day to file:<br><br>• Joint Pretrial Conference Statement<br>• Trial Exhibit List and Objections<br>• Premarked Trial Exhibits (to be lodged with the Court)<br>• Witness List<br>• Discovery response excerpts<br>• Trial briefs<br>• Motions in Limine<br>• Joint Proposed Voir Dire<br>• Joint Proposed Jury Instructions<br>• Proposed Verdict Forms, Joint or Separate | June 12, 2009 |

| DESCRIPTION | DEADLINE |
|---|---|
| • Proposed Findings of Fact and Conclusions of Law | |
| Final Pretrial Conference | June 23, 2009, 2:00 p.m. |
| Jury trial begins [Estimated 8 days in length] | Plaintiff proposes July 6, 2009; Defendant proposes July 13, 2009 |

**IT IS SO STIPULATED.**

Dated:  October 7, 2008        FENWICK & WEST LLP


                               By:          **/s/ Patrick E. Premo**

                               Attorneys For Plaintiff SUCCESSFACTORS, INC.

Dated:  October 7, 2008        MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC


                               By:          **/s/ Bryan Sinclair**

                               Attorneys For Defendant SOFTSCAPE, INC.


**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Concurrence in the filing of this document has been obtained from the other signatory.


Dated:  October 7, 2008        FENWICK & WEST LLP


                               By:          **/s/ Patrick E. Premo**

                               Attorneys For Plaintiff SUCCESSFACTORS, INC.

JOINT STIPULATION AND [PROPOSED] ORDER           - 3 -          CASE NO.:  CV 08 1376 CW (BZ)
MODIFYING DEADLINES IN CASE MGMT. ORDER

1

**ORDER**

2   **PURSUANT TO STIPULATION, IT IS SO ORDERED. THE TRIAL IS SET FOR**

3   **JULY 13, 2009.**

4

5   Dated: _____10/9_____, 2008

*/s/ Claudia Wilken*

6   The Honorable Claudia Wilken
United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW