UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOFTSCAPE, INC., <br><br> Defendant. | No. C08-1376 CW (BZ) <br><br> **ORDER DENYING PLAINTIFF SUCCESSFACTORS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |

**IT IS HEREBY ORDERED** that plaintiff Successfactors' Motion for Administrative Relief To File Documents Under Seal (Doc. 127) is **DENIED**. Plaintiff moved to seal highlighted portions of a letter (dated June 9, 2008), which were designated confidential by defendant Softscape, Inc. Defendant, however, failed to file a declaration establishing that the designated information is sealable, as required by Local Rule 79-5(d).

Dated: October 21, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. SOFTSCAPE\ORDER DENYING PLAINTIFF'S MOTION TO FILE DOCS UNDER SEAL.wpd

1