1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 875-2300
5  Facsimile:    (415) 281-1350

6  PATRICK E. PREMO (CSB No. 184915)
   ppremo@fenwick.com
7  HENRY Z. CARBAJAL III (CSB No. 237951)
   hcarbajal@fenwick.com
8  DENNIS M. FAIGAL (CSB No. 252829)
   dfaigal@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, CA  94041
11 Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200
12
   Attorneys for Plaintiff SUCCESSFACTORS, INC.
13
14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                  OAKLAND DIVISION

17 SUCCESSFACTORS, INC, a Delaware          Case No. CV 08-1376 CW (BZ)
   corporation,
18                                          JOINT STIPULATION AND ORDER TO
                  Plaintiff,                RESPOND TO AMENDED PLEADINGS
19
       vs.
20
   SOFTSCAPE, INC., a Delaware corporation,
21 and DOES 1-10, inclusive,

22                Defendants.

23

24     IT IS HERBY STIPULATED AND AGREED by and between Plaintiff SuccessFactors, Inc.

25 ("SuccessFactors") and Defendant Softscape, Inc. ("Softscape" or "Defendant"), through their

26 respective counsel of record, that the parties have an additional thirty (30) days to respond to the

27 amended or supplemental pleadings.  The parties recently completed a mediation on October 20,

28 2008 where they agreed to suspend activities for a brief period to pursue settlement discussions.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   Pursuant to the Court's Order on October 3, 2008, the due date for the Parties to answer the

2   amended or supplemental pleadings is currently set for October 29, 2008.  The parties jointly

3   petition the Court for leave to continue the current deadline by thirty days.  The new proposed

4   deadline to respond to the amended pleadings is November 28, 2008.

5        To date, the parties have requested three limited extensions of time continuing the pretrial

6   and trial schedule by approximately thirty days.  (*See* Dkt. Nos. 213, 245, and 247.)  They have not

7   otherwise sought any extensions of time.

8        **IT IS SO STIPULATED.**

9   Dated:  October 23, 2008          Mintz, Levin Cohn Ferris Glovsky & Popeo, PC

10

11                     By:    _____*/s/ Bryan Sinclair*_____

12                            Bryan Sinclair
                             Attorneys for Defendant Softscape, Inc.

13

14   Dated:  October 23, 2008          FENWICK & WEST LLP

15

16                     By:    _____*/s/ Patrick E. Premo*_____

17                            Patrick E. Premo
                             Attorneys for Plaintiff, SuccessFactors, Inc.

18

19            **ATTESTATION PURSUANT TO GENERAL ORDER 45**

20        Concurrence in the filing of this document has been obtained from the other signatory.

21

22   Dated:  October 23, 2008          FENWICK & WEST LLP

23

24

25                     By:    _____/

26                            Patrick E. Premo
                             Attorneys for Plaintiff, SuccessFactors, Inc.

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

## <u>ORDER</u>

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

11/3

4

Dated: _____, 2008

The Honorable Claudia Wilken
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIPULATION AND [PROPOSED] ORDER TO
RESPOND TO AMENDED PLEADINGS

- 3 -

CASE NO. C-08-1376 CW (BZ)