LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
HENRY Z. CARBAJAL III (CSB No. 237951)
hcarbajal@fenwick.com
DENNIS FAIGAL (CSB No. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SOFTSCAPE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.  CV 08 1376 CW (BZ)<br><br>**JOINT STIPULATION AND ORDER TO FURTHER MODIFY THE DEADLINE TO RESPOND TO AMENDED PLEADINGS**<br><br>**[CIVIL L.R. 6-2, 7-12]**<br><br>Complaint Filed:  March 11, 2008<br>Trial Date:  June 1, 2009 |

1   Plaintiff SuccessFactors, Inc. and Defendant Softscape, Inc., through their respective
2 counsel of record, submit this Joint Stipulation and [Proposed] Order Modifying the Deadline to
3 Respond to Amended Pleadings and as good cause state:

4   The parties have agreed to settlement terms in principal.  They are currently negotiating
5 the form of the settlement agreement. The parties request a further brief extension of thirty days to
6 respond to the Amended Pleadings.  The current deadline is November 28, 2008.  The parties seek
7 extend the deadline until December 29, 2008.

8   The parties have made one prior request to continue the pretrial and trial schedule by
9 approximately thirty days.  (See Dkt. No. 247.)  The parties have also requested the following
10 extensions of time in connection with amending the pleadings and filing responses to the
11 amended pleadings.  On August 27, 2008, the Court granted one request to extend the time by
12 thirty days to amend the pleadings.  (Dkt. No. 213.)  On October 3, 2008, the Court granted the
13 parties' second request to extend time to file the amended pleadings by four days.  (Dkt. No. 245.)
14 On October 7, 2008, the parties requested a modification of the pretrial and trial schedule set by
15 the Court's July 1, 2008 Case Management Order.  (Dkt. No. 247.)  On October 24, 2008, the
16 parties moved to continue the deadline to respond to the amended pleadings by thirty days until
17 November 28, 2008.  (Dkt. No. 256.)  *See* Declaration of Patrick Premo in support of Joint
18 Stipulation ¶ 5.  The parties have not sought additional extensions of time.  *Id.*

19   **IT IS SO STIPULATED.**

20

21 Dated:  November 26, 2008                FENWICK & WEST LLP

22

23                                         By:      **/s/ Patrick E. Premo**
                                                Patrick E. Premo
24                                              Attorneys For Plaintiff SUCCESSFACTORS, INC.

Dated: Noveember 26, 2008    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC

By: **/s/ Bryan Sinclair**
Bryan Sinclair
Attorneys For Defendant SOFTSCAPE, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Concurrence in the filing of this document has been obtained from the other signatory.

Dated: November 26, 2008    FENWICK & WEST LLP

By: **/s/ Patrick E. Premo**
Patrick E. Premo
Attorneys For Plaintiff SUCCESSFACTORS, INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/3/ 2008

The Honorable Claudia Wilken
United States District Court Judge

JOINT STIP. & [PROPOSED] ORDER MODIFYING DEADLINE TO RESPOND TO AMENDED PLEADINGS     - 3 -     CASE NO. CV 08 1376 CW (BZ)